DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Plaintiffs **John Gidding and Pivotal, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**(HONORABLE JEFFREY S. WHITE)**

| | |
|---|---|
| JOHN GIDDING, et al., | C-07-4755 JSW |
| Plaintiffs, | **PLAINTIFFS JOHN GIDDING'S AND PIVOTAL, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| DEREK ANDERSON, et al. and DOES 1 through 100, inclusive, | Complaint Filed: 09/14/07<br>Trial Date:   N/A<br>Date:   N/A |
| Defendants. | |

By and through their counsel of record, and pursuant to Civil Local Rule 3-16, PLAINTIFFS JOHN GIDDING AND PIVOTAL, INC. certify that following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: S.A. Charles de

1

Cazanove, which is the successor in interest to Defendant SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE and Patricia Love Anderson, spouse of Defendant DEREK ANDERSON.

Dated: December 14, 2007          Respectfully submitted,

/s/ David J. Cohen

Cohen & Paik LLP
300 Montgomery Street
Suite 660
San Francisco, CA 94104
(415) 398-3900
(415) 398-7500

2