# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**         **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: December 21, 2007          **Court Reporter**: Belle Ball


**CASE NO. C-07-4755 JSW**

**TITLE:** John Gidding, et al., v. Derek Anderson, et al.,


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

David Cohen                          No appearance by or for Defendant

**PROCEEDINGS:  Initial Case Management Conference**


**RESULTS:**   Further Case Management Conference: 3-21-08 at 1:30 p.m.
           Joint case management statement due: 3-14-08


           Last date to serve defendant Zappettini: 2-13-08