```
 1  DAVID J. COHEN, ESQ.
    California Bar No. 145748
 2  COHEN & PAIK LLP
    300 Montgomery Street, Suite 660
 3  San Francisco, CA 94104
    Telephone:  (415) 398-3900
 4
 5  Attorneys for Plaintiff John Gidding
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, et. al., ) | Case No. C-07-4755 JSW |
| ) | |
| Plaintiff(s), ) | **PLAINTIFFS JOHN GIDDING'S AND** |
| ) | **PIVOTAL, INC.'S REQUEST FOR** |
| v. ) | **DISMISSAL OF DEFENDANTS SA** |
| ) | **SOCIETE CHAMPENOISE** |
| DEREK ANDERSON, et. al., ) | **D'EXPLOITATION VINICOLE, SA** |
| and DOES 1 through 100, ) | **COMPAGNIE DES VINS DU LEVANT,** |
| inclusive, ) | **JEAN-FRANCOIS RAPENEAU AND** |
| ) | **PATRICK RAULET** |
| Defendant(s). ) | |
| _____) | |

By and through their counsel of record, PLAINTIFFS JOHN GIDDING and PIVOTAL, INC., request that the following defendants be dismissed, without prejudice, from this matter: (1) SA Societe Champenoise d'Exploitation Vinicole, (2) SA Compagnie des Vins du Levant, (3) Jean-Francois Rapeneau, and (4) Patrick Raulet.

Dated: December 27, 2007        Respectfully submitted,

/s/ David J. Cohen
**Cohen & Paik LLP**
300 Montgomery Street
Suite 660
San Francisco, CA 94104
(415) 398-3900
(415) 398-7500