DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Plaintiff **John Gidding**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, et. al., | Case No. C-07-4755 JSW |
| Plaintiff(s), | |
| v. | **[PROPOSED] ORDER** |
| DEREK ANDERSON, et. al., and DOES 1 through 100, inclusive, | |
| Defendant(s). | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Defendants SA Societe Champenoise d'Exploitation Vinicole, SA Compagnie des Vins du Levant, Jean-Francois Rapeneau, and Patrick Raulet are dismissed, without prejudice.

**IT IS SO ORDERED.**

Dated:_____        _____
                                THE HONORABLE JEFFREY S. WHITE
                                UNITED STATES DISTRICT COURT JUDGE