1  Gail E. Cohen (093210), gcohen@barwol.com
   Ophir Johna (228193), ojohna@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Specially-Appearing Defendant
   Marie-Claude Simon
6

7                    UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

9

| | |
|---|---|
| 10  MR. JOHN GIDDING, an individual, PIVOTAL, INC., a California corporation, | CASE NO.: C 07-04755 JSW |
| 11 | Judge: Hon. Jeffrey S. White |
| 12              Plaintiffs, | |
| 13          vs. | SPECIALLY-APPEARING DEFENDANT MARIE-CLAUDE SIMON'S *EX PARTE* MOTION FOR ORDER ENLARGING TIME TO RESPOND TO COMPLAINT |
| 14  DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAL, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIÉTÉ CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; SA CHAMPS RENIER, a purported French corporation; MARIE-CLAUDE SIMON, an individual; and DOES 1 through 100 inclusive, | (Filed concurrently with Declaration of Fred H. Perkins, Esq., and [Proposed] Order)

Complaint Filed: 9/14/07 |
| 27              Defendants. | |
| 28 | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\ex parte motion.doc

1. **GOOD CAUSE EXISTS TO ENLARGE SPECIALLY-APPEARING DEFENDANT MARIE-CLAUDE SIMON'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT.**

Specially-Appearing Defendant Marie-Claude Simon ("Simon") is seeking a 30-day extension time within which to respond to Plaintiffs' Complaint in this matter. Currently, Simon's response is due on January 31, 2008, and Plaintiffs' have refused to stipulate to the additional time.

As detailed in the supporting Declaration of Fred H. Perkins, Esq. ("Perkins Decl"), the additional time is necessary to afford Simon's legal counsel in the United States an opportunity to investigate and analyze Simon's defenses to this complex action. Simon works as an attorney in France and permanently resides there. She is still in the process of locating and compiling any relevant files on the ten years of transactions underlying Plaintiffs' Complaint. Most of those files have not yet been transmitted to the United States. Moreover, all of the files are in French and will need to be translated into English for review by counsel.

In addition, Plaintiffs' Complaint is extremely complex. It involves allegations implicating numerous statutes relating to mail fraud, wire fraud and RICO, numerous defendants and sets forth detailed and extensive allegations involving multiple transactions which will need to be fully analyzed and investigated. Further, as set forth in paragraphs 5-6 of the supporting Declaration of Fred S. Perkins, Esq. ("Perkins Decl."), despite multiple requests by Simon's counsel, Simon has never provided Simon nor her counsel with the 44 exhibits referenced in the Complaint.

In addition to needing the additional time to deal with the substantive issues, Simon's response will also likely include a challenge to the Court's jurisdiction over her and the impropriety of Plaintiffs' purported service of the Complaint on Simon, which appears to have violated the Hague Convention.

1    In sum, because Simon's United States legal counsel has yet to receive all of
2 the client's relevant files and the exhibits referenced in the Complaint, nor had the
3 opportunity to discuss them with Simon, they will need this additional time to prepare
4 an appropriate responsive pleading.

5    As detailed in paragraphs 10 and 11 of the Perkins Decl., Plaintiffs' counsel,
6 David J. Cohen, Esq. ("Mr. Cohen") has refused to agree to extend the time within
7 which Simon must respond to the Complaint. Simon's legal counsel, Fred Perkins
8 ("Mr. Perkins") called Mr. Cohen by telephone on January 15, 2008. During that
9 call, Mr. Cohen advised him that Plaintiffs had filed a First Amended Complaint.
10 Since Simon had not yet been served (properly or otherwise) with the Complaint or
11 the First Amended Complaint, Mr. Perkins asked Mr. Cohen for additional time for
12 Simon to file a responsive pleading to the Complaint. Mr. Cohen denied Mr. Perkins'
13 request and stated that he would only agree to such an extension on the condition that
14 Mr. Perkins accept service of the First Amended Complaint on behalf of Simon.
15 Given Simon's contention that, among other things, the Court lacks personal
16 jurisdiction over her in connection with the instant action and that service was legally
17 defective, Mr. Perkins could not agree to that condition. Mr. Perkins made a second
18 request for the extension on January 18 and received no response from Plaintiffs'
19 counsel.

20    As to any prior extensions, on December 11, 2007, Plaintiffs' counsel had
21 agreed to grant Simon one previous extension of time to respond to the Complaint, to
22 January 31, 2008.

23    Finally, Simon's request for 30 days of additional time to respond to the
24 Complaint will not affect or change the existing pretrial schedule. No other
25 Defendants have appeared in the case yet, and no dates have been set by the Court
26 aside from the March 21, 2008 Case Management Conference. Further, because
27 Plaintiffs have filed but have yet to serve a superseding First Amended Complaint,
28 the enlargement of time requested will not prejudice the Plaintiffs.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

2. **CONCLUSION**

For the foregoing reasons, Simon respectfully requests that this Court grant her *ex parte* motion to enlarge her time to respond to Plaintiffs' Complaint by 30 days, to March 3, 2008.

Dated: January 18, 2008                    BARGER & WOLEN LLP


By: /s/ Gail E. Cohen
    GAIL E. COHEN
    OPHIR JOHNA
    Attorneys for Specially-Appearing
    Defendant Marie-Claude Simon