1  Gail E. Cohen (093210), gcohen@barwol.com
   Ophir Johna (228193), ojohna@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Specially-Appearing Defendant
   Marie-Claude Simon

6

7              UNITED STATES DISTRICT COURT

8     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

9

10 | MR. JOHN GIDDING, an individual, | CASE NO.: C 07-04755 JSW
   | PIVOTAL, INC., a California corporation, |
11 | | Judge: Hon. Jeffrey S. White
   | Plaintiffs, |
12 | |
   | vs. | **[PROPOSED] ORDER GRANTING
13 | | SPECIALLY-APPEARING
   | DEREK ANDERSON, an individual; JOHN | DEFENDANT MARIE-CLAUDE
14 | ZAPPETTINI, an individual; OLIVIER | SIMON'S *EX PARTE* APPLICATION
   | LEMAL, an individual; PLANTAGENET | TO ENLARGE TIME TO RESPOND
15 | CAPITAL MANAGEMENT LLC, a | TO COMPLAINT**
   | purported California corporation;
16 | PLANTAGENET CAPITAL AMERICA |
   | LLC, a purported Delaware corporation; |
17 | PLANTAGENET CAPITAL FUND LP, a | Complaint Filed: 9/14/07
   | purported Cayman Island corporation;
18 | PLANTAGENET CAPITAL FUND LP II, a
   | purported Cayman Island corporation, PLB
19 | HOLDINGS SA, a purported Luxembourg
   | corporation; PLANTAGENET PARTNERS
20 | SA, a purported French corporation; SA
   | SOCIÉTÉ CHAMPENOISE
21 | D'EXPLOITATION VINICOLE, a purported
   | French corporation; SERGE HAUCHART,
22 | an individual; PATRICK RAULET, an
   | individual; JEAN-FRANCOIS RAPENEAU,
23 | an individual; CHRISTOPHE RAPENEAU,
   | an individual; SA COMPAGNIE DES VINS
24 | DU LEVANT, a purported French
   | corporation; SA CHAMPS RENIER, a
25 | purported French corporation;
   | MARIE-CLAUDE SIMON, an individual;
26 | and DOES 1 through 100 inclusive,

27      Defendants.

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\[proposed] order re ex parte motion.doc

1  Having considered the *ex parte* motion submitted by Specially-Appearing
2  Defendant Marie-Claude Simon
3  **GOOD CAUSE APPEARING**, the Court hereby orders as follows:
4  1. Specially-Appearing Defendant Marie-Claude Simon shall have an
5  additional 30 days, up to and including March 3, 2008, within which to respond to
6  Plaintiffs' Complaint.
7  **IT IS SO ORDERED.**

Dated: _____          _____
                                    United States District Court Judge