Gail E. Cohen (093210), gcohen@barwol.com
Ophir Johna (228193), ojohna@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Specially-Appearing Defendant
Marie-Claude Simon

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAL, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; SA CHAMPS RENIER, a purported French corporation; MARIE-CLAUDE SIMON, an individual; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.: C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANT MARIE-CLAUDE SIMON'S *EX PARTE* APPLICATION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: 9/14/07 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\[proposed] order re ex parte motion.doc

1 | Having considered the *ex parte* motion submitted by Specially-Appearing
2 | Defendant Marie-Claude Simon
3 | **GOOD CAUSE APPEARING**, the Court hereby orders as follows:
4 | 1. Specially-Appearing Defendant Marie-Claude Simon shall have an
5 | additional 30 days, up to and including March 3, 2008, within which to respond to
6 | Plaintiffs' Complaint.
7 | **IT IS SO ORDERED.**

Dated: January 28, 2008

_____
United States District Court Judge