MATTHEW F. QUINT, ESQ.
California Bar No. 54369
WILSON & QUINT LLP
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile:  415.398.1608
Email: mfquint@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, an individual and PIVOTAL INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, et al., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.  C-07-4755 JSW<br><br>**NOTICE OF MOTION BY DEFENDANTS DEREK ANDERSON, PLANTAGENET CAPITAL MANAGEMENT LLC, PLANTAGENET CAPITAL AMERICA LLC, PLANTAGENET CAPITAL FUND LP, PLANTAGENET CAPITAL FUND LP II, PLB HOLDINGS SA, AND PLANTAGENET PARTNERS SA TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. RULE 12(b)(1), 12(b)(5), and 12(b)(6)**<br><br>Date:　　March 28, 2008<br>Time:　　9:00 A.M.<br>Courtroom: 2, 17th Floor<br>Judge:　　Hon. Jeffrey S. White |

　　　　NOTICE IS HEREBY GIVEN to plaintiffs JOHN GIDDING and PIVOTAL INC. and to their attorneys of record that on March 28, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 2 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, defendants Derek Anderson ("Anderson"),  Plantagenet Capital Management LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund LP II, PLB Holdings SA ("PLB") and Plantagenet Partners SA ("PPSA") (collectively, the "Plantagenet Entities") will, and

1

NOTICE OF MOTION BY DEFENDANTS DEREK ANDERSON, PLANTAGENET CAPITAL MANAGEMENT LLC, PLANTAGENET CAPITAL AMERICA LLC, PLANTAGENET CAPITAL FUND LP, PLANTAGENET CAPITAL FUND LP II, PLB HOLDINGS SA, AND PLANTAGENET PARTNERS SA TO DISMISS ACTION PURSUANT TO FED.R.CIV.P. RULE 12(b)(1), 12(b)(5), and 12(b)(6)

hereby do, move this Court to dismiss the First Amended Complaint ("FAC") herein for failure to state a claim under Fed. R.Civ. P. 12(b)(6), for failure to effect service of process on PLB and PPSA under Fed.R.Civ. P. 12(b)(5), and for lack of subject matter jurisdiction under Rule 12(b)(1)), on the following grounds: Plaintiffs have not pleaded and cannot plead essential elements of their first claim for relief, for alleged violation of RICO, 18 USC §1962(c) or their second claim for relief, for alleged conspiracy to violate RICO, 18 USC §1962(d); those claims should therefore be dismissed. Additionally, neither PLB nor PPSA has been sufficiently served with process. Lastly, the FAC's remaining three claims for relief raise no federal question; nor does the FAC allege any basis for diversity jurisdiction. Therefore, following dismissal of the RICO claims, the remaining state law claims, and thus the entire action, should be dismissed for lack of subject matter jurisdiction.

The motion is based on this notice of motion, the Memorandum of Points and Authorities and Declaration of C. Derek Anderson filed concurrently herewith, the papers, records and file herein, and all such evidence or argument as may be presented at the hearing of the motion.

DATED: January 30, 2008.

WILSON & QUINT LLP

By _____
Matthew F. Quint
Attorneys for Defendants Derek Anderson,
Plantagenet Capital Management, LLC, Plantagenet
Capital America LLC, Plantagenet Capital Fund LP,
Plantagenet Capital Fund LP II, PLB Holdings SA,
and Plantagenet Partners SA

2