MATTHEW F. QUINT, ESQ.
California Bar No. 54369
WILSON & QUINT LLP
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile:  415.398.1608
Email: mfquint@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, an individual and PIVOTAL INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, et al., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  C-07-4755 JSW<br><br>**DECLARATION OF C. DEREK ANDERSON IN SUPPORT OF MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. RULE 12(b)(1), 12(b)(5), and 12(b)(6)**<br><br>Date:       March 28, 2008<br>Time:       9:00 A.M.<br>Courtroom: 2, 17th Floor<br>Judge:      Hon. Jeffrey S. White |

I, C. DEREK ANDERSON, declare:

1.      I am a United States citizen over the age of 21 years.  I am now and at all times relevant to the allegations in the First Amended Complaint herein was a resident of the State of California living in Marin County, California.

2.      On or about December 19, 2007, a man left at the premises where I maintain my office, 591 Redwood Highway, Suite 5280, Mill Valley, California 94941, a box containing seven copies of the Verified First Amended Complaint for Damages and exhibits in this action and seven separate Summons.  Among these were Summons directed to PLB Holdings SA ("PLB") and Plantagenet Partners SA ("PPSA").  True and correct copies of these two Summons are attached hereto, respectively, as Exhibits A and B.

1

DECLARATION OF C. DEREK ANDERSON IN SUPPORT OF MOTION TO DISMISS ACTION PURSUANT TO FED.R.CIV.P. RULE 12(b)(1), 12(b)(5), and 12(b)(6)

3.  Neither PLB nor PPSA has an office or conducts business at 591 Redwood Highway, Suite 5280, Mill Valley, California where service was attempted.

4.  PLB is a Luxemburg corporation which was formally liquidated and dissolved under the laws of Luxemburg more than five years ago. For at least the past five years, PLB has had no office and conducted no business in the State of California. I was not an officer or managing agent of PLB at the time service was attempted, and have not been for at least the last five years. I do not believe I have ever been designated PLB's agent for service of process.

5.  PPSA was incorporated under the laws of the country of France. It has been under a formal liquidation process in France since November 2006. PPSA had no office and conducted no business in the State of California in either 2007 or 2008. I have not been an officer or managing agent for PPSA at any time in 2007 or 2008. I do not believe I have ever been designated PPSA's agent for service of process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 29, 2008.

_____
C. Derek Anderson

2

DECLARATION OF C. DEREK ANDERSON IN SUPPORT OF MOTION TO DISMISS ACTION PURSUANT TO FED.R.CIV.P. RULE 12(b)(1), 12(b)(5), and 12(b)(6)

# EXHIBIT A

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

John Gidding et. al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: C-07-04755 JSW

V.

Derek Anderson et al.

TO: (Name and address of defendant)

PLB Holdings SA
Attn: Derek Anderson, Officer
20 Kite Hill Lane
Mill Valley, CA 94941

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Cohen, Esq.
California Bar No. 145748
Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
(415) 398-3900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 12/18/2007

(BY) DEPUTY CLERK
BETTY FONG

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                             Signature of Server

                                                                  _____
                                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# EXHIBIT B

Case 3:07-cv-04755-JSW    Document 20    Filed 01/31/2008    Page 6 of 8

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-04755 JSW

V.

DEREK ANDERSON

TO: (Name and address of defendant)

PLANTAGENET PARTNERS SA
ATTN: DEREK ANDERSON, OFFICER
20 KITE HILL LANE
MILL VALLEY, CA 94941

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID J. COHEN, ESQ.
CALIFORNIA BAR NO. 145748
COHEN & PAIK LLP
300 MONTGOMERY STREET, SUITE 660
SAN FRANCISCO, CA 94104
(415) 398-3900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/08/07

HILARY JACKSON
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me [1]

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                    _____
                     Date                                                              Signature of Server

                                                                                        _____
                                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure