1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **COHEN & PAIK LLP**
   300 Montgomery Street, Suite 660
3  San Francisco, CA 94104
   Telephone:  (415) 398-3900
4
5  Attorneys for Plaintiff **John Gidding**

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                       (SAN FRANCISCO DIVISION)

9

10 JOHN GIDDING, et. al.,      )    No. C 07-04755 JSW
                               )
11          Plaintiffs,        )
                               )
12 v.                          )    **STIPULATION TO MODIFY BRIEFING**
                               )    **SCHEDULE IN CONNECTION WITH**
13 DEREK ANDERSON, et. al.,    )    **PLANTAGENET DEFENDANTS' MOTION**
                               )    **TO DISMISS AND [PROPOSED] ORDER**
14          Defendants.        )    **THEREON**
   _____ )

15

16     **IT IS HEREBY STIPULATED** by and between the parties that the

17 briefing schedule in connection with the Plantagenet Defendants'

18 motion to dismiss be modified as follows: Plaintiffs' opposition

19 is to be filed no later than March 10, 2008 and the Plantagenet

20 Defendants' reply is to be filed no later than March 24, 2008.

21     The reasons in support of this joint request for

22 modification of the briefing schedule are as follows:

23     (1)  Counsel have conferred. Given the schedule of counsel

24 and the nature and complexity of the issues involved in this

25 First Amended Complaint and Plantagenet Defendants' motion to

26 dismiss, counsel believe it appropriate and reasonable for

27 Plaintiffs' counsel to have until March 10, 2008 to respond.

28 Further, counsel believe that it is appropriate for Plantagenet

Defendants' counsel to have two weeks, rather than one week, to file a reply.

(2)   Defendant Simone has been granted until March 3, 2008 to file an answer or response to the First Amended Complaint, and defendants Christophe Rapeneau and SA Les Champs Renier have been granted, by request and agreement, until February 29, 2008 to file an answer or response to the First Amended Complaint.   The schedule that is proposed is consistent with the response of these other defendants and may permit, ultimately, and if necessary, a single date for oral argument on any motions to dismiss.

(3)   The proposed dates are consistent with the case management conference scheduled by the Court on March 21, 2008, and moving this case along, while providing for appropriate and adequate opportunity to fully address the issues involved.

(4)   Civil Local Rule 7-3(a) would make the opposition due on March 7, 2008, and the Court's order substantially shortens the time provided by the local rule.

**IT IS SO STIPULATED**.

WILSON & QUINT LLP

Dated: February 6, 2008        By:
                               /s/ Matthew F. Quint
                               MATTHEW F. QUINT
                               Attorneys for Defendants
                               **Derek C. Anderson, et. al.**

Dated: February 6, 2008        **COHEN & PAIK LLP**

                               By:
                               /s/ David J. Cohen
                               DAVID J. COHEN, ESQ.
                               Attorneys for Plaintiff
                               **John Gidding**

2