DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Plaintiff **John Gidding**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN GIDDING, et. al., | ) | Case No. C-07-4755 JSW |
| Plaintiff(s), | ) | |
| v. | ) | **[PROPOSED] ORDER** |
| DEREK ANDERSON, et. al., | ) | |
| Defendant(s). | ) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Plaintiffs' opposition to the Plantagenet Defendants' motion to dismiss be filed no later than March 10, 2008 and that the Plantagenet Defendants' reply be filed no later than March 24, 2008.

**IT IS SO ORDERED.**

Dated:_____          _____
                                    THE HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE