DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Plaintiff **John Gidding**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN GIDDING, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> DEREK ANDERSON, et. al., <br><br> Defendants. | No. C 07-04755 JSW <br><br> **NOTICE TO WITHDRAW STIPULATION TO MODIFY BRIEFING SCHEDULE IN CONNECTION WITH PLANTAGENET DEFENDANTS' MOTION TO DISMISS** |

DAVID J. COHEN, ESQ., of Cohen & Paik LLP, by and for Plaintiffs John Gidding and Pivotal, Inc., hereby moves to withdraw the stipulation to modify briefing schedule in connection with Plantagenet Defendants' motion to dismiss filed on February 6, 2008.

Dated: February 7, 2008        **COHEN & PAIK LLP**

                               By:
                               /s/ David J. Cohen
                               DAVID J. COHEN, ESQ.

                               Attorneys for Plaintiff
                               **John Gidding**