DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Plaintiff **John Gidding**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN GIDDING, et. al., ) | No. C 07-04755 JSW |
| Plaintiffs, ) | |
| v. ) | **NOTICE TO WITHDRAW [PROPOSED] ORDER** |
| DEREK ANDERSON, et. al., ) | |
| Defendants. ) | |

DAVID J. COHEN, ESQ., of Cohen & Paik LLP, by and for Plaintiffs John Gidding and Pivotal, Inc., hereby moves to withdraw the [Proposed] Order in connection with the stipulation to modify briefing schedule in connection with Plantagenet Defendants' motion to dismiss filed on February 6, 2008.

Dated: February 7, 2008      **COHEN & PAIK LLP**

By:
/s/ David J. Cohen
DAVID J. COHEN, ESQ.

Attorneys for Plaintiff
**John Gidding**