IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING, et al.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.

No. C 07-04755 JSW

**ORDER RE BRIEFING SCHEDULE STIPULATION AND MOTION TO WITHDRAW STIPULATION**

By order dated February 1, 2008 this Court set a hearing on March 28, 2008 on the Plantagenet Defendants' motion to dismiss and ordered that an opposition to the motion shall be filed by no later than February 15, 2008 and a reply brief shall be filed by no later than February 22, 2008.

On February 6, 2008, the parties submitted a joint stipulation to modify the briefing schedule but failed to demonstrate good cause for the requested modification. On February 7, 2008, Plaintiff submitted a motion to withdraw the stipulation without explanation. The stipulation to modify the briefing schedule is DENIED without prejudice; the motion to withdraw the stipulation is DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 7, 2008

                                                                 JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE