```
DAVID J. COHEN, ESQ.
California Bar No. 145748
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900
```

Attorneys for Plaintiff **John Gidding**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN GIDDING, et. al., | Case No. C-07-4755 JSW |
| Plaintiff(s), | |
| v. | |
| DEREK ANDERSON, et. al., | [PROPOSED] ORDER |
| Defendant(s). | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** by and between the parties that the briefing schedule in connection with the Plantagenet Defendants' motion to dismiss be modified as follows: Plaintiffs' opposition is to be filed no later than March 5, 2008 and the Plantagenet Defendants' reply is to be filed no later than March 17, 2008. Additionally, the parties wish to establish a schedule for compliance with Rule 26 deadlines and to seek a later date for the scheduled Case Management Conference.

The reasons in support of this joint request for modification of the briefing schedule, deadlines and hearing date are as follows:

(1) Counsel have conferred. Given the schedule of counsel and the nature and complexity of the issues involved in this First Amended Complaint and Plantagenet Defendants' motion to dismiss, counsel believe it appropriate and reasonable for

1  Plaintiffs' counsel to have until March 5, 2008 to respond.
2  Further, counsel believe that it is appropriate for Plantagenet
3  Defendants' counsel to have twelve days, rather than one week, to
4  file a reply.
5     (2)  Defendant Simone has been granted until March 3, 2008
6  to file an answer or response to the First Amended Complaint, and
7  defendants Christophe Rapeneau and SA Les Champs Renier have been
8  granted, by request and agreement, until February 29, 2008 to
9  file an answer or response to the First Amended Complaint. The
10 schedule that is proposed is consistent with the response of
11 these other defendants and may permit, ultimately, and if
12 necessary, a single date for oral argument on any motions to
13 dismiss.
14    (3)  The proposed dates are consistent with the case
15 management conference scheduled by the Court on March 21, 2008,
16 and moving this case along, while providing for appropriate and
17 adequate opportunity to fully address the issues involved.
18    (4)  Civil Local Rule 7-3(a) would make the opposition due
19 on March 7, 2008, and the Court's order substantially shortens
20 the time provided by the local rule.
21    (5)  Pursuant to the court Order Setting Initial Case
22 Management and ADR Deadlines, filed September 14, 2007, the
23 following deadlines and hearing dates were set:
24    • 11/30/07 - Last day to confer regarding initial
         disclosures, early settlement, ADR process selection
25       and discovery plan
26    • 12/14/07 - Last day to file Rule 26(f) Report and Case
         Management Statement
27
28    • 12/21/07 - Initial Case Management Conference

2

(6) At the time of the deadlines and Initial Case Management Conference referenced above, none of the Plantagenet defendants had yet appeared in the case.

(7) Pursuant to the court Civil Minute Order, Document 9, a Further Case Management Conference has been set for March 21, 2008, but no new date has been established for filing the Rule 26(f) Report, etc.

(8) The parties hereto have agreed, through their respective counsel of record, that they would like to re-set the above-referenced deadlines and the Further CMC hearing date to a date after the scheduled hearing on the motion to dismiss.

THEREFORE, all parties hereto hereby stipulate and jointly request that the Court re-set the deadlines and hearing dates listed in paragraphs 1, 5 and 7 above as follows:

| | |
|---|---|
| Last date to file opposition to Motion to Dismiss: | March 5, 2008 |
| Last date to file reply brief: | March 17, 2008 |
| Current Hearing on Motion to Dismiss: | March 28, 2008 |
| New last day to confer regarding disclosures and ADR and discovery plan and file ADR Certification with Stipulation to ADR: | April 4, 2008 |
| New last day to file Rule 26(f) Report, Case Management Statement, etc.: | April 11, 2008 |
| New hearing date/time for further CMC: | April 18, 2008 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated:_____    _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

1