IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING, et al.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.

                                      /

No. C 07-04755 JSW

**ORDER RE SECOND BRIEFING SCHEDULE STIPULATION**

       By order dated February 1, 2008 this Court set a hearing on March 28, 2008 on the Plantagenet Defendants' motion to dismiss and ordered that an opposition to the motion shall be filed by no later than February 15, 2008 and a reply brief shall be filed by no later than February 22, 2008.

       On February 7, 2006, the parties submitted a second stipulation to modify the briefing schedule after the first stipulation was denied for lack of good cause. Once again, the parties fail to demonstrate good cause for their request. However, because the Court does not want incomplete submissions and has ascertained from the various requests of the parties that, because of the complexity of the case, earlier filings may be less helpful to the Court, the Court will allow the parties to extend the time for their opposition and reply to the pending motion to dismiss, but shall extend the hearing date to accommodate the Court.

       Therefore, the opposition shall be filed no later than March 5, 2008 and a reply shall be filed no later than March 17, 2008. The hearing is HEREBY RESET to April 18, 2008 at 9:00

a.m. The case management conference is HEREBY RESET to April 18, 2008 just following the hearing on the motion. The case management dates shall likewise be continued accordingly.

**IT IS SO ORDERED.**

Dated: February 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE