MATTHEW F. QUINT, ESQ.
California Bar No. 54369
WILSON & QUINT LLP
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile:  415.398.1608
Email: mfquint@aol.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, an individual and PIVOTAL INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEREK ANDERSON, et al., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.  C-07-4755 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16]** |

1

Pursuant to Civil Local Rule 3-16, the undersigned certifies, that as of this date, in addition to the named parties, the following listed persons, firms, partnerships, corporations, or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding or have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Patricia Anderson.
2. Plantagenet Capital Company.
3. Plantagenet Capital Company II.
4. Fast Racing Ltd.
5. Argyle Associates, Ltd.
6. KIC Investment Partners.
7. L&C Smart Trust.
8. John Vellis.
9. Diana Day.
10. Yasonori Kaneko.
11. Plantagenet Capital Partners.

DATED: February 8, 2008.

WILSON & QUINT LLP

By /s/ Matthew F. Quint
    MATTHEW F. QUINT
Attorneys for Defendants Derek Anderson, Plantagenet Capital Management, LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund II LP, PLB Holdings SA, and Plantagenet Partners SA