MATTHEW F. QUINT, ESQ.
California Bar No. 54369
WILSON & QUINT LLP
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile:  415.398.1608
Email: mfquint@aol.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, an individual and PIVOTAL INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, et al., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  C-07-4755 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DEREK ANDERSON, PLANTAGENET CAPITAL MANAGEMENT, LLC, PLANTAGENET CAPITAL AMERICA LLC, PLANTAGENET CAPITAL FUND LP, PLANTAGENET CAPITAL FUND II LP, PLB HOLDINGS SA, AND PLANTAGENET PARTNER SA'S MOTION: (1) TO DISMISS RICO CLAIMS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]; (2) TO DISMISS CLAIMS FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS [FRCP 12(b)(5)]; and (3) TO DISMISS STATE COURT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]**<br><br>Date:         April 18, 2008<br>Time:        9:00 A.M.<br>Courtroom: 2, 17th Floor<br>Judge:       Hon. Jeffrey S. White |

    The motion of Defendants of Derek Anderson, Plantagenet Capital Management, LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund II LP, PLB Holdings SA, and Plantagenet Partners SA to dismiss for failure to state a claim, failure to effectuate service of process and for lack of subject matter jurisdiction, came on regularly for hearing on April 18, 2008, the Honorable Jeffrey S. White presiding.  Matthew F. Quint of Wilson & Quint LLP appeared for moving defendants.  David J. Cohen of Cohen & Paik LLP appeared

1

[PROPOSED] ORDER GRANTING DEFENDANTS MOTION: (1) TO DISMISS RICO CLAIMS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]; (2) TO DISMISS CLAIMS FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS [FRCP 12(b)(5)]; and (3) TO DISMISS STATE COURT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]

for plaintiffs.

WHEREFORE, the Court having read and considered the papers submitted and heard arguments of counsel, and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The motion of defendants Derek Anderson, Plantagenet Capital Management, LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund II LP, PLB Holdings SA, and Plantagenet Partners SA to dismiss for failure to state a claim is granted;

2. The motion of defendants PLB Holdings SA and Plantagenet Partners SA to dismiss for failure to effectuate sufficient service of process on them is granted;

3. The motion of defendants Derek Anderson, Plantagenet Capital Management, LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund II LP, PLB Holdings SA, and Plantagenet Partners SA to dismiss for lack of subject matter jurisdiction is granted, and

4. The action is hereby dismissed as to each of the moving defendants.

IT IS SO ORDERED.

DATED: _____    _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION: (1) TO DISMISS RICO CLAIMS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]; (2) TO DISMISS CLAIMS FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS [FRCP 12(b)(5)]; and (3) TO DISMISS STATE COURT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION {FRCP 12(b)(1)]