ORIGINAL

Fred H. Perkins (fhperkins@morrisoncohen.com)
Latisha V. Thompson (lthompson@morrisoncohen.com)
MORRISON COHEN SINGER & WEINSTEIN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8707

Gail E. Cohen (093210), gcohen@barwol.com
Ophir Johna (228193), ojohna@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Specially-Appearing Defendant
Marie-Claude Simon

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAL, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIÉTÉ CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French | CASE NO.: C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Complaint Filed: 9/14/07 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\proposed order re pro hac vice app-perkins.doc

1  corporation; SA CHAMPS RENIER, a                )
   purported French corporation;                    )
2  MARIE-CLAUDE SIMON, an individual;               )
   and DOES 1 through 100 inclusive,                )
3                                                   )
        Defendants.                                 )
4  _____              )

5       FRED H. PERKINS, an active member in good standing of the bar of the State
6  of New York, whose business address and telephone number is 909 Third Avenue,
7  27th Floor, New York, New York 10022; telephone (212) 735-8600, having applied in
8  the above-entitled action for admission to practice in the Northern District of
9  California on a *pro hac vice* basis, representing Specially-Appearing Defendant
10 Marie-Claude Simon.
11      IT IS HEREBY ORDERED THAT the application is granted, subject to the
12 terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must
13 indicate appearance *pro hac vice*.  Service of papers upon and communication with
14 co-counsel designated in the application will constitute notice to the party.  All future
15 filings in this action are subject to the requirements contained in General Order
16 No. 45, *Electronic Case Filing*.

18 Dated:  FEBRUARY 15, 2008           _____
                                        HON. JEFFREY S. WHITE
19                                      United States Magistrate Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-