1   Fred H. Perkins (fhperkins@morrisoncohen.com)
    Latisha V. Thompson (lthompson@morrisoncohen.com)
2   MORRISON COHEN SINGER & WEINSTEIN LLP
    909 Third Avenue, 27th Floor
3   New York, New York 10022
    Telephone:   (212) 735-8600
4   Facsimile:   (212) 735-8707

5   Gail E. Cohen (093210), gcohen@barwol.com
    Ophir Johna (228193), ojohna@barwol.com
6   BARGER & WOLEN LLP
    633 West Fifth Street, 47th Floor
7   Los Angeles, California 90071
    Telephone:   (213) 680-2800
8   Facsimile:   (213) 614-7399

9   Attorneys for Specially-Appearing Defendant
    Marie-Claude Simon
10

11              UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13

14  MR. JOHN GIDDING, an individual,            )   CASE NO.: C 07-04755 JSW
    PIVOTAL, INC., a California corporation,     )
15                                               )   Judge:  Hon. Jeffrey S. White
                  Plaintiffs,                    )
16                                               )
                      vs.                        )   [PROPOSED] ORDER GRANTING
17                                               )   APPLICATION FOR ADMISSION
    DEREK ANDERSON, an individual; JOHN          )   OF ATTORNEY *PRO HAC VICE*
18  ZAPPETTINI, an individual; OLIVIER           )
    LEMAL, an individual; PLANTAGENET            )
19  CAPITAL MANAGEMENT LLC, a                    )
    purported California corporation;            )   Complaint Filed: 9/14/07
20  PLANTAGENET CAPITAL AMERICA                  )
    LLC, a purported Delaware corporation;       )
21  PLANTAGENET CAPITAL FUND LP, a               )
    purported Cayman Island corporation;         )
22  PLANTAGENET CAPITAL FUND LP II, a            )
    purported Cayman Island corporation, PLB     )
23  HOLDINGS SA, a purported Luxembourg          )
    corporation; PLANTAGENET PARTNERS            )
24  SA, a purported French corporation; SA       )
    SOCIÉTÉ CHAMPENOISE                          )
25  D'EXPLOITATION VINICOLE, a purported         )
    French corporation; SERGE HAUCHART,          )
26  an individual; PATRICK RAULET, an            )
    individual; JEAN-FRANCOIS RAPENEAU,          )
27  an individual; CHRISTOPHE RAPENEAU,          )
    an individual; SA COMPAGNIE DES VINS         )
28  DU LEVANT, a purported French                )

i:\office\10041\003\08pleadings\proposed order re pro hac vice app-thompson.doc

1  corporation; SA CHAMPS RENIER, a                    )
   purported French corporation;                       )
2  MARIE-CLAUDE SIMON, an individual;                  )
   and DOES 1 through 100 inclusive,                   )
3                                                      )
              Defendants.                              )

4

5         LATISHA V. THOMPSON, an active member in good standing of the bar of

6  the State of New York, whose business address and telephone number is 909 Third

7  Avenue, 27th Floor, New York, New York 10022; telephone (212) 735-8600, having

8  applied in the above-entitled action for admission to practice in the Northern District

9  of California on a *pro hac vice* basis, representing Specially-Appearing Defendant

10 Marie-Claude Simon.

11        IT IS HEREBY ORDERED THAT the application is granted, subject to the

12 terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must

13 indicate appearance *pro hac vice*. Service of papers upon and communication with

14 co-counsel designated in the application will constitute notice to the party. All future

15 filings in this action are subject to the requirements contained in General Order

16 No. 45, *Electronic Case Filing*.

17

18 Dated:  FEB 1 5 2008

                                      HON. JEFFREY S. WHITE
19                                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28