Hway-ling Hsu, Esq., State Bar No. 196178
hhsu@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Specially-Appearing Defendants
S.A.S. LES CHAMPS RENIERS
AND CHRISTOPHE RAPENEAU

U.S. DISTRICT COURT, NORTHERN DIVISION

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, et al., and DOES 1 through 100,<br><br>Defendants. | Case No. C-07-4755 JSW<br><br>**DECLARATION OF HWAY-LING HSU IN SUPPORT OF MOTION OF DEFENDANTS LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: April 18, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: September 14, 2007 |

DECLARATION OF HWAY-LING HSU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
C-07-4755 JSW

1    I, Hway-ling Hsu, declare as follows:

2    1.   I am an attorney admitted to practice before this Court, and am a partner in the law firm of Bergeson LLP. I have personal knowledge of the facts set forth in this Declaration, and, if called to do so, could and would competently testify thereto.

2.   Attached as Exhibit A is a true and correct copy of the declaration (in French) of Christophe Rapeneau, submitted in support of the accompanying motion of S.A.S. Les Champs Reniers and Christophe Rapeneau to dismiss the first amended complaint for lack of personal jurisdiction.

3.   Attached as Exhibit B is a true and correct copy of an English translation of the declaration of Christophe Rapeneau, with the translator's certificate of translation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of Febuary, 2008 in San Jose, California.

　　　　　　　　　　　　　　　　　　/s/ Hway-ling Hsu
　　　　　　　　　　　　　　　　　　HWAY-LING HSU

- 1 -
DECLARATION OF HWAY-LING HSU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
C-07-4755 JSW

**EXHIBIT A**

Je soussigné, Christophe Rapeneau, déclare par la présente que :

1. Je suis résident et citoyen de France. J'occupe les fonctions de Président de la société Les Champs Reniers (« LCR »), société de droit français, ayant son siège social à Blesmes (France). J'occupe ces fonctions depuis 1991. Les faits relatés ci-dessous me sont personnellement connus.

2. LCR est une société holding française. Pendant la durée de mon mandat en qualité de Président, LCR :

   a. n'a jamais sollicité l'autorisation d'exercer ses activités en Californie ;
   b. n'a jamais exploité, acquis, détenu ou cédé de société exerçant son activité en Californie ;
   c. n'a jamais fait de publicité pour, ni recherché une activité commerciale en Californie ;
   d. n'a jamais détenu un bien immobilier situé en Californie ; et
   e. n'a jamais eu de bureaux, de coordonnées téléphoniques ou de compte bancaire en Californie.

3. Je ne me suis jamais rendu en Californie. Je ne détiens aucun bien immobilier en Californie, et je n'entretiens aucune relation d'affaire avec la Californie. Je n'ai aucun bureau, domicile, coordonnées téléphoniques ou compte bancaire en Californie.

Je déclare, sous peine de poursuites pour faux témoignage en vertu des lois des Etats-Unis d'Amérique, que ce qui précède est exacte est conforme à la vérité.

Fait le 12 février 2008.

_____
Christophe Rapeneau

**EXHIBIT B**

I, the undersigned, Christophe Rapeneau, hereby declare that:

1. I am a resident and citizen of France. I hold the office of President of Les Champs Remiers ("LCR"), a company under French law with its registered office in Blesmes (France). I have held this office since 1991. The facts listed below are personally known to me.

2. LCR is a French holding company. During my term of office as President, LCR:

    a. has never requested authorization to carry on its activities in California.
    b. has never operated, acquired, held, or transferred a company carrying on its activity in California.
    c. has never done advertising for or sought commercial activity in California
    d. has never owned real estate in California.
    e. has never had offices, telephone contact points, or a bank account in California.

3. I have never been to California. I do not own any real estate in California and I do not maintain any business relationship with California. I have no office, residence, telephone contact points, or bank account in California.

I declare, under penalty of prosecution for perjury under the laws of the United States of America, that the foregoing is correct and true.

Executed on February 12, 2008.

[signature]
Christophe Rapeneau



## CERTIFICATE

Document Translated: **FRENCH DECLARATION C.RAPENEAU**

This is to certify that the above-stated document was translated by ION Translations, LLC from French into English and that it represents a complete and accurate translation of the original text to the best of my knowledge and belief.

David Gamon
ION Translations, LLC
February 25, 2008