IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING, et al.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.
                                   /

No. C 07-04755 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND RESETTING CASE MANAGEMENT DATES**

      This matter is currently set for a hearing on April 18, 2008 on the Plantagenet Defendants' and the S.A.S. Les Champs Reniers and Rapeneau's motion to dismiss. The Court has already set a briefing schedule on those two pending motions which shall remain unchanged.

      In addition, the Court has received a notice of another motion to dismiss, filed by Defendant Marie-Claude Simon and set for hearing on May 30, 2008. The Court HEREBY ORDERS that an opposition to that motion shall be filed by no later than March 21, 2008 and a reply brief shall be filed by no later than March 28, 2008. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

1    In addition, in the interest of judicial efficiency, the Court HEREBY RESETS the
2 pending motions all to be heard on May 30, 2008 at 9:00 a.m.  The case management
3 conference is HEREBY RESET to May 30, 2008 just following the hearing on the motions.
4 The case management dates shall likewise be continued accordingly.

6    **IT IS SO ORDERED.**

8 Dated:  March 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2