1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  **703 Market Street, Suite 600**
   **San Francisco, CA 94103**
4  **Telephone: (415) 398-1040**
   **Facsimile: (415) 398-2001**
5
   **Attorneys for Plaintiffs**
6  **JOHN GIDDING, PIVOTAL, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL, INC.** ) | Case No. C-7-04755-JW |
| Plaintiffs, ) | |
| ) | **PLAINTIFFS' SUBSTITUTION OF COUNSEL** |
| v. ) | |
| ) | |
| **DEREK ANDERSON, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

NOW COME Plaintiffs JOHN GIDDING and PIVOTAL, INC. and do hereby substitute Cory A. Birnberg, of Birnberg & Associates, 703 Market Street, suite 600, San Francisco, CA 94103, phone (415) 398-1040, facsimile (415) 398-2001, in place and stead of David J. Cohen of Cohen & Paik.

///

///

///

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

SUBSTITUTION OF COUNSEL                                              Case No. C-7-04755-JW

-1-

1
2
3  Dated: 5 March 2008                               By: __/s/ John Gidding_____
4                                                   JOHN GIDDING
                                                    Plaintiff
5
6  Dated: 5 March 2008                               By: __/s/ John Gidding_____
7                                                   JOHN GIDDING President of
                                                    Plaintiff PIVOTAL, INC.
8
9
10        I consent to this substitution:
                                                    COHEN & PAIK
11
12 Dated: 5 March 2008                               By: _/s/ David J. Cohen_____
13                                                  David J. Cohen
14
15        I accept this substitution:
16                                                  BIRNBERG & ASSOCIATES
17 Dated: 5 March 2008                               By: _/s/ Cory A. Birnberg___
18                                                  Cory A. Birnberg
                                                    Attorneys for Plaintiffs
19
20
21
22
23
24
25
26  BIRNBERG &
    ASSOCIATES
27  703 MARKET STREET
    SUITE 600
    SAN FRANCISCO
    CA, 94103
    TEL (415) 398-1040
    FAX (415) 398-2001
28  SUBSTITUTION OF COUNSEL                                        Case No. C-7-04755-JW

-2-