BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
JOSEPH SALAMA, ESQ. (SBN 212225)
BIRNBERG & ASSOCIATES
703 Market Street, Suite 600
San Francisco, CA 94103
Telephone: (415) 398-1040
Facsimile: (415) 398-2001

Attorneys for Plaintiffs
JOHN GIDDING, PIVOTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC. | Case No. C-7-04755-JSW |
| Plaintiffs, | ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF |
| v. | Civil L.R. 7-7, 7-11 |
| DEREK ANDERSON, et al., | |
| Defendants. | |

The motion of Plaintiffs JOHN GIDDING and PIVOTAL, INC. for an order continuing the motions to dismiss on calendar form May 30, 2008 to June 27, 2008 and resetting the briefing schedules accordingly, or in the alternative for an order granting leave to file a second amended complaint, was filed with this Court on March 5, 2008. The matter was submitted without hearing.

Having read and considered the motion, the declaration, and proposed order, IT IS HEREBY ORDERED THAT:

The motion for administrative relief is granted. (1) The Court hereby continues the motions to dismiss filed by PLANTAGENET Defendants and by Defendant CHRISTOPHE

RAPENEAU, SA CHAMPS RENIER to June 27, 2008, at 9:00 a.m. The briefing schedule is reset in accordance with the Local Rules. (2) The Court, should the plaintiffs wish to amend, hereby grants leave to file a second amended complaint.

IT IS SO ORDERED.

Dated: _____, 2008        By_____
                               The Honorable Jeffrey S. White
                               United States District Court Judge

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001