IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEREK ANDERSON, et al.,<br><br>    Defendants.<br>_____ / | No. C 07-04755 JSW<br><br>**ORDER RE ADMINISTRATIVE REQUEST TO RESET BRIEFING SCHEDULE ON OUTSTANDING MOTIONS** |

This matter is currently set for a hearing on May 30, 2008 on three sets of Defendants' motions to dismiss. The Court has set briefing schedules on all three motions. Now before the Court is an administrative request from new counsel for Plaintiffs to reset the briefing and/or hearing schedule on the outstanding motions.

The Court HEREBY ORDERS that all outstanding oppositions to the motions shall be filed by no later than March 21, 2008 and reply briefs shall be filed by no later than March 28, 2008. Should Plaintiffs wish to file a second amended complaint, Plaintiffs shall file a stipulation or a properly noticed motion for leave. Plaintiffs' haphazard request for leave to amend in the final paragraph of counsel's declaration attached to the administrative request for an extension of time is clearly improper.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

The Court shall retain the hearing and case management date of May 30, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE