1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA, ESQ. (SBN 212225)
   BIRNBERG & ASSOCIATES
3  703 Market Street, Suite 600
   San Francisco, CA 94103
4  Telephone: (415) 398-1040
   Facsimile: (415) 398-2001

Attorneys for Plaintiffs
JOHN GIDDING, PIVOTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC. | Case No. C-7-04755-JSW |
| Plaintiffs, | ORDER APPROVING SUBSTITUTION OF COUNSEL |
| v. | |
| DEREK ANDERSON, et al., | |
| Defendants. | |

The substitution of counsel filed by plaintiffs JOHN GIDDING and PIVOTAL, INC. substituting Cory A. Birnberg of Birnberg & Associates in place of David J. Cohen of Cohen & Paik is HEREBY APPROVED.

IT IS SO ORDERED.

Dated: ___March 6___, 2008       By____/s/ Jeffrey S. White____
                                  The Honorable Jeffrey S. White
                                  United States District Court Judge

ORDER APPROVING SUBSTITUTION        -1-         Case No. C-7-04755-JSW