BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
JOSEPH SALAMA, ESQ. (SBN 212225)
BIRNBERG & ASSOCIATES
703 Market Street, Suite 600
San Francisco, CA 94103
Telephone: (415) 398-1040
Facsimile: (415) 398-2001

Attorneys for Plaintiffs
JOHN GIDDING, PIVOTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC. | ) Case No. C-7-04755-JW |
| Plaintiffs, | ) |
| v. | ) DECLARATION OF JONATHON WISE POLIER IN OPPOSITION TO MOTION TO MARIE-CLAUDE SIMON FOR LACK OF PERSONAL JURISDICTION |
| DEREK ANDERSON, et al., | ) |
| Defendants. | ) |
| | ) Date: May 30, 2008 |
| | ) Time: 9:00 a.m. |
| | ) Place: 2, 17th Floor. |

DECLARATION OF JONATHON POLIER IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION
Case No. C-7-04755-JW

-1-

I, Jonathon Wise Polier, declare:

1. I make this declaration of my own personal knowledge and as to those matters alleged I believed them to be true. I am an attorney licensed to practice in the State of New York since 1971 and am in good standing in that state. I am also licensed to practice law in France and have been so since 1991 and currently practice law in Paris, France. I currently reside in Paris, France. My biography can be found at http://www.parislaw.com/bios/paris_attorneys_lawyers_en.htm.

2. I am very familiar with service of process from the United States upon persons located in France. Marie-Claude Simon was served with (a) the Summons and the First Amended Complaint, (b) a translation into French of the Summons and the First Amended Complaint and (c) a listing of the 46 documents upon which the action was founded, all in compliance with the relevant provisions of the French Code of Civil Procedure. Process of service was duly effected on Marie-Claude Simon in accordance with the laws of France.

3. Due to the volume of the exhibits, instead of using the French process server to serve the exhibits on Marie-Claude Simon, the exhibits to the Summons and the First Amended Complaint were delivered to her at her office.

4. The exhibits to the Summons and the First Amended Complaint can be translated for Marie-Claude Simon (a substantial portion of the exhibits are in French) and the translations can be served or delivered to her.

DECLARATION OF JONATHON POLIER IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION          Case No. C-7-04755-JW

5. I attach hereto marked Exhibit A and incorporated herein by reference a true and copy of the proof of personal service, in French. Attached hereto, marked Exhibit B and incorporated herein by reference is a true and correct copy of the listing of the 46 documents/exhibits upon which the action was founded delivered Marie-Claude Simon, in French.

6. Article 10 of the November 15, 1965 Hague Convention on the *Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters* provides a second, non-exclusive option for service of process:

> Provided the State of destination does not object, the present Convention shall not interfere with-
>
> (a) the freedom to send judicial documents, by postal channels, directly to persons abroad,
>
> (b) the freedom of judicial officers, officials or other competent persons of the State of origin to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination,
>
> (c) **the freedom of any person interested in a judicial proceeding to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination** [emphasis added].

France does not object to service of process effected in accordance with Article 10(c) of the Convention. I had Marie Claude Simon served with 86 pages consisting of the Summons and the First Amended Complaint, with a translation into French, and the list of exhibits in accordance with Article 10(c) of the Convention, since the pages were served in

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JONATHON POLIER IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION                                               Case No. C-7-04755-JW

accordance with French law by a French Judicial Officer ("*Huissier de Justice*"). The affidavit of service is Exhibit A.

7. I have read Marie-Claude Simon's declaration and she has acknowledged receipt and service of the Summons and the First Amended Complaint and delivery of the exhibits.

I declare under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct

Executed this 20th day of March 2008 at Paris, France.

Jonathon Wise Polier

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JONATHON POLIER IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION
Case No. C-7-04755-JW

-4-