SECOND ORIGINAL

**S.C.P. Vincent BOMBART et Véronique LABBÉ**
HUISSIERS DE JUSTICE ASSOCIES

Cor : 398, MD :43711

Acte : 8243

## SIGNIFICATION DE L'ACTE A PERSONNE PHYSIQUE

le onze Février deux mille huit

Pour **Maître SIMON Marie-claude** demeurant **34 RUE DES MOULINS 51100 REIMS**,

Cet acte a été signifié par Clerc assermenté, **à la personne susnommée ainsi déclarée**

Le présent acte est soumis à enregistrement et comporte 87 feuilles pour l'original, 87 feuilles pour la copie.

Les mentions relatives à la signification sont visées par l'Huissier de Justice.

Vincent BOMBART    Véronique LABBÉ

Cout définitif de l'acte :
COUT DE L'ACTE
| | |
|---|---|
| Droit Fixe (Art 6) | 37,40 |
| Transport (Art 18) | 6,22 |
| Art 16-1 | 30,00 |
| H.T. | 73,62 |
| Tva 19,6% | 14,43 |
| Taxe Forfaitaire | 9,15 |
| Coût de l'acte | 97,20 |

Exhibit A
Dec. of Jonathan Polier