ASSIGNATION devant le Tribunal de District (District Court)
du District Nord de l'État de CALIFORNIE, ETATS-UNIS D'AMÉRIQUE

GIDDING et PIVOTAL, INC.
c/
ANDERSON, HAUCHART, LEMAL, RAPENEAU, SAS LES CHAMPS RENIERS, SIMON et autres

## BORDEREAU DES PIÈCES FONDANT LA DEMANDE

Pièces nos (copies) :

1. « Complaint for damages » enregistrée le 1er juillet 1999 ;
2. « Reporter's transcript of proceedings » du 24 avril 2001 ;
3. « Amendment to complaint » enregistré le 3 mai 2001 ;
4. « Substitution of Attorney » enregistrée le 12 septembre 2001
5. « Settlement and Release Agreement » du 21 septembre 2001
6. « Power of Attorney » du 27 février 2001 ;
7. Décisions de la « Superior Court of California » en dates des 6 et 10 décembre 2001 ;
« Request » enregistrée le 24 janvier 2002 et ses annexes A et B ;
Décisions de la « Superior Court of California » en dates des 25 janvier et 22 mars 2002 ;
8. « Declaration » de Patrick RAULET en dates du 17 septembre 2002 ;
9. « Supplemental declaration » de Denisa KUDISH en date du 30 septembre 2002 ;
10. Convention de garantie du 4 février 2000 (extraits) ;
11. Traduction partielle en anglais de la pièce précédente ;
12. Extraits du Registre de Commerce et des Sociétés du Tribunal d'arrondissement de Luxembourg concernant la société PLB HOLDINGS S.A. ;
13. Avis de la société PLANTAGENET CAPITAL MANAGEMENT LLC en date du 24 avril 2000 ;
14. Convention en date du 18 décembre 1998 entre les Consorts LE BRUN d'une part et les sociétés PLB HOLDINGS et PLANTAGENET SARL d'autre part ;
15. Lettre de la société PLANTAGENET CAPITAL MANAGEMENT LLC en date du 28 septembre 2001 ;
16. Lettre de la COMPAGNIE DES VINS DU LEVANT en date du 7 janvier 2002 ;
17. Traduction en anglais de la pièce précédente ;
18. « Opposition of Plaintiffs » en date du 15 novembre 2002 ;
19. « Reply Memorandum » en date du 22 novembre 2002 ;
20. « Notice of Proof of Service » en date du 22 novembre 2002;
21. « Reporter's transcript of proceedings » du 27 novembre 2002 certificat d'inscription de privilège ;
22. Certificat d'inscription de privilège (copie) ;
Bordereau d'inscription provisoire de privilège de nantissement de fonds de commerce ;
Bordereau d'inscription d'hypothèque judiciaire provisoire ;
Acte de mainlevée du 30 avril 2003 ;
23. Assignation en exequatur en date du 5 septembre 2002 ;
24. Conclusions n° 1 pour la société SCEV SA ;

[ Page 85/86 ]

Exhibit B
Dec. Jonathon Polier

25. Avenant au protocole d'accord du 4 février 2000, en date du 2 ars 2000 ;
    Convention de garantie du 4 février 2000 ;
    Bordereau de communication de pièces n° 1 de la SELAFA FIDAL, en date du 5 février 2003 ;
    Pouvoir en date du 25 février 2000 ;
    « II - Réponses aux affirmations de Monsieur Gidding » ;
    Reçu en date du 2 mars 2000 ;
    Avis de la société PLANTAGENET CAPITAL MANAGEMENT LLC en date du 23 septembre 1999 ;

26. Chèque de 1.633.202,78 € à l'ordre de Monsieur le Bâtonnier de l'Ordre des Avocats du Barreau de Chalons en Champagne ; Reçu ;

27. Lettre de Maître SIMON en date du 12 septembre 2003 ;

28. Lettre de Seebach & Seebach en date du 14 septembre 2003 ;

29. Bordereau de pièces de Maître LEGAY en date du 16 septembre 2003 ;

30. Lettre de la SCP genet & Braibant en date du 19 mai 2003 ;

31. « Contrat de règlement et de décharge » du 30 septembre 2003 ;

32. Chèque de 258.552 € à l'ordre de Monsieur le Bâtonnier de l'Ordre des Avocats du Barreau de Chalons en Champagne ; Reçu ;

33. Caution bancaire en date du 31 octobre 2003 ;

34. Conclusions d'incident n° 2 pour SCEV SA ;

35. Lettre de Maître SIMON en date du 10 mars 2004 ;

36. « Settlement and Release Agreement » du 19 septembre 2001 ;

37. Ordonnance de jonction du 22 septembre 2004 ;

38. Jugement du Tribunal d'arrondissement de Luxembourg du 30 septembre 2002 ;
    Jugement du Tribunal d'arrondissement de Luxembourg du 24 mai 2004 ;

39. Plainte déposée par la SCP B'FPL au nom de la Compagnie des Vins du Levant en date du 12 mai 2003 ;
    Bordereau de pièce de la SELAFA FIDAL du 4 juin 2003 ;

40. Lettre de la SELARL ALERION en date du 25 novembre 2003 ;

41. Réponse à plainte en date du 12 mai 2003, par M. GIDDING ;

42. Ordonnance de non lieu en date du 8 octobre 2004 ;
    rapport de transmission de fax en date du 19 mai 2007 ;
    Avis d'Ordonnance rendue, en date du 8 octobre 2004 ;

43. Acte d'appel en date du 18 octobre 2004 ;

44. Lettre de Maître SCHÖNBERGER en date du 24 mai 2004 ;

45. Signification à la société PIVOTAL, INC. d'arrêt rendu le 30 septembre 2002, en date du 24 janvier 2005 ;

46. Signification à la société PIVOTAL, INC. de jugement rendu le 27 septembre 2005, en date du 23 mars 2006.

[ Page 86/86 ]

Exhibit B
Dec. Jonathon Polier