1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  **703 Market Street, Suite 600**
   **San Francisco, CA 94103**
4  **Telephone: (415) 398-1040**
   **Facsimile: (415) 398-2001**

**Attorneys for Plaintiffs**
**JOHN GIDDING, PIVOTAL, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> DEREK ANDERSON, et al., <br><br> Defendants. | Case No. C-7-04755-JW <br><br> **DECLARATION OF RICHARD GENDERSON IN OPPOSITION TO MOTION TO MARIE-CLAUDE SIMON FOR LACK OF PERSONAL JURISDICTION** <br><br> Date: May 30, 2008 <br> Time: 9:00 a.m. <br> Place: 2, 17th Floor. |

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF RICHARD GENDERSON IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION                    Case No. C-7-04755-JW

-1-

I, Richard Genderson, declare:

1. I make this declaration of my own personal knowledge and as to those matters alleged I believed them to be true. I am an American citizen and a resident of Washington DC. I am over the age of twenty one (21). I have personal knowledge of the matters set forth herein and each of them is true and correct.

2. I have purchased wine from Mr. Gidding's companies in the United States since 1981. I have purchased wine from Madeleine Proy's companies in France since 1985. I believe that Madeleine Proy and John Gidding were married in 1989 or 1990.

3. I am an owner of the Schneiders Group LLC which is the owner of Opson Holdings SA. I appointed John Gidding as a director of this company and gave him a symbolic share of Opson that allowed him to handle administrative matters in Luxembourg.

4. Over the summer of 2003, Serge Hauchart and Marie-Claude Simon telephoned me numerous times, at my offices in Washington DC, seeking a $5,000,000 bank guarantee to restructure Champagne Bricout. Marie-Claude Simon and Serge Hauchart both spoke English to me because I do not speak French. I provided a $5,000,000 guarantee to the Court of Reims issued by the Cardinal Bank if Virginia.

5. Opson Holdings SA accused Marie Claude Simon of fraud and forgery for the contract that they concluded in Opson Holding's name. A Rogatory Commission is now gathering material seeking to indict her and, as these proceeding are secret, I will not say more.

6. At the same time, Champagne Ayala sued Windstock & Importing a corporation in which I am an officer and director. Marie-Claude Simon was very keen on

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF RICHARD GENDERSON IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION                                                                                                    Case No. C-7-04755-JW

-2-

1  handling this matter, and I accepted her offer. Attached as **Exhibit A** is a true and correct

2  copy of the fax I sent to her associate, Mr. Kroon. Attached as **Exhibit B** is a true and

3  correct copy of the letter Marie-Claude Simon sent to Windstock & Importing. Marie-

4  Claude Simon asked the Court in Reims for delays and than failed to appear.

5

6      I declare under penalty of perjury under the laws of the United States and pursuant to

7  28 U.S.C. § 1746 that the foregoing is true and correct

8      Executed this 21st day of March 2008 at Washington D.C.

10      By: /s/ Richard Genderson
Richard Genderson

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF RICHARD GENDERSON IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION        Case No. C-7-04755-JW

-3-