17/03 2008 20:33 FAX                                                                                                      ☑006/009



**SIMON PIERRARD**

<u>Avocats Associés</u>

Michelle PIERRARD
DROIT SOCIAL ET DES PERSONNES

Marie-Claude SIMON
D.E.S.S. DROIT DES AFFAIRES
DROIT DES SOCIETES DROIT FISCAL

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT
AVOCATS

**WINDSTOCK & IMPORTING Corp.**
Monsieur Richard GENDERSON
One North Lexington Avenue
White Plains
NEW YORK 106101
U.S.A

Reims, le 23 juillet 2003

N/Réf : WINDSTOCK & IMP
PETER COSSART LIMITED
C/ AYALA ET SGC
T.CE / 5150
MCS//MP

\* \* \*Monsieur,

Je fais suite à votre fax du 23 juin 2003, l'audience du Tribunal de Commerce de REIMS du 24 juin et mon rendez-vous avec Monsieur GIDDING du 17 juillet dernier.

Cette affaire a fait l'objet d'un renvoi pour communication des pièces adverses au <u>16 septembre 2003.</u>

Sous réserve de la vérification des pièces, je pense qu'il y a effectivement un problème quant à la compétence du Tribunal de Commerce de REIMS.

Cependant, comme je l'ai indiqué à Monsieur GIDDING, il convient que je puisse faire le point global de ce dossier.

Dans un souci de facilité et de transparence, je vous adresserai l'ensemble de nos courriers par l'intermédiaire de Monsieur GIDDING que vous avez mandaté à cette fin.

Compte tenu du travail à effectuer, vous trouverez ci-joint une demande de provision dont je vous remercie du règlement.

Vous souhaitant bonne réception des présentes,

Je vous prie de croire, Monsieur, en l'assurance de ma considération distinguée.

Marie-Claude SIMON

Sté SIMON PIERRARD
S.E.L A.R.L. Au Capital de 300000,00 F
Siège Social : 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
**TEL 03.26.84.56.56 - FAX 03.26.84.56.50**
RCS REIMS B 404 220 535 00011 NAF 741A