"COMPAGNIE DES VINS DU LEVANT"

Société anonyme au capital de 21 784 202,32 euros
Siège social : 17, rue de la Baume 75008 PARIS

SIREN 421 617 150 R.C.S. PARIS

RAPPORT DE GESTION DU CONSEIL D'ADMINISTRATION
à l'assemblée générale ordinaire annuelle du 30 avril 2002

Mesdames, Messieurs,

Conformément aux dispositions légales et statutaires, nous vous avons réunis en assemblée générale ordinaire annuelle à l'effet de vous présenter notre rapport sur les opérations de l'exercice social clos le 31 octobre 2001 ainsi que sur les comptes annuels dudit exercice.

Les documents comptables qui ont été mis à votre disposition, au siège social dans les délais légaux, ont été établis dans le respect des principes généraux du droit comptable actuellement en vigueur, selon les mêmes formes et suivant les mêmes méthodes d'évaluation que celles de l'exercice précédent.

I - Activité de la société au cours de l'exercice social clos le 31 octobre 2001

Les produits d'exploitation, d'un montant global de ........................................ 139 930 EUR
sont constitués du chiffre d'affaires afférent aux prestations de services et à la production des activités annexes, à hauteur de ........................................ 124 398 EUR
S'y ajoutent :

. des transferts de charges, pour ........................................ 15 514 EUR
. et divers produits d'exploitation, pour ........................................ 18 EUR

Les charges d'exploitation forment un total de ........................................ 769 741 EUR
qui se détaille comme suit :

. Achats et charges externes ........................................ 252 366 EUR
. Impôts, taxes et versements assimilés ........................................ 19 067 EUR
. Frais de personnel ........................................ 468 360 EUR
. Dotation aux comptes d'amortissements ........................................ 29 942 EUR
. Autres charges ........................................ 6 EUR

Le résultat d'exploitation est déficitaire de ........................................ 629 811 EUR
(contre 533 713 EUR au 31-10-2000)

.../...

experian:1622

EXHIBIT B Page 1 of 4

Après comptabilisation des produits financiers, pour ........................... 197 291 EUR

- des charges financières, pour ........................................................................... 2 936 817 EUR
  (dont dotations financières = 2 703 569 euros)

- des produits exceptionnels, pour ...................................................................... 7 843 957 EUR
  (dont cessions d'immobilisations = 7 843 390 euros)

- et des charges exceptionnelles, pour ............................................................... 7 441 348 EUR
  (dont VNC des immobilisations cédées = 7 438 242 euros)

l'exploitation de l'exercice social clos le 31 octobre 2001 se solde par une perte nette
comptable de ......................................................................................................... 2 966 728 EUR
(contre un bénéfice de 133 548 EUR au 31-10-2000).

## II - Proposition d'affectation du résultat de l'exercice

Nous vous proposons d'affecter la perte nette comptable de l'exercice social clos le
31 octobre 2001, qui s'élève à ............................................................................. 2 966 728,88 EUR
au compte "Report à Nouveau" débiteur.

Nous vous rappelons qu'aucun dividende n'a été servi au titre des deux premiers exercices sociaux clos les 31 décembre 1999 et 30 octobre 2000.

## III - Situation financière

Les capitaux permanents dont dispose la société, au 31 octobre 2001, se présentent et se comparent comme suit à ceux de l'exercice précédent :

|   | Au 31-10-00 | Au 31-10-01 |
|---|---|---|
| - Capitaux propres (compte tenu du résultat) | 21 762 397 EUR | 18 795 668 EUR |
| - Dettes à plus d'un an | 1 878 639 EUR | 1 447 282 EUR |
| - Comptes courants d'associés | 136 832 EUR | 456 320 EUR |
|   | 23 777 868 EUR | 20 699 270 EUR |

L'actif immobilisé net ressort à 8 034 918 EUR (contre 12 937 606 EUR au 31-10-2000).

