Mme Madeleine Gidding - 44, rue Tony Neuman - L 2241 Luxembourg

le 23 janvier 2003

SIMON PIERRARD, avocats associes
34, rue des Moulins, BP 16
51766 Reims Cedex
attn: Comptabilite

Concerne: reglements divers
John R Gidding

Madame,

Je vous adresse ci-inclus six cheques de reglements correspondant a des prestations de services selon le recapitulatif joint etabli par vos soins.

Je vous en souhaite bonne reception et vous adresse mes meilleures salutations,

P.J.  -recapitulatif
      -cheques (six) des montants suivants:
            422,87 €
            622,70 €
            375,21 €
            168 €
            372,61 €
            517,76 €

SCP HAEM CHATELAIN MASSON FOLTZ
1 place Victor Hugo
51206 EPERNAY CEDEX ............... *Prestation de services* ...... 422,87 €
*pour M. Gidding (huissiers)* ——— X

SCP LAURENT GUISET DUMOULIN
24 boulevard Justin Grandthille
51008 CHALONS EN CHAMPAGNE Cedex ....... *Prestations de services* ... 622,70 €
Actes : (2763) ............... 64,96 €   *pour M. G. (Huissiers)* ——— X
        (2753) ............... 53,76 €
        (2779) ............. 105,83 €
        (2750) ............. 335,89 €
        (2656) ............... 62,26 €

Monsieur Christian MAQUET
Les Jardins de Montjoly
14 avenue François Mitterand
8000 CHARLEVILLE MEZIERES ....... *Prestation de services* ...... 375,21 €
*pour M. Gidding (Traductions)* ——— X

PENET-COLMART Diane
3 rue Werlé
51360 VERZENAY ....... *pour M. Gidding* *Prestation de services* ...... 168,00 €
*(Traductions)* ——— X

Madame Evelyne BOURGOUIN BOUCHART
18 avenue Nationale
LA NEUVILETTE
51100 REIMS ....... *Prestation de Services* ...... 372,61 €
*pour M. Gidding (Traductions)* ——— X

SCP STROH ET CAULIER
34 rue des Moulins
51100 REIMS ....... *pour M. Gidding* *Prestation de Services* ...... 517,76 €
........................... 95,68 €   *(Huissier)* ——— X
........................... 422,08 €









