1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  **703 Market Street, Suite 600**
   **San Francisco, CA 94103**
4  **Telephone: (415) 398-1040**
   **Facsimile: (415) 398-2001**
5
   **Attorneys for Plaintiffs**
6  **JOHN GIDDING, PIVOTAL, INC.**

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL, INC.** | ) Case No. C-7-04755-JW |
| Plaintiffs, | ) **EXHIBITS E THROUGH M TO DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO MARIE-CLAUDE SIMON FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| **DEREK ANDERSON, et al.,** | |
| Defendants. | |
| | ) Date: May 30, 2008 |
| | ) Time: 9:00 a.m. |
| _____ | ) Place: 2, 17th Floor. |

27 **EXHIBITS E THROUGH M TO DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR MARIE-CLAUDE SIMON'S LACK OF PERSONAL JURISDICTION**
28 Case No. C-7-04755-JW

-1-

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001