

# PIVOTAL, INC.    Wine Imports

Warehouse & Office Address:
22678 Broadway Ste A2
Sonoma, CA 95476
707 938-4166      707 938-4156 Fax

Billing & Correspondence
PO Box 520
Glen Ellen, CA 95442
tom@pivotalsonoma.com

Ste. Simon Pierrard
34, rue des Moulins
51100 Reims
France

12 janvier 2004
Lettre REC AR 1pg
et par télécopie

Attn: Me. SIMON

RE:    **FACTURE N°03832 du 22 décembre 2003 - 5.878,60€**

   votre ref: DOSSIERS SCEV / MCS/MP

   notre ref: PIVOTAL INC. JOHN GIDDING / SCEV SEQUESTRE - EXEQUATEUR

Maître,

   Suite à nos correspondances, veuillez trouver ci-joint un chèque Midshore SA pour 5.878,60€ pour solde de tout compte.

   Je n'ai pas encore decide d' un nouvel avocat pour reprendre ce dossier, mais dans l'intervalle voulez vous avoir tous ces documents prets a etre transféres.

   Veuillez agréer, Maître, mes salutations distinguées.

   John Gidding

P.J.:   Midshore SA cheque n°37332510059 du 12 janvier 2004, pour 5.878,60€

# PIVOTAL, INC.    Wine Imports

Warehouse & Office Address:  
22678 Broadway Ste A2  
Sonoma, CA 95476  
    707 938-4166      707 938-4156 Fax

Billing & Correspondence  
PO Box 520  
Glen Ellen, CA 95442  
tom@pivotalsonoma.com

Ste. Simon Pierrard  
34, rue des Moulins  
51100 Reims  
France

Le 14 janvier 2004  
Lettre REC AR 1pg  
et par télécopie

Attn: Me. SIMON

RE:    **FACTURE N°0388 4 du 16 octobre 2003 - 1.874,04€**  
       votre ref: DOSSIERS SCEV / MCS/MP  
       notre ref: PIVOTAL INC. JOHN GIDDING / SCEV SEQUESTRE - EXEQUATEUR

Votre lettre du 22 décembre 2003 "Vous trouverez ci-joint ma note de frais et honoraires récapitulative."

Votre lettre du 13 janvier 2004

Maître,

     Votre facture n°03832 du 22 décembre 2003 reprend vos heures passées depuis le 5 décembre 2002 et cette même facture est qualifiée par vous de "récapitulative."

     Vous indiquez, dans la même lettre du 22 décembre: "je m'opposerai à toute transmission du dossier tant que ces honoraires ne seront pas réglés".

     Votre stratégie contre moi est non seulement claire, Maître, mais puissante car vous avez eu de longs mois pour la préparer, tandis que je vous faisais confiance.

Midshore SA va vous adresser un chèque de:   1.874,04€   pour Solde de tout Compte.

     Je rappelle que je me réserve le droit de contester toutes vos actions depuis le 1er janvier 2003.

Veuillez agréer, Maître, mes salutations distinguées,

John Gidding

CC:    Me Seebach

# PIVOTAL, INC........Wine Imports

PO Box 520
2467 Warm Springs Road
Glen Ellen, CA 95442
707 938-4166    707 938-4156 Fax    tom@pivotalsonoma.com

January 26th, 2004

Dear Madame Simon:

Pivotal, Inc. has a contract with Midshore for our legal affairs in France. What you are doing is unfair and damaging to our interests.

Sincerely,

*[signature]*

Thomas C. Cygnar, President
Pivotal, Inc.

cc.   Seebach & Seebach
      Midshore
      Mr. Schonberger

# PIVOTAL, INC. . . . . . . . . Wine Imports

PO Box 520 Glen Ellen, CA 95442
707 938-4166    707 938-4156 Fax    tom@pivotalsonoma.com

Simon Pierrard
34, rue des Moulins
51100 Reims
France

3 page by fax
February 12, 2004

Midshore SA to send by Lettre REC AR

REF:   PIVOTAL - GIDDING contre SCEV / EXEQUATOR SASI

Mesdames,

Vous refusez les chàques de Midshore, et vous refusez de facturer vos honoraires à Pivotal, tout en refusant de livrer nos dossiers.

Nous transférons, immédiatement - et sans facturation de votre part - les 7.752,64€ pour solde de toute compte.

Nous espérons que vous ne verrez pas d'autre prétexte pour ne pas transferer ce dossier.

J'ai demandé à Maitre Schonberger de faire le necessaire auprès des Batonniers de Luxembourg et de Reims.

Je vous indique que Mr. Hauchart vient de me signaler que j'étais bloqué avec Simon Pierrard. En vertu de quoi? Mr. Raulet vient de me contacter, il est aussi au courant de ce fait, pourquoi?

