

International News  
Friday **7 August** 1998

Electronic Telegraph  
Issue **1169**

# Former minister faces questioning over loan

**By Susannah Herbert in Paris**

**External Links**

« M. Léotard est convoqué pour être mis en examen... |7 Aug '98| - Le Monde





JOHN PRODGER

THE former French defence minister François Léotard has been summoned for questioning by judges investigating a suspect loan, his lawyer said yesterday.

M Léotard, a one-time presidential hopeful, is to be questioned today about a £500,000 loan made to the Republican Party in 1996. It was made by the Fondo Sociale di Cooperazione Europea, a Milan-based financial firm, and was used to buy the freehold of the party's headquarters when M Léotard was party leader.

The loan was secured after Serge Hauchart, a colleague of M Léotard, took £500,000 in a bag to the FSCE's Paris office. M Léotard's entourage have claimed that the loan was entirely legitimate, but two investigative judges, Eva Joly and Laurence Vichnievsky, want more information.

M Hauchart, and the former financial director of the Republican Party, Antoine de Menthon, have been placed under formal investigation for money-laundering. The Republican Party - one of the Right-wing coalition which ruled France until last year - was recently renamed Liberal Democracy. M Léotard lost control this year to his rival Alain Madelin, a former finance minister.

• The newspaper Le Monde said yesterday that M Léotard would be indicted today accused of money laundering and illegal finacing of a political party.

24 May 1998: Chirac faces ultimate price of financial scandal  
8 November 1997: French slush fund finances 30 'shadow bureaucrats'