19/03 2008 21:05 FAX                                                                      ☒002/010



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/RÉF A RAPPELER IMPÉRATIVEMENT
  BRICOUT / MANSARD BAILLET
  (Référé Epernay)
  TCE /
  MCS/RC/MP

Monsieur HAUCHART
CHAMPAGNE BRICOUT ET KOCH
59 route de Cramant
51190 AVIZE

Reims, le 13 mars 2003

## FACTURE N° 03168

| | |
|---|---:|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé : 2 h 30 à 198,00 € | 495,00 € |
| - rédaction des écritures : 2 h | |
| - trajet : 0 h 30 | |
| 15 pages dactylographiées à 9,00 € | 135,00 € |
| Audience des référés du 10.03.03 | |
| Honoraires de plaidoirie | 300,00 € |
| Trajet : 50 km x 0,40 | 20,00 € |
| TOTAL H.T. | 1.072,00 € |
| T.V.A 19,6 % | 210,11 € |
| TOTAL TTC | 1.282,11 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | **1.290,95 €** |

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000,00 F - RCS REIMS B 404 220 535 00011 NAF 741A



SIMON PIERRARD

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
    BRICOUT / MANSARD BAILLET – RS
    TCE/
    MCS/RC/MP

Monsieur HAUCHART
CHAMPAGNE BRICOUT
59 route de Cramant
51190 AVIZE

Reims, le 17 mars 2003

## FACTURE N° 03180

| | |
|---|---|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé (rédaction des écritures) : 1 h à 198,00 € | 198,00 € |
| 15 pages dactylographiées à 9,00 € | 135,00 € |
| Audience du 10.03.03 : honoraires de plaidoirie | 300,00 € |
| TOTAL H.T. | 755,00 € |
| T.V.A 19,6 % | 147,98 € |
| TOTAL TTC | 902,98 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | 911,82 € |

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000,00 F - RCS REIMS B 404 270 535 00011 NAF 741A

19/03 2008 21:06 FAX                                                                                     ☒004/010



SIMON
PIERRARD

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
   BRICOUT / MANSARD BAILLET   RS
   TCE/
   MCS/MP

Monsieur HAUCHART
CHAMPAGNE BRICOUT
59 rue de Cramant
51190 AVIZER

Reims, le 18 mars 2003

## FACTURE N° 03186

Provision sur frais et honoraires à hauteur d'appel

TOTAL H.T. ............................................................................................................ 710,70 €

T.V.A 19,6 % ......................................................................................................... 139,30 €

**NET A PAYER** ................................................................................................... 850,00 €

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
BRICOUT / LA RUCHE
TCE/4996
MCS/RC/MP

Monsieur HAUCHART
CHAMPAGNE BRICOUT
59 rue de Cramant
51190 AVIZE

Reims, le 26 mars 2003

## FACTURE N° 03202

| | |
|---|---:|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé : 2 h à 198,00 € | 396,00 € |
| . analyse des pièces : 1 h | |
| . rédaction des écritures : 1 h | |
| 15 pages dactylographiées à 9,00 € | 135,00 € |
| **TOTAL H.T.** | 653,00 € |
| T.V.A 19,6 % | 127,99 € |
| **NET A PAYER** | 780,99 € |

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S E L A R L Au Capital de 300000 00 F - RCS REIMS B 404 220 535 00011 NAF 741A

19/03 2008 21:06 FAX                                                                   ☒006/010



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
BRICOUT / ANDRE BERGERE
TCE/
MCS/MP

Monsieur HAUCHART
CHAMPAGNE BRICOUT
59 rue de Cramant
51190 AVIZE

Reims, le 28 mars 2003

## FACTURE N° 03211

| | |
|---|---|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé : 1 h à 198,00 € | 198,00 € |
| 10 pages dactylographiées à 9,00 € | 90,00 € |
| 50 km photocopies à 0,40 € | 20,00 € |
| Honoraires de plaidoirie – Audience du 27 mars 2003 | 300,00 € |
| TOTAL H.T. | 730,00 € |
| T.V.A 19,6 % | 143,08 € |
| TOTAL TTC | 873,08 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | 881,92 € |

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
BRICOUT ET PEM / NICOLAS FEUILLATTE
TCE / 4988
MCS/MP

Monsieur Serge HAUCHART
BRICOUT ET KOCH
Route de Cramant
51190 AVIZE

Reims, le 4 avril 2003

## FACTURE N° 03229

| | |
|---|---|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé : 13 h à 198,00 € | 2.574,00 € |
| . examen et préparation du dossier : 6 h | |
| . plaidoiries (2 audiences) : 5 h | |
| . déplacement : 2 h | |
| 100 km (2 A/R Epernay) x 0,40 € | 40,00 € |
| TOTAL H.T. | 2.736,00 € |
| T.V.A 19,6 % | 536,25 € |
| TOTAL TTC | 3.272,25 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | 3.281,09 € |

