# l'union

Vendredi 25 avril 2003

CHAMPAGNE
ARDENNE
PICARDIE

REIMS

BATI-DÉCOR
Portail et clôtures
Aménagement bois

Aménagement
extérieur

REIMS - S-BRICE - ☎ 03.26.09.33.45
CHALONS-FAGNIÈRES - ☎ 03.26.65.17.39

## Champagne Bricout : deux mois de sursis

Le tribunal de commerce de Reims a prononcé hier l'ouverture du redressement judiciaire de l'ex-Financière Martin (champagnes Bricout et Delbeck). Le point doit être fait le 16 juin. Les salariés s'inquiètent du sort qui leur sera réservé. **Page 11**

## Sarkozy en guerre contre le joint

Le ministre de l'Intérieur veut s'attaquer à la consommation de drogue, « véritable épidémie chez les jeunes ». Il envisage des sanctions adaptées, comme la confiscation du scooter. Des adolescents et un magistrat rémois

### FOOTBALL

## Stade : gagner pour continuer à y croire

Le Stade de Reims doit s'imposer, ce soir à Delaune, face à un autre mal classé, Wasquehal, afin de conserver une chance de se maintenir en Ligue 2. **Page 18**

### REIMS

## Jeanne d'Arc va récupérer son épée

Un an déjà que l'épée de Jeanne d'Arc a disparu. Promis, elle sera là pour les fêtes portant son nom. **Page 2**

### UNE SEMAINE EN CENTRE-VILLE

## Culture : tout est bon

L'activité culturelle rémoise est intense. D'autant que les lieux où tout se passe sont regroupés entre le Théâtre et Saint-Remi. **Page A**

### CHAMPAGNE-ARDENNE

## Exquises expositions

Baptisées « Zoo exquis », cinq expositions dans des lieux historiques




700 d'Anime

NOUVEAUTÉ 2003 :
Un groupe de rarissimes
RHINOCÉROS BLANCS !
Tél : 03 87 70 25 40  www.zoo-amne...
(A4, sortie Amnéville, entre Metz et...

# l'union

**Mercredi 30 avril**
**Jeudi 1er mai 2003**

CHAMPAGNE
ARDENNE
PICARDIE

## ÉPERNAY

# Champagne Bricout : premières gardes à vue

Pierre Martin, l'ex-président des champagnes Bricout et Delbeck, est en garde à vue à Reims, ainsi que le courtier en vins, Luc Lhermite. Ils sont interrogés sur des malversations financières découvertes lors du rachat du groupe Martin par la société Obson.  **Page 10**

## Reims-Londres : le baptême de l'air

A 13 h 35 cet après-midi, décollera le premier vol pour Londres au départ de Reims.

Parmi les premiers



Christian PARIS

### ÉPERNAY

## Banque de France : la fermeture fait déba...

La fermeture de la succursale sparnacienne de Banque de France à l'horizon 2005 a été confi... maintien d'un bureau d'accueil et d'information... point positif pour certains.

### MAISONS-EN-CHAMPAG...

## Transports Richelet : l'ultime concertation

Après la liquidation judiciaire des Transports Ric... dix-huit salariés et leur direction se sont retrouvé... pour évoquer la procédure de licenciement.  Pa...

### MARNE

## Teknival : intenses préparatifs à Marigny

Même si la désignation du site n'était pas offici... les préparatifs allaient bon train hier à Marigny, Teknival 2003 pourrait accueillir jusqu'à dirman... de 25.000 personnes.

# l'union

Vendredi 25 avril 2003



**Près de 70 salariés se sont retrouvés hier devant le palais de justice de Reims où se déroulait l'audience du tribunal de commerce.**

Christian Lantenois

# « Et nous qu'est-ce qu'on devient ? »

*« Alors, qu'est-ce qu'ils ont dit ? On a gagné ? »* A sa sortie du tribunal de commerce de Reims, Noël Sainzelle est assailli par les questions des quelque 70 salariés de Bricout-Delbeck présents sur les marches du Palais.

Il est 14 h 10. Le délégué du personnel prend le temps de peser ses mots. L'annonce de l'ouverture d'une procédure de redressement judiciaire ne surprend personne. Par contre, la substitution d'administrateurs aux repreneurs, un peu plus. Si beaucoup ne voulaient plus entendre parler de leurs nouveaux patrons, aucun ne se réjouit pour autant de cette mise à l'écart car l'horizon ne s'éclaircit pas davantage pour les salariés de l'entreprise.

