**FLB HOLDINGS**
**4 BD Joseph II**
**Luxembourg 1840**

Olivier LEMAL
137 rue Tahère
92210 Saint-Cloud

Paris, le 13 avril 1999

Monsieur,

Suite à l'acquisition ce jour de 1270 actions de la Société Champenoise d'Exploitation Vinicole pour le prix de 1.611.435 F, nous vous confirmons par la présente que nous vous accordons un crédit vendeur, sans intérêt, pour l'intégralité du prix de cession, jusqu'au 15 juin 1999, et ce afin de vous permettre de mettre en place le financement de cette opération.

Veuillez agréer, Monsieur, nos salutations distinguées.

Further to the acquisition today of 1270 shares of la Société Champenoise d'Exploitation Vinicole for a total price of 1,611,435 FF, we hereby confirm that we grant you a sellers' credit, without any interest, for the total amount of the acquisition price, until June 15th 1999, in order to allow you to set up the funding of this operation.

Sincerely,

C. Derek Anderson
Président



ORDRE DE MOUVEMENT

de valeurs mobilières non admises en SICOVAM

(Loi de finances pour 1982. Décret du 2 mai 1983)

Société Champenoise d'Exploitation Vinicole

Actions de capital

Mille deux cent trente-cinq

1235

LA RÉALISATION DE CE MOUVEMENT EST DEMANDÉE PAR LE TITULAIRE

PLB HOLDINGS

BD Joseph II – Luxembourg 1840

24

AU PROFIT DU BÉNÉFICIAIRE

Olivier LEMAL

137 rue Thibaut – Saint Cloud (92210 Hauts de Seine)

France

25

DATE DE RADIATION DU TITULAIRE INSCRIT

DATE D'INSCRIPTION AU COMPTE DU BÉNÉFICIAIRE 1 5 0 3 9 9

Le Président du Conseil

S. Hanchart

SIGNATURE FINALITÉE

DATE D'ÉMISSION DE L'ORDRE 1 5 0 3 9 9

« Bon pour » suivie du mouvement et du nombre de titres.

SIGNATURE DU DONNEUR D'ORDRE (4)

Pour PLB HOLDINGS, C. Derek Anderson

Président

QUALITÉ DU SIGNATAIRE