20/03 2008 20:48 FAX                                                                                    ☑008/013

## Château La Lagune

GRAND CRU CLASSÉ DEPUIS 1855

33290 Ludon-Médoc

TÉL.   05 57 88 82 77
TÉLÉCOPIE: 05 57 88 82 70
SIRET 781.934.732.000.12
APE 011G

Ludon, le 16 / 04 / 1999

SARL AXIS BORDEAUX
33, rue Max Linder

33500 LIBOURNE

Messieurs,

      Nous vous prions de bien vouloir trouver ci-joint une traite à l'acceptation correspondant à notre facture n° 89 de F. 721.825,88 ayant pour échéance le 31 AOUT 1999.

      Nous vous serions donc reconnaissants de nous la retourner acceptée ainsi que les 3 effets concernant notre facture n° 12 de F. 2.458.380,27.

      Nous vous en remercions à l'avance et comptons sur votre célérité.

Dans cette attente,

      Nous vous prions d'agréer, Messieurs, l'expression de nos salutations distinguées.

Caroline du VIVIER

*[signature]*

20/03 2008 20:49 FAX  ☒009/013

*Château La Lagune*

GRAND CRU CLASSÉ DEPUIS 1855

*33290 Ludon-Médoc*

TEL. : 05 57 88 82 77
TELECOPIE. 05 57 88 82 70
SIRET 781.934.732.000.12
APE 011G

*Ludon, le* 07 / 12 / 1998

AXIS BORDEAUX SARL
Monsieur Jean-Michel CHATELIER
Cantelaudette
33870 VAYRES

C.V. n° 89

## FACTURE

| | | | | |
|---|---|---|---|---|
| 1250 | Caisses de 12 bouteilles soit 15000 bouteilles vin rouge CHATEAU LUDON POMIES AGASSAC 1996 Apellation Haut-Médoc Contrôlée | | | |
| | à la bouteille logée en caisse bois | Frs 48 | Frs | 720 000,00 |
| | | | Frs | 720 000,00 |
| | Part cotisation Interprofessionnelle C.I.V.B | 11,40 F/hl | Frs | 1 282,50 |
| | Taxe Parafiscale | 4,83 F/hl | Frs | 543,38 |
| | | | Frs | 721 825,88 |

EN SUSPENSION DE TAXE SUIVANT ATTESTATION DES CONTRIBUTIONS INDIRECTES N°

VALEUR EN COMPTE

RÉSERVE DE PROPRIÉTÉ : Conformément à nos conditions générales de vente, la loi n° 80-335 du 12 Mai 1980 relative à la clause de réserve de propriété est applicable aux marchandises décrites sur le présent document, celles-ci restant, en effet, notre propriété jusqu'à paiement complet.
N.B : LES VINS VOYAGENT AUX RISQUES ET PÉRILS DU DESTINATAIRE. LE POIDS ÉTANT INDIQUÉ SUR LA LETTRE DE VOITURE, PRIÈRE DE LE VÉRIFIER AVANT DE PRENDRE LIVRAISON.

20/03 2008 20:49 FAX ☐010/013



20/03 2008 20:49 FAX ☒ 011/013

**Château La Lagune**
GRAND CRU CLASSÉ DEPUIS 1855
33290 Ludon-Médoc

TEL : 05 57 88 82 77
TÉLÉCOPIE. 05 57 88 82 70
SIRET 781.934.732.000.12
APE 011G

Ludon, le 26 / 02 / 1999

SARL AXIS BORDEAUX
33, rue Max Linder

33500 LIBOURNE

C.V. n° 12

## FACTURE

| 5833 | Caisse de 12 bouteilles soit 69996 bouteilles vin rouge CHATEAU LUDON POMIES AGASSAC 1997 Apellation Haut-Médoc Contrôlée | | | | |
|------|---|---|---|---|---|
| | à la bouteille logée en caisse bois | Frs | 35 | Frs | 2 449 860,( |
| | | | | Frs | 2 449 860,( |
| | Part cotisation Interprofessionnelle C.I.V.B | | 11,40 F/hl | Frs | 5 984,( |
| | Taxe Parafiscale | | 4,83 F/hl | Frs | 2 535,( |
| | | | | Frs | 2 458 380,2 |

EN SUSPENSION DE TAXE SUIVANT ATTESTATION DES CONTRIBUTIONS
INDIRECTES N°

PAIEMENT PAR TRAITES ACCEPTEES :
1/3 soit 819.460,09 F. AU 31 AOUT 1999
1/3 soit 819.460,09 F. AU 31 OCTOBRE 1999
1/3 soit 819.460,09 F. AU 31 DECEMBRE 1999

RESERVE DE PROPRIETE : Conformement à nos conditions générales de vente, la loi n° 80-335 du 12 Mai 1980 relative à la clause de réserve de propriété est applicable aux marchandises décrites sur le présent document, celles-ci restant, en effet, notre propriété jusqu'à paiement complet.
N.B. : LES VINS VOYAGENT AUX RISQUES ET PERILS DU DESTINATAIRE. LE POIDS ETANT INDIQUE SUR LA LETTRE DE VOITURE, PRIERE DE LE VERIFIER AVANT DE PRENDRE LIVRAISON.

