

PLANTAGENET - CHAMPAGNE Albert LE BRUN / GIDDING - PIVOTAL

*RECAPITULATIF DES ELEMENTS DE REPONSE EN NOTRE POSSESSION*

(Réponses à la traduction française par le Cabinet Bonnefous d'un questionnaire qui nous a été transmis par le cabinet Debain Ducharne)

**Sauf exception, nos réponses s'entendent pour la période située entre le 01/1/94 et le 30 juin 1999.**

1) Nous avons eu un principal interlocuteur, Monsieur Gidding, à différentes adresses et sous différentes dénominations. Autres interlocuteurs: Dylan Beal, Michael Hiller.

- SELEXPRO, 80 rue de Monceau 75008 PARIS
- SELEXPRO, 37 rue des Mathurins 75008 PARIS
- BROKERAGE ASSOCIATED, 1796 La Loma road - Pasadena - CA 91105, USA
- John GIDDING, Hague Towers 2102- 330 west Brambleton Ave Norfolk, VIRGINIA 23510 USA
- John GIDDING ASSOCIATED BROKERS, 1796 La Loma road Pasaneda, CA 91105 USA. et Château de Mareuil F.51160 AY
- ASSOCIATED BROKERS, Château de Mareuil, F. 51160 AY.
- ASSOCIATED BROKERS, Friedrich StraBe 21, D 67459 Bohl . Allemagne.

2) Essentiellement ( ) personnes:

- Monsieur François LE BRUN - 51400 Bouy
- Monsieur Jean louis PAYEN - 51100 Reims
- Monsieur Serge HAUCHART- 31 rue Robert Flers 75015 Paris. ( Pour partie)
- Monsieur Marc BUCAILLE - 2 avenue du colonel Bonnet- 92000 Neuilly/Seine. (Pour partie)

3) En annexe 6 photocopies de documents, numérotées de 1 à 6.

4) Nous interprétons le terme distributeurs par clients. Soit: 3 clients.

- Sté PARAMOUNT BRANDS Inc - 104-106 Midland, Port Chester, NY 10543-USA.
- PIVOTAL Inc. - 13148 Raymer Street - North Hollywood - CA 91605 -USA.
- JAYDOR CORPORATION - 16 Bleeker Street - Milburn - NJ- 07041 USA.

6) Essentiellement ( ) personnes:

- Monsieur François LE BRUN - F.51400 - Bouy
- Monsieur Jean Louis PAYEN - 77 rue Emile Zola - 51100 Reims.
- Monsieur Marc BUCAILLE - 92000 Neuilly/Seine - (Pour partie)

- Nomination d'un nouvel administrateur, Monsieur Marc BUCAILLE - 2 avenue du colonel Bonnet- 92000 Neuilly sur Seine.

10) Photocopies de 2 K Bis, un d'avant le 16 janvier 1999 un second du 13/04/1999. En tout quatre pages signées et numérotées de 1 à 4.

11) La question est peu claire quant au sens à donner à : "ont acquis leur participation dans la Société S.C.E.V.". Il n'existe aucun contrat écrit d'exclusivité avec les personnes morales ou physiques citées en N°1 pour le territoire américain pas plus d'ailleurs pour les autres partie du monde, Europe, ou Monsieur Gidding voulait développer ses affaires et ou nous avions déjà des clients et des agents sans contrat d'exclusivité.

12) Pour l'essentiel:

- Monsieur François LE BRUN - 51400 Bouy.
- Monsieur Jean Louis PAYEN - 51100 REIMS.
- Monsieur Serge HAUCHART- 75015 PARIS
- Monsieur Marc BUCAILLE - 92000 NEUILLY/SEINE
- (Monsieur John GIDDING - 02130 Coulonges Cohan)

13) En annexe 6 photocopies de documents, 4 concernent l'Allemagne,, 2 concernent l'Angleterre. Elles sont toutes signées et numérotées de 1 à 6.

14) Ont acquis leur participation physique et morale à la S.C.E.V. aux dates suivantes:

- PLB Holding          :
- Monsieur Hauchart    :
- Monsieur Lemal       :
- Monsieur Anderson    :   voire dates
- Monsieur Zappettini  :   aux réponses
- Monsieur Bucaille    :   8 et 9
- Monsieur Payen       :
- Monsieur F. Le Brun  :

15) Ont eu connaissance des dates ci-dessus, les actionnaires eux-mêmes, les membres du ou des conseils d'administration, le commissaires aux comptes.

16) Documents identiques à la réponse 10.

