Copie certifiée conforme

"SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE
S.C.E.V.
Société Anonyme au capital de 471 448,59 €
Siège Social : 93 à 99, avenue de Paris - 51000 CHALONS EN CHAMPAGNE
SIREN : 095 750 535 RCS CHALONS EN CHAMPAGNE

REUNION DU CONSEIL D'ADMINISTRATION
en date du 2 décembre 2003

L'an deux mille trois,
Le deux décembre,
A dix-sept heures,

Sur convocation de leur Président et en conformité avec les statuts sociaux, les membres du Conseil d'Administration de la SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, S.C.E.V., Société Anonyme au capital de 471 448,59 €, dont le siège social est situé à CHALONS EN CHAMPAGNE (51000), 93 à 99, avenue de Paris, se sont réunis au siège social, à l'effet de délibérer sur l'ordre du jour suivant :

- Agrément de la société LES CHAMPS RENIERS en qualité de futur actionnaire
- Démission de l'ensemble des membres du Conseil d'Administration,
- Nomination de trois nouveaux administrateurs en remplacement des administrateurs démissionnaires,
- Transfert du siège social dans le même département,
- Convocation d'une Assemblée Générale Ordinaire,
- Rapport du Conseil d'Administration et texte des résolutions à l'Assemblée Générale Ordinaire.

SONT PRESENTS :

. Monsieur **Patrick RAULET**, Président du Conseil d'Administration et Directeur Général,
. Monsieur **Jean-Louis PAYEN**, Administrateur,
. Madame **Michelle BACHELET** née POUPON, Administrateur,
. Monsieur **Claude RAULET**, Administrateur,
. et Monsieur **Olivier GAILLARD**, Administrateur.

Le Conseil d'Administration - régulièrement convoqué et réunissant plus de la moitié de ses membres - peut, en conséquence, valablement délibérer.

Monsieur Patrick RAULET préside la séance en sa qualité de Président du Conseil d'Administration ; Monsieur Jean-Louis PAYEN remplit les fonctions de Secrétaire de Séance.

**I – Agrément de la société LES CHAMPS RENIERS en qualité de futur actionnaire de la société**

Après avoir ouvert la séance, Monsieur le Président rappelle que lors de sa séance du 29 juillet 2003 le conseil avait agréé la cession de la totalité des actions de la société au profit de la société « FINANCIERE E.R. » avec faculté pour elle de se substituer toute personne physique ou morale de son choix lors de la remise des ordres de mouvement. Monsieur le Président porte à la connaissance du Conseil que le futur cessionnaire sera en réalité la société « LES CHAMPS RENIERS », société anonyme dont le siège social est situé à BLESMES (02400), route de Château-Thierry.

L'agrément accordé le 29 juillet dernier est naturellement confirmé au profit de la société « LES CHAMPS RENIERS ».

EXHIBIT L Page 1 of 3

II - Démission de l'ensemble des membres du Conseil d'Administration et nomination de trois nouveaux administrateurs en remplacement des administrateurs démissionnaires

Après avoir ouvert la séance, Monsieur le Président informe le Conseil que l'ensemble des membres du Conseil d'Administration ont décidé de démissionner de leurs fonctions de membre du Conseil d'Administration de la "SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE", soit :

Monsieur Jean-Louis PAYEN
Madame Michelle BACHELET née POUPON
Monsieur Marc POUILLARD
Monsieur Claude RAULET
Monsieur André MIGNOT
Monsieur Olivier GAILLARD
et Monsieur Patrick RAULET.

En conséquence, Monsieur le Président propose aux fonctions d'administrateurs, pour remplacer les administrateurs démissionnaires, les candidatures de :

- Monsieur Vincent RAPENEAU, né à REIMS (51100) le 19 février 1978, demeurant à BOUZY (51150), 6, rue d'Ambonnay,
- Monsieur Jean-François RAPENEAU, né à EPERNAY (51200) le 23 novembre 1949, demeurant à BOUZY (51150), 3, rue d'Ambonnay,
- et Monsieur Christophe RAPENEAU, né à EPERNAY (51200) le 30 juillet 1959, demeurant à BLESMES (02400), Moulin de Mocquesouris.

Après en avoir délibéré, le Conseil agrée - à l'unanimité - cette proposition qu'il décide de soumettre à l'approbation de l'Assemblée Générale Ordinaire qui sera convoquée à cet effet.

III - Transfert du siège social dans le même département

Après avoir exposé les raisons qui l'ont amené à envisager dans l'intérêt de la société le transfert du siège social, Monsieur le Président invite le Conseil à décider de ce transfert en application des dispositions de l'article L.225-36 du Code de Commerce.

En conséquence, le Conseil décide :

- de transférer le siège de la société de CHALONS EN CHAMPAGNE (51000), 93 à 99, avenue de Paris, à : REIMS (51100), 17, rue des Créneaux, à compter de ce jour,

- de modifier les statuts comme suit :

  L'article 4 des statuts sera ainsi libellé :
  "Article 4 - SIEGE SOCIAL - SUCCURSALES
  Le siège de la société est à : REIMS (51100), 17, rue des Créneaux.
  Il peut être transféré en tout endroit du même département ou dans un département limitrophe, par une simple décision du conseil d'administration, sous réserve de ratification de cette décision par la prochaine assemblée générale ordinaire, et partout ailleurs en vertu d'une délibération de l'assemblée générale extraordinaire des actionnaires, sous réserves des dispositions légales en vigueur."

- de soumettre cette décision à la ratification de la plus prochaine assemblée générale ordinaire des actionnaires.

EXHIBIT L Page 2 of 3

**IV - Convocation de l'Assemblée Générale Ordinaire**

Sur proposition de son Président, le Conseil décide - à l'unanimité - de convoquer l'Assemblée Générale Ordinaire des actionnaires, à BLIGNY (10200), Château de Bligny, pour le vendredi dix-neuf décembre deux mille trois, à seize heures, avec l'ordre du jour suivant :

- Lecture du rapport du Conseil d'Administration,
- Constatation de la démission de l'ensemble des membres du Conseil d'Administration,
- Nomination de trois nouveaux administrateurs, en vue de compléter l'effectif du Conseil, en remplacement des administrateurs démissionnaires,
- Ratification de la décision du Conseil d'Administration de transférer le siège social dans le même département,
- Pouvoirs pour l'accomplissement des formalités.

**V - Rapport du Conseil d'Administration et texte des résolutions à l'Assemblée Générale Ordinaire**

Sur proposition de son Président, le Conseil arrête les termes du rapport qui sera présenté en son nom à l'Assemblée Générale Ordinaire, ainsi que le texte des résolutions qui seront soumises au vote des actionnaires.

L'ordre du jour étant épuisé et personne ne demandant plus la parole, Monsieur le Président déclare la séance levée à dix-huit heures.

De tout ce que dessus, il a été dressé le présent procès-verbal qui, après lecture, a été signé par :

Monsieur **Patrick RAULET**
Président du Conseil d'Administration et Directeur Général

M. **Jean-Louis PAYEN**
Administrateur et Secrétaire de séance

Mme **Michelle BACHELET**
Administrateur

M. **Claude RAULET**
Administrateur

M. **Olivier GAILLARD**
Administrateur

EXHIBIT L Page 3 of 3