**MIDSHORE S.A.**
CAPITAL 31.000€   RCn°15.364/02
SIEGE SOCIAL
44, RUE TONY NEUMAN
L-2241 LUXEMBOURG
GRAND-DUCHÉ DE LUXEMBOURG

TVA N° LU - 1948 2201

tel (352) 26 27 05 16
fax (352) 26 27 09 91

MIDSHORE

Ste SIMON PIERRARD
34, rue des Moulins
51100 Reims, France

1 page + pièces n°1 à 6
**REC. A.R.**

REF:   Lg5001 Pivotal / Gidding / SCEV
       Exequateur

Le 4 mars 2004

Maîtres:

  Ce <u>2 mars 2004</u> Maître Legay a informé Maître Schonberger que, selon lui, le "Protocole Hartford" n'avait pas été remis à la partie adverse SCEV suite à leur "Sommation de Communiquer" en date du <u>5 février 2003</u>. C'est le contraire de ce dont vous avez informé M. Gidding en <u>Octobre 2003</u>, le jour où la traduction ("Simon-Pierrard 18") lui a été remise. Vous lui avez confirmé ce jour-là que ce document avait bien été communiqué à l'adversaire.

  Il n'y a pas d'opposition possible, devant ce type de sommation, voilà pourquoi la lettre-modèle de M. Gidding vous est parvenue dès le <u>12 mars 2003</u>.

<u>Veuillez trouver ci-joint et pour mémoire les pièces suivantes:</u>

N°1 Sommation de Communiquer de Fidal du <u>5 février 2003</u>. (1page)
  **Télécopieur:   12-09-2003   10:35   SIMON PIERRARD à   Seebach & Seebach.**

N°2 Modèle de lettre en anglais du <u>12 mars 2003</u> fait pour Simon Pierrard par M. Gidding. (1page)
  **Télécopieur:   12-09-2003   10:35   SIMON PIERRARD à   Seebach & Seebach**

N°3 Lettre de Simon Pierrard du <u>12 septembre 2003</u> à Seebach & Seebach. (2pages)
  **Télécopieur:   12-09-2003   10:34   SIMON PIERRARD à   Seebach & Seebach**

N°4 Seebach & Seebach lettre à Hartford du <u>14 septembre 2003</u>. (2pages)
  **Copie à:** Marie Claude SIMON avec le "Protocole Hartford"

N°5 Seebach & Seebach lettre à M. Gidding du <u>23 septembre 2003</u>. (2pages)
  "Protocole Hartford" remis à Maître Simon le 15 septembre 2003.

N°6 La traduction du "Protocole Hartford" du <u>30 septembre 2003</u> (4 pages)
  **Marquée:** Simon Pierrard "18"

<u>Question:</u> Avez-vous répondu à la Sommation (N°1) en versant le "Protocole Hartford" et/ou sa traduction (N°6) à la partie adverse comme vous l'avez indiqué à M. Gidding en Octobre 2003?

  Dans l'attente de votre réponse, nous vous prions d'agréer nos salutations distinguées,

Midshore SA

copie à: Maître Schönberger
  Maître Seebach
  Maître Legay