1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA, ESQ. (SBN 212225)
   BIRNBERG & ASSOCIATES
3  703 Market Street, Suite 600
   San Francisco, CA 94103
4  Telephone: (415) 398-1040
   Facsimile: (415) 398-2001
5
   Attorneys for Plaintiffs
6  JOHN GIDDING, PIVOTAL, INC.
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC. | Case No. C-7-04755-JW |
| Plaintiffs, | DECLARATION OF JOHN GIDDINGS IN OPPOSITION TO MOTION TO .A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU FOR LACK OF PERSONAL JURISDICTION |
| v. | |
| DEREK ANDERSON, et al., | |
| Defendants. | |
| | Date: May 30, 2008 |
| | Time: 9:00 a.m. |
| _____ | Place: 2, 17th Floor. |

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND
CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION
     Case No. C-7-04755-JW

-1-

I, John Gidding, declare:

1. I am an American citizen and a resident of California. I have read Christophe Rapeneau's ("Christophe") declaration.

2. I have known the Rapeneau family since 1979. I know Christophe his brother, Jean-Francois Rapereau ("Jean-Francois"); his brother-in-law, Alain Ducellier; his sister Mrs. Ducellier, and his nephew and niece, Nicolas and Alexandra Rapeneau. I may have met Christophe's children when they were younger. I may have met their father and/or grandfather in one reunion or another.

3. Christophe and Jean Francois Rapeneau control companies that control the diverse Champagne holdings of the Rapeneau and Ducellier families. Many of these companies sell Champagne and the Unites States is a major Champagne market. One, some, or all of these companies solicit sales in the United States. In my twenty five years in the wine trade, Christophe's agents have solicited business from me. Christophe is the administrative brother, Jean-Francois is the sales brother, and they are two sides of the same coin, one side sells the other administers.

4. In July 2003, SCEV conveyed their stocks of wine to a neighboring firm, SA Charles de Cazanove ("Cazanove-A") owned by Thierry Lombard (Simon[1] Exhibit C).

5. On July 23, 2003, Christophe used his company, Financier ER, to secretly acquire 80% of SCEV from Defendant Compagnie des Vins du Levant ("Levant") (SIMON exhibit B), 20% from Defendant Ollivier Lemal ("Lemal") (Simon exhibit I), and 1% from

---

[1] References to Simon exhibits are references to the Declaration of Marie-Claude Simon, filed in her motion to Dismiss, currently to be heard on the same day and filed in this same action.

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION
Case No. C-7-04755-JW

-2-

1  Defendant Serge Hauchart (Simon exhibit K). As such, as the owner of SCEV, RENIERS

2  sold wine and Champange to the United Stats including California. This was made possible

3  by Defendant Marie-Claude Simon ("Simon") (see Gidding Declaration for Simon.)

4  During the six months that Simon refused to return my pleadings SCEV had disappeared.

5      6.    In June 2004, Pivotal received a letter from Thierry Lombard, the owner of

6  Cazanove-A, saying that his company is no longer named SA Charles de Cazanove, but that

7  it is named Lombard & Cie. Further the letter states that Lombard & Cie. never had a

8  relationship with SCEV, in Chalons-en Champagne, or with the Rapeneau Group in Reims.

9  Attached as **Exhibit A** is a true and correct copy of Thierry Lombard's letter to Pivotal.

10 Attached as **Exhibit B** is a true and correct copy of the commercial registration of SA

11 Charles de Cazanove in Reims ("Cazanove-B). Christophe, Jean Francois, and Thierry

12 Lombard are directors

13     7.    Attached as **Exhibit C** is a true and correct copy of SCEV's minutes, dated

14 February 5, 2004. These minutes indicate that Christophe and Jean-Francois changed

15 SCEV's name to Charles de Cazanove ("Cazanove-B").

16     8.    Attached as **Exhibit D** is a true and correct copy of SCEV's minutes, dated

17 February 23, 2004. These minutes indicate that Thierry Lombard, the owner of Cazanove-

18 A, resigned as a director from Cazanove-B.

19     9.    In September 2004, SCEV, located in Chalons-en-Champage, attached

20 Defendant PLB Holdings ("PLB") to the plaintiffs complaint, with the proviso that should

21 SCEV have to pay the Plaintiffs, SCEV would pay in their place (FAC Ex. 37).

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION
    Case No. C-7-04755-JW

-3-

10. In February 2005, Pivotal received a letter from Reims, France, indicating that SCEV was located in Chalons-en-Champagne, (FAC ex. 45).

11. In March 2006, Pivotal received a letter *in California* from Chalons-en-Champagne, France indicating that SA Charles de Cazanove (Cazanove-B") had obtained a default judgment against Pivotal, and that Pivotal must pay $1,000/day for every day they did not sequester $150,000 to the lawyers association of Chalons-en Champagne.

12. Christophe and Jean Francois use of the wires and mails resulted in the final execution of the scheme to deprive Pivotal and I of the California Judgment. There were two Charles de Caznove's existing side by side, each denying the existence of the other. In confusion of both Caznove's they obtained a judgment and made a demand to pay them. the demand was made in California.

13. Attached as exhibit E is a true and correct Judgment in a matter involving Serge Hauchart and SCEV. This judgment indicates that there is a Contract between PPSA and SCEV that gives PPSA the control of the United States Market and PPSA is controlled and directed from this District (FAC ex. 13). When Renier purchased SCEV Christophe directed the contacts with California through PPSA.

I declare under penalty of perjury the foregoing is true and correct under the laws of the United States and pursuant to 28 U.S.C.§ 1746.

Executed this 21st day of March 2008 at San Francisco, California.

    __s/s John Gidding_____
    John Gidding

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION
    Case No. C-7-04755-JW

-4-