# CHAMPAGNE



LOMBARD & C$^{ie}$

PIVOTAL INC
2467 WARM SPRINGS ROAD
GLEN ELLEN – CALIFORNA

95442 USA

Epernay, le 28 juin 2004

Messieurs,

Nous recevons votre lettre du 18 juin 2004.

Notre Société a changé de raison sociale en avril 2004, et au lieu de Charles de Cazanove elle se nomme maintenant **Lombard & Cie**.

Notre numéro RC n'a pas changé, il est 095 750 303.

Nous n'avons aucun lien juridique avec la SCEV Société Champenoise d'Exploitation Vinicole – 93 avenue de Paris – 51000 Chalons en Champagne, ni avec le groupe Rapeneau, 17 rue des Créneaux – 51100 REIMS.

Votre courrier ne nous concerne donc pas.

Veuillez agréer, Messieurs, l'expression de nos sincères salutations.

Thierry LOMBARD

LOMBARD & C$^{ie}$

1 Rue des Cotelles - BP 118 - 51204 Epernay Cedex - France
Tel: 03 26 59 57 40   Fax: 03 26 54 16 38   E-mail : info@champagne-lombard.com