07/12/2004  15:00    2135537910              SEEBACH AND SEEBACH                    PAGE  04

# EXTRAIT
# REGISTRE DU COMMERCE
# ET DES SOCIETES

n° d'identification : 095 750 535 RCS REIMS                             <29850/2004B000823

28/05/2004-13h15                                                         Page  1

*Immatriculation en date du 04/02/2004*

*Dénomination Sociale* : **CHARLES DE CAZANOVE**

*Forme* : Société Anonyme
    *Au Capital de* :           471.448,59 Euros
*Adresse du Siège Social* :
        17 RUE DES CRENEAUX
        51100 REIMS                                         FRANCE

*PRESIDENT DIRECTEUR GENERAL* :
Monsieur **RAPENEAU** Jean-François Albert Ernest
*Né(e) le* 23/11/1949   à  51 EPERNAY
*Nationalité*: Française
*Demeurant*  : 3 RUE D'AMBONNAY
        51150 BOUZY

*ADMINISTRATEUR* :
Monsieur **RAPENEAU** Christophe Bernard Désiré
*Né(e) le* 30/07/1959   à  51 EPERNAY
*Nationalité*: Française
*Demeurant*  : MOULIN DE MOCQUESOURIS
        02400 BLESMES

*ADMINISTRATEUR* :
Monsieur **RAPENEAU** Vincent Paul Bernard
*Né(e) le* 19/02/1978   à  51 REIMS (FRANCE
*Nationalité*: Française
*Demeurant*  : 6 RUE D'AMBONNAY
        51100 REIMS                                         FRANCE

*COMMISSAIRE AUX COMPTES TITUL.* :
Société Anonyme KPMG S.A.
*Demeurant*  : 2 BIS RUE DE VILLIERS -       LES HAUTS DE VILLIERS
        92300 LEVALLOIS PERRET
*Observations*        : 775 726 417 RCS NANTERRE

*COMMISSAIRE AUX COMPTES SUPPL.* :
Monsieur **LEROY** Claude
*Né(e) le* 28/06/1942   à  59 COUDEKERQUE BRANCHE
*Nationalité*: Française
*Demeurant*  : IMMEUBLE KPMG - 19 RUE CLEMENT ADER
        51100 REIMS

*DIRECTEUR GAL DELEGUE ADMINIST* :
Monsieur **LOMBARD** Thierry Robert Edmond
*Né(e) le* 06/02/1953   à  51 EPERNAY
*Nationalité*: Française
*Demeurant*  : 39 Rue Chaude Ruelle
        51200 EPERNAY

07/12/2004  15:00    2135537910                SEEBACH AND SEEBACH                    PAGE 05

| | |
|---|---|
| Adresse du Principal Etablissement | : 17 RUE DES CRENEAUX<br>51100 REIMS                                    FRANCE |
| Mode d'Exploitation | : EXPLOITATION DIRECTE |
| Origine du Fonds | : TRANSFERT DE SIEGE |
| Activité | : ACHAT VENTE EN GROS DEMI-GROS ET DETAIL REPRESEN-TATION COURTAGE ET COMMISSION DES VINS DE CHAMPAGNE AINSI QUE DE TOUTES DENREES ALIMENTAIRES SOLIDES OU LIQUIDES, FRANCAISES OU ETRANGERES, ACHAT VENTE DIRECTE OU A LA COMMISSION, REPRESEN-TATION DE TOUS MATERIELS POUVANT SERVIR A L'EXPLOITATION VITICOLE ET VINICOLE ET AU TRAITEMENT DES VINS, LA PLANTATION, L'ACHAT, L'EXPLOITATION DE TOUS VIGNOBLES |
| Code APE-NAF | : 159F    (information fournie par l'INSEE) |
| SIRET | : 095 750 535 00049 |
| Observations | : ACHAT DE LA BRANCHE D'ACTIVITE : VENTE DE CHAMPAGNE EXPLOITEE SOUS LA MARQUE "CHARLES DE CAZANOVE" APPARTENANT A LA SA "CHARLES DE CAZANOVE 095 750 303 RCS EPERNAY - A COMPTER DU 20/01.2004 JOURNAL L'UNION DU 13/02/2004 |
| Début Activité | : 01/07/1964    Expiration Société  :  14/08/2045 |
| Clôture Exercice | : 31 DECEMBRE |
| Observations | : SIEGE SOCIAL TRANSFERE DE 51000 CHALONS EN CHAMPAGNE - 93 A 99 AVENUE DE PARIS - A 51 REIMS 17 RUE DES CRENEAUX - A COMPTER DU 02/12/2003 |

Pour extrait certifié conforme délivré sur 2 pages.

A REIMS, le 28/05/2004 à 13h15                                      Le Greffier,



Tarif fixé par décret 80.307 du 29.04.1980 - Annexe II - n° 63 - Deux taux de base -