

« SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE »
« S.C.E.V. »
Société Anonyme au capital de 471.448,59 euros
Siège social : 17 Rue des Créneaux
51100 REIMS
RCS REIMS : 095 750 535

## ASSEMBLEE GENERALE EXTRAORDINAIRE
## DU 5 FEVRIER 2004

L'an deux mil quatre
Le cinq février
A neuf heures
Les actionnaires de la SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, « S.C.E.V. », société anonyme au capital de 471.448,59 euros, divisé en 12.370 actions, se sont réunis en assemblée générale extraordinaire, au siège social sur convocation du Conseil d'Administration.

Il est dressé une feuille de présence qui est signée par chaque membre de l'assemblée en entrant en séance.

L'assemblée est présidée par Monsieur Vincent RAPENEAU en sa qualité de Président du Conseil d'Administration.

Monsieur Jean-François RAPENEAU et Monsieur Christophe RAPENEAU, acceptant ces fonctions sont appelés comme scrutateurs.

Madame Huguette RAPENEAU est désignée pour remplir les fonctions de secrétaire.

Le tout conformément aux statuts.

Plus du tiers du capital étant présent, l'assemblée est régulièrement constituée et peut valablement délibérer.

La société KPMG, Commissaire aux Comptes, régulièrement convoquée est absente et excusée.

Le Président dépose sur le bureau et présente à l'assemblée :

- les copies des convocations adressées à tous les actionnaires,
- la copie et le récépissé postal de la lettre recommandée avec AR adressée au Commissaire aux Comptes,
- la feuille de présence revêtue de la signature des membres du bureau,
- le rapport du Conseil d'Administration,
- le rapport spécial du Commissaire aux Comptes sur l'augmentation du capital social avec suppression du droit préférentiel de souscription,



- le texte des résolutions proposées,
- les statuts de la société.

Puis le Président déclare que le rapport du Conseil d'Administration, le texte des résolutions proposées, ainsi que tous les autres documents et renseignements devant, d'après la législation des sociétés commerciales, être communiqués aux actionnaires, ont été tenus à leur disposition au siège social, à compter de la convocation de l'assemblée.

L'assemblée lui donne acte de cette déclaration.

Monsieur le Président rappelle que l'assemblée est réunie à l'effet de délibérer sur l'ordre du jour suivant :

- Changement de la dénomination sociale,
- Modification corrélative des statuts,
- Augmentation de capital social réservée au profit des salariés,
- Délégation de pouvoirs en vue des formalités.

Le Président donne ensuite lecture du rapport du Conseil d'Administration.

Puis il fait donner lecture du rapport spécial du Commissaire aux Comptes.

Personne ne demandant plus la parole, le Président met successivement aux voix les résolutions suivantes.

**PREMIERE RESOLUTION**

L'assemblée générale, après avoir entendu le rapport du Conseil d'Administration, décide de modifier la dénomination de la société à compter de la présente assemblée, et de remplacer l'ancienne dénomination « SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE » par « CHARLES DE CAZANOVE ».

L'assemblée générale décide de modifier en conséquence les statuts comme suit :

**ARTICLE 2 - DENOMINATION (ancienne rédaction)**

La dénomination sociale est : « SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE ». Toutefois, cette dénomination pourra être prononcée en abrégé « S.C.E.V. »

**ARTICLE 2 - DENOMINATION (nouvelle rédaction)**

La dénomination sociale est : « CHARLES DE CAZANOVE ».

Le reste de l'article est sans changement.

Cette résolution mise aux voix est adoptée à l'unanimité



## DEUXIEME RESOLUTION

L'assemblée générale, après avoir pris connaissance du rapport du Conseil d'Administration et du rapport spécial du Commissaire aux Comptes, décide en application des dispositions de l'article L.225-129 du Code de Commerce, de réserver au profit des salariés de la société une augmentation du capital social en numéraire dans les conditions prévues à l'article L.443-5 du Code du Travail.

En cas d'adoption de la présente résolution, l'assemblée générale décide :

- que le conseil d'administration disposera d'un délai de vingt six mois pour mettre en place un plan d'épargne d'entreprise dans les conditions prévues à l'article L.443-1 du Code du Travail ;

- d'autoriser le conseil d'administration, à procéder dans un délai maximum de vingt six mois à compter de ce jour, à une augmentation de capital d'un montant maximum de 14.143,46 euros qui sera réservée aux salariés adhérant audit plan d'épargne d'entreprise et réalisée conformément aux dispositions de l'article L.443-5 du Code du Travail. En conséquence, cette autorisation comporte au profit des salariés visés ci-dessus, renonciation expresse des actionnaires à leur droit préférentiel de souscription aux actions qui seraient émises.

<u>Cette résolution mise aux voix est rejetée à l'unanimité</u>

## TROISIEME RESOLUTION

L'assemblée générale donne tous pouvoirs au porteur de copies ou d'extraits du présent procès-verbal pour remplir toutes formalités de droit.

<u>Cette résolution mise aux voix est adoptée à l'unanimité</u>

Rien n'étant plus à l'ordre du jour et personne ne demandant plus la parole, la séance est levée.

De tout ce que dessus, il a été dressé le présent procès-verbal qui a été signé, après lecture, par les membres du bureau.

<u>LE PRESIDENT</u>        <u>LE SECRETAIRE</u>        <u>LES SCRUTATEURS</u>