

## CHARLES DE CAZANOVE
Société Anonyme au capital de 471 448,59 €
Siège social : 17, rue des Créneaux
51100 REIMS
RCS : REIMS B 095 750 535

### PROCES-VERBAL DE DELIBERATION DU CONSEIL D'ADMINISTRATION EN DATE DU 23 FEVRIER 2004

L'an deux mille quatre,
Le vingt trois février,
A dix-huit heures,
Les administrateurs de la société CHARLES DE CAZANOVE, société anonyme au capital de 471 448,59 € dont le siège social est à REIMS (51100) – 17, rue des Créneaux, se sont réunis audit siège, sur convocation du Président.

Les administrateurs émargent le registre de présence en entrant en séance.

Sont présents :

- Monsieur Jean-François RAPENEAU, Président Directeur Général,
- Monsieur Vincent RAPENEAU, Administrateur,
- Monsieur Christophe RAPENEAU, Administrateur.

Le conseil est présidé par Monsieur Jean-François RAPENEAU.

La totalité des administrateurs étant réunie, le conseil d'administration peut valablement délibérer.

Monsieur le Président rappelle que l'ordre du jour est le suivant :

**ORDRE DU JOUR :**

- Constatation de la démission de Monsieur Thierry LOMBARD de ses mandats de Directeur Général Délégué et Administrateur,




**CONSTATION DE LA DEMISSION DE MONSIEUR THIERRY LOMBARD**

Le conseil prend acte de la démission de Monsieur Thierry LOMBARD de ses fonctions de Directeur Général Délégué et Administrateur.

Le conseil décide de ne pas pouvoir à son remplacement.

Plus rien n'étant à l'ordre du jour, la séance est levée.

Il a été dressé le présent procès-verbal qui, après lecture, a été signé par le Président et un Administrateur.

LE PRESIDENT                                    UN ADMINISTRATEUR