1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA (SBN 212225)
   BIRNBERG & ASSOCIATES
3  703 Market Street, Suite 600
   San Francisco, CA 94103
4  Telephone: (415) 398-1040
   Facsimile: (415) 398-2001
5
   Attorneys for Plaintiffs
6  JOHN GIDDING, PIVOTAL, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 JOHN GIDDING, PIVOTAL, INC.           ) Case No. C-7-04755-JSW
                                         )
13        Plaintiffs,                    ) EXHIBITS A THROUGH F TO
                                         ) DECLARATION OF JOHN
14 v.                                    ) GIDDING IN OPPOSITION TO
                                         ) MOTION TO MARIE-CLAUDE
15 DEREK ANDERSON, et al.,               ) SIMON FOR LACK OF
                                         ) PERSONAL JURISDICTION
16        Defendants.                    )
                                         )
17                                       ) Date: May 30, 2008
                                         ) Time: 9:00 a.m.
18 _____        ) Place: 2, 17th Floor.

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**EXHIBITS A THROUGH F TO DECLARATION OF JOHN GIDDING
IN OPPOSITION TO PLANTAGENETS' MOTINO TO DISMISS**                    Case No. C-7-04755-JSW

-1-