1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  **703 Market Street, Suite 600**
   **San Francisco, CA 94103**
4  **Telephone: (415) 398-1040**
   **Facsimile: (415) 398-2001**
5
   **Attorneys for Plaintiffs**
6  **JOHN GIDDING, PIVOTAL, INC.**

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 JOHN GIDDING, PIVOTAL, INC.       ) Case No. C-7-04755-JW
                                     )
13      Plaintiffs,                  ) [PROPOSED]
                                     ) ORDER DENYING MOTION
14 v.                                ) FOR LACK OF PERSONAL
                                     ) JURISDICTION MOTION TO
15 DEREK ANDERSON, et al.,           ) DISMISS S.A.S. LES CHAMPS
                                     ) RENIERS AND CHRISTOPHE
16      Defendants.                  ) RAPENEAU FOR LACK OF
                                     ) PERSONAL JURISDICTION
17                                   ) AND DENYING MOTION FOR
                                     ) INEFFECTIVE SERVICE OF
18 _____   ) PROCESS
                                     )
19
                                       Date: May 30, 2008
20                                     Time: 9:00 a.m.
                                       Place: 2, 17th Floor.
21

22

23

24

25

26

27 **ORDER DENYING MOTION FOR LACK OF PERSONAL JURISDICTION OF MOTION TO DISMISS S.A.S. LES CHAMPS
   RENIERS AND CHRISTOPHE RAPENEAU FOR LACK OF PERSONAL JURISDICTION**
28                                       **Case No. C-7-04755-JW**

-1-

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Defendants S.A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION came on regularly for hearing on the above captioned date and time. After appearances of the respective counsel for the parties, and consideration of the pleadings and oral argument, the Court finds as follows:

The plaintiff need only make a *prima facie* showing of personal jurisdiction to defeat the motion. See *Ballard v. Savage*, 65 F.3d 1495 (9th Cir. 1995). This showing must consist of admissible evidence which, if believed, would be sufficient to establish personal jurisdiction. *WNS, Inc. v. Farrow*, 884 F.2d 200, 203-04 (5th Cir. 1989). The Court cannot assume the truth of allegations in a pleading that are contradicted by a sworn affidavit. *Data Disc, Inc. v. Systems Tech. Assoc., Inc.*, 557 F.2d 1280, 1284 (9th Cir. 1977). However, factual conflicts in the parties' declarations are resolved in the plaintiff's favor at this initial stage. *Data Disc, Inc. v. Systems Technology Associates, Inc.*, 557 F.2d 1280, 1285 (9th Cir. 1977) ("If a plaintiff's proof is limited to written materials, it is necessary only for these materials to demonstrate facts which support a finding of jurisdiction in order to avoid a motion to dismiss.").

Defendants S.A.S**. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU** apparently solicits business in California through the distribution of wines and Champagne. Both derive income in selling wines and champagne in the United States from France. The various correspondences to individuals and entities for business, and as such availed themselves of jurisdiction in this forum. *Bancroft & Masters*, 223 F.3d at 1087-1088;

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ORDER DENYING MOTION FOR LACK OF PERSONAL JURISDICTION OF MOTION TO DISMISS S.A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU FOR LACK OF PERSONAL JURISDICTION**
**Case No. C-7-04755-JW**

accord *California Software Inc. v. Reliability Research, Inc.,* 631 F. Supp. 1356, 1361 (C.D. Cal. 1986);*Panavision International, L.P. v. Toeppen*, 141 F.3d 1316 (9th Cir. 1998).

    Plaintiffs' have made a prima facie case of personal jurisdiction and the motion is denied.

SO ORDERED

By: _____
Jeffrey S. White
United States District Court Judge
Northern District of California.

BIRNBERG & ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ORDER DENYING MOTION FOR LACK OF PERSONAL JURISDICTION OF MOTION TO DISMISS S.A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU FOR LACK OF PERSONAL JURISDICTION**
**Case No. C-7-04755-JW**

-3-