1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA (SBN 212225)
   BIRNBERG & ASSOCIATES
3  703 Market Street, Suite 600
   San Francisco, CA 94103
4  Telephone: (415) 398-1040
   Facsimile: (415) 398-2001

   Attorneys for Plaintiffs
   JOHN GIDDING, PIVOTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC. | Case No. C-7-04755-JSW |
| Plaintiffs, | [proposed] ORDER DENYING PLANTAGENET DEFENDANTS' MOTION TO DISMISS |
| v. | |
| DEREK ANDERSON, et al., | Date: March 28, 2008 |
| Defendants. | Time: 9:00 a.m. |
| | Courtroom 2, 17th Floor |

Plantagenet Defendants' motion to dismiss came on regularly for hearing on the above-captioned date and time. After appearances of the respective counsel for the parties, and consideration of the pleadings and oral argument, the Court finds as follows:

Given that Plaintiffs have demonstrated difficulty serving both PPSA and PLB, and that Mr. Anderson managed to route the first amended complaint to its proper recipient with ample time for PPSA and PLB to appear and make a wide variety of arguments, we are bound to find that Mr. Anderson has implied authority to receive service on behalf of PPSA and PLB pursuant to *Direct Mail Specialists, Inc. v. Eclat Computerized Technologies, Inc.* (9th Cir. 1988) 840 F.2d 685, 688. Accordingly, Plantagenet Defendants' motion to dismiss for lack of proper service is denied.

ORDER DENYING PLANTAGENET DEFENDANTS' MOTION TO DISMISS            Case No. C-7-04755-JSW

-1-

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Furthermore, the predicate acts alleged are adequate to establish a claim under the Racketeer Influenced and Corrupt Organizations Act ["RICO"], Title 18, United States Code, sections 1961-1968. This is not a tort or contract case pled creatively to try to make it fit into a RICO case. If the allegations of the complaint are taken as true, this is a case alleging organized crime on a large scale and Plaintiffs are just two of the victims of it. The predicate acts alleged in the complaint involving the mail and wire form critical pieces of the fraud allegedly perpetrated on the Los Angeles, France and Luxembourg courts. The causal connection between these actions, and refusal of the court in France to permit enforcement of the state court decision, is enough to establish proximate cause in a RICO case. Plaintiffs' damages (losing the LeBrun account and the ability to collect 1.3M judgment) are also enough to establish a case under RICO. Accordingly, this Court finds that Plaintiffs have adequately pled a civil RICO case, and hereby DENIES Plantagenet Defendants' motion to dismiss for failure to state a claim under Rule 12(b)(6).

Because Plaintiffs have adequately pled a case pursuant to RICO, there is subject matter jurisdiction and Plantagenet Defendants' motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) is hereby denied.

SO ORDERED

By:_____
Hon. Jeffrey S. White
United States District Court Judge
Northern District of California.

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

ORDER DENYING PLANTAGENET DEFENDANTS' MOTION TO DISMISS    Case No. C-7-04755-JSW