1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA (SBN 212225)
   BIRNBERG & ASSOCIATES
3  703 Market Street, Suite 600
   San Francisco, CA 94103
4  Telephone: (415) 398-1040
   Facsimile: (415) 398-2001
5
   Attorneys for Plaintiffs
6  JOHN GIDDING, PIVOTAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 JOHN GIDDING, PIVOTAL, INC.        ) Case No. C-7-04755-JSW
                                      )
13        Plaintiffs,                 ) ERRATA TO COVER SHEET TO
                                      ) EXHIBITS A THROUGH K TO
14 v.                                 ) DECLARATION OF JOHN
                                      ) GIDDING IN OPPOSITION TO
15 DEREK ANDERSON, et al.,            ) PLANTAGENET DEFENDANTS'
                                      ) MOTION TO DISMISS
16        Defendants.                 )
                                      )
17                                    ) Date: May 30, 2008
                                      ) Time: 9:00 a.m.
18 _____  ) Place: Courtroom 2, 17th Floor.

19      COME NOW PLAINTIFFS and make the following clerical amendments to the caption

20 of the document filed as docket no. 60.  The caption as filed reads:

21      EXHIBITS A THROUGH F TO DECLARATION OF JOHN GIDDING IN

22 OPPOSITION TO MOTION TO MARIE-CLAUDE SIMON FOR LACK OF PERSONAL

23 JURISDICTION

24 ///

25 ///

26 ///

27

28 **ERRATA TO COVER SHEET TO EXHIBITS A THROUGH K TO DECLARATION OF JOHN GIDDING
   IN OPPOSITION TO PLANTAGENETS' MOTION TO DISMISS**                    Case No. C-7-04755-JSW

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1  The caption should read:

2  EXHIBITS A THROUGH **K** TO DECLARATION OF JOHN GIDDING IN

3  OPPOSITION TO **PLANTAGENET DEFENDANTS' MOTION TO DISMISS**

BIRNBERG & ASSOCIATES

6  Dated: 24 March 2008                By:  _/s/ Cory A. Birnberg___
                                        Cory A. Birnberg
                                        Attorneys for Plaintiffs

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ERRATA TO COVER SHEET TO EXHIBITS A THROUGH K TO DECLARATION OF JOHN GIDDING
IN OPPOSITION TO PLANTAGENETS' MOTION TO DISMISS**                Case No. C-7-04755-JSW