1    BIRNBERG & ASSOCIATES
     CORY A. BIRNBERG (SBN 105468)
2    JOSEPH SALAMA, ESQ. (SBN 212225)
     BIRNBERG & ASSOCIATES
3    703 Market Street, Suite 600
     San Francisco, CA 94103
4    Telephone: (415) 398-1040
     Facsimile: (415) 398-2001

5

     Attorneys for Plaintiffs
6    JOHN GIDDING, PIVOTAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

     JOHN GIDDING, PIVOTAL, INC.          )   Case No. C-7-04755-JW
12                                         )
             Plaintiffs,                   )   ERRATA TO DECLARATION OF
13                                         )   JOHN GIDDINGS IN
     v.                                    )   OPPOSITION TO MOTION TO
14                                         )   .A.S. LES CHAMPS RENIERS
     DEREK ANDERSON, et al.,               )   AND CHRISTOPHE RAPENEAU
15                                         )   FOR LACK OF PERSONAL
             Defendants.                   )   JURISDICTION
16                                         )
17                                         )   Date: May 30, 2008
                                           )   Time: 9:00 a.m.
18   _____      )   Place: 2, 17th Floor.

19

20

21

22

23

24

25

BIRNBERG &
ASSOCIATES
26
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

27   ERRATA DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND
     CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION
28        Case No. C-7-04755-JW

                                    -1-

1    Now comes Plaintiffs JOHN GIDDING and PIVOTAL, INC. and make the

2    following  errata to the DECLARATION OF JOHN GIDDING IN OPPOSITION TO

3    MOTION TO .A.S. LES CHAMPS RENIERS AND CHRISTOPHE RAPENEAU FOR

4    LACK OF PERSONAL JURISDICTION

5

6    Previously paragraph 3 stated:

7

8    "*3.    Christophe and Jean Francois Rapeneau control companies that control the*

9    *diverse Champagne holdings of the Rapeneau and Ducellier families.  Many of these*

10   *companies sell Champagne and the Unites States is a major Champagne market.  One,*

11   *some, or all of these companies solicit sales in the United States.  In my twenty five years in*

12   *the wine trade, Christophe's agents have solicited business from me.  Christophe is the*

13   *administrative brother, Jean-Francois is the sales brother, and they are two sides of the*

14

15   *same coin, one side sells the other administers. "*

16   However, the Exhibit that shows the many companies and contacts with the United

17   States was inadvertently left off. The exhibit was left out and now will be attached as

18   Exhibit F and this paragraph 3 should read:

19   3.    Christophe and Jean Francois Rapeneau control companies that control the

20   diverse Champagne holdings of the Rapeneau and Ducellier families.  Many of these

21   companies sell Champagne and the Unites States is a major Champagne market.  One,

22   some, or all of these companies solicit sales in the United States.  In my twenty five years in

23   the wine trade, Christophe's agents have solicited business from me.  Christophe is the

24

25   administrative brother, Jean-Francois is the sales brother, and they are two sides of the same

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

26

27   ERRATA DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND
CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION
Case No. C-7-04755-JW

28

1  coin, one side sells the other administers. ***Attached hereto marked Exhibit F and***

2  ***incorporated herein by reference is a true and correct copy of a web page that confirms***

3  ***the many companies and brands showing there is contact with the Untied States by the***

4  ***sale of wine and champagne.*** (Italic portion shows amendment)

5

6     I declare under penalty of perjury the foregoing is true and correct under the laws of

7  the United States and pursuant to 28 U.S.C.§ 1746.

8     Executed this 26th day of  March 2008 at San Francisco, California.

9

10

11          __s/s John Gidding_____
            John Gidding

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

26

27  ERRATA DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS FOR .A.S. LES CHAMPS RENIERS AND
    CHRISTOPHE RAPENEAU LACK OF PERSONAL JURISDICTION

28          Case No. C-7-04755-JW