# Le Groupe

# G.H. MARTEL & Co




*Propriétaire de domaines viticoles en Champagne*

*Plus de 125 hectares*



- Bouzy Grand Cru - Ambonnay Grand Cru

- Louvois Grand Cru - Chamery Premier Cru

- Tauxiéres Premier Cru - Côte des Bars

- Vallée de la Marne - Broyes

La Champagne est une région au climat semi-continental qui bénéficie d'un ensoleillement généreux l'été et tempéré l'hiver.

*Elaboration et Commercialisation de vins de Champagne*

 

- Champagne - Côteaux champenois
- Bouzy rouge - Ratafia - Marc de champagne - Veille Fine de la Marne...

## Siège social

- SA au capital de 61.919.500 Francs - Fondée en 1869
- 69, Avenue de Champagne. 51 200 Epernay
- No SIREN - 399060821 - APE- 5113 J - CNIJF - 29205 - No TVA FR 36 399 060 821

## Actionnaires et Direction

Famille Bernard Rapeneau 100% - France

P.C.A. Financière

La Maison du Champagne - Bernard Rapeneau

**Président Directeur Général - Christophe Rapeneau**

Directeur Commercial - Jean-François Rapeneau

[Shows control of the company and contacts]

## Etablissements secondaires

- 23, rue Jean Moulin, 51 200 Epernay - 21, rue Jeanne d'Arc, 51 000 Châlons en Champagne
- 17, rue des Créneaux, 51 100 Reims - 14, rue Chaude Ruelle. 51200 Epernay - 10 200 Bligny

## Activité

- Chiffre d'Affaires de 500.000.000 F dont 10% à l'export
- Production de 8 Millions de bouteilles par an

## Exportations

Royaume-Uni, Allemagne, Belgique. Pays-Bas, Danemark, Suisse. Autriche,

**Espagne, Portugal, Pologne, Finlande, Dom-Tom, Japon, Etats-Unis.**

*Shows business and contacts with the United States*

## Participations

- G.H.MARTEL & Co

- La Maison du Champagne E. RAPENEAU 3 rue J.J. Lallemand, 2001 Neufchatel - Suisse

- G.H. MARTEL U.K. - 59 Earl's Court Square, London SW5 9DG

- Société civile et viticole de Crugny- Société civile Marcel Pierre

- Société civile Bergères - Sica du Petit Luquis - Sarl Mocquesouris

- Champagne Mansard Baillet - Champagne Comte de Noiron

- Champagne Charles Orban - Château de Bligny

## Marques

- G.H. MARTEL & Co - Cuvée Victoire Millésimée - E. RAPENEAU

- La Maison du Champagne - Comte de Noiron - Charles du Roy

- Mansard - Cuvée des Sacres - Cuvée Tradition - Château de Bligny

- Charles Orban - PL Martin - **Maxim's...**



**Revenir au début**