Fred H. Perkins (fhperkins@morrisoncohen.com)
Latisha V. Thompson (lthompson@morrisoncohen.com)
Admitted Pro Hac Vice
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone:  (212) 735-8600
Facsimile:  (212) 735-8708

Gail Cohen (093210) (gcohen@barwol.com)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorney for Specially-Appearing Defendant
MARIE-CLAUDE SIMON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAN, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation; PLM HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; MARIE-CLAUDE SIMON, an individual; AND DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: No. C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>SUMMARY OF ARGUMENT<br><br>[Filed concurrently with Reply Memorandum, Declaration of Danielle Gill, and Proposed Order]<br><br>Date: May 30, 2008<br>Time: 9:00 a.m.<br>Place: 2, 17th Floor.<br><br><br>Complaint Filed: 9/14/07 |

The FAC should be dismissed as against Ms. Simon because she is not lawfully subject to suit in California. Ms. Simon, a citizen of France, has never been to the United States much less California, has never been licensed to practice law in California, has no office in California and neither solicits nor advertises her services in California. Moreover, Ms. Simon's sole business transaction with Plaintiffs was for legal services, procured, accepted and rendered in France. The basis for Plaintiffs' argument, that Ms. Simon's alleged California communications concerning legal proceedings in France and purported demands for payment in connection with such French representation are sufficient to establish jurisdiction over Ms. Simon, has been rejected by the Ninth Circuit and California courts. *Sher v. Johnson* 911 F.2d 1357, 1362 (9th Cir. 1990); *Edmunds v. Superior Court*, 24 Cal. App. 4th 221, 29 Cal. Rptr. 2d 281 (4th Dist. 1994). Under these circumstances, the exercise of personal jurisdiction over Ms. Simon would be unreasonable. *See id.*

Additionally, the FAC should be dismissed against Ms. Simon on the grounds that Plaintiffs' attempted service failed to comply with the applicable requirements of the Hague Convention because Plaintiffs failed to personally serve Ms. Simon with a full French translation of the FAC (including exhibits). Fed. R. Civ. P. 4(f)(1); Hague Convention, Article 5. The parties do not dispute that French law requires that the Complaint be translated at the request of the recipient, that Ms. Simon requested that the FAC with exhibits be translated and that Plaintiffs refused. *See* Fed. R. Civ. P. 10(c); *see also McCray v. Furman*, No. 07-CV-0258A, 2007 U.S. Dist LEXIS 60830 at *2 (W.D.N.Y. August 15, 2007).

Lastly, Ms. Simon is also entitled to have the RICO claims against her dismissed as Plaintiffs have failed to plead the allegations against her with the requisite specificity. *See Sathianathan v. Smith Barney, Inc.*, No. C-04-2130, 2005 LEXIS 64880 (N.D. Cal. June 6, 2005).

SUMMARY OF ARGUMENT

- 1 -

Case No. C 07-04755 JSW

#1212861 v1 \20044 \001

1  Dated:      New York, New York
            March 28, 2008
2
3                                              BARGER & WOLEN LLP
4                                              By: /s/ Gail E. Cohen
                                                   Gail Cohen (09310)
5                                                  650 California Street, 9th Floor
                                                   San Francisco, California 94108
6                                                  Telephone: (415) 434-2800
                                                   Facsimile: (415) 434-2533
7                                                       -and-
                                               MORRISON COHEN LLP
8
9                                              By: _____
                                                   Fred Perkins
10                                                 Latisha Thompson
                                                   *Admitted Pro Hac Vice*
11                                                 909 Third Avenue
12                                                 New York, New York 10022-4731
                                                   Telephone: (212) 735-8600
13                                                 Facsimile: (212) 735-8708
14
                                               Attorneys for Defendant
15                                             *MARIE-CLAUDE SIMON*
16
17
18
19
20
21
22
23
24
25
26
27
28

SUMMARY OF ARGUMENT
                                        - 2 -                 Case No. C 07-04755 JSW
#1212861 v1 \20044 \001