Fred H. Perkins (fhperkins@morrisoncohen.com)
Latisha V. Thompson (lthompson@morrisoncohen.com)
Admitted Pro Hac Vice
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

Gail Cohen (093210) (gcohen@barwol.com)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Specially-Appearing Defendant
MARIE-CLAUDE SIMON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAN, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation; PLM HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; MARIE-CLAUDE SIMON, an individual; AND DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: No. C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>DECLARATION OF DANIELLE GILL IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION BY DEFENDANT MARIE-CLAUDE SIMON TO DISMISS ACTION FOR LACK OF PERSONAL JURISDICTION AND INEFFECTIVE SERVICE OF PROCESS<br><br>[Filed concurrently with Reply Memorandum, Statement of Location, and Proposed Order]<br><br>Date: May 30, 2008<br>Time: 9:00 a.m.<br>Place: 2, 17th Floor.<br><br><br>Complaint Filed: 9/14/07 |

SUMMARY OF ARGUMENT                                         Case No. C 07-04755 JSW
#1212861 v1 \20044 \001

I, Danielle Gill declare as follows:

1. I am not a party to this action and I am over 18 years of age. I am employed as a project coordinator by Geotext Translations, Inc. ("Geotext"), having its principal place of business at 259 West 30th Street, 17th Floor, New York, NY 10001.

2. I personally supervised the translation of the attached documents, as part of my employment with Geotext. I have supervised the translation of hundreds of documents for use in litigation pending in state and federal courts throughout the United States.

3. I hereby certify that the following documents, which are attached to this Declaration, have been translated from French to English:

   a. Declaration of John Gidding in Opposition to the Motion of Marie Claude Simon for Lack of Personal Jurisdiction ("Gidding Declaration") Ex. A, pg.1, titled "Statement of Defense", which is attached hereto (along with the translation) as Exhibit 1.

   b. Gidding Declaration Ex. D, pg.1, letter to Mrs. Madeleine Gidding, dated January 23, 2003, which is attached hereto (along with the translation) as Exhibit 2.

   c. Gidding Declaration Ex. R, pgs.1-2, titled "Plantagenet—Champagne Albert Le Brun—Pivotal, Summary of Defense Exhibits in Our Possession," which is attached hereto (along with the translation) as Exhibit 3.

   d. Gidding Declaration Ex. E, pg.7, letter addressed to Ms. Simon from John Gidding, dated December 15, 2003, which is attached hereto (along with the translation) as Exhibit 4.

4. I further certify that, to the best of my knowledge, the attached documents in English are true and accurate translations of the attached documents in French.

*/s/ Danielle Gill*
Danielle Gill

DECLARATION OF DANIELLE GILL IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES
- 1 -
Case No. C 07-04755 JSW

#1211632 v1 \20044 \001