# EXHIBIT 1

*Ex. A – Giddings*

> To the Presiding Judge and
> Associate Judges of the   Chamber of the
> COMMERCIAL COURT OF
> CHALONS EN CHAMPAGNE

<u>Hearing of January 20, 2000, 2:00 PM</u>

## DEFENDANT'S ANSWER

**FOR:**   Mr. John Robert GIDDING
an American citizen
born April 9, 1947, in Glenn Ridge, New Jersey (USA)
<u>residing at</u> La Loma Road, Pasadena, California 91115, USA
<u>temporarily residing at:</u> 5 rue du Chauffour
02130 Coulonges Cohan, France

DEFENDANT

Counsel:   Jacques LEGAY
Attorney at the Court of Chalons en Champagne

Litigator:   Pierre BENICHOU
Attorney at the Court of Paris, Toque P 178
(for the Pierre BENICHOU and Gilbert SEBBAN Professional Partnership,
96 avenue du Maine, 75014 Paris)

**VERSUS:**   SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE
Hereinafter SCEV

PLAINTIFF

Counsel:   François DEVARENNE
Admitted to the Chalons en Champagne Bar

Litigator:   Jean-Claude DEBAIN
Admitted to the Paris Bar, Registration No. R 162

1

19/03 2008 20:54 FAX                                                              @002/014

/ Ex. A - Gidding Decl.

                                                    A Mesdames ou Messieurs le Président et
                                                    Juges composant la      chambre du
                                                    TRIBUNAL DE COMMERCE
                                                    DE CHALONS EN CHAMPAGNE

Audience du 20 janvier 2000 à 14 Heures


                            CONCLUSIONS EN REPONSE


POUR :   Monsieur John Robert GIDDING
         de nationalité Américaine
         né le 9 Avril 1947 à Glenn Ridge New Jersey (USA)
         demeurant La Loma Road Pasadena California 91115 USA
         et résident temporairement : 5 rue du Chauffour
         02130 Coulonges Cohan (France)

         DEFENDEUR

         Ayant pour Avocat Postulant : Maître Jacques LEGAY
                                       Barreau de Chalons en Champagne

         Et pour Avocat Plaidant : Maître Pierre BENICHOU
                                   Barreau de PARIS Toque P 178
         (pour la SCP Pierre BENICHOU et Gilbert SERBAN
         demeurant 96 avenue du Maine à Paris 75014)

CONTRE : La Société CHAMPENOISE D'EXPLOITATION VINICOLE
         Ci-après dénommée SCEV

         DEMANDERESSE

         Ayant pour Avocat Postulant : Maître François DEVARENNE
                                       Barreau de Chalons en Champagne
         Et pour Avocat Plaidant : Maître Jean-Claude DEBAIN
                                   Barreau de PARIS Toque R 162

1

# EXHIBIT 2

Case 3:07-cv-04755-JSW   Document 69-2   Filed 03/28/2008   Page 4 of 14

Ex. D₁ – Giddings                                                      \18

Mrs. Madeleine Gidding – 44, rue Tony Neuman – L 2241 Luxembourg

January 23, 2003

SIMON PIERRARD, avocats associés
34, rue des Moulins, BP 16
51766 Reims Cedex
　　Attn: Accounts Payable

Re: Miscellaneous Payments
John R. Gidding

　　Madam:

　　Please find enclosed six checks in payment for services rendered as listed on the statement that you issued (enclosed).

　　With warmest regards,

　　[initials]


Encl:   Statement
        Six checks in the following amounts:
            €422.87
            €622.70
            €375.21
            €168.00
            €372.61
            €517.76

Ex. D₁ - Gidding Decl.

Mme Madeleine Gidding - 44, rue Tony Neuman - L 2241 Luxembourg

le 23 janvier 2003

SIMON PIERRARD, avocats associés
34, rue des Moulins, BP 16
51766 Reims Cedex
attn: Comptabilité

Concerne: règlements divers
John R Gidding

Madame,

Je vous adresse ci-inclus six chèques de règlements correspondant à des prestations de services selon le récapitulatif joint établi par vos soins.

