1  Hway-ling Hsu, Esq., State Bar No. 196178
   hhsu@be-law.com
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  Attorneys for Specially-Appearing Defendants
   S.A.S. LES CHAMPS RENIERS AND
6  CHRISTOPHE RAPENEAU

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11 JOHN GIDDING, et al.                    Case No. C-07-4755 JSW

12              Plaintiffs,                **[PROPOSED] ORDER GRANTING
                                           DEFENDANTS S.A.S. LES CHAMPS
13     vs.                                 RENIERS AND CHRISTOPHE
                                           RAPENEAU'S MOTION TO DISMISS
14 DEREK ANDERSON, et al., and             FIRST AMENDED COMPLAINT FOR
   DOES 1 through 100,                     LACK OF PERSONAL JURISDICTION**

15              Defendants.

1  Now before the Court are S.A.S. Les Champs Reniers' and Christophe Rapeneau's Motion
2  to Dismiss First Amended Complaint for Lack of Personal Jurisdiction. Upon consideration of the
3  motion, the opposition thereto, the arguments of counsel, and the entire record herein, this Court is
4  of the opinion that the motion should be and hereby is GRANTED.

6  IT IS SO ORDERED.

8  Dated: _____, 2008         _____
                                            Honorable Jeffrey S. White
9                                           UNITED STATES DISTRICT JUDGE