| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES**<br>**CORY A. BIRNBERG (SBN 105468)** |
| 2 | **JOSEPH SALAMA, ESQ. (SBN 212225)**<br>**BIRNBERG & ASSOCIATES** |
| 3 | **703 Market Street, Suite 600**<br>**San Francisco, CA 94103** |
| 4 | **Telephone: (415) 398-1040**<br>**Facsimile: (415) 398-2001** |
| 5 | |
| 6 | **Attorneys for Plaintiffs**<br>**JOHN GIDDING, PIVOTAL, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL, INC.** | Case No. C-7-04755-JW |
| Plaintiffs, | **EXHIBITS TO PROPOSED SECOND AMENDED COMPLAINT** |
| v. | FRCP Rule 15(a) |
| DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAL, and individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation; PLB HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; SAS LES CHAMPS RENIER, a purported French corporation; Marie-Claude Simon an individual; and DOES 1 through 100, inclusive,<br>Defendants. | Date: May 30, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor, 450 Golden Gate Ave., San Francisco, California |

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**EXHIBITS TO PROPOSED SECOND AMENDED COMPLAINT**

1  Attached hereto are Exhibits A-K which are referenced and are the proposed
2  exhibits to the proposed Second Amended Complaint, which forms the basis of the motion
3  to amend the First Amended Complaint.
4  
5  The proposed Second Amended Complaint is attached to the motion to amend as
6  Exhibit 1.

BIRNBERG & ASSOCIATES

Dated: 24 April 2008            By: /s/ Cory A. Birnberg
                                Cory A. Birnberg
                                Attorneys for Plaintiffs

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**EXHIBITS TO PROPOSED SECOND AMENDED COMPLAINT**