*TRANSLATION of A: Figaro article November 21, 1998*

**The Marriage of Bordeaux and Champagne**

..............................

**The American at Chateau d'Ay**

Today, the firm of Ayala, whose chateaux had received the visits of the poet Andre Chenier and Tsar Nicolas II, is still out in front; with an objective of 50% of their sales at export and 50% in France. Alain Ducellier, the actual owner (his father, a collaborator of Rene Chayoux, inherited the business), is one of the rare Champagne businessmen to work with an American, John Gidding charged with sales at export.

...................................