24/04 2008 16:29 FAX                                                                                       ☑003/010

SCP DELVINCOURT JACQUEMET
Avoués Associés Près la Cour d'Appel
34, Rue des Moulins - 51715 REIMS CEDEX
Tél. 03.26.85.92.92 - Fax 03.26.85.92.90

gion E
NOMIE

Jeudi 24 février 2000

## 's-Cotterêts) : ompétences



### Champagne

## Lebrun (Châlons) racheté par un nouveau venu



*Patrick Raulet a pris position dans la maison installée avenue de Paris à Châlons-en-Champagne mais souhaite aussi faire des acquisitions en Californie et en Bourgogne.*

Le champagne Lebrun racheté fin 1998 par un groupe financier américain vient d'être cédé à Patrick Raulet, 48 ans. Originaire du Sparnacien, Patrick Raulet est un nouveau venu dans le monde du champagne.

Ce comptable de formation a commencé sa carrière professionnelle dans le camping et la restauration avant de vendre des biscuits bretons puis finalement de monter une usine de pâte ménagère réfrigérée dans le Jura. En vendant l'an dernier son entreprise (250 MF de C.A, 200 salariés), Patrick Raulet a voulu donner un nouveau tournant à sa vie. En rachetant le champagne Lebrun « l'une des rares opportunités abordable sur le marché », Patrick Raulet s'est doté d'un outil opérationnel (3 kms de caves, cuverie conséquente) qui commercialise 500.000 bouteilles (32 MF de C.A., 10 salariés) par an et dispose d'un stock de 1,2 million de cols.

Soucieux de jouer, quitte à s'en donner le temps, la carte de la qualité : « La base de départ dans ce domaine est bonne », Patrick Raulet souhaite faire évoluer le système de commercialisation de la société principalement tourné jusqu'ici vers la grande distribution. A terme, son objectif est de réaliser 40% des ventes en Europe, 40% aux Etats-Unis et 20% dans le reste du monde en misant sur une politique de valorisation préférée à une politique des volumes.

Pour y parvenir, il disposera de trois cartes puisqu'en plus du champagne, il réfléchit à des implantations en Californie et en Bourgogne pour proposer à ses clients « trois vignobles et trois marchés ». Pour relever ce défi, il pourra compter sur l'appui de son frère Claude, ancien professeur de viticulture et d'œnologie et de Michelle Bachelot, son ancienne directrice des ventes.



| Infor- | la compétence, mais aussi de la compétitivité. | plus grande interactivité du groupe Volkswagen France avec |
|---|---|---|

atière roupe quoi amais obile, révoit taine tions. ctoire u. En de la a lan- De la t une rentes e tou-

Bref, il va falloir encore réduire le coût global de distribution tout en augmentant la valeur ajoutée et la qualité. Dans cette optique, le marché PRA (pièces de rechange et accessoires) est devenu un élément essentiel de la stratégie du groupe. Christian Kazandjian, chef de marché accessoires, en est le premier persuadé. Pour lui, « on fait l'accessoire pour fidéliser le client, car le marché après-vente est de plus en plus concurrencé. Et on a bien compris que si on laissait partir le client pour l'accessoire, il partirait aussi pour la réparation ». « A travers l'accessoire », conclut-il, « c'est tout

ses partenaires, ses collaborateurs, ses clients, ses actionnaires et les collectivités.

Le site de Villers-Cotterêts va ainsi s'ouvrir un peu plus sur son environnement immédiat. Le travail sur le recyclage des déchets va être poursuivi. Quant au E-commerce, il viendra tout naturellement avec le développement d'Internet. Enfin, précise Michel Le Paire, « on initie actuellement un programme pour les personnes à mobilité réduite ».

Finalement, le seul regret que pourrait avoir la société de Villers-Cotterêts est sans doute de ne pas fabriquer elle-même des

EXHIBIT E