*TRANSLATION of E: Union Champagne article February 24, 2000*

**LeBrun (Chalons) purchased by a newcomer**

Champagne LeBrun was purchased by an American financial group, at the end of 1998, and they have sold it to Patrick Raulet, 48 years old and a native of Epernay.

This accountant (Raulet) begin his career in sporting goods, than restaurants, then he sold biscuits, and, finally, he founded an industrial bakery in the Jura region that produced frozen dough. After selling his factory last year (250MF turnover - 200 employees), Patrick Raulet decided to give a new twist to his life. In purchasing Champagne Lebrun "one of the rare affordable opportunities on the market", Patrick Raulet offered himself a operational tool (3 kilometers of cellars, sufficient winemaking capacity), that sells 500,000 bottles annually (32MF turnover) and has a stock of 1.2 million bottles.

..................................