24/04 2008 16:30 FAX                                                                 ☒004/010

MAY-21-99 09:58 AM    PIVOTAL                    818 255 0706                    P.04



## Champagne deal uncorks French quirks

PARIS — Last year, Derek Anderson took a deep breath and decided to do the once unthinkable: invest in France.

The senior managing partner of San Francisco-based private equity firm Plantagenet, decided to part with almost $10 million to buy a small family-owned champagne maker, Albert LeBrune, that had been passed down from generation to generation since it started producing bubbly back in 1840.

The only problem: Thanks to a peculiar French law that ensures bequeathed assets are split evenly among all siblings, Anderson found himself trying to close a deal with five brothers who seemed incapable of agreeing on anything.

"It was not easy, particularly for a Yankee," Anderson recalls. "Luckily we have a good French partner. I'm not sure someone riding in on a big white horse with saddlebags overflowing with money would have pulled it off. It takes sensitivity and local knowledge."

For Anderson, the struggle to turn around his newly bought champagne company in time for the millenium appears to be paying off.

Plantagenet, with a $100 million war chest, soon hopes to close on two other French deals, both involving subsidiaries of large industrial firms.

There is no turning back for France and its euro partners, Anderson says.

"They've got to compete globally. To turn back would be economic suicide."

But he has no illusions. To avoid heavy French corporate taxes, Anderson does his deals through a company incorporated in Luxembourg.

By Thor Valdmanis

05/21/99  19:03    TX/RX NO.6044    P.004    ■

EXHIBIT F