

Plantagenet Capital Management LLC
456 Montgomery Street, Suite 200
San Francisco CA, 94104
Tel. 415-433-6536
Fax 415 433-6153
www.plantagenetcapital.com

FOR IMMEDIATE RELEASE

Contact:  Suzanne Bronski
          Miller DeMartine Group
          212-626-6694
          sbronski@mdgpr.com

## PLANTAGENET CAPITAL SELLS LEADING FRENCH CHAMPAGNE PRODUCER TO SA FINANCE DU LEVANT

### Realizes Significant Gain on Sale of SCEV Champagne Albert Le Brun

San Francisco, April 24, 2000 – Plantagenet Capital Management LLC today announced that it has sold SCEV Champagne Albert Le Brun, a leading independent French Champagne producer founded in 1860, to SA Finance du Levant, a French family-owned holding company controlled by Patrick Raulet.  Terms of the transaction were not released.

Plantagenet acquired Albert Le Brun in late 1998 from the French family that founded the company and operated it for three generations.  Albert Le Brun, based in Chalons-en-Champagne, had sales of 32.5 million French francs for 1999.

C. Derek Anderson, Senior Managing Partner of Plantagenet, said, "Under Plantagenet's direction, Le Brun benefited from the millennium celebrations as well as a new strategic orientation towards higher-margin export markets and the development of Internet sales channels.  This is a wonderful transaction for our investors and allows them to realize a significant gain."

The Le Brun investment was sourced and managed by Plantagenet Partners SA (PPSA) in Paris, France.

Champagne Albert Le Brun was founded by Leon Le Brun, a winemaker descended from Albert Le Brun, a legal advisor to Louis XIV. Over the years, Le Brun has been intimately involved in the development of the modern Champagne industry.  Its cellars date from the Napoleonic era.

Plantagenet Capital Management LLC (www.plantagenetcapital.com) is a San Francisco-based private equity firm with an office in Paris.  Plantagenet's primary focus is on early and later-stage investments in the United States and Europe.

# # #

*For more information, please contact John Zappettini at 415-433-6536 or*
*zappettini@plantagenetcapital.com or*
*Ollivier Lemal at 33 1 56 89 39 39 or lemal@plantagenetcapital.com.*

EXHIBIT H