| COUR D'APPEL DE PARIS | ORDONNANCE DE JONCTION |
|---|---|

TRIBUNAL DE
GRANDE INSTANCE
DE PARIS

N° DU PARQUET : 05.293.9603/0
N° DOYEN : 507/05

CABINET DE
MME FRANÇOISE NEHER
DOYEN DES JUGES D'INSTRUCTION

Nous, **Françoise NEHER**, Doyen des juges d'instruction au Pôle Economique et Financier et de Santé Publique au tribunal de grande instance de Paris,

Vu la plainte avec constitution de partie civile déposée le *6 juillet 2005*

**par Monsieur John GIDDING, Madame GIDDING et la Société PIVOTAL Inc.**

du(des) chef(s) de : **blanchiment, corruption**

C/ MONSIEUR PATRICK RAULET, LA SA COMPAGNIE DES VINS DU LEVANT, MONSIEUR Alain DUCELLIER, COFICEB, la SCEA CHATEAU LA LAGUNE, La SA CHAMPAGNE AYALA, la SA SOCIETE GENERALE DE CHAMPAGNE, Maître Marie-Claude SIMON, Maître Delphine COUCHOU-MEILLOT, Monsieur Jean-François ZECCA, Monsieur Michel VACHEY, Monsieur Michel SOUFFLET ET Madame Laurence DAVID-MOALIC

enregistrée sous le N° de parquet : 05.203.9602/5         et le N° de doyen : 356/05

Vu la plainte avec constitution de partie civile déposée le *14 octobre 2005*

**par la Société OPSON HOLDING SA, représentée par ses Administrateurs, Messieurs Richard GENDERSON et Jonathan GENDERSON ayant donné pouvoir à leur Mandataire, Monsieur John GIDDING**

du(des) chef(s) de : **escroquerie, tentative d'escroquerie et recel d'escroquerie**

C/ MESSIEURS JEAN-FRANÇOIS AUBY, PHILIPPE OLAYA, RENAUD AGOSTINI, ROLAND LE MOIGNE, PHILIPPE DE CAUNES, SERGE HAUCHART, YVES DU PETIT THOUARS, MICKAËL ANTON, MADAME MARIE-CLAUDE SIMON, MESSIEURS PIERRE MARTIN, PHILIPPE CLEMENT, PAUL VRANKEN, BRUNO PAILLARD ET LES SOCIÉTÉS PRICE WATERHOUSE COOPERS, AUBY CONSEIL, LANDWELL & ASSOCIÉS, ACL CENTRE ATLANTIC, SELARL SIMON PIERRARD, SELAFA FIDAL ET CONTRE X....

enregistrée sous le N° de parquet : 05.293.9603/0         et le N° de doyen : 507/05

Attendu que ces deux plaintes ont été déposées par les mêmes parties civiles visant les mêmes faits, qu'il apparaît nécessaire d'englober ces plaintes dans une seule et même procédure,

EXHIBIT J

ORDONNONS LA JONCTION DES DEUX PLAINTES AVEC CONSTITUTION DE PARTIE CIVILE ci-dessus visées qui seront suivies sous les n° 507/05 - P. 05.293.9603/0.

Fait en notre cabinet, le 4 janvier 2006

le Doyen des Juges d'Instruction,
*Françoise NEHER*

Copie de la présente ordonnance a été adressée
par lettre recommandée à la(aux) partie(s) civile(s)
et son(leurs) avocat(s)

le 5 janvier 2006

P/ le greffier



INSTRUCTION N° . 20/03/2304

EXHIBIT J