

PLANTAGENET
Anderson - Zappettini
california
PCA
delaware
PCF-1
cayman
PCF-2
cayman
PCM
delaware
PLB
luxembourg
20% PCA
60% PCF-1
20% PCF-2
Champagne
Scheme
to Launder 18MF through the shares of SCEV
PPSA
france
50% PCM
50% Lemal
Frame: November 15, 1998: Lagune issues 18MF of tax exempt invoices in Gidding's name
December 18, 1998
LeBrun turns control of 12370 shares (100%)
to Hauchart
Hauchart - Rapenau - Lagune
Placement
Dec 1998 - Jan 1999
PLB is capitalized with
3MF cash ---------------------------->>>>
Januray 16, 1999
Hauchart transfers 12,370 shares
to PLB
Raulet - Lemal - Earthgrains
Placement
Dec 1998 - Jan 1999
PLB is funded with
<<<<---------------------------- 15MF deposit
12,370 shares of SCEV
PLB
18MF
PLB Transfers
February 22, 1999
PLB pays LeBrun
------------------------------->>>> 15MF
Layering
February 22, 1999
1 share to Hauchart
1 share to Lemal
1 share to Anderson
1 share to Zappettini
1 share to LeBrun
1 share to Payen
April 13, 1999
2507 shares (20%)
to Lemal
for 3MF credit
March 2, 2000
9857 shares (80%)
to Levant
for 0F
Bakery
Scheme
Integration
March 2, 2000
Levant pays
PPSA
29MF
March 2, 2000
PPSA buys
Pain et Force
April 7, 2000
PLB is liquidated
March 2, 2000
Anderson, Zappettini
LeBrun, and Payen
transfer their shares
to Levant
Frame:
November 15, 2000
French Treasury Dept.
steals Gidding's dossiers
& demands 18MF in taxes
Integration
July 13, 2003
Hauchart transfers
1 share to
Financier ER
July 13, 2003
Lemal transfers
2508 shares to
Financier ER
July 13, 2003
Levant
transfers
9857 shares to
Financier ER
December 23, 2003
Financier ER
transfers
12370 shares (100%) to
Renier

EXHIBIT K