1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  703 Market Street, Suite 600
   San Francisco, CA 94103
4  Telephone: (415) 398-1040
   Facsimile: (415) 398-2001
5
   **Attorneys for Plaintiffs**
6  **JOHN GIDDING, PIVOTAL, INC.**

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10

11 | JOHN GIDDING, PIVOTAL, INC.        ) | Case No. C-7-04755-JW
   |                                    ) |
12 |         Plaintiffs,                ) | [PROPOSED] ORDER GRANTING
   |                                    ) | LEAVE TO FILE A SECOND
13 | v.                                 ) | AMENDED COMPLAINT
   |                                    ) |
14 | DEREK ANDERSON, an individual; JOHN) | FRCP Rule 15(a)
   | ZAPPETTINI, an individual; OLIVIER ) |
15 | LEMAL, and individual; PLANTAGENET ) | Date: May 30, 2008
   | CAPITAL MANAGEMENT LLC, a          ) | Time: 9:00 a.m.
16 | purported California corporation;  ) | Place: Courtroom 2, 17th Floor, 450
   | PLANTAGENET CAPITAL AMERICA        ) | Golden Gate Ave., San Francisco,
17 | LLC, a purported Delaware corporation;) | California
   | PLANTAGENET CAPITAL FUND LP, a     ) |
18 | purported Cayman Island corporation;) |
   | PLANTAGENET CAPITAL FUND LP II, a  ) |
19 | purported Cayman Island corporation; PLB ) |
   | HOLDINGS SA, a purported Luxembourg) |
20 | corporation; PLANTAGENET PARTNERS  ) |
   | SA, a purported French corporation; SA ) |
21 | SOCIETE CHAMPENOISE                ) |
   | D'EXPLOITATION VINICOLE, a         ) |
22 | purported French corporation; SERGE) |
   | HAUCHART, an individual; PATRICK   ) |
23 | RAULET, an individual; JEAN-FRANCOIS) |
   | RAPENEAU, an individual; CHRISTOPHE) |
24 | RAPENEAU, an individual; SA        ) |
   | COMPAGNIE DES VINS DU LEVANT, a    ) |
25 | purported French corporation;      ) |
   | SAS LES CHAMPS RENIER, a purported ) |
26 | French corporation; Marie-Claude Simon) |
   | an individual; and DOES 1 through 100,) |
27 | inclusive,                         ) |
   |         Defendants.                ) |
28

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT    Case No. C-7-04755-JW

-1-

The motion of Plaintiffs JOHN GIDDING and PIVOTAL INC. ("Plaintiffs") for an order granting leave to file a second amended complaint came on for hearing in Courtroom 2 of this Court on May 30, 2008. Cory A. Birnberg, Esq. of Birnberg & Associates appeared on behalf of Plaintiffs. Matthew Quint, Esq. of Wilson & Quint LLP appeared on behalf of Defendants DEREK ANDERSON, PLB HOLDINGS SA, PLANTAGENET CAPITAL AMERICA LLC, PLANTAGENET CAPITAL FUND LP, PLANTAGENET CAPITAL FUND LP II, PLANTAGENET CAPITAL MANAGEMENT LLC, and PLANTAGENET PARTNERS SA. Hway-Ling Hsu, Esq. of Bergeson. LLP appeared on behalf of Defendants CHRISTOPHE RAPENEAU and SA CHAMPS RENIER. Gail Ellen Cohen, Esq. of Barger & Wolen LLP appeared on behalf of Defendant MARIE-CLAUDE SIMON.

After consideration of the notice of motion, the memorandum of points and authorities, the proposed second amended complaint, and the argument of counsel, this Court finds that justice requires that Plaintiff be granted leave to file a second amended complaint to allege new facts and a to add a new party.

IT IS THEREFORE ORDERED THAT Plaintiffs' motion for leave to file a second amended complaint is granted. Plaintiff has 30 days in which to file a second amended complaint.

Dated: _____
　　　　　The Honorable Jeffrey S. White
　　　　　United States District Court Judge

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT    Case No. C-7-04755-JW

-2-