1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  **703 Market Street, Suite 600**
   **San Francisco, CA 94103**
4  **Telephone: (415) 398-1040**
   **Facsimile: (415) 398-2001**
5

6  **Attorneys for Plaintiffs**
   **JOHN GIDDING, PIVOTAL, INC.**

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9              **SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11  **JOHN GIDDING, PIVOTAL, INC.**  )  | Case No. C-7-04755-JW |
| 12        Plaintiffs,              )  | **ERRATA TO PROPOSED SECOND AMENDED COMPLAINT** |
| 13  v.                              )  | FRCP Rule 15(a) |
| 14  **DEREK ANDERSON**, an individual; **JOHN ZAPPETTINI**, an individual; **OLIVIER LEMAL**, and individual; **PLANTAGENET CAPITAL MANAGEMENT LLC**, a purported California corporation; **PLANTAGENET CAPITAL AMERICA LLC**, a purported Delaware corporation; **PLANTAGENET CAPITAL FUND LP**, a purported Cayman Island corporation; **PLANTAGENET CAPITAL FUND LP II**, a purported Cayman Island corporation; **PLB HOLDINGS SA**, a purported Luxembourg corporation; **PLANTAGENET PARTNERS SA**, a purported French corporation; **SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE**, a purported French corporation; **SERGE HAUCHART**, an individual; **PATRICK RAULET**, an individual; **JEAN-FRANCOIS RAPENEAU**, an individual; **CHRISTOPHE RAPENEAU**, an individual; **SA COMPAGNIE DES VINS DU LEVANT**, a purported French corporation; **SAS LES CHAMPS RENIER**, a purported French corporation; Marie-Claude Simon an individual; and DOES 1 through 100, inclusive, Defendants. ) | Date: May 30, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor, 450 Golden Gate Ave., San Francisco, California |

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ERRATA TO PROPOSED SECOND AMENDED COMPLAINT**

-1-                                                     Case No. C-7-04755-JW

NOW COMES PLAINTIFFS and make the following grammatical corrections and syntactical changes to the Proposed Second Amended Complaint filed as Exhibit 1 to the Motion to Amend the Complaint:

1.  ¶ 33 line 18   remove extra "**family**" after "Raulet and Rapeneaux familes"

2.  ¶35 (b) line 22, "Windstock & Import **Corp**." should be Windstock & **Importing Corp**."

3.  ¶36 line 28 add "14MF" after the word "Levant's" and the first line should read "PPSA would use Levant's **14MF** override to ..."

4.  ¶55 line 23- delete "on" in "one share **on** SCEV." and it should read "one share **of** SCEV"

5.  ¶85 lines 11-12 beginning with  "Anderson's letter…"should read "Anderson's letter of September **28**, 200**1**, and Raulet's letter of January **7,** 2002."

6.  ¶90 line 6 change "(¶86)" to "(**¶87**)"

7.  ¶113 line 3 "SA Group Fey acquired *he* Ducellier" should read   "acquired **the** Ducellier interest"

8.  ¶115 line 15 "Embassy of the United States and forward to the IRS." should read "and **forwarded by mail** to the IRS in California."

9.  ¶123 line 10, "headquarter" should read "headquarter**ed"**.

10. ¶139 first sentence shall be deleted and should read "139. It was part of the Scheme to Fund the Criminal Enterprise that the Defendants intentionally and knowingly

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ERRATA TO PROPOSED SECOND AMENDED COMPLAINT**

1  usurped the Plaintiff's commerce in Champagne LeBrun, evaded the California Judgment,
2  and rendered SCEV judgment proof in France. "

                                                    BIRNBERG & ASSOCIATES

Dated: 25 April 2008                                By: _/s/ Cory A. Birnberg____
                                                    Cory A. Birnberg
                                                    Attorneys for Plaintiffs

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

**ERRATA TO PROPOSED SECOND AMENDED COMPLAINT**