Gail E. Cohen (093210), gcohen@barwol.com
Ophir Johna (228193), ojohna@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Specially-Appearing Defendant
Marie-Claude Simon

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL, INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAL, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; SA CHAMPS RENIER, a purported French corporation; MARIE-CLAUDE SIMON, an individual; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.: C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>***EX PARTE* MOTION FOR ORDER ENLARGING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, OR, ALTERNATIVELY, CONTINUING THE HEARING OF PLAINTIFFS' MOTION**<br><br>[Filed concurrently with Declaration of Fred H. Perkins, Esq., and Proposed Order]<br><br>Complaint Filed: 9/14/07 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\ex parte - extn to oppose mtn2amend_v2.doc

Specially-Appearing Defendant Marie-Claude Simon ("Simon") hereby moves the Court, *ex parte*, for an order enlarging the time for her to file an Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint, or, Alternatively, Continuing the Hearing of Plaintiffs' Motion, as follows:

1. **GOOD CAUSE EXISTS TO ENLARGE THE TIME FOR SIMON TO FILE HER OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Simon is seeking a two-week extension of time within which to file her Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint ("Motion to Amend"). In the alternative, Simon requests that the Court continue the hearing of the Motion to Amend by two weeks. The Motion to Amend is scheduled to be heard on May 30, 2008, and Simon's Opposition is therefore due by May 9.[1] Plaintiffs have refused to stipulate to allow Simon additional time to file her Opposition.

Plaintiffs filed the Motion to Amend on April 26, 2008, seeking leave to file a Second Amended Complaint ("SAC"), which is 39 pages long and which adds numerous factual allegations that were not previously set forth in the First Amended Complaint, including extensive fraud and conspiracy allegations purporting to state a claim under the Organized Crime Control Act (RICO). See Perkins Decl. at ¶¶ 4, 6.

Simon permanently resides and works in France, and her native language is French. See Perkins Decl. at ¶ 6. Simon's counsel has sent the SAC to Simon in France, but it will take several days (at a minimum) for her to receive the SAC and

---
[1] Simon's Motion to Dismiss the First Amended Complaint for Lack of Jurisdiction and on substantive grounds is also scheduled to be heard on May 30, 2008.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

have it translated from English to French so she can discuss its allegations with her counsel. *See* Perkins Decl. at ¶ 6. Of course, counsel needs to discuss the allegations of the SAC with Simon in order to properly oppose the Motion to Amend. *See* Perkins Decl. at ¶ 6.

Given the length and complexity of the allegations set forth in the SAC, Simon's Opposition to the Motion to Amend will likely take several days to prepare (after Simon and her counsel have conferred). *See* Perkins Decl. at ¶ 7. Simon's counsel, Fred Perkins, Esq., is presently actively engaged in *six* related preliminary injunction proceedings in the Supreme Court of the State of New York. *See* Perkins Decl. at ¶ 8. In all of these actions – which were commenced within the past two weeks – the various petitioners are seeking injunctive relief. *See* Perkins Decl. at ¶ 8. As such, Mr. Perkins is currently preparing extensive opposition papers, and expects to soon begin preparing extensive reply papers, in connection with the pending preliminary injunction motions, which papers must be filed by May 8 and May 14, 2008, respectively. *See* Perkins Decl. at ¶ 8. Mr. Perkins is simultaneously preparing or the preliminary injunction hearings. *See* Perkins Decl. at ¶ 8.

Moreover, Latisha Thompson, Esq., who has been the only attorney assisting Mr. Perkins in the drafting of substantive pleadings in the instant action, has been on previously-scheduled vacation for the entire week of April 28, 2008, and is not scheduled to return to the office until May 5, 2008.[2] *See* Perkins Decl. at ¶ 9.

Therefore, Simon's counsel will not be able to properly prepare her Opposition to the Motion to Amend by the current deadline of May 9. *See* Perkins

---

[2] Gail Cohen, Esq., of Barger & Wolen LLP, is co-counsel for Simon but was retained solely for purposes of assisting with local filings, and not for purposes of drafting any substantive pleadings such as Simon's Opposition to the Motion to Amend. *See* Perkins Decl. at ¶ 10.

Decl. at ¶ 11. A two-week extension of the deadline (or, alternatively, of the hearing of the Motion to Amend) is necessary to allow adequate time for Simon to receive and review a translation of the SAC and Motion to Amend and to discuss them with her counsel, and for counsel to prepare and file the Opposition. *See* Perkins Decl. at ¶ 11. Without an extension, Simon's ability to properly oppose the Motion to Amend will be significantly prejudiced. *See* Perkins Decl. at ¶ 11.

## 2.   **PLAINTIFFS' COUNSEL HAS REFUSED TO STIPULATE TO THE EXTENSION**

Plaintiffs' counsel has refused Simon's request to stipulate to a two-week extension of Simon's deadline to file her Opposition to the Motion to Amend, citing only the unwillingness of other defense counsel, not representing Simon, to accommodate his schedule in the past. *See* Perkins Decl. at ¶ 12.

## 3.   **PRIOR MODIFICATIONS OF TIME**

The Court previously enlarged Simon's deadline to respond to the original complaint by 30 days, at Simon's request (given that a superseding First Amended Complaint had been filed by Plaintiffs but not served). *See* Perkins Decl. at ¶ 13. There have been no other time modifications at Simon's request, although the Court has previously continued the Initial Case Management Conference. *See* Perkins Decl. at ¶ 13.

## 4.   **EFFECT OF ENLARGEMENT ON SCHEDULE OF CASE**

Because Simon is requesting an extension of only two weeks to file her Opposition (up to May 23, 2008), the Court could still hear the Motion to Amend as

1  scheduled – on May 30, 2008 – provided that Plaintiffs file their Reply before then.³
2  Alternatively, the Court could continue the hearing by two weeks (and thus allow
3  additional time for Plaintiffs to file their Reply and for the Court to prepare for the
4  hearing). In that event, the Court's schedule for the case would only be affected by
5  two weeks, at most. Notably, *no pre-trial deadlines will be affected by the*
6  *enlargement* because the Court has not yet set any pre-trial deadlines.

8  **5.    CONCLUSION**

10      For the foregoing reasons, Simon respectfully requests that the Court grant
11  this *ex parte* motion and enlarge the time for her to file an Opposition to Plaintiffs'
12  Motion to Amend by two weeks, or, alternatively, continue the hearing of the Motion
13  to Amend by two weeks.

15  Dated: May 1, 2008                    BARGER & WOLEN LLP

17                                        By:  /s/ Gail E. Cohen
                                              GAIL E. COHEN
18                                            OPHIR JOHNA
                                              Attorneys for Specially-Appearing
19                                            Defendant Marie-Claude Simon

---

³ Plaintiffs' Reply in support of the Motion to Amend is currently due by May 16, 2008. *See* Perkins Decl. at ¶ 5.

BARGER & WOLEN LLP
833 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-