Gail E. Cohen (093210), gcohen@barwol.com
Ophir Johna (228193), ojohna@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Specially-Appearing Defendant
Marie-Claude Simon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL, INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAL, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; SA CHAMPS RENIER, a purported French corporation; MARIE-CLAUDE SIMON, an individual; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.: C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR ORDER ENLARGING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, OR, ALTERNATIVELY, CONTINUING THE HEARING OF PLAINTIFFS' MOTION**<br><br>[Filed concurrently with Ex Parte Motion and Declaration of Fred H. Perkins, Esq.]<br><br>Complaint Filed: 9/14/07 |

BARGER & WOLEN LLP
833 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\proposed order - ex parte re mtn2amend.doc

Having considered the *ex parte* motion submitted by Specially-Appearing Defendant Marie-Claude Simon ("Simon"),

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

1. Simon shall have until _____, 2008 to file and serve her Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint ("Motion to Amend"). Plaintiffs may file a Reply to Simon's Opposition by no later than _____, 2008. The hearing of the Motion to Amend remains on calendar for May 30, 2008.

[Alternatively:]

2. The hearing of the Motion to Amend is continued to _____, 2008. The deadlines for filing opposition and reply papers shall be governed by Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: _____                                   _____
                                                         United States District Court Judge