1  Gail E. Cohen (093210), gcohen@barwol.com
   Ophir Johna (228193), ojohna@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5  Attorneys for Specially-Appearing Defendant
   Marie-Claude Simon
6

7              UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
8

9
   MR. JOHN GIDDING, an individual,          )  CASE NO.: C 07-04755 JSW
10 PIVOTAL, INC., a California corporation,   )
                                             )  Judge:  Hon. Jeffrey S. White
11              Plaintiffs,                   )
          vs.                                 )
12                                            )  [PROPOSED] ORDER
   DEREK ANDERSON, an individual;            )  GRANTING *EX PARTE* MOTION
13 JOHN ZAPPETTINI, an individual;           )  FOR ORDER ENLARGING TIME
   OLIVIER LEMAL, an individual;             )  TO FILE OPPOSITION TO
14 PLANTAGENET CAPITAL                        )  PLAINTIFFS' MOTION FOR
   MANAGEMENT LLC, a purported               )  LEAVE TO FILE SECOND
15 California corporation; PLANTAGENET       )  AMENDED COMPLAINT, OR,
   CAPITAL AMERICA LLC, a purported          )  ALTERNATIVELY,
16 Delaware corporation; PLANTAGENET         )  CONTINUING THE HEARING
   CAPITAL FUND LP, a purported              )  OF PLAINTIFFS' MOTION
17 Cayman Island corporation;                )
   PLANTAGENET CAPITAL FUND LP               )
18 II, a purported Cayman Island corporation,)  [Filed concurrently with Ex Parte
   PLB HOLDINGS SA, a purported              )  Motion and Declaration of Fred H.
19 Luxembourg corporation;                   )  Perkins, Esq.]
   PLANTAGENET PARTNERS SA, a                )
20 purported French corporation; SA          )  Complaint Filed: 9/14/07
   SOCIETE CHAMPENOISE                       )
21 D'EXPLOITATION VINICOLE, a                )
   purported French corporation; SERGE       )
22 HAUCHART, an individual; PATRICK          )
   RAULET, an individual; JEAN-              )
23 FRANCOIS RAPENEAU, an individual;         )
   CHRISTOPHE RAPENEAU, an                   )
24 individual; SA COMPAGNIE DES VINS         )
   DU LEVANT, a purported French             )
25 corporation; SA CHAMPS RENIER, a          )
   purported French corporation;             )
26 MARIE-CLAUDE SIMON, an individual;        )
   and DOES 1 through 100 inclusive,         )
27                                            )
                Defendants.                   )
28 _____  )

BARGER & WOLEN LLP
833 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\proposed order - ex parte re mtn2amend.doc

1    Having considered the *ex parte* motion submitted by Specially-Appearing
2  Defendant Marie-Claude Simon ("Simon"),

3    **GOOD CAUSE APPEARING**, the Court hereby orders as follows:

4    1. Simon shall have until __May 16_____, 2008 to file and serve her
5  Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint
6  ("Motion to Amend"). Plaintiffs may file a Reply to Simon's Opposition by no later
7  than _May 23_____, 2008. The hearing of the Motion to Amend remains on
8  calendar for May 30, 2008.

9

10    [Alternatively.]

11

12    2.  The hearing of the Motion to Amend is continued to ──────────, 2008.
13  The deadlines for filing opposition and reply papers shall be governed by Local Rule
14  7-3.

15

16    **IT IS SO ORDERED.**

17

18  Dated: _May 6, 2008_____    _____
19                                United States District Court Judge

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-