Fred H. Perkins (fhperkins@morrisoncohen.com)
Latisha V. Thompson (lthompson@morrisoncohen.com)
Admitted Pro Hac Vice
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

Gail Cohen (093210) (gcohen@barwol.com)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Specially-Appearing Defendant
MARIE-CLAUDE SIMON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JOHN GIDDING, an individual, PIVOTAL INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK ANDERSON, an individual; JOHN ZAPPETTINI, an individual; OLIVIER LEMAN, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported California corporation; PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Cayman Island corporation; PLANTAGENET CAPITAL FUND LP II, a purported Cayman Island corporation; PLM HOLDINGS SA, a purported Luxembourg corporation; PLANTAGENET PARTNERS SA, a purported French corporation; SA SOCIETE CHAMPENOISE D'EXPLOITATION VINICOLE, a purported French corporation; SERGE HAUCHART, an individual; PATRICK RAULET, an individual; JEAN-FRANCOIS RAPENEAU, an individual; CHRISTOPHE RAPENEAU, an individual; SA COMPAGNIE DES VINS DU LEVANT, a purported French corporation; MARIE-CLAUDE SIMON, an individual; AND DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: No. C 07-04755 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>DECLARATION OF DANIELLE GILL IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>Date: May 30, 2008<br>Time: 9:00 a.m.<br>Place: 2, 17th Floor.<br><br>Complaint Filed: 9/14/07 |

I, Danielle Gill declare as follows:

1. I am not a party to this action and I am over 18 years of age. I am employed as a project coordinator by Geotext Translations, Inc. ("Geotext"), having its principal place of business at 259 West 30th Street, 17th Floor, New York, NY 10001.

2. I personally supervised the translation of the attached documents, as part of my employment with Geotext. I have supervised the translation of hundreds of documents for use in litigation pending in state and federal courts throughout the United States.

3. I hereby certify that the document attached hereto as Exhibit A, is a true and accurate translation from French into English of the Joinder Order issued by Senior Justice Francoise Neher on January 4, 2006.

Dated: New York, NY
May 15, 2008

*Danielle Gill*
Danielle Gill

DECLARATION OF DANIELLE GILL IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES
- 1 -
Case No. C 07-04755 JSW

#1276951 v1 \20044 \001

**EXHIBIT A**

24/04 2008 10:31 FAX                                                                      ☒008/010

| PARIS COURT | JOINDER ORDER |
| OF APPEALS | |

PARIS
COURT OF                    PUBLIC PROSECUTOR'S NO: 05.293.9603/0
FIRST INSTANCE              SENIOR JUSTICE NO: 507/05

OFFICE OF
MS. FRANÇOISE NEHER
SENIOR EXAMINING JUDGE

I, Françoise Neher, Senior Examining Judge in the Economic, Financial, and Public Health section of the Paris Court of First Instance,

Whereas the complaint with the formation of a civil party filed on *July 6, 2005*

**by Mr. John Gidding, Mrs. Gidding and PIVOTAL, Inc.**

including count(s) of: money laundering, corruption

AGAINST/ MR. PATRICK RAULET, COMPAGNIE DES VINS DU LEVANT, SA, MR. Alain DUCELLIER, COFICEB, CHATEAU LA LAGUNE SCEA, CHAMPAGNE AYALA SA, SOCIETE GENERALE DE CHAMPAGNE SA, Attorney Marie-Claude SIMON, Attorney Delphine COUCHOU-MEILLOT, Mr. Jean-François ZECCA, Mr. Michel VACHEY, Mr. Michel SOUFFLET AND Ms. Laurence DAVID-MOALIC

recorded under Public Prosecutor's No: 05.203.9602/5     and Senior Justice No: 356/05

Whereas the complaint with formation of a civil party filed on *October 14, 2005*

**by OPSON HOLDING SA, represented by its Directors, Mr. Richard Genderson and Mr. Jonathan Genderson, who gave power of attorney to their Agent, Mr. John Gidding**

on count(s) of: fraud, attempted fraud and concealment of fraud

AGAINST MR. JEAN-FRANÇOIS AUBY, MR. PHILIPPE OLAYA, MR. RENAUD AGOSTINI, MR. ROLAND LE MOIGNE, MR. PHILIPPE DE CAUNES, MR. SERGE HAUCHART, MR. YVES DU PETIT THOUARS, MR. MICKAËL ANTON, MS. MARIE-CLAUDE SIMON, MR. PIERRE MARTIN, MR. PHILIPPE CLEMENT, MR. PAUL VRANKEN, MR. BRUNO PAILLARD AND THE FOLLOWING COMPANIES: PRICE WATERHOUSE COOPERS, AUBY CONSEIL, LANDWELL AND ASSOCIATES, ACL CENTRE ATLANTIC, SIMON PIERRARD SELARL, FIDAL SELAFA AND AGAINST X....

