## MARIAGES

*FIGARO 21 Nov. 1998*

# Bordeaux-champagne une union sacrée

Les maisons de Champagne et les châteaux bordelais font bon ménage. Séduction mutuelle et intérêts croisés forment le ciment de ce couple harmonieux du vignoble français. Enquête.

**Par Marguerite du Petit Thouars.**

Mariage d'amour ou de raison ? Entre la Champagne et le Bordelais les liens tissés au fil des ans racontent une longue histoire faite de complémentarité, de séduction réciproque et d'intérêts mêlés.

Complémentarité, parce que de tout temps les Bordelais, comme d'ailleurs les Bourguignons, s'accordent à dire qu'il n'y a rien de tel qu'un verre de champagne après une dégustation de vins jeunes pour se refaire le palais. Séduction, parce que les Champenois proposent volontiers les grands crus de bordeaux à l'heure du fromage et que les Bordelais invitent à leur table les champagnes qui s'apparentent à de grands vins, charpentés, fins et assagis par le vieillissement. Ainsi Corinne Mentzelopoulos offre-t-elle à Margaux du krug cuvée millésimée et du dom-pérignon; Philippine de Rothschild, à Mouton-Rothschild, la cuvée millésimée veuve-cliquot ; et François Pinault, à Château-la-Tour, du cristal-roederer.

Intérêts mêlés enfin, parce qu'en 1961 René Chayoux, président d'Ayala, en achetant le château-la-lagune, troisième grand cru du Médoc, devenait le premier Champenois à investir dans le Bordelais. Il allait faire école : Laurent Perrier eut un temps le château-de-malartic-la-gravière dans les graves, le champagne Marie Stuart à Reims ne possède pas moins de quatre châteaux bordelais, et Roederer a récemment acquis le château-de-Pez, à Saint-Esthèphe. Il allait aussi faire découvrir Ayala à la Gironde.

### L'Américain du château d'Aÿ

René Chayoux, avec un flair commercial remarquable, s'était autant épris du Médoc que de l'architecture du joli château de La Lagune. D'une certaine manière, il poursuivait ainsi l'œuvre entreprise un siècle auparavant par Edmond de Ayala : en débarquant en 1850 de sa Colombie natale en plein cœur du vignoble champenois dans l'élégant château Louis XV d'Aÿ, ce fils de diplomate colombien au nom exotique prédestiné n'avait-il pas eu le coup de foudre pour la nièce du propriétaire, avant de reprendre le vignoble et créer une marque, « Champagne de Ayala du château d'Aÿ », dont la notoriété allait très vite s'étendre jusqu'en Angleterre à la fin du siècle ?

Aujourd'hui, la maison Ayala, dont le château vit passer dans ses murs le poète André Chénier et le tsar Nicolas II, fait toujours figure de précurseur : avec pour objectif de réaliser un chiffre d'affaires à 50 % en France et 50 % à l'export, Alain Ducellier, l'actuel propriétaire (son père, collaborateur de René Chayoux, avait hérité de l'affaire), est l'un des rares Champenois à faire tandem avec un Américain, John Gidding chargé de... l'exportation. ■



*Le château d'Aÿ est le plus bel exemple d'architecture Lorraine du XVIII<sup>e</sup> en Champagne.*