

[**International News**](#)    [Electronic Telegraph](#)

Friday **7 August** 1998    Issue **1169**

# Former minister faces questioning over loan

### By Susannah Herbert in Paris

**External Links**

« [M. Léotard est convoqué pour être mis en examen... [7 Aug '98] - Le Monde](#)





THE former French defence minister François Léotard has been summoned for questioning by judges investigating a suspect loan, his lawyer said yesterday.

M Léotard, a one-time presidential hopeful, is to be questioned today about a £500,000 loan made to the Republican Party in 1996. It was made by the Fondo Sociale di Cooperazione Europea, a Milan-based financial firm, and was used to buy the freehold of the party's headquarters when M Léotard was party leader.

The loan was secured after Serge Hauchart, a colleague of M Léotard, took £500,000 in a bag to the FSCE's Paris office. M Léotard's entourage have claimed that the loan was entirely legitimate, but two investigative judges, Eva Joly and Laurence Vichnievsky, want more information.

M Hauchart, and the former financial director of the Republican Party, Antoine de Menthon, have been placed under formal investigation for money-laundering. The Republican Party - one of the Right-wing coalition which ruled France until last year - was recently renamed Liberal Democracy. M Léotard lost control this year to his rival Alain Madelin, a former finance minister.

- The newspaper Le Monde said yesterday that M Léotard would be indicted today accused of money laundering and illegal finacing of a political party.

[24 May 1998: Chirac faces ultimate price of financial scandal
8 November 1997: French slush fund finances 30 'shadow bureaucrats'](#)

[24 May 1997: Sleaze unites all the parties in French election](#)

**Search** **International News** for  [Search] [Clear]

---

**Next report:** [Researchers reveal risk of creating super weeds](#)

---

[Front](#) | [UK](#) | [International](#) | [City](#) | [Sport](#) | [Crossword](#) | [Weather](#) | [Matt](#) | [Appointments](#) |
[Classified](#) | [Connected](#) | [etcetera](#) | [A-Z](#) | [Search](#) | [Shopping](#) | [Euronet](#)

© [Copyright](#) Telegraph Group Limited 1998. [Terms & Conditions](#) of reading.

Information about [Telegraph Group Limited](#) and [Electronic Telegraph](#).

"Electronic Telegraph" and "The Daily Telegraph" are [trademarks](#) of Telegraph Group Limited. These marks may not be copied or used without permission. Information for [webmasters](#) linking to Electronic Telegraph.

[Email](#) Electronic Telegraph.