# Earthgrains buys Patrick Raulet
Eurofood, July 15, 1999

Earthgrains, the US group behind the Bimbo bakery business in Spain, has acquired French refrigerated dough maker Patrick Raulet, which will make it the largest refrigerated dough supplier in France. Raulet, based in Dole, eastern France, reported turnover of some US$40m (??39.2m) last year, and has been purchased by Earthgrains for an undisclosed sum.

William Opdyke, president of Earthgrains Worldwide Refrigerated Dough Products, said that the acquisition represented further consolidation in the fragmented French refrigerated dough market. He added that, "through this acquisition, we add branded business, we gain significant store-brand business and we become the largest refrigerated dough supplier in the largest refrigerated dough market in Europe."

Raulet operates a modern 158 000 square foot plant in Dole and markets rolled dough products throughout France under the Raulet brand and through store brands. Rolled dough products are used to prepare foods such as quiches, tarts and pies.

Earthgrains, which is based in St. Louis, operates fresh bakery and refrigerated dough businesses in the United States and Europe. Its well known brands include Colonial, Rainbo and San Luis Sourdough. Turnover in fiscal 1999 totalled approximately US$1.9bn, reported Reuters.

COPYRIGHT 1999 Agra Europe Ltd.
COPYRIGHT 2000 Gale Group

EXHIBIT D