24/04 2008 10:31 FAX                                                     @008/010

| PARIS COURT OF APPEALS | JOINDER ORDER |
|---|---|

| PARIS COURT OF FIRST INSTANCE | PUBLIC PROSECUTOR'S NO: 05.293.9603/0<br>SENIOR JUSTICE NO: 507/05 |
|---|---|

OFFICE OF
MS. FRANÇOISE NEHER
SENIOR EXAMINING JUDGE

I, Françoise Neher, Senior Examining Judge in the Economic, Financial, and Public Health section of the Paris Court of First Instance,

Whereas the complaint with the formation of a civil party filed on *July 6, 2005*

by Mr. John Gidding, Mrs. Gidding and PIVOTAL, Inc.

including count(s) of: money laundering, corruption

AGAINST/ MR. PATRICK RAULET, COMPAGNIE DES VINS DU LEVANT, SA, MR. Alain DUCELLIER, COFICEB, CHATEAU LA LAGUNE SCEA, CHAMPAGNE AYALA SA, SOCIETE GENERALE DE CHAMPAGNE SA, Attorney Marie-Claude SIMON, Attorney Delphine COUCHOU-MEILLOT, Mr. Jean-François ZECCA, Mr. Michel VACHEY, Mr. Michel SOUFFLET AND Ms. Laurence DAVID-MOALIC

recorded under Public Prosecutor's No: 05.203.9602/5      and Senior Justice No: 356/05

Whereas the complaint with formation of a civil party filed on *October 14, 2005*

by OPSON HOLDING SA, represented by its Directors, Mr. Richard Genderson and Mr. Jonathan Genderson, who gave power of attorney to their Agent, Mr. John Gidding

on count(s) of: fraud, attempted fraud and concealment of fraud

AGAINST MR. JEAN-FRANÇOIS AUBY, MR. PHILIPPE OLAYA, MR. RENAUD AGOSTINI, MR. ROLAND LE MOIGNE, MR. PHILIPPE DE CAUNES, MR. SERGE HAUCHART, MR. YVES DU PETIT THOUARS, MR. MICKAËL ANTON, MS. MARIE-CLAUDE SIMON, MR. PIERRE MARTIN, MR. PHILIPPE CLEMENT, MR. PAUL VRANKEN, MR. BRUNO PAILLARD AND THE FOLLOWING COMPANIES: PRICE WATERHOUSE COOPERS, AUBY CONSEIL, LANDWELL AND ASSOCIATES, ACL CENTRE ATLANTIC, SIMON PIERRARD SELARL, FIDAL SELAFA AND AGAINST X....

recorded under Public Prosecutor's No: 05.293.9603/0      and Senior Justice No: 507/05

Whereas these two complaints were filed by the same civil parties and including the same facts, it appears necessary to combine these complaints into a single proceeding,

**2**

EXHIBIT J-1

24/04 2008 16:32 FAX ⌐010/010

WE ORDER THAT THESE TWO COMPLAINTS WITH FORMATION OF A CIVIL PARTY BE JOINED, as listed above; they shall proceed under Nos. 507/05- P.05.293.9603/0.

Prepared in our office, January 4, 2006

Senior Justice of the Examining Judges
*Françoise NEHER*

[signature]

[stamp:] PARIS COURT OF FIRST INSTANCE,
EXAMINING JUDGE

A copy of this order has been sent by
certified mail to the civil party/ies and
its/their attorney(s)

January 5, 2006
On behalf of the clerk of the court
[signature]

[signature]

[illegible]