Fred H. Perkins (fhperkins@morrisoncohen.com)
Latisha V. Thompson (lthompson@morrisoncohen.com)
Admitted Pro Hac Vice
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

Gail Cohen (093210) (gcohen@barwol.com)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Specially-Appearing Defendant
MARIE-CLAUDE SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JOHN GIDDING, PIVOTAL INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEREK ANDERSON, *et al.*, <br><br> Defendants. | Case No.: No. C 07-04755 JSW <br><br> Judge: Hon. Jeffrey S. White <br><br> [PROPOSED] ORDER GRANTING MARIE CLAUDE SIMON'S MOTION FOR COSTS <br><br> [Filed concurrently with Motion for Costs and Bill of Costs] <br><br> Date: July 11, 2008 <br> Time: 9:00 a.m. <br> Place: 2, 17th Floor. <br><br><br> Complaint Filed: 9/14/07 |

DEFENDANT MARIE CLAUDE SIMON'S MOTION FOR COSTS         Case No. C 07-04755 JSW

#1294881 v2 \20044 \001

1  Having considered the Motion for Costs submitted by Specially-Appearing
2  Defendant Marie-Claude Simon ("Simon"),
3  GOOD CAUSE APPEARING, the Court hereby orders as follows:
4  The Motion is GRANTED. Plaintiffs John Gidding and Pivotal, Inc., are
5  ordered to pay costs in the amount of $_____ to Simon.

IT IS SO ORDERED.

Dated: _____        _____
                                United States District Court Judge