AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| John Gidding; Pivotal, Inc., Plaintiffs | ) |
| v. | ) Case No.: C 07-04755 JSW |
| Derek Anderson, et al., Defendants. | ) |

## Bill of Costs

Judgment having been entered in the above entitled action  05/22/2008  against  Plaintiffs ,
                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 420.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 399.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 7,363.19 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ 8,182.19 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓]    Electronic service by e-mail as set forth below and/or.

[ ]    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:  Ophir Johna

For: Marie-Claude Simon                                    Date: _____
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court            Deputy Clerk                   Date



**TRANSPERFECT**

**Bill To:**

Morrison Cohen
Attn: Ms. Latisha Thompson
909 Third Avenue
New York, NY 10022
USA

**Requested By:**

Ms. Latisha Thompson
Morrison Cohen
909 Third Avenue
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 147827 | **Sales Contact:** | Peter Koh 2 (PKoh@transperfect.com) |
| **Invoice Date:** | 03/20/2008 | | |
| **Invoice Due:** | 04/19/2008 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt114299 | **Purchase Order #:** | |

**Project Notes:**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| French to English<br>    Translation and Proofreading | 6,476.00 | Words | 0.220 | 1,424.72 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 1,424.72 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 1,424.72 |

**PAYMENT INSTRUCTIONS**

| **Please remit payment to:** | **Wire Transfer Details:** |
|---|---|
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

Please reference the Contract # tpt114299 and Invoice # 147827 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
CORPORATE HQ • WWW.TRANSPERFECT.COM • T 212.689.5555 F 212.689.1059 • E-MAIL AR@transperfect.com



# TRANSPERFECT

**Bill To:**

Morrison Cohen
Attn: Ms. Latisha Thompson
909 Third Avenue
New York, NY 10022
USA

**Requested By:**

Ms. Latisha Thompson
Morrison Cohen
909 Third Avenue
New York, NY 10022
USA

| | |
|---|---|
| **Invoice #:** | 143781 |
| **Invoice Date:** | 02/21/2008 |
| **Invoice Due:** | 03/22/2008 |
| **Contract #:** | tpt109878 |

| | |
|---|---|
| **Sales Contact:** | Peter Koh 2 (PKoh@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | |

**Project Notes:**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| French into English | | | | |
|    Formatting | 5.00 | Hours | 75.000 | 375.00 |
|    Translation and Proofreading | 14,171.00 | Words | 0.220 | 3,117.62 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 3,492.62 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 3,492.62 |

### PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt109878 and Invoice # 143781 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
CORPORATE HQ • WWW.TRANSPERFECT.COM • T 212.689.5555  F 212.689.1059 • E-MAIL AR@transperfect.com

# Geotext Translations, Inc.

| Invoice No: | Due Date: | Amount Due: |
|---|---|---|
| 13857 | March 09, 2008 | $1,024.75 |

Mary Fitzgerald-Vetro
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Please make check payable to:

Geotext Translations, Inc.
259 West 30th Street, 17th Floor
New York, NY 10001

To ensure proper credit, please return this stub with your payment and include the invoice number on the check.

| Job: | Submitted By: | Date Submitted | Date Returned: | # of Hours: | Hourly Rate: | Word Count: | Word Rate: | Total: |
|---|---|---|---|---|---|---|---|---|
| 4293-4  AGF - Simon Piece 1 | Mary Fitzgerald-Vetro | 1/30/2008 | 2/4/2008 | | | 1,273 | $0.250 | $318.25 |
| Translation from French into English | Re: client/matter 20044/001 | | | | | | | |
| 4293-5  Simon Project - Decision and Fax | Mary Fitzgerald-Vetro | 1/30/2008 | 2/5/2008 | | | 2,826 | $0.250 | $706.50 |
| Translation from French into English | Re: client/matter 20044/001 | | | | | | | |

Translation Total    $1,024.75

Invoice Total    $1,024.75

**Thank you for using Geotext Translations.**

If you have any questions, please call Marisol Flores at (212) 631-7432.

Invoice No.:   13857
Federal ID No.: 13-3960036
Invoice Date: 2/8/2008

# Geotext Translations, Inc.

| Invoice No: | Due Date: | Amount Due: |
|---|---|---|
| 14418 | May 04, 2008 | $921.10 |

Mary Fitzgerald-Vetro
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Please make check payable to:

Geotext Translations, Inc.
259 West 30th Street, 17th Floor
New York, NY 10001

To ensure proper credit, please return this stub with your payment and include the invoice number on the check.

| Job: | Submitted By: | Date Submitted | Date Returned: | # of Hours: | Hourly Rate: | Word Count: | Word Rate: | Total: |
|---|---|---|---|---|---|---|---|---|
| 4293-6 French Documents - Exhibits - Gidding | Mary Fitzgerald-Vetro | 3/24/2008 | 3/27/2008 | 2 | $110.00 | 2,337 | $0.300 | $921.10 |
| Translation from French into English | Rush service<br>Hourly charge for review & certification of exhibits A, D, R & E requested on 3/27 | | | | | | | |

| | Translation Total | $921.10 |
|---|---|---|

| Invoice Total | $921.10 |
|---|---|

Thank you for using Geotext Translations.

