Gail E. Cohen (093210), gcohen@barwol.com
Ophir Johna (228193), ojohna@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Specially-Appearing Defendant
Marie-Claude Simon

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

MR. JOHN GIDDING, an individual,
PIVOTAL, INC., a California corporation,

    Plaintiffs,

vs.

DEREK ANDERSON, et al.

    Defendants.

CASE NO.: C 07-04755 JSW

Judge: Hon. Jeffrey S. White

**NOTICE RE: HEARING OF MARIE-CLAUDE SIMON'S MOTION FOR COSTS**

Complaint Filed: 9/14/07

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10041\003\08pleadings\notice re hearing of mtn for costs.doc

1  PLEASE TAKE NOTICE THAT, per the courtroom clerk for the Honorable
2  Jeffrey S. White, there will be <u>no hearing</u> in connection with the Motion for Costs
3  filed on June 5, 2008 by Marie-Claude Simon.

Dated: June 6, 2008                          BARGER & WOLEN LLP

                                             By: /s/ Ophir Johna
                                                 GAIL E. COHEN
                                                 OPHIR JOHNA
                                                 Attorneys for Specially-Appearing
                                                 Defendant Marie-Claude Simon