1  MATTHEW F. QUINT, ESQ.
   California Bar No. 54369
2  WILSON & QUINT LLP
   250 Montgomery Street, 11th Floor
3  San Francisco, California 94104
   Telephone: 415.288.6700
4  Facsimile:  415.398.1608
   Email: mfquint@aol.com
5  Attorneys for Defendants

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  JOHN GIDDING, an individual and          )   CASE NO.  C-07-4755 JSW
   PIVOTAL INC., a California corporation,  )
10                                           )   **[PROPOSED] ORDER GRANTING**
              Plaintiffs,                    )   **DEFENDANTS DEREK ANDERSON,**
11                                           )   **PLANTAGENET CAPITAL MANAGEMENT,**
         vs.                                 )   **LLC, PLANTAGENET CAPITAL AMERICA**
12                                           )   **LLC, PLANTAGENET CAPITAL FUND LP,**
   DEREK ANDERSON, et al., and DOES 1        )   **PLANTAGENET CAPITAL FUND II LP, PLB**
13 through 100, inclusive,                   )   **HOLDINGS SA, AND PLANTAGENET**
                                             )   **PARTNER SA'S MOTION: (1) TO DISMISS**
14            Defendants.                    )   **RICO CLAIMS FOR FAILURE TO STATE A**
                                             )   **CLAIM [FRCP 12(b)(6)]; AND (2) TO**
15                                           )   **DISMISS CLAIMS FOR FAILURE TO**
                                             )   **EFFECTUATE SERVICE OF PROCESS**
16                                           )   **[FRCP 12(b)(5)]**
                                             )
17                                           )   Date:       August 29, 2008
                                             )   Time:       9:00 A.M.
18                                           )   Courtroom:  2, 17th Floor
                                             )   Judge:      Hon. Jeffrey S. White
19                                           )

20      The motion of Defendants of Derek Anderson, Plantagenet Capital Management, LLC,
21
   Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund II LP,
22
   PLB Holdings SA, and Plantagenet Partners SA to dismiss for failure to state a claim, and for
23
   failure to effectuate service of process, came on regularly for hearing on August 29, 2008, the
24
   Honorable Jeffrey S. White presiding.  Matthew F. Quint of Wilson & Quint LLP appeared for
25
   moving defendants.  Cory A. Birnberg of Birnberg & Associates appeared for plaintiffs.
26
        WHEREFORE, the Court having read and considered the papers submitted and heard
27
28
                                              1
   ─────────────────────────────────────────────────────────────────
   [PROPOSED] ORDER GRANTING DEFENDANTS MOTION: (1) TO DISMISS RICO CLAIMS FOR FAILURE TO STATE A CLAIM [FRCP
      12(b)(6)]; AND (2) TO DISMISS CLAIMS FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS [FRCP 12(b)(5)]

arguments of counsel, and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The motion of defendants Derek Anderson, Plantagenet Capital Management, LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund II LP, PLB Holdings SA, and Plantagenet Partners SA to dismiss for failure to state a claim is granted;

2. The motion of defendants PLB Holdings SA and Plantagenet Partners SA to dismiss for failure to effectuate sufficient service of process on them is granted; and

3. The action is hereby dismissed as to each of the moving defendants.

IT IS SO ORDERED.

DATED: _____    _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION: (1) TO DISMISS RICO CLAIMS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]; AND (2) TO DISMISS CLAIMS FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS [FRCP 12(b)(5)]