FILED

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | |
| Plaintiffs, | No. C 07-04755 JSW |
| v. | |
| DEREK ANDERSON, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| Defendants. | |

This matter is currently set for a hearing on August 29, 2008 on the Plantagenet Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to that motion shall be filed by no later than July 7, 2008 and a reply brief shall be filed by no later than July 14, 2008. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE