BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
BIRNBERG & ASSOCIATES
703 Market Street, Suite 600
San Francisco, CA 94103
Telephone: (415) 398-1040
Facsimile: (415) 398-2001

Attorneys for Plaintiffs
JOHN GIDDING, PIVOTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DEREK ANDERSON, et al.,<br><br>Defendants. | Case No. C-7-04755-JSW<br><br>PLAINTIFFS AND PLANTAGENET DEFENDANTS' STIPULATION TO MODIFY BRIEFING SCHEDULE OF PLANTAGENET DEFENDANTS' MOTION TO DISMISS AND ORDER THEREON |

NOW COME Plaintiffs JOHN GIDDING and PIVOTAL, INC. (Plaintiffs) and the PLANTAGENET DEFENDANTS (Defendants) and hereby stipulate to continue the briefing schedule for Defendants' Motion to Dismiss. Plaintiffs have requested this extension of the briefing schedule due to Plaintiffs' counsel's deposition schedule. The parties agree that Plaintiffs' opposition brief shall be due on July 14, 2008, and Plantagenet Defendants' response, if any, shall be due on July 24, 2008. The court's order of June 23,

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

0
STIPULATION TO MODIFY BRIEFING SCHEDULE OF PLANTAGENET DEFENDANTS' MOTION TO DISMISS
Case No. C-7-04755-JSW

2008 indicated that the parties by agreement may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for the modification requested..

This stipulation is presented at Plaintiffs' request and is conditioned on Defendants receiving the additional time set forth in the stipulation.

**SO STIPULATED**

Dated: 1 July 2008

BIRNBERG & ASSOCIATES

By: /s/ Cory A. Birnberg
Cory A. Birnberg
Attorneys for Plaintiffs

Dated: 1 July 2008

WILSON & QUINT, LLP

By: /s/ Matthew Quint
Matthew F. Quint
Attorneys for Defendants Plantagenet

### Order

Based upon the foregoing stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing schedule set forth in the court's order of June 23 is hereby modified and the Plaintiffs opposition is now due on July 14th and Defendant's reply, if any, is due on July 24th.

Dated:

By:_____
Jeffrey S. White
United States District Court Judge
Northern District of California

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA. 94103
TEL. (415) 398-1040
FAX (415) 398-2001

1

STIPULATION TO MODIFY BRIEFING SCHEDULE OF PLANTAGENET DEFENDANTS' MOTION TO DISMISS
Case No. C-7-04755-JSW