OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING  
CLERK

450 GOLDEN GATE AVENUE  
SAN FRANCISCO, CA 94102  
(415) 522-2000

July 3, 2008

Ophir Johna  
Barger & Wolen LLP  
633 West Fifth St, 47th floor  
Los Angeles, CA 90071

Re: C07-4755 JSW John Gidding et al v Derek Anderson et al

Dear Counsel,

Please be advised that your bill of costs filed on June 5, 2008 cannot be taxed for the following reason:

[ x ]   Judgment has not been entered.

[ ]   There is no proof of service upon opposing counsel.

[ ]   There is no verification pursuant to Title 28 U.S.C. § 1924.

[ ]   There is no documentation attached to bill of costs supporting requested costs, L.R. 54-1(a). The AO-133 form should be used when a party files a Bill of Costs. A copy of the form can be accessed on the Court's website: www.cand.uscourts.gov. The bill must state separately and specifically each item of taxable costs claimed. It must be supported by an affidavit that 1) the costs are correctly stated, 2) were necessarily incurred; and 3) are allowable by law.  
Please submit the appropriate documentation, original and one copy within thirty (30) days of this notice.

[ ]   There is no representation that counsel have met and conferred regarding objections pursuant to Civil L.R. 54-2(b).

Very truly yours,  
RICHARD W. WIEKING, Clerk

By: _Cora Klein_____  
Cora Delfin-Klein, Deputy Clerk  
(415) 522-2039

cora_delfin-klein@cand.uscourts.gov