1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  BIRNBERG & ASSOCIATES
   703 Market Street, Suite 600
3  San Francisco, CA 94103
   Telephone: (415) 398-1040
4  Facsimile: (415) 398-2001

5  Attorneys for Plaintiffs
   JOHN GIDDING, PIVOTAL, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 JOHN GIDDING, PIVOTAL, INC.       ) Case No. C-7-04755-JSW
                                     )
12     Plaintiffs,                   ) DECLARATION OF JOHN
                                     ) GIDDING IN OPPOSITION TO
13 v.                                ) MOTION TO DISMISS
                                     )
14 DEREK ANDERSON, et al.,           )
                                     ) Date: August 29, 2008
15     Defendants.                   ) Time: 9:00 a.m.
                                     ) Place: Ctrm. 2, 17th Floor.
16                                   )
                                     )
17                                   )
   _____   )
18

19     I, John Gidding, declare:

20

21     1.    I am an American citizen and a resident of California. I am one of the Plaintiffs

22 in this action. I make this declaration upon my own personal knowledge and as to those

23 matters stated upon information and belief, believe them to be true.

24     **Concerning Service of PPSA & PLB**:

25     2.    I have visited Paris and Luxembourg a number of times since the filing of the

26

27 DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS
28 Case No. C-7-04755-JW

-1-

1  original complaint in September 2007.  During these times, and in both countries, I have
2  visited the office of the Registry of Commerce, discussed the matter of service with notaries
3  and lawyers, and visited the offices of PLB and PPSA.  PLB was a shell company and only
4  existed in a notary's office, and PPSA's offices were empty.  I have been unable to discover
5  any means of serving a liquidated Luxembourg company, such as PLB, or a liquidated
6  French company, such as PPSA, other than serving their presumed "beneficiary owner",
7  Derek Anderson.

    3.    Further, when Derek Anderson states on his Declaration, "**I do not believe** that
I have ever been designated (PLB's and PPSA's) designated agent for service of process"
(emphasis added) (Decl. of C. Derek Anderson, ¶5, filed 1/31/2008 as docket no. 20 filed in
support of first motion to dismiss), I understand this to mean that no one was ever
"designated agent for service of process" for either PLB or PPSA. Generally, based upon
my experience as an officer, director, stockholder, beneficiary owner in France and in
Luxembourg, there are no designated agents for service of process in a French or
Luxembourg corporation. My discussions with French and Luxembourg lawyers, research,
and personal experience as a beneficiary owner of both a French and Luxembourg
corporation, gives me personal knowledge that a "beneficiary owner" is always an
individual, generally the stockholder, or if another corporation owns stock, the stockholder
of the parent corporation.

    4.    I attach hereto marked Exhibit A and incorporated herein by reference
information published on Derek Anderson's website (copyright 2006)
"Plantagenetcapital.com".

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS
Case No. C-7-04755-JW

-2-

5. Attached hereto marked Exhibit B and incorporated herein by reference is a true and correct copy of information published on the SEC Info website "Secinfo.com".

6. Attached hereto marked Exhibit C and D, respectively and incorporated herein by reference is a true and correct copy of documents I received from the Registry of Commerce in both Luxembourg.

7. Attached hereto marked Exhibits E, F and G, respectively, and incorporated herein by reference is a true and correct copy of documents regarding PPSA's corporate status, including translations of the relevant parts, as E-1, F-1, and G-1. These documents show that Derek Anderson is the "beneficiary" owner of PCA, PCM, PCF-1, and PCF-2, and, as such he is the beneficiary owner of PPSA and PLB. As such, I believe that serving Anderson is the only way to serve PPSA or PLB.

8. The above documents indicate that **"Plantagenet Capital"** (see Plantagenetcapital.com and SEC info) is the generic term that Anderson uses to refer to all of his corporations.

9. The documents show that the directors of (Defendant) Plantagenet Partners SA ("PPSA") are or were:

(Defendant) Derek Anderson, a resident of Mill Valley, CA
(Defendant) John Zappettini, a resident of Atherton, CA
(Defendant) Ollivier Lemal, a resident of Saint Cloud, France
Marc Bucaille, a resident of Paris France.

    a. That PPSA was originally incorporated as Plantagenet SARL, changed its name to "Plantagenet Partners SA; and changed its name again to Plantagenet SA.

    b. That PPSA's address has always been: 39, avenue Pierre 1er de Serbie,

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS
Case No. C-7-04755-JW

-3-

Paris, France 75008

    c.    That the shareholders of PPSA are or were:

(Defendant) Derek Anderson, representing
(Defendant) Plantagenet Capital Management LLC ("PCM")
headquartered at 220 Sansome Street, suite 460
San Francisco, CA ................................................... 1,250 shares (50%)

(Defendant) Ollivier Lemal ................................................. 1,250 shares (50%)

    d.    That on November 13, 2006, PPSA voted to dissolve itself.

10.    I made a diligent search for the name and address of the registered agents for PPSA and PLB. I consulted with the clerk of the court (the relevant secretary of corporations). No one could provide me the name of any "registered agent" for PPSA or PLB, nor do I believe that such an entity or person exists.

11.    As to **PLB**, the documents indicate:

    a.    That the directors of (Defendant) PLB Holdings SA ("PLB") are or were:

(Defendant) Derek Anderson, a resident of Mill Valley, CA
(Defendant) John Zappettini, a resident of Atherton, CA
Harold Robinson, a resident of Santa Rosa, CA

    b.    That PLB's address was: 4, boulevard Joseph II, Luxembourg L-1840

    c.    That the shareholders of PLB are or were:

(Defendant) Plantagenet Capital Fund LP ("PCF-1")
headquartered at the Ugland House, Grand Cayman .................  561 shares (18%)

(Defendant) Plantagenet Capital Fund LP II ("PCF-2")
headquartered at the Ugland House, Grand Cayman ................ 1,790 shares (60%)

(Defendant) Plantagenet Capital America ("PCA")
headquartered at the 15 E. North St. Dover, DE ......................  649 shares (22%)

    d.    That on April 7, 2000, the Directors voted to have (Defendant) John Zappettini liquidated PLB.

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS
Case No. C-7-04755-JW

   e. I could not find the name of any "registered agent" for PLB, nor does such an entity exist.

**Prosecutor of the French Republic:**

  12. On September 22, 2004 I wrote a letter to the Prosecutor of the French Republic detailing Anderson's use of the various Plantagenet corporations. A true and correct copy of this letter in French and its translation translated is attached hereto, marked Exhibit H and H-1 and incorporated herein by reference.

  13. Attached hereto marked Exhibit I and incorporated herein by reference is a true and correct copy of a chart showing the predicate acts of mails and wire fraud and there respective paragraph in the body of the SAC..

 I declare under penalty of perjury the foregoing is true and correct under the laws of the United States and pursuant to 28 U.S.C.§ 1746.

 Executed this 14th day of July 2008 at San Francisco, California.

           __s/s John Gidding_____
           John Gidding

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION OF JOHN GIDDING IN OPPOSITION TO MOTION TO DISMISS
Case No. C-7-04755-JW

-5-