## Approach to Value



**go to *A Letter from the Senior Partner >>***

What ultimately sets Plantagenet apart from its peers in private equity is its investment philosophy - which is aggressively conservative - and also its approach to managing investments - which is aggressively hands-on.

We have our feet firmly planted in the two most important markets for private equity - the U.S. and Europe - and we are staffed exclusively with professionals who are intimate with the markets they serve.

Bypassing traditional auction processes Plantagenet chooses instead to use its own prospecting and bird dog network to pinpoint promising investments.

Unlike most private equity firms Plantagenet does not use leverage in making acquisitions, although we are willing to acquire firms that need a subsequent balance sheet solution before business strategies can be fully realized.

- who we are
- our team
- approach to value
- funds and investments
- plantagenet news
- contact us
- home



© 2006 PLANTAGENET.
All rights reserved.