# Contact Us

**Plantagenet Capital Location:**

*California*

591 Redwood Hwy, Ste 5280
Mill Valley, CA 94941
Phone: 415-383-1667
Fax: 415-383-1837

C. Derek Anderson
Senior Managing Partner
(415) 383-1667
anderson@plantagenetcapital.com

*France*

39, Ave. Pierre 1er de Serbie
Paris, France 75008
Phone: 33-156-89-39-39
Fax: 33-147-23-62-83

Ollivier Lemal
Managing Partner
(33) 156-89-39-39
lemal@plantagenetpartners.fr

PLANTAGENET

who we are
our team
approach to value
funds and investments
plantagenet news
contact us
home



© 2006 PLANTAGENET.
All rights reserved.

Exhibit A Plantagenet Web Site 000002

Plantagenet | Contact Us                                                                                                                                7/14/08 3:55 PM

Exhibit A Plantagenet Web Site 000003