# Plantagenet News



### San Francisco, California, May 31, 2001

"PLANTAGENET CAPITAL ANNOUNCES MAJOR FINANCING FOR WIRESTONE"

### Alameda, California, February 27, 2001

"VIRTUAL PURCHASE CONNECTION SECURES $20 MM IN SECOND ROUND FINANCING"

### Wes Palm Beach, Florida, November 14, 2000

"401KEXCHANGE.COM SIGNS HOBBS RETIREMENT SERVICES GROUP AS STRATEGIC PARTNER"

### San Francisco, September 21, 2000

"SILICON VALLEY ENTREPRENEUR JOINS PLANTAGENET CAPITAL"

### San Francisco, September 17, 2000

"PLANTAGENET CAPITAL LEADS SECOND ROUND FINANCING FOR VIRTUAL PURCHASE CARD"

### Time Europe, September 4, 2000

"PRIVATE CAPITAL: A LIFELINE FOR SMALL COMPANIES"

### Venturwire, August 25, 2000

"INTERNET DEVELOPMENT FIRM WIRESTONE ACQUIRES TWO COMPANIES"

### Emeryville, August 23, 2000

"WIRESTONE EXPANDS INTO DENVER/FORT COLLINS WITH ACQUISITION OF COONTS DESIGN AND RGBSTUDIO"

### American Banker.com, August 03, 2000

"FORMER WELLS EXECS DEVELOP NICHE FILLER FOR E-PURCHASING"

### Securities Data Publishing, June 19, 2000

"PLANTAGENET 'S C. DEREK ANDERSON EXPLORES BUYOUTS WITH VIKING-LIKE FERVOR"

### Securities Data Publishing, June 12, 2000

"NEW ECONOMY LEARNS LESSONS OF OLD FROM RECENT TECH WRECKS"

### San Francisco, June 5, 2000

"PLANTAGENET ACQUIRES FRENCH-BASED INTERNET FLOWER AND DELIVERY COMPANY FOCUSED ON FAST-GROWING INTERNATIONAL MARKET"

who we are

our team

approach to value

funds and investments

plantagenet news

contact us

home



© 2006 PLANTAGENET.
All rights reserved.

### San Francisco, May 22, 2000

"TODAYíS LESSON IN MARKET ECONOMICS"

### San Francisco, May 15, 2000

"THE DOT-COM BUST BRINGS A NEW KIND OF INVESTMENT OPPORTUNITY"

### San Francisco, April 24, 2000

"PLANTAGENET CAPITAL SELLS LEADING FRENCH CHAMPAGNE PRODUCER TO SA FINANCE DU LEVANT"

### Paris, April 17, 2000

"PLANTAGENET NAMES COUILLARD SENIOR ADVISOR"

### San Francisco, April 10, 2000

"PLANTAGENET IS ROLL-UP MANAGER IN SUCCESSFUL CONSOLIDATION OF INTERNET PROFESSIONAL SERVICES FIRMS"

### Fremont, California, April 4, 2000

"ECHOBAHN.COM RECEIVES INVESTMENT FROM PLANTAGENET CAPITAL"

### San Francisco, February 28, 2000

"PLANTAGENET CAPITAL INVESTS IN FRENCH BAKERY CHAIN"

### Paris, December 7, 1999

"PLANTAGENET CAPITAL RECEIVES MANAGEMENT COMPANY APPROVAL FROM COMMISSION DES OPERATIONS DE BOURSE"

### San Francisco, September 23, 1999

"PLANTAGENET CAPITAL NAMES GEOFFROY SURBLED AS MANAGING DIRECTOR IN ITS FRENCH OFFICE"

### San Francisco, September 1, 1999

"PLANTAGENET CAPITAL FILES AMENDED 13D ON CROWN VANTAGE HOLDINGS"

### San Francisco, July 26, 1999

"PLANTAGENET CAPITAL NAMES GIAN-CARLO LAGUZZA AS MANAGING DIRECTOR"

### San Francisco, March 29, 1999

"PLANTAGENET CAPITAL CONTINUES DIALOG WITH CROWN VANTAGE MANAGEMENT"

### San Francisco, March 8, 1999

"PLANTAGENET CAPITAL LAUNCHES FUNDRAISING FOR NEW EUROPEAN PRIVATE EQUITY FUND"

### San Francisco, February 24, 1999

"PLANTAGENET CAPITAL FILES AMENDED 13-D WITH SEC ON CROWN VANTAGE HOLDINGS"

### San Francisco, February 1, 1999

"PLANTAGENET CAPITAL ACQUIRES LEADING FRENCH CHAMPAGNE PRODUCER"

### San Francisco, December 15, 1998

"PLANTAGENET CAPITAL OPENS PARIS OFFICE FOR BUYOUTS AND OTHER PRIVATE EQUITY INVESTMENTS"