# Our Team



At Plantagenet, ultimate success lies in taking an active role in all elements of the turnaround - both as board members and as facilitators of change by bringing to management different points of view and access to outside expertise.

This involvement is critical in ensuring improved performance, which allows us to pursue a sound exit strategy consistent with overall investment objectives.

Central to our success has been local financial, corporate, legal and thought process expertise. Our professional relationships include veterans with formidable operating experience in a wide range of industries. In Europe, we also have knowledge and in-depth understanding of European Union business practice as well as local laws, regulations, and custom.

who we are

our team

approach to value

funds and investments

plantagenet news

contact us

home



© 2006 PLANTAGENET.
All rights reserved.

### *San Francisco team*

C. Derek Anderson, Senior Managing Partner

Mr. Anderson, 64, is the founder and Senior Managing Partner of Plantagenet and has over 35 years experience in investment management. Mr. Anderson has been active in the restructuring of several Plantagenet investments including Bonneville-Pacific Corporation, and Dalgety plc.

In 1974 after a number of years in sales, brokerage and arbitrage, Mr. Anderson formed his own securities brokerage firm, C.D. Anderson & Co., Inc., which was active in the then new field of discount brokerage. The company focused its marketing efforts on high net worth individuals and grew to be the second largest discount broker in the West with an average account size of more than four times that of its chief competitor, Charles Schwab & Co. In 1983, Mr. Anderson co-developed and introduced the world's first PC-based real-time system for trading securities on line. Mr. Anderson

Exhibit A Plantagenet Web Site 000007

sold C.D. Anderson & Co. to Security Pacific Bank (now part of Bank of America) in 1985.

After the 1987 market crash, Mr. Anderson redirected his energies to money management with the founding of Anderson Capital Management, Inc. (ACM), which at one time managed approximately $60 million for over 250 high net worth individuals, foundations, and other not-for-profit entities. In the late 1980s, Mr. Anderson became involved in the Chapter 11 reorganization of Munsingwear, Inc., an apparel manufacturer now known as PremiumWear, Inc. as Chairman of the Creditors Committee. He successfully negotiated a bankruptcy filing and a plan of reorganization for the company. In order to capitalize on the turnaround expertise he developed in that transaction, Mr. Anderson formed Plantagenet¹s immediate predecessor, Plantagenet Holdings Limited (PHL). PHL founded Plantagenet Partners I, L.P., an investment partnership that made a highly successful investment in Bonneville-Pacific Corporation, an alternative energy company. Building on the experience of this and several other value/restructuring investments.

Mr. Anderson serves on the Boards of Directors of several private companies. He attended the Thacher School, Santa Monica City College and the Colorado School of Mines.

Exhibit A Plantagenet Web Site 000008