

# Who We Are

### go to *What is a Plantagenet?* >>

Plantagenet is a private equity firm focused on early stage and turnaround investments. We strive to identify opportunuties in which Plantagenet can play an active role in ensuring maximum returns.

With offices in the San Francisco Bay Area, Plantagenet is at the center of the greatest concentration of global venture capital.

Plantagenet was formed in 1991 by C. Derek Anderson. Since then, Plantagenet has invested in 20 companies in equity and equity-related transactions ranging from early stage to late stage recapitalizations and turnarounds.

Plantagenet has shown its skill at identifying companies that have become undervalued in difficult times. Through four separate investment partnerships and three investment funds, Plantagenet has invested in companies in a number of sectors both in the U.S. and Europe that include energy, foods, beverages, medical technology, telecommunications, internet, paper and hospitality.

Plantagenet's value investment foundation also helps to identify attractive opportunities in an early stage of entrepreneurial growth. Limited partners and management of portfolio companies benefit from Plantagenet's business skills, international relationships and years of experience.

More mature target industries have included technology, manufacturing, retailing and services, both in the U.S. and Europe. Investment vehicles have included debt, both public and private, equity securities, or combinations of the two. Above all else, Plantagenet's approach is grounded in the value we bring to the planning and implementation of turnaround and growth strategies for portfolio companies and the speed with which we can facilitate a successful exit strategy.

Sidebar:
- who we are
- our team
- approach to value
- funds and investments
- plantagenet news
- contact us
- home



© 2006 PLANTAGENET.
All rights reserved.