


Mill Valley

*International Private Equity Specialists . . .*
*Early Stage Ventures, Strategic Buyouts*
*And Turnarounds*
*In the U.S. and Europe*

The sophisticated investor looks to the private equity market for superior returns.

Plantagenet is there to lead in early-stage technology with a focus on financial services, global B2B and infrastructure.

We have the right world view. We have the right experience in value, restructurings and consolidations. We have the contacts in Europe and the U.S. to access tremendous deal flow. Most important, we have the single-minded determination to unlock superior returns in those investments.

who we are

our team

approach to value

funds and investments

plantagenet news

contact us

© 2006 PLANTAGENET.
All rights reserved.

WebMail

Exhibit A Plantagenet Web Site 000010