SEC Info    Home    Search    My Interests    Help    Sign In    Please Sign In

## "Plantagenet Capital Management, L.L.C."

Filings as:  Group Member

**8 Filings** · Documents containing "Plantagenet *and* Capital *and* Management *and* L *and* L *and* C" with Text matching "Plantagenet *or* Capital *or* Management *near* L *near* L *near* C" *anywhere* in Selected Filings

Page:  1  2  3  4 · All · Bottom

[Find] [Plantagenet Capital Managem]  in  [the p.1 filings below]  Show  [Filings with "hits"]  and  [every "hit"]
Help...                Wildcards: ? (any letter), * (many). Logic: for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).

| As Of | Filer | Doc | Filing[1] | As/For/On | Docs:Pgs | Issuer | Agent |
|---|---|---|---|---|---|---|---|
| 2/25/00 | Plantagenet Capital Fund LP<br>C. Derek Anderson[2]<br>John J. Zappettini[2]<br>Plantagenet Capital Fund II/L/P[2]<br>Plantagenet Capital Fund LP[2]<br>Plantagenet Capital Fund/L/P[2]<br>Plantagenet Capital Management, L.L.C.[2] | | SC 13D/A | | 2:11 | Crown Vantage Inc | Howard Rice N..Rabkin/FA |

1:  SC 13D/A............  Amendment No. 3 to Schedule 13d -- 9 pages

| SC 13D/A · 1st Page of 9 | | Just 1st (New) |
|---|---|---|

```
                  C. Derek Anderson
          Plantagenet Capital Management, L.L.C.
            456 Montgomery Street, Suite 200
```

| SC 13D/A · 2nd Page of 9 | | Just 2nd (New) |
|---|---|---|

```
CUSIP NO. 228622106            13D            Page 2 of 9

1    NAME OF REPORTING PERSONS       Plantagenet Capital Fund II, L.P.
```

| SC 13D/A · 3rd Page of 9 | | Just 3rd (New) |
|---|---|---|

```
CUSIP NO. 228622106            13D            Page 3 of 9

1    NAME OF REPORTING PERSONS       Plantagenet Capital Fund, L.P.
```

| SC 13D/A · 4th Page of 9 | | Just 4th (New) |
|---|---|---|

```
CUSIP NO. 228622106            13D            Page 4 of 9

1    NAME OF REPORTING PERSONS       Plantagenet Capital
                                     Management, L.L.C.
```

| SC 13D/A · 9th Page of 9 | | Just 9th (New) |
|---|---|---|

```
Dated:    February 25, 2000

              PLANTAGENET CAPITAL FUND II, L.P.

          By: PLANTAGENET CAPITAL PARTNERS, L.P.,
                its General Partner

          By: PLANTAGENET CAPITAL MANAGEMENT,
                L.L.C.,

              Title:   Senior Managing Partner

              PLANTAGENET CAPITAL PARTNERS, L.P.

          By: PLANTAGENET CAPITAL MANAGEMENT,
                L.L.C.,

              Title:   Senior Managing Partner

              PLANTAGENET CAPITAL MANAGEMENT, L.L.C.
```

2:  EX-1.............  Exhibit 1 - Letter to Crown Vantage, Inc.
                                 -- 2 pages

| 12/14/99 | Plantagenet Capital Fund LP<br>Anderson Capital Management/Inc[2]<br>C. Derek Anderson<br>John J. Zappettini[2] | | SC 13D/A | | 1:17 | Bonneville Pacific Corp | Merrill Corp/FA |

*Patricia Love Anderson*[2]
*Plantagenet Capital Fund II/L/P*[2]
*Plantagenet Capital Fund LP*[2]
*Plantagenet Capital Management LLC*[2]
*Plantagenet Capital Partners, L.P.*[2]

