*SEC Info*    Home    Search    My Interests    Help    Sign In    *Please Sign In*

# "C. Derek Anderson"

*Latest Filing:* 3/1/05 as Signatory

---

### As: Group Member *(Non-Registrant Filer: Partner, Affiliate, etc.)*

**List All Filings as Group Member**

**Search Recent Filings (as Group Member) for "C. Derek Anderson"**

"*C. Derek Anderson*" has been a Group Member with the following 2 Registrants:

- Plantagenet Capital Fund LP
- Plantagent Capital Management

"*C. Derek Anderson*" has/had a Group Member interest in the following 3 Registrants:

- Bonneville Pacific Corp
- Crown Vantage Inc
- Plantagent Capital Management

"*C. Derek Anderson*" has been a Group Member with the following 9 Group Members:

- *Anderson Capital Management/Inc*
- *John J. Zappettini*
- *John Zappettini*
- *Patricia Love Anderson*
- *Plantagenet Capital Fund II/L/P*
- *Plantagenet Capital Fund LP*
- *Plantagenet Capital Management L.L.C.*
- *Plantagenet Capital Partners II/L/P*
- *Plantagenet Capital Partners, L.P.*

---

### As: Signatory *(Director, Officer, Attorney, Accountant, Banker, Agent, etc.)*

**List All Filings as Signatory**

Exhibit B SEC Info Plantagenet 000005

**Search Recent Filings (as Signatory) for "C. Derek Anderson"**

**"C. Derek Anderson"** has been a Signatory for/with the following 13 Registrants:

- Aim Floating Rate Fund [ formerly GT Global Floating Rate Fund Inc ]
- Aim Growth Series [ formerly G T Global Growth Series ]
- Aim Investment Funds [ formerly G T Investment Funds Inc ]
- Aim Investment Portfolios Inc [ formerly GT Investment Portfolios Inc ]
- Aim Series Trust [ formerly GT Global Series Trust ]
- Emerging Markets Debt Portfolio/TX [ formerly Global High Income Portfolio ]
- Global Investment Portfolio
- Growth Portfolio/CA
- GT Global Variable Investment Series
- GT Global Variable Investment Trust
- Plantagenet Capital Fund LP
- Plantagent Capital Management
- Premiumwear Inc [ formerly Munsingwear Inc ]

**"C. Derek Anderson"** has/had a Signatory interest in the following 3 Registrants:

- Bonneville Pacific Corp
- Crown Vantage Inc
- Plantagent Capital Management

---

Copyright © 2008 **Fran Finnegan & Company**  All Rights Reserved.
www.secinfo.com - Mon, 14 Jul 2008 23:01:49.4 GMT - Privacy - Help

Exhibit B SEC Info Plantagenet 000006