*SEC Info*  Home  *Search*  *My Interests*  Help  *Sign In*  *Please **Sign In***

# "*John J. Zappettini*"

*Latest Filing:*  2/25/00 as Group Member

---

**As:**  **Group Member**  *(Non-Registrant Filer:  Partner, Affiliate, etc.)*

**List All Filings as Group Member**

**Search Recent Filings (as Group Member) for "*John J. Zappettini*"**

"*John J. Zappettini*" has been a Group Member with the following Registrant:

- Plantagenet Capital Fund LP

"*John J. Zappettini*" has/had a Group Member interest in the following 2 Registrants:

- Bonneville Pacific Corp
- Crown Vantage Inc

"*John J. Zappettini*" has been a Group Member with the following 8 Group Members:

- *Anderson Capital Management/Inc*
- *C. Derek Anderson*
- *Patricia Love Anderson*
- *Plantagenet Capital Fund II/L/P*
- *Plantagenet Capital Fund LP*
- *Plantagenet Capital Management L.L.C.*
- *Plantagenet Capital Partners II/L/P*
- *Plantagenet Capital Partners, L.P.*

---

**As:**  **Signatory**  *(Director, Officer, Attorney, Accountant, Banker, Agent, etc.)*

**List All Filings as Signatory**

**Search Recent Filings (as Signatory) for "*John J. Zappettini*"**

"*John J. Zappettini*" has been a Signatory for/with the following Registrant:

Exhibit B SEC Info Plantagenet 000007

- [Plantagenet Capital Fund LP](#)

**"*John J. Zappettini*" has/had a Signatory interest in the following 2 Registrants:**

- [Bonneville Pacific Corp](#)
- [Crown Vantage Inc](#)

---

*Copyright © 2008* **Fran Finnegan & Company**  *All Rights Reserved.*
[www.secinfo.com](#) *- Mon, 14 Jul 2008 23:02:28.2 GMT -* [Privacy](#) *-* [Help](#)