*SEC Info*   *Home*   *Search*   *My Interests*   *Help*   *Sign In*   *Please Sign In*

# "*Patricia Love Anderson*"

*Latest Filing:* 12/14/99 as Group Member

---

### *As:* Group Member  *(Non-Registrant Filer: Partner, Affiliate, etc.)*

**List All Filings as Group Member**

**Search Recent Filings (as Group Member) for "*Patricia Love Anderson*"**

"*Patricia Love Anderson*" has been a Group Member with the following Registrant:

- Plantagenet Capital Fund LP

"*Patricia Love Anderson*" has/had a Group Member interest in the following Registrant:

- Bonneville Pacific Corp

"*Patricia Love Anderson*" has been a Group Member with the following 9 Group Members:

- Anderson Capital Management/Inc
- C. Derek Anderson
- John J. Zappettini
- John Zappettini
- Plantagenet Capital Fund II/L/P
- Plantagenet Capital Fund LP
- Plantagenet Capital Management L.L.C.
- Plantagenet Capital Partners II/L/P
- Plantagenet Capital Partners, L.P.

---

### *As:* Signatory  *(Director, Officer, Attorney, Accountant, Banker, Agent, etc.)*

**List All Filings as Signatory**

**Search Recent Filings (as Signatory) for "*Patricia Love Anderson*"**

"*Patricia Love Anderson*" has been a Signatory for/with the following Registrant:

Exhibit B SEC Info Plantagenet 000009

- [Plantagenet Capital Fund LP](#)

**"*Patricia Love Anderson*" has/had a Signatory interest in the following Registrant:**

- [Bonneville Pacific Corp](#)

---

*Copyright © 2008* **Fran Finnegan & Company**  *All Rights Reserved.*
[www.secinfo.com](#) *- Mon, 14 Jul 2008 23:02:52.4 GMT -* [Privacy](#) *-* [Help](#)

Exhibit B SEC Info Plantagenet 000010