*SEC Info*    *Home*    *Search*    *My Interests*    *Help*    *Sign In*    *Please Sign In*

# "Plantagenet Capital Management, L.L.C."

### a.k.a. "Plantagenet Capital Management L.L.C.", "Plantagenet Capital Management LLC"

**Latest Filing:  2/25/00 as Group Member**

---

**As:  Group Member**  (Non-Registrant Filer:  Partner, Affiliate, etc.)

**List All Filings as Group Member**

**Search Recent Filings (as Group Member) for "Plantagenet Capital Management, L.L.C."**

"*Plantagenet Capital Management, L.L.C.*" has been a Group Member with the following Registrant:

- Plantagenet Capital Fund LP

"*Plantagenet Capital Management, L.L.C.*" has/had a Group Member interest in the following 2 Registrants:

- Bonneville Pacific Corp
- Crown Vantage Inc

"*Plantagenet Capital Management, L.L.C.*" has been a Group Member with the following 9 Group Members:

- *Anderson Capital Management/Inc*
- *C. Derek Anderson*
- *John J. Zappettini*
- *John Zappettini*
- *Patricia Love Anderson*
- *Plantagenet Capital Fund II/L/P*
- *Plantagenet Capital Fund LP*
- *Plantagenet Capital Partners II/L/P*
- *Plantagenet Capital Partners, L.P.*

---

Exhibit B SEC Info Plantagenet 000011

*As:* **Signatory** *(Director, Officer, Attorney, Accountant, Banker, Agent, etc.)*

**List All Filings as Signatory**

**Search Recent Filings (as Signatory) for *"Plantagenet Capital Management, L.L.C."***

*"Plantagenet Capital Management, L.L.C."* **has been a Signatory for/with the following Registrant:**

- Plantagenet Capital Fund LP

*"Plantagenet Capital Management, L.L.C."* **has/had a Signatory interest in the following 2 Registrants:**

- Bonneville Pacific Corp
- Crown Vantage Inc

---

*Copyright © 2008 **Fran Finnegan & Company**  All Rights Reserved.*
*www.secinfo.com - Mon, 14 Jul 2008 23:04:10.2 GMT - Privacy - Help*