*SEC Info*  *Home*  *Search*  *My Interests*  *Help*  *Sign In*  *Please Sign In*

# "Plantagenet Capital Partners, L.P."

*Latest Filing:* 2/25/00 as Signatory

---

*As:* Group Member *(Non-Registrant Filer: Partner, Affiliate, etc.)*

**List All Filings as Group Member**

**Search Recent Filings (as Group Member) for "*Plantagenet Capital Partners, L.P.*"**

"*Plantagenet Capital Partners, L.P.*" has been a Group Member with the following Registrant:

- Plantagenet Capital Fund LP

"*Plantagenet Capital Partners, L.P.*" has/had a Group Member interest in the following 2 Registrants:

- Bonneville Pacific Corp
- Crown Vantage Inc

"*Plantagenet Capital Partners, L.P.*" has been a Group Member with the following 9 Group Members:

- *Anderson Capital Management/Inc*
- *C. Derek Anderson*
- *John J. Zappettini*
- *John Zappettini*
- *Patricia Love Anderson*
- *Plantagenet Capital Fund II/L/P*
- *Plantagenet Capital Fund LP*
- *Plantagenet Capital Management L.L.C.*
- *Plantagenet Capital Partners II/L/P*

---

*As:* Signatory *(Director, Officer, Attorney, Accountant, Banker, Agent, etc.)*

**List All Filings as Signatory**

**Search Recent Filings (as Signatory) for "*Plantagenet Capital Partners, L.P.*"**

Exhibit B SEC Info Plantagenet 000013

***"Plantagenet Capital Partners, L.P."* has been a Signatory for/with the following Registrant:**

- Plantagenet Capital Fund LP

***"Plantagenet Capital Partners, L.P."* has/had a Signatory interest in the following 2 Registrants:**

- Bonneville Pacific Corp
- Crown Vantage Inc

*Copyright © 2008 **Fran Finnegan & Company**  All Rights Reserved.*
*www.secinfo.com - Mon, 14 Jul 2008 23:00:55.4 GMT - Privacy - Help*

Exhibit B SEC Info Plantagenet 000014