1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **BIRNBERG & ASSOCIATES**
   **703 Market Street, Suite 600**
3  **San Francisco, CA 94103**
   **Telephone: (415) 398-1040**
4  **Facsimile: (415) 398-2001**

5  **Attorneys for Plaintiffs**
   **JOHN GIDDING, PIVOTAL, INC.**
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11 **JOHN GIDDING, PIVOTAL, INC.**           ) Case No. C-7-04755-JSW
                                             )
12       Plaintiffs,                         ) **EXHIBITS C-I TO DECLARATION**
                                             ) **OF JOHN GIDDING**
13 v.                                        )
                                             ) DATE: AUGUST 29, 2008
14 **DEREK ANDERSON, et al.,**               ) TIME: 9:00 A.M.
                                             ) PLACE: CTRM. 2, 17TH FLOOR
15       Defendants.                         )
                                             )
16                                           )
   _____    )
17

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

                                             1
DECLARATION OF JOHN GIDDING EXHIBIT COVER PAGE EXHIBITS C-I
                                             Case No. C-7-04755-JSW

|   |   |
|---|---|
|   | BIRNBERG & ASSOCIATES |
| Dated: 14 July 2008 | By: _/s/ Cory A. Birnberg____<br>Cory A. Birnberg<br>Attorneys for Plaintiffs |

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

2

DECLARATION OF JOHN GIDDING EXHIBIT COVER PAGE EXHIBITS C-I
Case No. C-7-04755-JSW