28369

# MEMORIAL
Journal Officiel
du Grand-Duché de
Luxembourg



# MEMORIAL
Amtsblatt
des Großherzogtums
Luxemburg

## RECUEIL DES SOCIETES ET ASSOCIATIONS

Le présent recueil contient les publications prévues par la loi modifiée du 10 août 1915 concernant les sociétés commerciales et par loi modifiée du 21 avril 1928 sur les associations et les fondations sans but lucratif.

C — N° 592            18 août 2000

## SOMMAIRE

ABN Amro Funds, Sicav, Luxembourg-Kirchberg ............................. page 28411
ACM U.S. Real Estate Investment Fund, Sicav, Luxembourg ............................. 28415
African Trade and Industrial Development Holding S.A., Luxembourg ............................. 28414
Andracord Holding S.A., Luxembourg ......... 28416
Aquaform International S.A., Luxembourg ..... 28402
Arpège S.A.H., Luxembourg ................. 28411
Building Holding S.A., Luxembourg .......... 28413
Celestia Holding S.A. ....................... 28400
Dublin and Luxemburg Finance Company S.A. .. 28400
Erasmus Holding S.A., Luxembourg ........... 28411
Eurofederal, Sicav, Luxembourg ............. 28416
Exotherm Housetechnik, S.à r.l. .............. 28400
Finmasters Holding S.A., Luxembourg ........ 28413
First Commercial Management AG, Weiswampach 28401
France Investments S.A., Luxembourg ........ 28412
G.E.C., Générale Entreprise S.A. ............. 28400
General Venture Capital Holding S.A., Luxembourg ................................ 28402
GM Aviation Services S.A., Luxembourg ...... 28414
Himmelsberg S.A., Luxembourg .............. 28415
I.M.C., International Management Consulting, S.à r.l. ................................. 28400
IMEXIN, Import-Export Intercontinental S.A. .. 28400
Infi S.A. Holding ........................... 28400
Infor AG, Weiswampach ..................... 28399
International Immobilien Organisation Holding AG 28400
Intesa Luxembourg Fund, Sicav, Luxembourg ... 28392
IPI - Investissement et Partenariat Industriel S.A., Luxembourg ........................... 28401
Launer International S.A., Luxembourg ....... 28413
Limex, S.à r.l. .............................. 28400
Luximco AG, Weiswampach .................. 28401
Magalida S.A., Luxembourg ................. 28414
Magnum Holding S.A. ....................... 28400
Maple Leaf Investments Holding S.A. ......... 28400
M.C.L., Management Consulting Luxembourg S.A. 28400
Metic S.A., Luxembourg ..................... 28404
Middle East Holdings International S.A. ...... 28400
Munsch Transports S.A. ..................... 28401
N.A.B. Holding Corporation S.A. ............ 28400
Nec'T'Art, S.à r.l. .......................... 28405
New Deal Holding S.A., Luxembourg ......... 28405
Nicobar S.A., Luxembourg ................... 28405
Niro, S.à r.l., Esch-sur-Alzette ............... 28406
Niro, S.à r.l., Remich ....................... 28405
Omen AG, Luxembourg ...................... 28406
Oper S.A., Luxembourg ..................... 28407
Paris Coiffure, S.à r.l., Luxembourg .......... 28404
Parsimonium S.A.H., Luxembourg ............ 28407
Pâtisserie Winandy, S.à r.l., Luxembourg ..... 28408
Pisa S.A., Luxembourg ...................... 28410
PLB Holding S.A., Luxembourg .............. 28409
PMF International S.A., Luxembourg ......... 28410
Prodiba S.A., Foetz ......................... 28407
Prosol S.A., Luxembourg .................... 28413
Rals S.A.H., Luxembourg .................... 28411
Régate Holding S.A., Luxembourg ............ 28416
Ropping Holding S.A., Luxembourg .......... 28408
Saxonia Trust Holding S.A. .................. 28404
Selecta S.A., Pétange ....................... 28402
Sofex S.A., Luxemburg ...................... 28399
Team Venture Capital Holding S.A. ........... 28404
Tulipano S.A., Luxembourg .................. 28412
UBS Luxemboourg, Sicav, Luxembourg ....... 28370
US International S.A., Luxembourg ........... 28401
YSA - Holding AG, Weiswampach ............ 28400
Yüka and Salonen S.A. ...................... 28402

Exhibit D Liquidation of PLB

13.NOV.2002  13:10   FIDUCIAIRE CENTRAL LUXBG 403523   No039   P.11/13

28409

**PLB HOLDINGS S.A., Société Anonyme.**
Registered office: Luxembourg.
R. C. Luxembourg B 67.963.
—

In the year two thousand, on the seventh of April.
Before Maître Joseph Elvinger, notary public residing at Luxembourg, Grand Duchy of Luxembourg, undersigned.
Is held an Extraordinary General Meeting of the shareholders of PLB HOLDINGS S.A., a «société anonyme», established at L-1840 Luxembourg, 4, boulevard Joseph II, inscribed at R.C. Luxembourg section B, number 67.963, incorporated by deed dated 7th January 1999, published in the Luxembourg Mémorial C, number 201 of the 24th March 1999.
The meeting is presided by Mr Patrick Van Hees, jurist, residing at Messancy, Belgium.
The chairman appointed as secretary and the meeting elected as scrutineer Mr Hubert Janssen, jurist, residing at Torgny-Rouvroy, Belgium.
The chairman declared and requested the notary to act:
I.- That the shareholders present or represented and the number of their shares are shown on an attendance list, signed by the chairman, the secretary, the scrutineer and the undersigned notary. The said list as well as the proxies will be registered with this minute.
II.- As appears from the attendance list, the 3,000 (three thousand) shares representing the whole capital of the corporation (with an amount of EUR 450,000.-) are represented so that the meeting can validly decide on all the items of the agenda.
III.- That the agenda of the present extraordinary general meeting is the following:

*Agenda:*

1.- Decision about the voluntary liquidation of the company.
2.- Appointment of the liquidator and specification of powers.
3.- Discharge to the commissaire aux comptes and to the board of directors.
4.- Miscellaneous.
After the foregoing was approved by the meeting, the meeting unanimously took the following resolutions:

*First resolution*

The meeting decides the early dissolution of the company and its voluntary throwing into liquidation.

