# PLANTAGENET SARL

limited liability corporation with a capital of 250,000 Francs
headquarters: 38, avenue Pierre 1er de Serbie, Paris, France 75008
R.C.S. Paris B 420 021 768

----------

## Minutes of a General meeting of the Directors and Stockholders

## September 17, 1999

September 17, 1998. 11AM

The associates of the limited liability corporation "PLANTAGENET SARL", capital of 250,000 Francs, dived into 2,500 shares witha value of 100 Francs per share, General meeting of the Directors and Stockholders, at the companies headquarters.  The meeting was convened by the officers.

The meeting was opened under the supervision of Mr. Ollivier Lemal, officer, residing at 137 rue Tahere, SAINT CLOUD (Hautes de Seine).

After declaring that he personally owned ONE THOUSAND TWO
HUNDRED FIFTY SHARES ..........................................................................     1,250 shares

The President noted the presence of

    Mr. C. Derek ANDERSON, reresenting
"PLANTAGENET CAPITAL MANAGEMENT LLC, headquartered at
220 Samsome Street, suite 460, San Francisco, California owner of
ONE THOUSAND TWO HUNDRED FIFTY SHARES ................................     1,250 shares

    In consequence, the President noted that all the members of the assembly representing all of the shares of the corporation were present.

Exhibit E Translation of minutes of PPSA