Pivotal - Gidding
Conclusions n°3
7 septembre 2005
Δ°13

PH 17.9.99 MJ NS
06

# PLANTAGENET SARL

Société à Responsabilité Limitée au Capital de 250.000 Francs
Siège social : 39 avenue Pierre 1er de Serbie – PARIS 8ème
R.C.S. PARIS B 420 021 768

----- 98ᵇ 126ch

[stamp: T. DE COMMERCE DE PARIS  30 NOV 1999]

65749

## PROCES-VERBAL DE L'ASSEMBLEE GENERALE MIXTE ORDINAIRE
## ET EXTRAORDINAIRE DU 17 SEPTEMBRE 1999

L'an Mil neuf cent quatre vingt dix neuf, le dix sept Septembre, à onze heures,

Les associés de la Société "PLANTAGENET SARL", Société à Responsabilité Limitée au capital de 250.000 Francs, divisé en 2.500 parts de 100 Francs chacune, se sont réunis en Assemblée Générale Mixte Ordinaire et Extraordinaire au siège social, sur convocation de la gérance.

La séance est ouverte sous la présidence de Monsieur Ollivier LEMAL, Gérant, demeurant à SAINT CLOUD (Hauts de Seine) 137 rue Tahère.

Après avoir déclaré qu'il possède personnellement MILLE DEUX
CENT CINQUANTE parts, ci ................................................................. 1.250 parts

Le Président constate la présence de :

Monsieur C. Derek ANDERSON représentant la société
"PLANTAGENET CAPITAL MANAGEMENT LLC" dont le siège
social est à San Francisco – Californie (USA) 220, Sansome Street,
Suite 460, titulaire de MILLE DEUX CENT CINQUANTE parts sociales, ci ......... 1.250 parts

Le Président constate, en conséquence, que les membres de l'Assemblée représentent ensemble l'intégralité des parts composant le capital social.

Le Président dépose sur le bureau et met à la disposition de l'Assemblée :

- Le rapport de la gérance,

- Le texte des résolutions qui seront proposées au vote de l'Assemblée.

- Les statuts de la société.

Le Président rappelle que la présente Assemblée a été réunie à l'effet de délibérer sur l'ordre du jour suivant :

O.L.

Exhibit E-1 Minutes of PPSA-French

- Lecture du rapport présenté par la gérance.

- Modification de l'article 26 des statuts.

- Désignation d'un Commissaire à la Transformation.

- Pouvoirs pour dépôt et formalités.

Le Président donne ensuite lecture du rapport de la gérance.

Cette lecture terminée, le Président ouvre la discussion.

La discussion close et personne ne demandant plus la parole, le Président met aux voix les résolutions suivantes :

### PREMIERE RESOLUTION

L'Assemblée Générale, sur proposition de la Gérance, décide de modifier comme suit l'article 26 des statuts.

#### Article 26 – Transformation (nouveau) :

"La société peut être transformée en une société d'une autre forme par décision collective des associés statuant aux conditions prévues par la loi."

Cette résolution est adoptée à l'unanimité.

### DEUXIEME RESOLUTION

Les associés, agissant conformément aux dispositions de la loi du 24 Juillet 1066 et du décret du 23 Mars 1967 sur les sociétés commerciales, décident, dans le cadre du projet de transformation de la société en Société Anonyme de désigner la Société MAZARS & GUERARD, Tour Framatome, PARIS LA DEFENSE (Hauts de Seine) en qualité de Commissaire à la Transformation chargé d'apprécier la valeur des biens composant l'actif social et d'attester que le montant des capitaux propres est au moins égal au capital social.

La société "MAZARS & GUERARD" sera également chargée d'établir le rapport sur la situation de la société visé à l'article 69 alinéa 3 de la loi susvisée.

Cette résolution est adoptée à l'unanimité.

### TROISIEME RESOLUTION

L'Assemblée Générale décide de donner tous pouvoirs au porteur d'un original, d'une copie ou d'un extrait certifié conforme du présent procès-verbal, à l'effet d'accomplir toutes les formalités légales de dépôt et de publicité.

Cette résolution est adoptée à l'unanimité.

O.L.

L'ordre du jour étant épuisé, la séance est levée à douze heures.

De tout ce qui précede, il a été dressé le présent procès-verbal qui a été signé après lecture.

Pour Copie Certifiée Conforme,

Le Gérant,

**O. LEMAL**