EXTRAIT KBIS

EXTRAIT AU 11 MAI 2000

NE(E) LE 20 MAI 1942 COMMUNE DE NAISSANCE NEUILLY 92200 PAYS
FRANCE
NATIONALITE FRANCAISE
2 AV DU COLONEL BONNET 75016 PARIS

COMMISSAIRE AUX COMPTES TITULAIRE MAZARS & GUERARD (SA)
125 RUE DE MONTREUIL 75011 PARIS
NO RCS PARIS B784824153

COMMISSAIRE AUX COMPTES SUPPLEANT MONSIEUR DE CAMBOURG PATRICK
NE(E) LE 20 NOVEMBRE 1949 COMMUNE DE NAISSANCE PONT DE BEAUVOISIN
38 PAYS FRANCE
NATIONALITE FRANCAISE
TOUR FRAMATOME 92 PARIS LA DEFENSE

RENSEIGNEMENTS RELATIFS A L'ACTIVITE COMMERCIALE :

ORIGINE DE LA SOCIETE : CETTE SOCIETE SE CONSTITUE

ORIGINE DU FONDS : CREATION D'UN FONDS DE COMMERCE

ACTIVITE : LA CONSTITUTION, LA PROMOTION ET LA GESTION, DIRECTE OU
PAR DELEGATION, DE FONDS COMMUNS DE PLACEMENTS A RISQUE, ET PLUS
GENERALEMENT, L'EXERCICE DE LA GESTION DE PORTEFEUILLE POUR LE
COMPTE DE TIERS, PRINCIPALEMENT COMPOSE DE TITRES NON COTES, AU
SENS DE LA LOI N 96-597 DU 2 JUILLET 1996 DE MODERNISATION DES
ACTIVITES FINANCIERES, AINSI QUE LA FOURNITURE DE SERVICES
CONNEXES OU COMPLEMENTAIRES AUX SERVICES D'INVESTISSEMENTS, LE
CONSEIL AUX ENTREPRISES EN MATIERE DE STRUCTURE DE CAPITAL, DE
STRATEGIE INDUSTRIELLE ET DE QUESTIONS CONNEXES AINSI QUE LA
FOURNITURE DE SERVICES CONCERNANT LES FUSIONS ET LE RACHAT
D'ENTREPRISES, LA RECHERCHE DE FINANCEMENTS BANCAIRES OU DE
PARTENAIRES FINANCIERS LE CONSEIL EN ACQUISITION OU CESSION ET EN
INGENIERIE FINANCIERE

ADRESSE DU PRINCIPAL ETABLISSEMENT
39 AV PIERRE IER DE SERBIE 75008 PARIS

DEBUT D'EXPLOITATION LE  01 SEPTEMBRE 1998

MODE D'EXPLOITATION : EXPLOITATION DIRECTE

OBSERVATIONS

EXTRAIT DELIVRE A PARIS                LE 15   MAI    2000 SUR    02   PAGES.

LE GREFFIER ,

DROITS DE GREFFE (DECRET 86.1098 DU 10 OCTOBRE 1986 ) :    H.T       0,00 F
         T.V.A.    0,00 % :         0,00 F -SOIT TTC         0,00 F

TOUTE REPRODUCTION MEME CERTIFIEE CONFORME, DU PRESENT EXTRAIT, EST SANS VALEUR.
================================== FIN DE L'EXTRAIT ==================================

Exhibit F-1 Directors of PPSA- French

4427

75181 PARIS CEDEX 04

REFERENCE 0100092374/ MINITEL



EXTRAIT KBIS

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
EN DATE DU : 02 SEPTEMBRE 1998
NUMERO DE REGISTRE DU COMMERCE :
R.C.S. PARIS B 420 021 768 (1998B12504)
EXTRAIT AU : 11 MAI 2000

## RENSEIGNEMENTS RELATIFS A LA PERSONNE

RAISON SOCIALE (DENOMINATION) - SIGLE
PLANTAGENET PARTNERS SA

FORME JURIDIQUE : SOCIETE ANONYME
AU CAPITAL DE 1.800.000 FRF

ADRESSE DU SIEGE
39 AV PIERRE 1ER DE SERBIE 75008 PARIS

DUREE DE LA SOCIETE : JUSQU'AU 02 SEPTEMBRE 2097
DATE D'ARRETE DES COMPTES LE 31 DECEMBRE

## CONSTITUTION

DEPOT DE L'ACTE : LE 02 SEPTEMBRE 1998 NUMERO 015076 AU GREFFE DU
TRIBUNAL DE PARIS
PUBLICATION : JOURNAL LA GAZETTE DU PALAIS DU 27 AOUT 1998

## ADMINISTRATION

PRESIDENT DU CONSEIL D'ADMINISTRATION MONSIEUR LENAL OLLIVIER
NE(E) LE 17 SEPTEMBRE 1955 COMMUNE DE NAISSANCE PARIS 75014
ARRONDISSEMENT 14 PAYS FRANCE
NATIONALITE FRANCAISE
137 R TAHERE 92210 ST CLOUD

ADMINISTRATEUR MONSIEUR ANDERSON CARL DEREK
NE(E) LE 14 MAI 1941 COMMUNE DE NAISSANCE CALIFORNIE PAYS
ETATS-UNIS D'AMERIQUE
NATIONALITE ETATS-UNIS D'AMERIQUE
20 KITE HILL LANE, MILL VALLEY, CALIFORNIA 94941 ETATS UNIS

ADMINISTRATEUR MONSIEUR ZAPPETTINI JOHN JOSEPH
NE(E) LE 09 DECEMBRE 1962 COMMUNE DE NAISSANCE CALIFORNIE PAYS
ETATS-UNIS D'AMERIQUE
NATIONALITE ETATS UNIS D'AMERIQUE
2 MAPLE AVENUE, ATHERTON, CALIFORNIA 91027 ETATS UNIS

ADMINISTRATEUR MONSIEUR BUCAILLE MARC

PAGE 01