ACTES ET STATUTS                                                              7/10/08 11:38 AM

**PLANTAGENET SA**  
420 021 768 R.C.S. PARIS                                                      Imprimer

Adresse : 39 AV PIERRE 1ER DE SERBIE 75008 PARIS  
Activité (libellé code NAF) : GESTION DE PORTEFEUILLES

Trier par : Date de l'acte du plus récent au plus ancien  
Filtrer sur décision : Aucun

*Ces informations sont à jour à la date du : 09 juillet 2008*

Page : 1 - 2 - 3

| Date | Type | Décisions |
|---|---|---|
| 13/11/2006 | PROCES VERBAL D'ASSEMBLEE MIXTE | DISSOLUTION<br>NOMINATION DE LIQUIDATEUR<br>FIN DE MISSION DU COMMISSAIRE AUX COMPTES TITULAIRE ET SUPPLEANT<br>Dépôt numéro 10687 du 31/01/2007 |
| 06/04/2006 | PROCES VERBAL D'ASSEMBLEE GENERALE ORDINAIRE | NOMINATION D'ADMINISTRATEUR(S)<br>Dépôt numéro 42386 du 17/05/2006 |
| 21/12/2004 | PROCES VERBAL D'ASSEMBLEE MIXTE | MODIFICATION DE L'OBJET SOCIAL<br>CHANGEMENT DE DENOMINATION SOCIALE<br>ANCIENNE DENOMINATION : PLANTAGENET PARTNERS SA<br>CHANGEMENT D'ADMINISTRATEUR(S)<br>Dépôt numéro 6628 du 28/01/2005 |
| 21/12/2004 | STATUTS A JOUR | Dépôt numéro 6628 du 28/01/2005 |
| 05/03/2004 | STATUTS A JOUR | Dépôt numéro 22654 du 07/04/2004 |
| 25/02/2004 | EXTRAIT DU PROCES-VERBAL | REDUCTION DE CAPITAL<br>Dépôt numéro 22654 du 07/04/2004 |
| 04/02/2004 | PROCES VERBAL D'ASSEMBLEE MIXTE | DECISION DE REDUCTION<br>Dépôt numéro 8310 du 04/02/2004 |
| 04/02/2004 | RAPPORT COMMISSAIRE AUX COMPTES | -2-<br>Dépôt numéro 22654 du 07/04/2004 |
| 01/09/2003 | PROCES VERBAL D'ASSEMBLEE GENERALE ORDINAIRE | CHANGEMENT D'ADMINISTRATEUR(S)<br>Dépôt numéro 78914 du 10/12/2003 |
| 02/04/2002 | PROCES VERBAL DU CONSEIL D'ADMINISTRATION | MODALITE D'EXERCICE DE LA DIRECTION GENERALE<br>Dépôt numéro 35647 du 16/05/2002 |

Page : 1 - 2 - 3

Exhibit G-1 Liquidation of PPSA

ACTES ET STATUTS                                                                                            7/10/08 11:38 AM

**PLANTAGENET SA**
420 021 768 R.C.S. PARIS                                                                                    Imprimer

Adresse : 39 AV PIERRE 1ER DE SERBIE 75008 PARIS
Activité (libellé code NAF) : GESTION DE PORTEFEUILLES

Trier par : Date de l'acte du plus récent au plus ancien
Filtrer sur décision : Aucun

*Ces informations sont à jour à la date du : 09 juillet 2008*

Page : 1 - 2 - 3

| Date | Type | Décisions |
|---|---|---|
| 13/11/2006 | PROCES VERBAL D'ASSEMBLEE MIXTE | DISSOLUTION<br>NOMINATION DE LIQUIDATEUR<br>FIN DE MISSION DU COMMISSAIRE AUX COMPTES TITULAIRE ET SUPPLEANT<br>Dépôt numéro 10687 du 31/01/2007 |
| 06/04/2006 | PROCES VERBAL D'ASSEMBLEE GENERALE ORDINAIRE | NOMINATION D'ADMINISTRATEUR(S)<br>Dépôt numéro 42386 du 17/05/2006 |
| 21/12/2004 | PROCES VERBAL D'ASSEMBLEE MIXTE | MODIFICATION DE L'OBJET SOCIAL<br>CHANGEMENT DE DENOMINATION SOCIALE<br>ANCIENNE DENOMINATION : PLANTAGENET PARTNERS SA<br>CHANGEMENT D'ADMINISTRATEUR(S)<br>Dépôt numéro 6628 du 28/01/2005 |
| 21/12/2004 | STATUTS A JOUR | Dépôt numéro 6628 du 28/01/2005 |
| 05/03/2004 | STATUTS A JOUR | Dépôt numéro 22654 du 07/04/2004 |
| 25/02/2004 | EXTRAIT DU PROCES-VERBAL | REDUCTION DE CAPITAL<br>Dépôt numéro 22654 du 07/04/2004 |
| 04/02/2004 | PROCES VERBAL D'ASSEMBLEE MIXTE | DECISION DE REDUCTION<br>Dépôt numéro 8310 du 04/02/2004 |
| 04/02/2004 | RAPPORT COMMISSAIRE AUX COMPTES | -2-<br>Dépôt numéro 22654 du 07/04/2004 |
| 01/09/2003 | PROCES VERBAL D'ASSEMBLEE GENERALE ORDINAIRE | CHANGEMENT D'ADMINISTRATEUR(S)<br>Dépôt numéro 78914 du 10/12/2003 |
| 02/04/2002 | PROCES VERBAL DU CONSEIL D'ADMINISTRATION | MODALITE D'EXERCICE DE LA DIRECTION GENERALE<br>Dépôt numéro 35647 du 16/05/2002 |

Page : 1 - 2 - 3