## Mail Fraud : SAC ¶142(a) i-xx

(i) December 21, 1998 - Erica Valentine (Napa, CA) mailed a letter to Zappettini (San Francisco, CA), refers to the events in SAC ¶60;

(ii) December 21, 1998 - Alain Ducellier (Mutigny, France) mailed a letter to Gidding (Pasadena, CA), refers to the events in SAC ¶106;

(iii) April 16, 1999 - Lagune (Ludon-Medoc, France) mailed an invoice to Gidding (Pasadena, CA), refers to the events in SAC ¶107;

(iv) May 25, 1999 - Anderson (Paris, France) mailed a letter to Gidding (Pasadena, CA), refers to the events in SAC ¶64;

(v) June 9, 1999 - Anderson (San Francisco, CA) mailed a letter to Gidding (Pasadena CA), refers to the events in SAC ¶65;

(vi) October 18, 2001 - the Fiscal attaché to the American Embassy (Paris France) mailed a letter to the IRS (Fresno, CA), refers to the events in SAC ¶116;

(vii) December 18, 2001 - Treasury officials (Amiens, France) mailed a summons to Gidding (Pasadena, CA), refers to the events in SAC ¶117;

(viii) January 7, 2002 - Raulet (Paris, France) mailed a letter to Anderson (San Francisco, CA), refers to the events in SAC ¶81;

(ix) October 1, 2002 - Deniza Kudish (Los Angeles, CA) mailed a letter to Plaintiffs attorney Alice Seebach (Los Angeles, CA), refers to the events in SAC ¶86;

(x) October 9, 2002 - the IRS (Sacramento, CA) mailed a demand to Gidding (Pasadena, CA), refers to the events in SAC ¶118;

(xi) November 19, 2002 - Wells Fargo Bank (Pasadena, CA) mailed a summons to Gidding (Pasadena, CA), refers to the events in SAC ¶120;

(xii) September 14, 2003 - Alice Seebach (Los Angeles, CA) mailed a letter to Simon (Reims, France), refers to the events in SAC ¶92;

(xiii) December 18, 2003 - the French Fiscal attaché (Washington DC) mailed a demand to Gidding (Pasadena, CA), refers to the events in SAC ¶127;

(xiv) April 20, 2004 - French Treasury officials (Soissons, France) mailed a demand to Pivotal (North Hollywood CA), refers to the events in SAC ¶130;

Exhibit I Paragraph 142 ref.to Predicate Acts

    (xv)  June 28, 2004 - Thiery Lombard (Epernay, France) mailed a letter to Pivotal (Glen Ellen, CA), refers to the events in SAC ¶97;

    (xvi)  December 13, 2004 - the IRS (Washington DC) mailed a demand to Pivotal (North Hollywood, CA), refers to the events in SAC ¶134;

    (xvii)  February 14, 2005 - SCEV's attorneys (Reims, France) mailed a Judgment to Pivotal (Glen Ellen, CA), refers to the events in SAC ¶99;

    (xviii) September 29, 2005 - the French Post (Soissons, France) mailed a request to Gidding (San Francisco, CA), refers to the events in SAC ¶134;

    (xix)  March 23, 2006 - SCEV's attorneys (Reims, France) mailed a Judgment to Pivotal (Glen Ellen, CA), refers to the events in SAC ¶100;

    (xx)  February 7, 2007 - the French Treasury Department (Soissons, France) mailed a demand to Pivotal (Glen Ellen, CA), refers to the events in SAC ¶135;

### Wire Fraud : SAC ¶142(b) i-xxi

    (i)  October 28, 1998 - Zappettini (San Francisco, CA) telephoned Pivotal (North Hollywood, CA), refers to the events in SAC ¶58;

    (ii)  October 28, 1998 - Zappettini (San Francisco CA) faxed Lemal (Paris, France), refers to the events in SAC ¶59;

    (iii)  February 25, 1999 - Lemal (Paris France) faxed Zappettini (San Francisco, CA), refers to the events in SAC ¶62;

    (iv)  March 15, 1999 - Erica Valentine (Napa, CA) faxed Pivotal (North Hollywood, CA), refers to the events in SAC ¶63;

    (v)  April 13, 1999 - Anderson (San Francisco, CA) faxed PLB's lawyer (Marin County, CA), refers to the events in SAC ¶51;

    (vi)   April 16, 1999 - Lemal (Paris, France) telephoned Anderson (San Francisco, CA), refers to the events in SAC ¶108;

    (vii)  July 29, 1999 - Champagne Montebello (Ay, France) faxed Pivotal (North Hollywood, CA), refers to the events in SAC ¶110;

    (viii)  August 8, 1999 - Champagne Montebello (Ay, France) faxed Pivotal

(North Hollywood, CA), refers to the events in SAC ¶111;

(ix)     February 26, 2001 - Anderson (San Francisco, CA) faxed Lemal (Paris, France), refers to the events in SAC ¶69;

(x)     February 27, 2001 - Raulet (Chalons-en-Champagne, France) faxed Anderson (San Francisco, CA), refers to the events in SAC ¶70;

(xi)     May 5-11, 2001 - Anderson (San Francisco, CA) telephoned Raulet (France), refers to the events in SAC ¶75;

(xii)     September 10, 2001 - Hartford (Fresno, CA) faxed Seebach (Los Angeles, CA), refers to the events in SAC ¶76(a);

(xiii)     September 15, 2001 - Hartford (Fresno, CA) faxed Seebach (Los Angeles, CA), refers to the events in SAC ¶76(b);

(xiv)     September 20, 2001- Hartford (Fresno, CA) faxed Seebach (Los Angeles, CA), refers to the events in SAC ¶76(c);

(xv)     September 24, 2001 - Anderson (San Francisco, CA) telephoned Raulet (France), refers to the events in SAC ¶78;

(xvi)     September 28, 2001 Anderson (San Francisco, CA) faxed Raulet (Chalons-en-Champagne, France), refers to the events in SAC ¶79;

(xvii)     January 2002 - Anderson (San Francisco, CA) faxed Raulet (Chalons-en-Champagne, France), refers to the events in SAC ¶82;

(xviii)     March 12, 2003 - Raphael Kroon, (Reims, France) telephoned Gidding (North Hollywood, CA), refers to the events in SAC ¶88;

(xix)     September 12, 2003 - Simon (Reims, France) faxed Seebach (Los Angeles, CA), refers to the events in SAC ¶91;

(xx)     September 14, 2003 Seebach (Los Angeles, CA) faxed Simon (Reims, France), refers to the events in SAC ¶92;

(xxi)     April 23, 2007 a French Treasury official (Washington DC) telephoned Gidding (San Francisco, CA), refers to the events in SAC ¶135.