**BIRNBERG & ASSOCIATES**
**CORY A. BIRNBERG (SBN 105468)**
**BIRNBERG & ASSOCIATES**
**703 Market Street, Suite 600**
**San Francisco, CA 94103**
**Telephone: (415) 398-1040**
**Facsimile: (415) 398-2001**

**Attorneys for Plaintiffs**
**JOHN GIDDING, PIVOTAL, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL, INC.** | Case No. C-7-04755-JW |
| Plaintiffs, | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| **DEREK ANDERSON, et al.,** | |
| Defendants. | DATE: AUGUST 29, 2008 |
| | TIME: 9:00 A.M. |
| | PLACE: CTRM. 2, 17TH FLOOR |

The motion of Defendants Derek Anderson, Plantagenet Capital Management LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, and Plantagenet Capital Fund LP II, PLB Holdings SA, and Plantagenet Partners SA ("Plantagenet Defendants") to

[PROPOSED]ORDER DENYING DEFENDANTS' MOTION TO DISMISS        Case No. C-7-04755-JW

-1-

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

dismiss Plaintiff's Second Amended Complaint ("SAC") came on regularly for hearing on the above captioned date and time. After appearances of the respective counsel for the parties, and consideration of the pleadings and oral argument, the Court finds as follows:

Plaintiffs have demonstrated that service on PPSA and PLB through C. Derek Anderson was proper. Plaintiffs have demonstrated that the allegations in the SAC are adequate to establish a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), Title 18, United States Code, sections 1961-1968. Further, the SAC as written states a claim to relief that is plausible on its face, and therefore satisfies the standard set out in *Bell Atlantic Corp. v. Twombly* (2007) 127 S. Ct. 1955.

IT IS HEREBY ORDERED THAT:

1. Plantagenet Defendants' motion to dismiss for lack of proper service is denied;

2. Plantagenet Defendants' motion to dismiss for failure to state a claim is denied; and

3. Plantagenet Defendants are ordered to answer the Second Amended Complaint within 10 days of this order.

IT IS SO ORDERED

Dated: _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

[PROPOSED]ORDER DENYING DEFENDANTS' MOTION TO DISMISS                                              Case No. C-7-04755-JW

-2-