IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | |
|     Plaintiffs, | No. C 07-04755 JSW |
|   v. | |
| DEREK ANDERSON, et al., | **ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MARIE CLAUDE SIMON'S MOTION FOR ENTRY OF FINAL JUDGMENT** |
|     Defendants. | |

This matter is set for a hearing on October 24, 2008 on the Defendant Simon's motion to for entry of final judgment. However, the Court is unavailable on that day. Accordingly, the hearing is RESET for October 17, 2008 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 19, 2008 and a reply brief shall be filed by no later than August 26, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 5, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE