# PLANTAGENET SARL

limited liability corporation with a capital of 250,000 Francs
headquarters: 38, avenue Pierre 1er de Serbie, Paris, France 75008
R.C.S. Paris B 420 021 768

-----------

## Minutes of a General meeting of the Directors and Stockholders

## November 13, 2006

November 13, 2006, 5PM, Monday

The shareholders of "PLANTAGENET SARL", a corporation with a capital of 40,000 Euros Francs divided into 18,000 shares, assembled for a General meeting of the Directors and Stockholders.

........................

**First Resolution**
This assembly. on the condition that the dissolution of the company is accepted, decided to relieve Carl Derek ANDERSON of his duties of Director, effective today.

........................

**Third Resolution**
This assembly, in considering a proposition put forward by the Board of Directors, nominates Ollivier Lemal as "liquidator" during the time required to liquidate the company.  Mr. Ollivier Lemal lives at 137 rue Tahere, SAINT CLOUD (92210).

.........................