La situation financière de la société, au 31 octobre 2001, fait apparaître un fonds de roulement de 12 664 352 EUR (contre 10 840 262 EUR au 31-10-2000).

## IV - Autres informations ou rappels

♦ Tableau des résultats financiers : au présent rapport est annexé, conformément aux dispositions de l'article 148 du décret du 23 mars 1967, le tableau faisant apparaître les résultats de la société au titre des trois premiers exercices sociaux.

♦ Réintégrations de frais :

- Amortissements excédentaires, pour .................................................................. 7 167 EUR
- T. V. T. S., pour ................................................................................................... 8 202 EUR
- Provisions non déductibles et majoration I.S., pour .......................................... 12 494 EUR

.../...

♦ Filiales et participations :

<u>S.A. "Société Champenoise d'Exploitation Vinicole"</u> communément appelée S.C.E.V. Albert LEBRUN", Société Anonyme au Capital de 471 448,59 EUR dont le siège social est sis : 93 à 99, avenue de Paris 51000 CHALONS EN CHAMPAGNE - Immatriculée au R.C.S. de CHALONS EN CHAMPAGNE sous le numéro SIREN 095 750 535 : la société "COMPAGNIE DES VINS DU LEVANT" détient plus des 2/3 des titres "S.C.E.V."

<u>S. à R.L. "Champagne Louis LEVANT"</u>, Société à Responsabilité Limitée au Capital de 152 449,02 EUR dont le siège social est sis : 4, rue des Forêts 51190 GRAUVES - Immatriculée au R.C.S. d'EPERNAY sous le numéro SIREN 330 556 952 : la société "COMPAGNIE DES VINS DU LEVANT" détient plus de 99 % des titres "Champagne Louis LEVANT".

♦ Intégration fiscale : la S. à R.L. "Champagne Louis LEVANT" fait partie - à compter du 1er novembre 2000 - du groupe constitué par la société "COMPAGNIE DES VINS DU LEVANT", en application des articles 223 A et suivants du Code Général des Impôts.

<u>S.A.S. "Compagnie des Vins du Levant Distribution"</u> (C.V.L.D.), Société par Actions Simplifiée au Capital de 1 000 000 EUR dont le siège social est sis : 11, rue de Reims 51500 RILLY LA MONTAGNE - Immatriculée au R.C.S. de REIMS sous le numéro SIREN 440 331 668 : la société "COMPAGNIE DES VINS DU LEVANT" détient 100 % des titres "C.V.L.D."

♦ Intégration fiscale : la S.A.S. "Compagnie des Vins du Levant Distribution" fera partie - à compter du 1er novembre 2002 - du groupe constitué par la société "COMPAGNIE DES VINS DU LEVANT", en application des articles 223 A et suivants du Code Général des Impôts.

<u>S.A. "Charles MIGNON"</u>, Société Anonyme au Capital de 143 194 EUR dont le siège social est sis : 1, avenue de Champagne, 51200 EPERNAY - Immatriculée au R.C.S. d'EPERNAY sous le numéro SIREN 400 690 855 : la société "COMPAGNIE DES VINS DU LEVANT" détient plus de 1/5 des titres "Charles MIGNON".

<u>S.A.S. "HEGA"</u>, Société par Actions Simplifiée au Capital de 1 219 040 EUR dont le siège social est sis : 17, rue de la Baume, 75008 PARIS - Immatriculée au R.C.S. PARIS sous le numéro SIREN 423 413 749 : la société "COMPAGNIE DES VINS DU LEVANT" détient plus de 1/3 des titres "HEGA".

<u>S.C.I. "FAVOR"</u>, Société Civile Immobilière au Capital de 200 000 EUR dont le siège social est sis : 110, rue Chanzy 72000 LE MANS - Immatriculée au R.C.S. LE MANS sous le numéro SIREN 437 795 123 : la société "COMPAGNIE DES VINS DU LEVANT" détient plus du 1/3 des titres "FAVOR".