Sincerely,

Pivotal, Inc.
John Gidding / Vice President

CC:    Me Schonberger

# PIVOTAL, INC. . . . . . . . Wine Imports

PO Box 520 Glen Ellen, CA 95442
707 938-4166    707 938-4156 Fax    tom@pivotalsonoma.com

Société Simon-Pierrard
34, rue des Moulins
51100 Reims, France

Le 26 fevrier 2004
REC AR
1 page + Confirmation Banque

attn: Maitre SIMON

Re:   Virement n° 20010217-040836 / $10,349.00 / 7,752.64€ de Pivotal Inc.
correspondant à vos factures n°03832 et n°03684
Dossier: Pivotal et Gidding / SCEV Exequateur / Sequestre

Madame,

Nous avons confirmation de la Société Générale, Place Royale à Reims que notre virement (TRN REF: 20010217-040836 / $10,349.00) a été effectué avec diligence et que votre compte (SELARL SIMON PIERRARD n°00020300411) a été crédité de la somme de 7,752.64€ en date du 19 fevrier 2004, c'est-à-dire il y a une semaine.

Dans l'intervallle, vous n'avez pas restitué les deux chèques (n°37332510059 et n°37532510061) à Midshore SA (correspondant aux mêmes factures, même montant).

Dans l'intervalle, vous n'avez pas remis les dossiers Pivotal et Gidding à l'avocat en charge Me Didier Schonberger.

Vous n'avez pas non plus refait la facturation à Pivotal.

Dans l'attente de vos nouvelles, nous vous prions d'agréer, Madame, nos salutations distinguées.

Pivotal, Inc.

John Gidding / Vice President

CC:   Me Didier Schönberger
Me Jacques Legay
Me Seebach
Midshore SA

# PIVOTAL, INC. ......Wine Imports

PO Box 520 Glen Ellen, CA 95442
707 938-4166    707 938-4156 Fax    tom@pivotalsonoma.com

Société Simon-Pierrard
34, rue des Moulins
51100 Reims, France

Le 26 fevrier 2004
REC AR
1 page + Confirmation Banque

attn: Maitre SIMON

Re:   Virement n° 20010217-040836 / $10,349.00 / 7,752.64€ de Pivotal Inc.
      correspondant à vos factures n°03832 et n°03684
      Dossier: Pivotal et Gidding / SCEV Exequateur / Sequestre

Madame,

Nous avons confirmation de la Société Générale, Place Royale à Reims que notre virement (TRN REF: 20010217-040836 / $10,349.00) a été effectué avec diligence et que votre compte (SELARL SIMON PIERRARD n°00020300411) a été crédité de la somme de 7,752.64€ en date du19 fevrier 2004, c'est-à-dire il y a une semaine.

Dans l'intervallle, vous n'avez pas restitué les deux chèques (n°37332510059 et n°37532510061) à Midshore SA (correspondant aux mêmes factures, même montant).

Dans l'intervalle, vous n'avez pas remis les dossiers Pivotal et Gidding à l'avocat en charge Me Didier Schonberger.

Vous n'avez pas non plus refait la facturation à Pivotal.

Dans l'attente de vos nouvelles, nous vous prions d'agréer, Madame, nos salutations distinguées.

Pivotal, Inc.

John Gidding / Vice President

CC:   Me Didier Schönberger
      Me Jacques Legay
      Me Seebach
      Midshore SA

FAX de JOHN GIDDING
1 page

> Maître Marie-Claude SIMON
> Ste. Simon & Pierrard
> 34, rue des Moulins
> 51715 Reims, France

Dec 15, 2003

Par Fax et Lettre Recommandée AR (1+4 pages)

Cher Maître SIMON,

Il est imperatif que vous m'informiez de mon dossier personnel:

<u>John Gidding et Pivotal, Inc contre SCEV</u>,

  saisie sequestre
et
  plaidoirie pour l'exequatur

Je vous demande de bien vouloir me repondre aujourdhui meme, par

  telecopie (352) 26 27 09 91
ou
  telephone (352) 26 27 05 16

**Vous m'obligez a vous demander:**

**Que signifie votre silence?**

Je joins copies de mes fax précédents qui vous ont été addresses le:

  09 Dec 2003 1 pg
  10 Dec 2003 1 pg
  11 Dec 2003 1 pg

ainsi qu'a nouveau copie de mon fax addressé à Maître Legay avec copie pour vous-mêmes,
  du 12 Dec 2003 1 pg

Je suis a votre disposition et peux etre a votre bureau

  mardi, le16 Dec. 2003 entre 11:00 et 14:30
ou jeudi, le 18 Dec. 2003 entre 07:30 et 14:30.

Je vous remercie de votre reponse.

John Gidding

P.J. : 4