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26 84 56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000,00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
BRICOUT / GEODIS
TCE/5023
MCS/RC/MP

Monsieur Serge HAUCHART
BRICOUT ET KOCII
59 route de Cramant
51190 AVIZE

Reims, le 4 avril 2003

## FACTURE N° 03227

Provision sur frais et honoraires

TOTAL H.T. ........................................................................................... 300,00 €

T.V.A 19,6 % ........................................................................................... 58,80 €

NET A PAYER ....................................................................................... 358,80 €

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF À RAPPELER IMPERATIVEMENT
   MARTIN / EUROFACTOR
   TCE /
   MCS/MP

CHAMPAGNE BRICOUT
Monsieur Serge HAUCHART
Route de Cramand
51190 AVIZE

Reims, le 4 avril 2003

## FACTURE N° 03237

Provision sur frais et honoraires

TOTAL H.T. .................................................................................................... 760,87 €

T.V.A 19,6 % .................................................................................................. 149,13 €

NET A PAYER .................................................................................................. 910,00 €

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,*
*un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



SIMON PIERRARD

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
    BRICOUT / LA RUCHE
    TCE/4996
    MCS/RC/MP

Monsieur HAUCHART
CHAMPAGNE BRICOUT
59 rue de Cramant
51190 AVIZE

Reims, le 7 avril 2003

## FACTURE N° 03242

Audience du 1er avril 2003

| | |
|---|---:|
| Honoraires de plaidoirie | 300,00 € |
| T.V.A 19,6 % | 58,80 € |
| TOTAL TTC | 358,80 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | 367,64 € |

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S E L A R L Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A

19/03 2008 21:10 FAX ☒001/010



10-D13

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
MARTIN / EUROFACTOR
TCE / 5036
MCS/MP

CHAMPAGNE BRICOUT
Monsieur Serge HAUCHART
Route de Cramand
51190 AVIZE

Reims, le 8 avril 2003

## FACTURE N° 03246

| | |
|---|---:|
| TOTAL H.T. | 2.300,00 € |
| T.V.A 19,6 % | 450,80 € |
| NET A PAYER | 2.750,80 € |

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000.00 F - RCS REIMS B 404 220 935 00011 NAF 741A

19/03 2008 21:10 FAX                                                                                                    ☒002/010



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
    BRICOUT / CDCV
    TCE/5038
    MCS/RC/MP

Monsieur Serge HAUCHART
BRICOUT ET KOCH
59 route de Cramant
51190 AVIZE

Reims, le 11 avril 2003

## FACTURE N° 03257

| | |
|---|---:|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé (rédaction des écritures) : 1 h à 198,00 € | 198,00 € |
| 10 pages dactylographiées à 9,00 € | 90,00 € |
| Audience 10.04.03 | |
| Honoraires de plaidoirie réduit à | 150,00 € |
| 50 km x 0,40 | 20,00 € |
| TOTAL H.T. | 580,00 € |
| T.V.A 19,6 % | 113,68 € |
| TOTAL TTC | 693,68 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | 702,52 € |

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03 26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
  MARTIN / EUROFACTOR
  CEL/5015
  MCS/MP

Monsieur HAUCHART
FINANCIERE MARTIN
59 route de Cramant
51190 AVIZE

Reims, le 11 avril 2003

## FACTURE N° 03258

Préparation, rédaction et dépôt de plainte
auprès de Monsieur le Procureur de la République

TOTAL H.T. ................................................................................................... 1.000,00 €

T.V.A 19,6 % ................................................................................................. 196,00 €

NET A PAYER ............................................................................................... 1.196,00 €

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail . simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000.00 F  - RCS REIMS B 404 230 535 00011 NAF 741A

19/03 2008 21:11 FAX ☒004/010



SIMON
PIERRARD

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
BRICOUT / CHARLES DE CAZANOVE
TCE/5051
MCS/MP

BRICOUT ET KOCH
Monsieur HAUCHART
59 route de Cramant
51190 AVIZE

Reims, le 15 avril 2003

## FACTURE N° 03259

Provision sur frais et honoraires

TOTAL H.T. .................................................................................................. 693,97 €

T.V.A 19,6 % ................................................................................................. 136,02 €

**NET A PAYER** ........................................................................................... 830,00 €

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A R.L Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A

19/03 2008 21:11 FAX ☒005/010



SIMON
PIERRARD

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF À RAPPELER IMPÉRATIVEMENT
BRICOUT/GIAC
TCE/5048
MCS/MP

BRICOUT ET KOCH
Monsieur HAUCHART
59 route de Cramant
51190 AVIZE

Reims, le 15 avril 2003

## FACTURE N° 03260

Provision sur frais et honoraires

TOTAL H.T. ................................................................................................ 346,99 €

T.V.A 19,6 % ............................................................................................... 68,01 €

NET A PAYER ............................................................................................ 415,00 €

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03 26.84.56.50 - E-mail . simon-pierrard@avocat.org
S.E.L A.R.L. Au Capital de 300000,00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
   MARTIN/GIAC
   TCE/5049
   MCS/MP