*« Et nous, qu'est-ce qu'on devient ? »*, s'interroge Muriel depuis dix ans chez Bricout. *« Actuellement tout est bloqué et on ne peut pas travailler ». « Qu'est-ce qu'on va dire à nos clients. On n'a rien de nouveau pour les rassurer »*, lâche de son côté désabusée une responsable commerciale chez Delbeck.

Au premier rang des salariés, Gilles écoute sans broncher.

Cela fait 27 ans qu'il travaille chez Bricout et c'est la première fois qu'il manifeste. *« J'ai peur que la décision du tribunal ne fasse que repousser le problème »*, explique le salarié qui est affecté aux cuveries. *« Mais on s'y attendait. Le monde du champagne est trop content de se débarrasser d'un Américain. Le risque pour nous est maintenant d'assister à un dépeçage de la société et de voir les autres maisons se jeter sur nos 400 hectares d'approvisionnement. Tout leur intérêt est de nous laisser mourir à petit feu... »*

## Pétards et cornes de brume

Comme la plupart de ses collègues, Gilles était arrivé dès 8 h 30 à Reims afin d'être présent pour l'ouverture de l'audience au tribunal de commerce. Casquette sur la tête, tablier ajusté, seau à champagne à la main et petite corne en bouche, il n'aura cessé de faire du bruit toute la matinée.

A ses côtés, soixante-dix personnes en font de même avec banderoles, étiquettes de champagne collées sur les vêtements, pull et tee-shirt avec l'inscription *« Delbeck-Bricout Martin »* et autre pétards et cornes de brume. Certains étaient venus avec des reproductions de bouteilles géantes, d'autres avec une publicité ancienne revisitée avec du rouge coulant de chaque lettre du mot champagne.

Tous les responsables des Marchés aux vins Pérardel étaient eux aussi présents et avaient fermé pour la matinée leurs magasins de Calais, Beaune, Strasbourg, Metz, l'Épine, Reims et Epernay. *« Notre société est saine et viable. Ce que nous souhaitons c'est retrouver notre indépendance avec des gens fiables à notre tête »*, expliquent-ils.

Hier après-midi, l'annonce de la nomination d'un administrateur ouvrait pour eux une porte de sortie avec, à terme, la possible revente des Marchés aux vins.

Ils faisaient d'ailleurs partie des rares personnes à afficher un sourire, hier, après la décision du tribunal de commerce.

**Grégoire Amir-Tahmasseb**

☑012/014

19/03 2008 20:58 FAX

**l'union**

Vendredi 25 avril 2003

16

# Dépôt de bilan imminent ?

La date du 15 avril était très attendue par un certain nombre de vignerons champenois puisqu'elle apparaissait comme la date butoir à laquelle la Financière Martin (marques Delbeck et Bricout) devait honorer le deuxième des quatre règlements vendanges.

Finalement, de règlement, il n'y a pas eu. C'est même de dépôt de bilan qu'il a été question à l'occasion d'un comité d'entreprise extraordinaire.

Consultés sur la question, les salariés ont choisi de s'abstenir alors que, dans le même temps, des vignerons aubois étaient venus jusqu'à Avize, siège du champagne Bricout, réclamer leur dû (voir par ailleurs).

Repreneur du groupe détenu précédemment par Pierre Martin (marques Bricout et Delbeck, marchés aux vins Pérardel) au nom de la société luxembourgeoise Opson, elle-même filiale du groupe américain Schneider's, Serge Hauchart avait pourtant affirmé dans nos colonnes (notre supplément économie du 27 mars) que les règlements allaient être effectués.

Dans les faits, pourtant, il n'en est rien comme le concède celui qui occupe la présidence de la Financière Martin.

A écouter Serge Hauchart, sa responsabilité n'est pas engagée dans le retard des paiements aux viticulteurs : « les fonds pour assurer le deuxième règlement étaient budgétés au moment où nous allions reprendre l'entreprise.

Ils ont été curieusement remis à un tiers qui les a déposés dans une banque. Cette dernière les a placés sous séquestre pour récupérer certaines dettes.

## « Arrêtez de m'emm... ! »

Je considère que cet argent doit servir à sa vocation initiale : assurer le paiement du 2e règlement vendanges et j'espère obtenir gain de cause d'ici vendredi ».

Même s'il a été question lors du comité extraordinaire d'entreprise de dépôt de bilan, Serge Hauchart affirme ne pas vouloir en arriver là : « Je souhaite simplement pouvoir engager la discussion avec le tribunal de commerce sur la solution la plus adaptée. Nous avons repris cette affaire en pleine connaissance de cause. Nous avons eu des surprises mais rien de véritablement dramatique. Nous continuons à dire que les actifs mobilisables dépassent la dette exigible ».