17) Pourcentage et natures de chacune des participations des personnes physiques ou morales à la SCEV dans la réponse 8.

Avant le seize janvier

- F. LE BRUN    1310 actions
- J. LE BRUN    1300    "
- G. LE BRUN    1300    "
- Y LE BRUN     1300    "

- P. LE BRUN      1300   "
- Ind. LE BRUN   5858   "
- J.L PAYEN         2   "

Ensuite

- PLB Holding    12364 actions
- S HAUCHART     1 action
- O LEMAL        1 action
- D ANDERSON     1 action
- ZAPPETTINI     1 action
- M BUCAILLE     1 action
- J.L PAYEN      1 action
- F. LE BRUN     1 action

18) les actionnaires, les administrateurs et le commissaire aux comptes.

19) Documents identiques à la réponse 10.

20) Ci-dessous les quantités vendues de chacun de nos produits entre 1994 et le 30 juin 1999 aux USA.

| Années | CR Brut | CB Brut | VF Brut | VF Rosé | VF Mil. | TOTAL |
|---|---|---|---|---|---|---|
| 1994 |  | 912 | 1362 | 24 |  | 2298 |
| 1995 |  | 3072 | 2628 | 576 |  | 6276 |
| 1996 | 3 | 267 | 3156 | 1458 |  | 4884 |
| 1997 |  | 2244 | 2082 | 1746 | 372 | 6444 |
| 1998 | 852 | 1800 | 2760 | 2670 | 450 | 8532 |
| 1999 |  |  | 9000 | 150 | 1950 | 11100 |
| TOTAL | 855 | 8295 | 20988 | 6624 | 2772 | 39534 |

21) Messieurs Fançois LE BRUN, Jean Louis PAYEN, Serge HAUCHAR et Marc BUCAILLE.

22) Nous disposons de tous les bons de commandes, du double de toutes les factures, et de toutes les pièces comptables et sociales exigés en archivage légal sur 10 ans. Nous joignons aux présentes les photocopies de nos statistiques ventes ARTICLES PAR AGENT ( 6 photocopies = 6 pages numérotées de 1 à 6) et VENTES PAR AGENTS (6 photocopies = 6 pages numérotées de 1 à 6) pour la période du 1er janvier 1994 au 30 juin 1999. Y figurent notamment les quantités, les qualités, les destinataires les N° de factures ainsi que les commissions dues. Soit: 12 documents. Nous joignons également pour rapprochement les photocopies des factures de commissionnements de Monsieur Gidding soit celles de 94 à 98 incluses. Monsieur Gidding ne nous a pas fait parvenir sa facture 1999.( En tout 5 liasses pour 14 feuilles numérotées de 1 à 14). Concernant les

ventes de 1999 nous joignons les 2 bons de commandes et les deux factures N°18305 -6286 / 19025-6399 (soit 4 photocopies numérotées de 1 à 4)

- En complément, photocopies de tous les bons de commandes de 1994 à 1999, en tout 37 photocopies numérotées de 1 à 37. Le document N° 2 est une photocopie de facture N° 1317 correspondant au bordereau de commande N°3919 qui a été égaré.

23) Voire liste de la réponse 9. Les présidents successifs ont été : avant le seize janvier 1999, Monsieur François LE BRUN, après, succéssivement, Messieurs Serge HAUCHARD et Ollivier LEMAL.

25) Photocopies des K Bis correspondants.( Voire réponse N°10)

26) Montant des commissions payés à Monsieur GIDDING

- 1994    4.793,95 FF    Réglé par chèque Crédit Lyonnais à Mr John GIDDING, le 14/02/1995
- 1995    11.529,71 FF    Réglé par CCP le 25/01/1996 à Monsieur John GIDDING
- 1996    15.446,49 FF    Réglé par chèque SNVB le 21/04/1997 à Mr John GIDDING
- 1997    13.644,03 FF    Réglé par chèque SNVB le 8/06/1998 à John GIDDING
- 1998    21.535,35 FF    Réglé par CCP le 9/02/1999 à Monsieur John GIDDING.

27) Le signataire des chèques Monsieur F LE BRUN et Monsieur J.L PAYEN.

28) Documents joints en réponse 22 - Les 5 factures de 1994 à 1998 marquées et annotées par notre Comptable.

29) Les commissions ont été calculées selon les qualités et les époques à des taux différents jamais contestés puisque les sommes versées à Monsieur GIDDING correspondaient exactement aux montant de ses factures. D'une façon générales 4 % puis 5% sur les produits VIEILLE FRANCE et 0 % sur le CARTE BLANCHE.