Je vous en souhaite bonne réception et vous adresse mes meilleures salutations.

P.J. -récapitulatif
-chèques (six) des montants suivants:
422,87 €
622,70 €
378,21 €
168 €
392,51 €
517,76 €

# EXHIBIT 3

*Ex. R – Giddings Decl.*

[stamps:]   FIDAL SA, Chalons sur Marne, *Exhibit No. 2*
FIDAL SA, Chalons sur Marne, *Exhibit No. 29*

PLANTAGENET – CHAMPAGNE Albert LE BRUN/GIDDING – PIVOTAL

*SUMMARY OF REPLIES IN OUR POSSESSION*

(Replies to the translation into French by Cabinet Bonnefous of a questionnaire that was given to us by the firm Debain Ducharne)

**Unless otherwise stated, our replies were given during the period from 1/1/1994 to June 30, 1999.**

1) We had a primary contact (Mr. Gidding) who lived at various addresses and under various names. Other contacts: Dylan Beal, Michael Hiller.

- SELEXPRO, 80 rue de Monceau, 75008 Paris
- SELEXPRO, 37 rue des Mathurins, 75008 Paris
- BROKERAGE ASSOCIATED, 1796 La Loma Road, Pasadena, CA 91105, USA
- JOHN GIDDING, Hague Towers 2102, 330 West Brambleton Ave., Norfolk, VA 23510, USA
- JOHN GIDDING ASSOCIATED BROKERS, 1796 La Loma Road, Pasadena, CA 91105, USA, and Château de Mareuil, F-51160 AY
- ASSOCIATED BROKERS, Château de Mareuil, F-51160 AY
- ASSOCIATED BROKERS, Friedrichstrasse 21, D-67459 Bohl, Germany

2) Essentially ( ) persons:

- Mr. François Le BRUN – 51400 Bouy
- Mr. Jean-Louis PAYEN – 51100 Reims
- Mr. Serge HAUCHART – 31 rue Robert Flers, 75015 Paris (in part)
- Mr. Marc BUCAILLE – 2 avenue du colonel Bonnet, 92000 Neuilly/Seine (in part)

3) Enclosed are 6 photocopies of documents numbered from 1 to 6.

4) We interpret the term "distributors" to mean "customers." In other words: 3 customers:

- PARAMOUNT BRANDS, Inc., 104-106 Midland, Port Chester, NY 10543, USA
- PIVOTAL, Inc., 13148 Raymer Street, North Hollywood, CA 91605, USA
- JAYDOR CORPORATION, 16 Bleeker Street, Milburn, NJ 07041, USA

6) Essentially ( ) persons:

- Mr. François LE BRUN – 51400 Bouy
- Mr. Jean-Louis PAYEN – 77 rue Emile Zola, 51100 Reims
- Mr. Marc BUCAILLE –92000 Neuilly/Seine (in part)

- Appointment of a new director, Mr. Marc BUCAILLE, 2 avenue du colonel Bonnet, 92000 Neuilly sur Seine.

10) Photocopies of 2K Bis, one from before January 16, 1999, and another from April 13, 1999. Four pages in all, signed and numbered 1 to 4.

11) It is unclear what meaning is to be given to "acquired their stake in S.C.E.V." There is no written exclusivity agreement with the individuals or corporate entities mentioned in Exhibit No. 1 for the United States or any other part of the world (Europe) where Mr. Gidding wanted to expand his business and where we already had customers and representatives not covered by an exclusivity agreement.

12) Essentially ( ) persons:

- Mr. François LE BRUN – 51400 Bouy
- Mr. Jean-Louis PAYEN – 51100 Reims
- Mr. Serge HAUCHART – 75015 Paris
- Mr. Marc BUCAILLE – 92000 Neuilly/Seine
- (Mr. John GIDDING – 02130 Coulanges Cohan)

13) Enclosed are 6 photocopies of documents: 4 dealing with Germany and 2 with England. They are signed and numbered from 1 to 6.