recorded under Public Prosecutor's No: 05.293.9603/0     and Senior Justice No: 507/05

Whereas these two complaints were filed by the same civil parties and including the same facts, it appears necessary to combine these complaints into a single proceeding,

WE ORDER THAT THESE TWO COMPLAINTS WITH FORMATION OF A CIVIL PARTY BE JOINED, as listed above; they shall proceed under Nos. 507/05- P.05.293.9603/0.

Prepared in our office, January 4, 2006

Senior Justice of the Examining Judges
*Françoise NEHER*

[signature]

[stamp:] PARIS COURT OF FIRST INSTANCE,
EXAMINING JUDGE

A copy of this order has been sent by
certified mail to the civil party/ies and
its/their attorney(s)

January 5, 2006
On behalf of the clerk of the court
[signature]

[signature]

[illegible]

3

COUR D'APPEL
DE PARIS

TRIBUNAL DE
GRANDE INSTANCE
DE PARIS

CABINET DE
MME FRANÇOISE NEHER
DOYEN DES JUGES D'INSTRUCTION

ORDONNANCE DE JONCTION

N° DU PARQUET : 05.293.9603/0
N° DOYEN : 507/05

Nous, Françoise NEHER, Doyen des juges d'instruction au Pôle Economique et Financier et de Santé Publique au tribunal de grande instance de Paris,

Vu la plainte avec constitution de partie civile déposée le *6 juillet 2005*

par Monsieur John GIDDING, Madame GIDDING et la Société PIVOTAL Inc.

du(des) chef(s) de : blanchiment, corruption

C/ MONSIEUR PATRICK RAULET, LA SA COMPAGNIE DES VINS DU LEVANT, MONSIEUR Alain DUCELLIER, COFICEB, la SCEA CHATEAU LA LAGUNE, La SA CHAMPAGNE AYALA, la SA SOCIETE GENERALE DE CHAMPAGNE, Maître Marie-Claude SIMON, Maître Delphine COUCHOU-MEILLOT, Monsieur Jean-François ZECCA, Monsieur Michel VACHEY, Monsieur Michel SOUFFLET ET Madame Laurence DAVID-MOALIC

enregistrée sous le N° de parquet : 05.203.9602/5          et le N° de doyen : 356/05

Vu la plainte avec constitution de partie civile déposée le *14 octobre 2005*

par la Société OPSON HOLDING SA, représentée par ses Administrateurs, Messieurs Richard GENDERSON et Jonathan GENDERSON ayant donné pouvoir à leur Mandataire, Monsieur John GIDDING

du(des) chef(s) de : escroquerie, tentative d'escroquerie et recel d'escroquerie

C/MESSIEURS JEAN-FRANÇOIS AUBY, PHILIPPE OLAYA, RENAUD AGOSTINI, ROLAND LE MOIGNE, PHILIPPE DE CAUNES, SERGE HAUCHART, YVES DU PETIT THOUARS, MICKAËL ANTON, MADAME MARIE-CLAUDE SIMON, MESSIEURS PIERRE MARTIN, PHILIPPE CLEMENT, PAUL VRANKEN, BRUNO PAILLARD ET LES SOCIÉTÉS PRICE WATERHOUSE COOPERS, AUBY CONSEIL, LANDWELL & ASSOCIÉS, ACL CENTRE ATLANTIC, SELARL SIMON PIERRARD, SELAFA FIDAL ET CONTRE X....

enregistrée sous le N° de parquet : 05.293.9603/0          et le N° de doyen : 507/05

Attendu que ces deux plaintes ont été déposées par les mêmes parties civiles visant les mêmes faits, qu'il apparaît nécessaire d'englober ces plaintes dans une seule et même procédure,

4

24/04 2008 16:32 FAX @010/010

ORDONNONS LA JONCTION DES DEUX PLAINTES AVEC CONSTITUTION DE PARTIE CIVILE ci-dessus visées qui seront suivies sous les n° 507/05 - P. 05.293.9603/0.

Fait en notre cabinet, le 4 janvier 2006

le Doyen des Juges d'Instruction,
*Françoise NEHER*

Copie de la présente ordonnance a été adressée
par lettre recommandée à le(aux) partie(s) civile(s)
et son(leurs) avocat(s)

le 5 janvier 2006

P/ le Greffier