If you have any questions, please call Marisol Flores at (212) 631-7432.

Invoice No.:   14418
Federal ID No.: 13-3960036
Invoice Date: 4/4/2008

# Geotext Translations, Inc.

| Invoice No: | Due Date: | Amount Due: |
|---|---|---|
| 14419 | May 04, 2008 | $245.00 |

Mary Fitzgerald-Vetro
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Please make check payable to:

Geotext Translations, Inc.
259 West 30th Street, 17th Floor
New York, NY 10001

To ensure proper credit, please return this stub with your payment and include the invoice number on the check.

| Job: | Submitted By: | Date Submitted | Date Returned: | # of Hours: | Hourly Rate: | Word Count: | Word Rate: | Total: |
|---|---|---|---|---|---|---|---|---|
| 4293-7 Letter from Pivotal to Simon 2/12/04 | Letisha Thompson | 3/27/2008 | 3/28/2008 | | | | | $245.00 |
| Translation from French into English | Minimum charge for certified translation  Rush fees waived | | | | | | | |

|  |  |
|---|---|
| **Translation Total** | $0.00 |
| **Minimum Charge** | $245.00 |

| Invoice Total | $245.00 |
|---|---|

**Thank you for using Geotext Translations.**

If you have any questions, please call Marisol Flores at (212) 631-7432.

Invoice No.:   14419
Federal ID No.: 13-3960036
Invoice Date: 4/4/2008

# Geotext Translations, Inc.

| Invoice No: | Due Date: | Amount Due: |
|---|---|---|
| 14862 | June 19, 2008 | $255.00 |

Mary Fitzgerald-Vetro
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Please make check payable to:

Geotext Translations, Inc.
259 West 30th Street, 17th Floor
New York, NY 10001

To ensure proper credit, please return this stub with your payment and include the invoice number on the check.

| Job: | Submitted By: | Date Submitted | Date Returned: | # of Hours: | Hourly Rate: | Word Count: | Word Rate: | Total: |
|---|---|---|---|---|---|---|---|---|
| 4293-8 Gidding/Simon - French Document<br><br>Translation from French into English | Mary Fitzgerald-Vetro<br><br>Ref: Gidding/Simon 20044/001<br>Minimum charge | 5/6/2008 | 5/9/2008 | | | | | $255.00 |

| | |
|---|---|
| **Translation Total** | $0.00 |
| **Minimum Charge** | $245.00 |
| **Delivery charge** | $10.00 |

| Invoice Total | $255.00 |
|---|---|

**Thank you for using Geotext Translations.**

If you have any questions, please call Marisol Flores at (212) 631-7432.

Invoice No.:   14862
Federal ID No.: 13-3960036
Invoice Date: 5/20/2008

Matter Number: 020044-0001
Matter Description: GIDDING PIVOTAL
Report Description: Cost Recap Summary by CostCode [6/4/2008 4:13:08 PM]

| # | CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|---|
| 1 | 0302 | | | REDACTED |
| 2 | 0304 | | | REDACTED |
| 3 | 0402 | 399.00 | 399.00 | PHOTOCOPYING |
| 4 | 0404 | | | REDACTED |
| 5 | 0412 | | | REDACTED |
| 6 | 90101 | | | REDACTED |
| 7 | 90201 | | | REDACTED |
| 8 | 90301 | | | REDACTED |
| 9 | 90503 | | | REDACTED |
| 10 | 90704 | | | REDACTED |
| 11 | 90801 | | | REDACTED |
| 12 | 91501 | | | REDACTED |
| 13 | 91601 | | | REDACTED |
| 14 | 92501 | | | REDACTED |
| 15 | 94001 | | | REDACTED |
| 16 | | | | |
| 17 | TOTAL | | | |

Page 1

| | | |
|---|---|---|
| **LAW OFFICES OF BARGER & WOLEN, LLP**<br>(213) 680-2800<br>633 W. 5TH ST.<br>LOS ANGELES, CA 90071 | Merrill Lynch<br>Chase<br>Columbus, Ohio 43271  25-80/440 | 88805        88805 |

February 5, 2008

**PAY** TWO HUNDRED TEN & NO/100     **DOLLARS $** 210.00

TO THE ORDER OF    CLERK, USDC NORTHERN DISTRICT

BARGER & WOLEN
AUTHORIZED SIGNATURE

⑈088805⑈

**LAW OFFICES OF BARGER & WOLEN, LLP**

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

88805

Invoice: 10041.003   02/05/2008   Amount:   210.00

| | | | |
|---|---|---|---|
| **LAW OFFICES OF BARGER & WOLEN, LLP**<br>(213) 680-2800<br>633 W. 5TH ST.<br>LOS ANGELES, CA 90071 | Merrill Lynch<br>Chase<br>Columbus, Ohio 43271  25-80/440 | 88806 | 88806 |

February 5, 2008

PAY  TWO HUNDRED TEN & NO/100                                                   DOLLARS $ 210.00

TO THE ORDER OF

CLERK, USDC NORTHERN DISTRICT

BARGER & WOLEN

*[signature]*

AUTHORIZED SIGNATURE

⑈088806⑈

---

LAW OFFICES OF BARGER & WOLEN, LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

88806

Invoice: 10041.003A  02/05/2008     Amount:       210.00