    1: SC 13D/A............  Amendment to General Statement of Beneficial
                                      Ownership -- 17 pages

| SC 13D/A · 1st Page of 17 | | Just 1st (New) |
|---|---|---|

                      C. Derek Anderson
                Plantagenet Capital Fund, L.P.
             456 Montgomery Street, Suite 200

| SC 13D/A · 2nd Page of 17 | | Just 2nd (New) |
|---|---|---|

   Persons

     Plantagenet Capital Fund, L.P.
  --------------------------------------------------------------------

| SC 13D/A · 3rd Page of 17 | | Just 3rd (New) |
|---|---|---|

   Persons

     Plantagenet Capital Fund II, L.P.
  --------------------------------------------------------------------

| SC 13D/A · 4th Page of 17 | | Just 4th (New) |
|---|---|---|

   Persons

     Plantagenet Capital Partners, L.P.
  --------------------------------------------------------------------

| SC 13D/A · 5th Page of 17 | | Just 5th (New) |
|---|---|---|

   Persons

     Plantagenet Capital Management LLC
  --------------------------------------------------------------------

| SC 13D/A · 6th Page of 17 | | Just 6th (New) |
|---|---|---|

   Persons

     Anderson Capital Management, Inc.
  --------------------------------------------------------------------

| SC 13D/A · 10th Page of 17 | | Just 10th (New) |
|---|---|---|

    Preliminary Note: In Amendment No. 5 it was noted that one of the
Reporting Persons, Plantagenet II, believed it should have received an
additional 1,533 Shares (on a post-reverse split basis) as part of the Plan
Shares issued by the Trustee on or shortly after the Effective Date with
respect to certain Class 9 Equity Claims held by Plantagenet II. Plantagenet
II has requested such Shares from the Trustee. Of the 1,533 additional Shares
requested by Plantagenet II, the Trustee ultimately issued 1,058 Shares, 583
of which were issued on December 9, 1998 and 475 of which were issued on
March 3, 1999. These additional Shares increased the beneficial ownership of
Plantagenet II, PCP, PCMLLC, Zappettini and Anderson by approximately 0.01%.

| SC 13D/A · 11th Page of 17 | | Just 11th (New) |
|---|---|---|

    Item 5 of the Schedule 13D is amended as follows:

  A. Plantagenet Capital Fund, L.P.

      (a), (b)  The information set forth in Rows 7, 8, 9, 10, 11 and 13
              of the cover page hereto for Plantagenet is incorporated
              herein by reference.

      (c)       On October 7, 1999, Plantagenet purchased 956 Shares in
              an open market transaction for $10.75 a Share. The
              purpose of the purchase was to raise the aggregate
              holdings of Plantagenet and Plantagenet II to an even
              450,000 Shares so that after the sales of Shares
              described herein, Plantagenet II would be left with an
              even 150,000 Shares. Plantagenet sold all of the Shares
              held by it, which sales were effected in open market
              less than 5% of the Shares.

      (d)       PCP, as the general partner of Plantagenet, has the
              right to receive and the power to direct the receipt of
              dividends from, or the proceeds from the sale of, the
              Shares held by Plantagenet. PCMLLC is the general partner
              of PCP. Zappettini is Managing Partner of PCMLLC and

      (e)       Not applicable.

  B. Plantagenet Capital Fund II, L.P.

Exhibit B SEC Info Plantagenet 000002

|  |  |  |
|---|---|---|
| (a), (b) | The information set forth in Rows 7, 8, 9, 10, 11 and 13 of the cover page hereto for Plantagenet II is incorporated herein by reference. |  |

SC 13D/A · 12th Page of 17                                                                 Just 12th (New)

Page   12 of 17   Pages

| (c) | Since the filing of Schedule 13D, Plantagenet II sold the following Shares in open market transactions: |
| (d) | PCP, as the general partner of Plantagenet II, has the right to receive and the power to direct the receipt of dividends from, or the proceeds from the sale of, the Shares held by Plantagenet II. PCMLLC is the general partner of PCP. Zappettini is Managing Partner of PCMLLC |
| (e) | Not applicable. |

C. Plantagenet Capital Partners, L.P.

| (c) | Not applicable. |
| (d) | PCP, as the general partner of each of Plantagenet and Plantagenet II, has the right to receive and the power to direct the receipt of dividends from, or the proceeds from the sale of, the Shares held by Plantagenet and Plantagenet II. PCMLLC is the general partner of PCP. Zappettini is Managing Partner of PCMLLC and Anderson is |
| (e) | Not applicable. |

D. Plantagenet Capital Management LLC

| (c) | Not applicable. |
| (d) | PCP, as the general partner of each of Plantagenet and Plantagenet II, has the right to receive and the power to direct the receipt of dividends from, or the proceeds from the sale of, the Shares held by Plantagenet and Plantagenet II. PCMLLC is the general partner of PCP. Zappettini is |