*Second resolution*

The meeting appoints as liquidator:
Mr John Zappettini, companies director, residing at 2, Marple Avenue, Atherton California, 94027, United States of America.
All powers are granted to the liquidator to represent the company at the operations of liquidation, to realise the assets, to discharge all liabilities and to distribute the net assets of the company to the shareholders in proportion to their shareholding.

*Third resolution*

The meeting decides to give full discharge to the commissaire aux comptes and to the board of directors for the accomplishment of their mandate.
There being no further business on the Agenda, the meeting was thereupon adjourned.
Whereof the present notarial deed was drawn up in Luxembourg, on the day named at the beginning of this document.
The document having been read to the persons appearing, they signed together with Us, the notary, the present original deed.
The undersigned notary who understands and speaks English states herewith that on request of the above appearing persons, the present deed is worded in English followed by a French version. On request of the same appearing persons and in case of discrepancy between the English and the French text, the English version will prevail.

Suit la traduction en français:

L'an deux mille, le sept avril.
Par-devant Maître Joseph Elvinger, notaire de résidence à Luxembourg, soussigné.
Se réunit l'assemblée générale extraordinaire des actionnaires de la société anonyme PLB HOLDINGS S.A., ayant son siège social à L-1840 Luxembourg, 4, boulevard Joseph II, inscrite au registre de commerce et des sociétés de Luxembourg, section B n° 67,963, constituée suivant acte reçu le 7 janvier 1999, publié au Mémorial C, numéro 201 du 24 mars 1999.
La séance est ouverte sous la présidence de Monsieur Patrick Van Hees, juriste, demeurant à Messancy, Belgique.
Le président désigne comme secrétaire et l'assemblée choisit comme scrutateur Monsieur Hubert Janssen, juriste, demeurant à Torgny-Rouvroy, Belgique.
Le président déclare et prie le notaire d'acter:
I - Que les actionnaires présents ou représentés et le nombre d'actions qu'ils détiennent sont renseignés sur une liste de présence, signée par le président, le secrétaire, le scrutateur et le notaire soussigné. Ladite liste de présence ainsi que les procurations resteront annexées au présent acte pour être soumises avec lui aux formalités de l'enregistrement.

28410

II.- Qu'il appert de cette liste de présence que les 3.000 (trois mille) actions représentant l'intégralité du capital social (d'un montant de EUR 450.000,-), sont représentées à la présente assemblée générale extraordinaire, de sorte que l'assemblée peut décider valablement sur tous les points portés à l'ordre du jour.

III.- Que l'ordre du jour de l'assemblée est le suivant:

*Ordre du jour:*

1. Décision de la mise en liquidation volontaire de la société.
2. Nomination du liquidateur et détermination de ses pouvoirs.
3. Décharge au commissaire aux comptes et au conseil d'administration.
4. Divers.

Après en avoir délibéré, l'assemblée générale a pris à l'unanimité les résolutions suivantes:

*Première résolution*

L'assemblée décide la dissolution anticipée de la société et sa mise en liquidation volontaire.

*Deuxième résolution*

L'assemblée nomme liquidateur:

Monsieur John Zappettini, administrateur de sociétés, demeurant au 2, Marple Avenue, Atherton California, 94027, Etats-Unis d'Amérique.

Pouvoir est conféré au liquidateur de représenter la société lors des opérations de liquidation, de réaliser l'actif, d'apurer le passif et de distribuer les avoir nets de la société aux actionnaires, proportionnellement au nombre de leurs actions.

*Troisième résolution*

L'assemblée décide de donner décharge entière au commissaire aux comptes et au conseil d'administration pour l'accomplissement de leur mandat.

Plus rien n'étant à l'ordre du jour, la séance est levée.

Dont procès-verbal, passé à Luxembourg, les jour, mois et an qu'en tête des présentes.

Et après lecture faite aux comparants, ils ont tous signé avec Nous, notaire, la présente minute.

Le notaire soussigné qui comprend et parle l'anglais, déclare que sur la demande des comparants le présent acte est en langue anglaise, suivi d'une version française.

A la demande des comparants et en cas de divergence entre le texte anglais et le texte français, le texte anglais fait foi.

Signé): P. Van Hees, H. Janssen, J. Elvinger.

Enregistré à Luxembourg, le 11 avril 2000, vol. 123S, fol. 78, case 11. – Reçu 500 francs.

Le Receveur (signé): J. Muller.

Pour expédition conforme, délivrée aux fins de la publication au Mémorial, Recueil des Sociétés et Associations.

Luxembourg, le 26 avril 2000.

J. Elvinger.

(24104/211/103) Déposé au registre de commerce et des sociétés de Luxembourg, le 5 mai 2000.