♦ <u>Augmentation du capital social</u> : Aux termes du procès-verbal de l'assemblée générale extraordinaire en date du 21 février 2002, il a été décidé de multiplier le nombre des titres par dix et de diviser par dix la valeur nominale de l'action, d'augmenter le capital social en numéraire de 7 285,18 euros pour le porter de 21 784 202,32 euros à 21 791 487,50 euros par élévation de la valeur nominal de l'action qui passe à 15,25 euros.

♦ <u>Réduction du capital social en cours</u> : Aux termes du même procès-verbal de l'assemblée générale extraordinaire en date du 21 février 2002, il a été décidé de réduire le capital social d'un montant maximum de 1 829 237,50 euros par voie d'achat et d'annulation de 119 950 actions de 15,25 euros nominal et de donner tous pouvoirs au Conseil d'administration à l'effet de réaliser les opérations relatives à la réduction du capital.

.../...

experian:1623

♦ Résultats des filiales :

- "Société Champenoise d'Exploitation Vinicole" (S.C.E.V. Albert LEBRUN") : résultats de l'exercice social clos le 31 octobre 2001 :

| | |
|---|---:|
| Les produits d'exploitation se sont élevés à | 9 019 110 EUR |
| et les charges d'exploitation à | 9 456 988 EUR |
| Le résultat d'exploitation est déficitaire de | 437 878 EUR |

(contre 79 600 EUR au 31-10-2000).

| | |
|---|---:|
| Après comptabilisation des produits financiers | 1 887 EUR |
| - des charges financières | 599 085 EUR |
| - des produits exceptionnels | 336 824 EUR |
| - et des charges exceptionnelles | 29 688 EUR |
| l'exploitation de l'exercice social clos le 31 octobre 2001 se solde par une perte nette comptable de | 727 940 EUR |

(contre 382 388 EUR au 31-10-2000).

- "Champagne Louis LEVANT" : Résultat de l'exercice social - clos le 31 octobre 2001 :

| | |
|---|---:|
| Les produits d'exploitation se sont élevés à | 246 218 EUR |
| et les charges d'exploitation à | 249 506 EUR |
| Le résultat d'exploitation est déficitaire de | 3 288 EUR |

(contre un bénéfice de 127 129 EUR au 31-10-2000)

| | |
|---|---:|
| Après comptabilisation des charges financières | 13 204 EUR |
| - des produits exceptionnels | 41 161 EUR |
| - et des charges exceptionnelles | 27 356 EUR |
| et d'une provision pour impôts sur les bénéfices | 1 600 EUR |
| l'exploitation de l'exercice social clos le 31 octobre 2001 se solde par une perte nette comptable de | 4 287 EUR |

(contre un bénéfice de 120 202 EUR l'exercice précédent).

## VI - Renouvellement des mandats des administrateurs

Nous vous rappelons que les mandats des administrateurs - confiés à Madame Michelle BACHELET, Monsieur Patrick RAULET et à la Société "TRANSCAPITAL CONSEIL" - viennent à expiration à l'issue de la présente assemblée.

En conséquence, nous vous proposons de renouveler purement et simplement lesdits mandats pour une nouvelle période de six années, soit jusqu'à l'issue de l'assemblée générale ordinaire annuelle qui sera appelée à statuer sur les comptes de l'exercice 2006-2007.

---

Nous allons maintenant donner la parole à Monsieur Denis DELAMARE, Commissaire aux Comptes, qui va vous rendre compte des contrôles et vérifications auxquels il a procédé dans le cadre de son mandat et, à cet effet, vous présenter ses rapports.

Après échange de vues, nous vous donnerons lecture du texte des résolutions qui vont être soumises à votre vote.

Pour le Conseil d'Administration
Son Président

COPIE CERTIFIÉE CONFORME