MARTIN
Monsieur HAUCHART
59 route de Cramant
51190 AVIZE

Reims, le 15 avril 2003

## FACTURE N° 03261

Provision sur frais et honoraires

| | |
|---|---|
| TOTAL H.T. ................................................................................................................... | 346,99 € |
| T.V.A 19,6 % ................................................................................................................. | 68,01 € |
| **NET A PAYER** ............................................................................................................... | 415,00 € |

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26 84.56.56 - FAX 03.26 84.56.50 - E-mail : simon-pierrard@avocat.org
S E L A R L Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF À RAPPELER IMPERATIVEMENT
BRICOUT / VRANKEN
TCE/5052
MCS/MP

BRICOUT ET KOCH
Monsieur HAUCHART
59 route de Cramant
51190 AVIZE


Reims, le 15 avril 2003


## FACTURE N° 03262

Provision sur frais et honoraires

TOTAL H.T. .................................................................................................. 693,97 €

T.V.A 19,6 % ................................................................................................ 136,02 €
                                                                                    ========

**NET A PAYER** ............................................................................................ 830,00 €


*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000,00 F - RCS REIMS B 404 220 535 00011 NAF 741A

19/03 2008 21:12 FAX                                                                         ☒008/010



SIMON PIERRARD

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPERATIVEMENT
    BRICOUT/VIGNERONNE DE VERTUS
    TCE/5053
    MCS/MP

CHAMPAGNE BRICOUT
59 route de Cramant
51190 AVIZE

Reims, le 15 avril 2003

## FACTURE N° 03263

Provision sur frais et honoraires

TOTAL H.T. .................................................................................. 693,97 €

T.V.A 19,6 % ................................................................................ 136,02 €

**NET A PAYER** ........................................................................... 830,00 €

*Valeur en votre règlement comptant, net et sans escompte*

*Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture*

---

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/REF A RAPPELER IMPÉRATIVEMENT
   MARTIN / VIGNERONNE DE VERTUS
   TCE/5054
   MCS/MP

MARTIN
Monsieur HAUCHART
59 route de Cramant
51190 AVIZE

Reims, le 15 avril 2003

## FACTURE N° 03264

Provision sur frais et honoraires

TOTAL H.T. .................................................................... 693,97 €

T.V.A 19,6 % .................................................................. 136,02 €

**NET A PAYER** ............................................................... 830,00 €

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance, un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S.E.L.A.R.L. Au Capital de 300000.00 F - RCS REIMS B 404 220 535 00011 NAF 741A

19/03 2008 21:12 FAX                                                                                         ☒010/010



**SIMON PIERRARD**

Michelle PIERRARD
Droit social et des personnes

Marie-Claude SIMON
D.E.S.S. Droit des Affaires
Droit des Sociétés – Droit Fiscal

Avocats Associés

Raphaël CROON
Sophie MOUCHARD-DIOT
Maylis DUMONT

Avocats Collaborateurs

N/RÉF A RAPPELER IMPÉRATIVEMENT
BRICOUT / COGEVI (2)
TCE/
MCS/RC/MP

Monsieur Serge HAUCHART
BRICOUT ET KOCII
59 route de Cramant
51190 AVIZE

Reims, le 16 avril 2003

## FACTURE N° 03271

| | |
|---|---:|
| Frais d'ouverture de dossier | 122,00 € |
| Temps passé : 1 h à 198,00 € | 198,00 € |
| 5 pages dactylographiées à 9,00 € | 45,00 € |
| Audience du 15 avril 2003 | |
| Honoraires de plaidoirie réduit à | 228,67 € |
| **TOTAL H.T.** | **593,67 €** |
| T.V.A 19,6 % | 116,36 € |
| TOTAL TTC | 710,03 € |
| Timbre de plaidoirie | 8,84 € |
| **NET A PAYER** | **718,87 €** |

*Valeur en votre règlement comptant, net et sans escompte*

Conformément à la loi numéro 92/1442 du 31.12.92, il est précisé qu'à compter d'un délai de 45 jours après la date d'échéance,
un intérêt de retard égal à 150 % de l'intérêt légal sera appliqué au montant impayé de la facture

Société SIMON PIERRARD - 34 Rue Des Moulins - B.P. 16 - 51766 REIMS CEDEX
TEL 03.26.84.56.56 - FAX 03.26.84.56.50 - E-mail : simon-pierrard@avocat.org
S E L A R L  Au Capital de 500000.00 F - RCS REIMS B  404 220 535 00011 NAF 741A