En attendant de convaincre les juges du tribunal de commerce d'Epernay, Serge Hauchart s'étonne de l'impatience du vignoble et des interrogations à son égard : « Je ne suis là que depuis un mois et demi et ce n'est pas de trop pour remettre le bateau à flot (1). Je ne demande qu'une chose : pouvoir travailler dans la sérénité et que l'on arrête enfin de m'emm... ».

Pas sûr que la journée d'hier ait beaucoup contribué à faire avancer la requête...

**Dominique Lebrun**

(1) Serge Hauchart nous a précisé avoir déposé plainte contre Pierre Martin et contre un courtier, précisant au sujet de ce dernier qu'il pourrait reconsidérer sa position.

Jeudi 22 mai 2003



# Mise en garde des salariés

Les salariés des maisons de champagne Bricout et Delbeck ont menacé hier de déverser à l'égout 6.000 hectolitres de vins en cuve dans l'éventualité d'une liquidation des maisons qui toucherait leurs emplois.

Comme un défi, ils ont fait vier à la presse leurs installations ultra-modernes, totalement intégrées du pressurage à l'expédition.

« Il y a ici quelque 6.000 hectolitres (800.000 bouteilles) encore en cuves et dans ces installations ultra-modernes, il n'y a qu'une vanne de la cuve à l'égout », a expliqué Noël Sainzelle, le délégué syndical CGT de l'entreprise. « Nous ne voulons surtout pas avoir du « poisson au vin blanc » dans la Marne », a-t-il ajouté.

Les vins entreposés en cours de vinification constituent une partie du trésor de guerre des 180 salariés des maisons Bricout, Delbeck et des Caves à vins Pérardel, pris dans la débâcle du groupe Martin, sous administration judiciaire depuis le 24 avril.

Quelque sept millions de bouteilles sont par ailleurs entreposés dans les caves du château d'Avize, siège du groupe.

19/03 2008 20:56 FAX                                                    ☑009/014

## l'union

*Serial-killer*
La traque de
l'homme au
visage grêlé
PAGE 2 ←

1,20 €

# Le Journal du Dimanche

# Micmac dans le champagne

COUP DE TONNERRE dans le ciel de Champagne. La Financière champenoise Martin, groupe propriétaire des champagnes Bricout et Delbeck, ainsi que des caves à vin Perardel, est au cœur d'un scandale qui inquiète la profession. Pierre Martin, l'ex-président du groupe, a été mis en examen pour escroquerie, banqueroute et abus de confiance par la juge d'instruction Stéphanie Clauss, du tribunal de Reims, puis écroué dans la nuit de mercredi à jeudi. Même sort pour Louis Fariello, son directeur administratif et financier, et Luc Lhermite, un courtier en vins.

Le procureur général de la cour d'appel de Reims a eu du nez, en créant l'an dernier un observatoire économique et financier pour sensibiliser tous les acteurs aux risques de dérives dans le secteur viticole et vinicole. Début 2003, les commissaires aux comptes de la Financière Martin, qui est en train d'être cédée, découvrent des trous inquiétants dans la comptabilité et alertent la justice. Une enquête préliminaire ainsi qu'une procédure commerciale sont lancées par le procureur de la République de Reims. « Pierre Martin étant juge consulaire au tribunal de commerce d'Epernay, il était inconcevable que le dossier commercial y soit traité,

comme l'espérait une partie de la profession », explique une source proche de l'enquête.

Les premières investigations du SRPJ de Reims font apparaître un préjudice de l'ordre de 50 millions d'euros, qui pourrait encore augmenter. Les anciens dirigeants du groupe auraient mis au point un système d'escroqueries à

## Banqueroute et soupçon d'escroquerie chez les champagnes Bricout et Delbeck, où apparaissent de mystérieux repreneurs

plusieurs facettes, en recourant notamment à de fausses factures, ou en utilisant certaines factures plusieurs fois. S'y ajoutent des problèmes de trésorerie, un bilan gonflé, des irrégularités dans les stocks, sans oublier des vignerons et des négociants non payés. « On ignore encore s'il ne s'agit que d'une gestion calamiteuse, confie une source proche de l'enquête, ou si un pillage était en cours, une partie des fonds semblant s'être évaporée. »