30) Messieurs François LE BRUN et Jean Louis PAYEN.

31) Les annexes des factures de Monsieur Gidding de 1994 à 1998 notamment celles de 1994- Voire les documents correspondants dans la réponse 22. En sus 3 photocopie de différents courriers ou fax de 1992 au 1998 numérotées de 1 à 3.

32) Les quantités facturées, vendues à PIVOTAL entre 1994 et le 30 juin 1999 sont égales à 34 908 bouteilles soit: les quantités de la réponse N° 20 déduction faite des vente ci-après:

- 1995
  - Facture 2572 - Jaydor Corporation - 684 bouteilles.
  - Facture 3011 - Jaydor Corporation - 2136 bouteilles.

- 1996
  - Facture 3526 - Vinesmith - 672 bouteilles.
  - Facture 3379 - Paramount Brands - 66 bouteilles.

- 1997  - Facture 4574 - Vinesmith - 672 bouteilles.
          - Facture 4772 - Vinesmith - 336 bouteilles.

- 1998  - Facture 5552 - W Enterprise - 60 bouteilles.

- Moins 4626 bouteilles.

33) Messieurs François LE BRUN et Jean Louis PAYEN.

34) Les mêmes que ceux de la réponse N° 22.

35) Conditions selon le tarif en vigueur ou à des prix arrêtés d'un commun accord par écrit ou oralement avec un commissionnement à Monsieur GIDDING selon le barème également convenu. Voire 6 pièces de la réponse 37. Conditions en accord avec l'aensemble des facturations de ventes et de commissionnements. Voire aussi les documents de la réponse N°31.

36) Messieurs F. LE BRUN et J.L PAYEN ainsi que Monsieur Serge AUCHART pour l'année 1999.

37) A titre d'exemple nous avons joints 6 photocopies de documents, soit 6 pages numérotées de 1 à 6.

38) Dernière adresse à notre connaissance: 31 rue Robert Flers- 75015 PARIS.

7) En annexe 4 photocopies de documents - deux avec la même adresse de livraison et des adresses de facturations différentes.( Factures N° 3011 et 4574 ).

8) Essentiellement les actionnaires.

Jusque fin janvier 1999

- Monsieur François LE BRUN - F 51400 Bouy.
- Monsieur Jean LE BRUN - F 51200 Epernay.
- Monsieur Gérard LE BRUN - F 75000 Paris
- Monsieur Yves LE BRUN - F 75000 Paris.
- Monsieur Patrick LE BRUN - F 77   Mary sur Marne.
- Indivision LE BRUN.(Chez F. LE BRUN)
- Monsieur Jean Louis PAYEN - F. 51100 Reims.

A partir du seize janvier 1999

- PLB HOLDING  4 avenue Joseph 2 - 1840 Luxembourg - GD
- Monsieur HAUCHART 31 rue Robert Flers - 75015 Paris.
- Monsieur Ollivier LEMAL  137 rue Tahere - F. 92210 Saint Cloud
- Monsieur Carl Dereck ANDERSON 20 Kit Hill Lane - Kill Valley- CA 94916 USA
- Monsieur  John Joseph ZAPPETTINI 2  Mapple avenue - Atherton - CA 94027 USA.
- Monsieur François LE BRUN - Moulin de Bouy- F 51400 Bouy.
- Monsieur Jean Louis PAYEN 77 rue Emile Zola - F 51100 Reims.

9) Les actionnaires eux-mêmes, les membres du conseil d'Administration, le greffe du tribunal de commerce.

- Listes des actionnaires, liste en réponse N° 8.

Les Administrateurs avant le seize janvier 1999

- Monsieur François LE BRUN - F 51400 Bouy.
- Monsieur Jean Louis PAYEN - F 51100 Reims.
- Monsieur Jean LE BRUN  - F 51100 Epernay.
- Monsieur  Gérard LE BRUN - F 75016 Paris.

Les administrateurs après le seize Janvier 1999

- Monsieur Ollivier LEMAL - 92210 Saint Cloud.
- Monsieur Serge HAUCHART- 75015 Paris.
- Monsieur François LE BRUN- F 51400 Bouy
- Monsieur Carl Derek ANDERSON - Kill Valley - CA 94916 USA.
- Monsieur John Joseph ZAPPETTINI - Atherton- CA 94027 USA .
- Monsieur Jean Louis PAYEN - F 51100 Reims.

En juin 1999

- Révocation de Monsieur  Serge HAUCHART administrateur.