14) The individuals and corporate entities listed below acquired their stake in S.C.E.V. on the following dates:

- PLB Holding           :
- Mr. Hauchart          :
- Mr. Lemal             :
- Mr. Anderson          :   see dates
- Mr. Zappettini        :   in replies
- Mr. Bucaille          :   8 and 9
- Mr. Payen             :
- Mr. F. Le Brun        :

15) The shareholders themselves, the members of the board(s) of directors and the statutory auditors had knowledge of the above dates.

16) Documents the same as in Reply 10.

17) Percentage and type of each stake in SCEV held by individuals or corporate entities in reply 8.

Before the sixteenth of January:

- F. LE BRUN   1,310 shares
- J. LE BRUN   1,300 "
- G. LE BRUN   1,300 "
- Y. LE BRUN   1,300 "

Ex. R - Gidding Decl.

PLANTAGENET - CHAMPAGNE Albert LE BRUN / GIDDING - PIVOTAL

*RECAPITULATIF DES ELEMENTS DE REPONSE EN NOTRE POSSESSION*

(Réponses à la traduction française par le Cabinet Bonnefons d'un questionnaire qui nous a été transmis par le cabinet Debain Duchamp)

Sauf exception, nos réponses s'entendent pour la période située entre le 01/1/94 et le 30 juin 1999.

1) Nous avons eu un principal interlocuteur, Monsieur Gidding, à différentes adresses et sous différentes dénominations. Autres interlocuteurs: Dylan Beal, Michael Hiller.

- SELEXPRO, 80 rue de Monceau 75008 PARIS
- SELEXPRO, 57 rue des Mathurins 75008 PARIS
- BROKERAGE ASSOCIATED, 1796 La Loma road - Pasadena - CA 91105, USA
- John GIDDING, Hague Towers 2102- 350 west Brambleton Ave
   Norfolk, VIRGINIA 23510 USA
- John GIDDING ASSOCIATED BROKERS, 1796 La Loma road
   Pasadena, CA 91105 USA.
   et Château de Mareuil F.51160 AY
- ASSOCIATED BROKERS, Château de Mareuil, F. 51160 AY.
- ASSOCIATED BROKERS, Friedrich Straße 21, D 67459 Bohl - Allemagne.

2) Essentiellement ( ) personnes:

- Monsieur François LE BRUN - 51400 Bouy
- Monsieur Jean louis PAYEN - 51100 Reims.
- Monsieur Serge HAUCHART - 31 rue Robert Flers 75015 Paris. (Pour partie)
- Monsieur Marc BUCAILLE - 2 avenue du colonel Bonnet - 92000 Neuilly/Seine. (Pour partie)

3) En annexe 6 photocopies de documents, numérotées de 1 à 6.

4) Nous interprétons le terme distributeurs par clients. Soit: 3 clients.

- Sté PARAMOUNT BRANDS Inc - 104-106 Midland, Port Chester, NY 10543-USA.
- PIVOTAL Inc. - 13148 Raymer Street - North Hollywood - CA 91605 - USA.
- JAYDOR CORPORATION - 16 Bleeker Street - Milburn - NJ- 07041 USA.

6) Essentiellement ( ) personnes:

- Monsieur François LE BRUN - F.51400 - Bouy.
- Monsieur Jean Louis PAYEN - 77 rue Emile Zola - 51100 Reims.
- Monsieur Marc BUCAILLE - 92000 Neuilly/Seine - (Pour partie)

- Nomination d'un nouvel administrateur, Monsieur Marc BUCAILLE - 2 avenue du colonel Bonnet- 92000 Neuilly sur Seine.

10) Photocopies de 2 K Bis, un d'avant le 16 janvier 1999 un second du 13/04/1999. En tout quatre pages signées et numérotées de 1 à 4.

11) La question est peu claire quant au sens à donner à : "ont acquis leur participation dans la Société S.C.E.V.". Il n'existe aucun contrat écrit d'exclusivité avec les personnes morales ou physiques citées en N°1 pour le territoire américain, pas plus d'ailleurs pour les autres parties du monde, Europe, où Monsieur Gidding voulait développer ses affaires et ou nous avions déjà des clients et des agents sans contrat d'exclusivité.