SC 13D/A · 13th Page of 17                                                                 Just 13th (New)

Page   13 of 17   Pages

E. Anderson Capital Management, Inc.

| (c) | Not applicable. |
| (d) | PCP, as the general partner of each of Plantagenet and Planagenet II, has the right to receive and the power to direct the receipt of dividends from, or the proceeds from the sale of, the Shares held by Plantagenet and Plantagenet II. PCMLLC is the general partner of PCP. Zappettini is Managing Partner of PCMLLC and Anderson is |

SC 13D/A · 14th Page of 17                                                                 Just 14th (New)

======

| (d) | PCP, as the general partner of each of Plantagenet and Plantagent II, has the right to receive and the power to direct the receipt of dividends from, or the proceeds from the sale of, the Shares held by Plantagenet and Plantagenet II. PCMLLC is the general partner of PCP. Zappettini is Managing Partner of PCMLLC and Anderson is |
| (e) | Not applicable. |

   The Shares reported hereby for Plantagenet II are owned directly by it. Both PCP, as the general partner of Plantagenet II, and PCMLLC, as the sole general partner of PCP, may be deemed to be the beneficial owner of the Shares held by Plantagenet II. Zappettini, as Managing Partner of PCMLLC, may be deemed to be the beneficial owner of the Shares held by Plantagenet II. The Shares reported hereby for P. Anderson are owned directly by her. Anderson, as President and managing member of PCMLLC, may be deemed to be the beneficial owner of the Shares held by Plantagenet II. P. Anderson hereby disclaims any beneficial ownership of any

SC 13D/A · 16th Page of 17                                                                 Just 16th (New)

Dated:   December 8, 1999

                              PLANTAGENET CAPITAL FUND, L.P.

                         By:  PLANTAGENET CAPITAL PARTNERS, L.P.,
                              its General Partner



|  |  |  | |
|---|---|---|---|
|  | By: | PLANTAGENET CAPITAL MANAGEMENT LLC,<br>its General Partner | |
|  | Title: | Senior Managing Partner | |
|  | PLANTAGENET CAPITAL FUND II, L.P. | | |
|  | By: | PLANTAGENET CAPITAL PARTNERS, L.P.,<br>its General Partner | |
|  | By: | PLANTAGENET CAPITAL MANAGEMENT LLC,<br>its General Partner | |
|  | Title: | Senior Managing Partner | |
|  | PLANTAGENET CAPITAL PARTNERS, L.P. | | |
|  | By: | PLANTAGENET CAPITAL MANAGEMENT LLC,<br>its General Partner | |
| SC 13D/A · 17th Page of 17 | | | Just 17th (New) |
| [Signatures continued from prior page] | | | |
|  | PLANTAGENET CAPITAL MANAGEMENT LLC | | |
|  | Title: | Senior Managing Partner | |
|  | ANDERSON CAPITAL MANAGEMENT, INC. | | |

| | | | | |
|---|---|---|---|---|
| 11/13/98 | Plantagenet Capital Fund LP | SC 13D/A | 1:19 | Bonneville Pacific Corp |
| | Anderson Capital Management/Inc² | | | |
| | C. Derek Anderson² | | | |
| | John J. Zappettini² | | | |

| Find Words in Filings - "Plantagenet Capital Management, L.L.C." - p. 1 |
|---|
| Page 1's 2 filings (of 8 in this set) were scanned for every hit. |
| 3 documents within the 2 filings were searched. |
| 2 docs within 2 filings contained the words "Plantagenet *and* Capital *and* Management *and* L *and* L *and* C". |
| Each doc matched "Plantagenet  *or*  Capital  *or*  Management *near* L *near* L *near* C" *anywhere*. |
| 149 text matches are highlighted above. |
| **End "Find Words in Filings"** and just **List the Filings** |

*Page:*   **1**  2  3  4 · **All** · **Top**

---

*Copyright © 2008 **Fran Finnegan & Company**  All Rights Reserved.*
*www.secinfo.com - Mon, 14 Jul 2008 23:05:33.23 GMT - Privacy - Help*

Exhibit B SEC Info Plantagenet 000004