Les repreneurs intriguent également policiers et magistrats. En février, un fonds d'investissement luxembourgeois, Opson, s'est porté acquéreur de la Financière Martin, agissant pour le compte d'un groupe de spiritueux américain, Schneider. Or l'identité du représentant français d'Opson, devenu PDG d'une nouvelle entité, la Compagnie d'Avize, attire l'attention des enquêteurs : ~~████████~~ un virtuose de la ████████ation sul██ ████████ jugé en ██████████ à Re████ ████████ dans le dossier de la banque Pondo, en compagnie de François Léotard et de Renaud Donnedieu de Vabres, anciens responsables du Parti républicain (PR). « On ne sait pas grand chose sur le groupe de spiritueux Schneider, lâche une source proche du dossier. Peut-être que cette opération était le prélude à un dépeçage d'actifs. » La cession des champagnes Bricout et Delbeck a en tout cas été gelée, et le groupe placé en redressement judiciaire. Le siège, au château d'Avize, est occupé par les 180 salariés, qui veillent sur sept millions de bouteilles de champagne et 6.000 hectolitres de vin non tirés.                **M.D.**

19/03 2008 20:56 FAX &#x2042;008/014

**l'union**

Vendredi 18 avril 2003

CHAMPAGNE-ARDENNE
PICARDIE

CHÂLONS-
EN-CHAMPAGNE

# Champagnes Delbeck-Bricout : mauvaises nouvelles de Bordeaux

Un coup de tonnerre, hier soir, dans le ciel girondin vient assombrir un peu plus l'avenir de la Financière Martin (champagnes Delbeck, Bricout et les Marchés aux vins). La Compagnie des Vins de Bordeaux (ex-Compagnie des vins du Libournais), une maison de négoce spécialisée dans des grands crus primeurs, a été liquidée par le tribunal de commerce de Bordeaux après trois jours de redressement judiciaire. Le passif est d'au moins 7 millions d'euros.

Les Américains de Schneiders — les mêmes qui ont repris en février la Financière Martin pour un euro symbolique – avaient racheté la maison de négoce bordelaise il y a un an. En réalité, la Compagnie des vins du Libournais devait de l'argent à Schnei-

ders qui a alors transformé ses 500.000 euros de créances en participations.

L'épilogue judiciaire intervenu il y a deux jours laisse sur place des créanciers amers. « Nous n'avons que nos yeux pour pleurer », constatait hier Me Jean-Philippe Magret, l'avocat d'une dizaine de négociants floués du sud-ouest. « Nous avons tout fait pour éviter la liquidation mais certains, grâce à des magouilles, ont tiré les marrons du feu. »

Les points communs entre le destin de la CVB et la Financière Martin sont saisissants, même si la taille des deux entreprises n'a rien de comparable.

Fondée par Michaël Anton, un ancien footballeur, la CVB a connu ses premières difficultés fin 2001.

Au point, semble-t-il, que des irrégularités financières auraient été commises. C'est alors que Schneiders est intervenu.

De la même manière, Schneiders, via sa filiale luxembourgeoise, la SA Obson Holding, a pris le contrôle de la Financière Martin, prise dans une grave tourmente financière. Comme à Libourne, Schneiders a alors nommé à la tête de l'entreprise en difficulté, Serge Hauchart, ancien sous-préfet reconverti dans les affaires.

Comme à Libourne, il plane sur Reims des soupçons de tripatouillage. Ainsi des factures déjà réglées auraient été représentées à des sociétés d'affacturage, sociétés qui paient les factures par anticipation avant de se charger

du recouvrement. Dans le Bordelais comme en Champagne, Serge Hauchart a déposé plainte.

### Pas de garantie

Schneiders, basé à Washington, qui se présente comme un négociant américain, fournisseur en vins du Congrès, n'a pu sauver la Compagnie des Vins de Bordeaux. Les banques attendaient des garanties qu'elles n'ont jamais obtenues. Quel sera alors l'avenir des champagnes Bricout et Delbeck alors que la dette s'élève à 100 millions d'euros, selon Serge Hauchart, le nouveau PDG de Bricout ?

Des viticulteurs et des coopératives de la Marne et de l'Aube qui ont fourni du raisin à ces gran-

des maisons attendent toujours d'être payés. Bricout leur doit 3,5 millions d'euros. Une centaine de salariés de la Financière Martin sont dans l'incertitude. Des milliers de bouteilles se trouvent sous scellés à la demande des banques. La rumeur d'un dépôt de bilan imminent de la Financière Martin court dans les coteaux alors que les policiers du SRPJ continuent d'éplucher les comptes.

L'avenir de la Financière Martin se jouera en partie mardi prochain, devant le tribunal de commerce d'Epernay. Mais la fin peu glorieuse de la Compagnie des Vins de Bordeaux laisse augurer le pire dans le vignoble champenois.

**Christophe Perrin**