12) Pour l'essentiel:

- Monsieur François LE BRUN - 51400 Bouy.
- Monsieur Jean Louis PAYEN - 51100 REIMS.
- Monsieur Serge HAUCHART- 75015 PARIS
- Monsieur Marc BUCAILLE - 92000 NEUILLY/SEINE
- (Monsieur John GIDDING - 02130 Coulonges Cohan)

13) En annexe 6 photocopies de documents, 4 concernent l'Allemagne, 2 concernent l'Angleterre. Elles sont toutes signées et numérotées de 1 à 6.

14) Ont acquis leur participation physique et morale à la S.C.E.V, aux dates suivantes:

- PLB Holding          :
- Monsieur Hauchart    :
- Monsieur Lemai       :
- Monsieur Anderson    :    voire dates
- Monsieur Zappettini  :    aux réponses
- Monsieur Bucaille    :    8 et 9.
- Monsieur Payen       :
- Monsieur F. Le Brun  :

15) Ont eu connaissance des dates ci-dessus, les actionnaires eux-mêmes, les membres du ou des conseils d'administration, le commissaires aux comptes.

16) Documents identiques à la réponse 10.

17) Pourcentage et natures de chacune des participations des personnes physiques ou morales à la SCEV dans la réponse 8.

Avant le seize janvier

- F. LE BRUN    1310 actions
- J. LE BRUN    1300     "
- G. LE BRUN    1300     "
- Y LE BRUN     1300     "

# EXHIBIT 4

Case 3:07-cv-04755-JSW   Document 55-2   Filed 03/21/2008   Page 7 of 7

FAX from JOHN GIDDING
1 page

Ex. 4 - Gidding Decl.

Ms. Marie-Claude Simon, Esq.
Ste. Simon & Pierrard
34, rue des Moulins
51715 Reims, France

Dec. 15, 2003

By Fax and Registered Letter w/Return Receipt (1+4 pages)

Dear Ms. Simon:

It is imperative that you inform me about my personal file:

John Gidding and Pivotal, Inc. versus SCEV,

seizure, impoundment

and

petition for exequator

I ask that you reply to me today, at

(352) 26 27 09 91 (fax)

or

(352) 26 27 05 16 (telephone)

## You leave me no choice but to ask:

## Why have I heard nothing from you?

I have attached copies of the faxes that I have sent you on:

December 9, 2003 (1 page)
December 10, 2003 (1 page)
December 11, 2003 (1 page)

and yet another copy of the fax I sent to Mr. Legay, with a copy for you, dated:

December 12, 2003 (1 page)

I am available and can visit you at your office

       Tuesday, December 16, 2003, from 11:00 AM to 2:30 PM
or    Thursday, December 18, 2003, from 7:30 AM to 2:30 PM.

Thank you for your reply.

John Gidding

[signature]

Enclosures: 4

FAX de JOHN GIDDING
1 page

Maître Marie-Claude SIMON
Ste. Simon & Pierrard
34, rue des Moulins
51715 Reims, France

Dec 15, 2003

Par Fax et Lettre Recommandée AR (1+4 pages)

Cher Maître SIMON,

Il est imperatif que vous m'informiez de mon dossier personnel:

John Gidding et Pivotal, Inc contre SCEV,

    saisie sequestre

et

    plaidoirie pour l'exequatur

Je vous demande de bien vouloir me répondre aujourd'hui même, par

    telecopie (352) 26 27 05 91

ou

    telephone (352) 26 27 05 16

Vous m'obligez a vous demander:

Que signifie votre silence?

Je joins copies de mes fax précédents qui vous ont été addressés le:

    09 Dec 2003   1 pg
    10 Dec 2003   1 pg
    11 Dec 2003   1 pg

ainsi qu'a nouveau copie de mon fax addressé à Maître Legay avec copie pour vous-mêmes,

    du   12 Dec 2003   1 pg

Je suis a votre disposition et peux être a votre bureau

    mardi, le 16 Dec. 2003 entre 11:00 et 14:30
ou    jeudi, le 18 Dec. 2003 entre 07:30 et 14:30.

Je vous remercie de votre reponse.

John Gidding

P.J.: 4