**PLANTAGENET SA**
**420 021 768 R.C.S. PARIS**

Address: 39, Avenue Pierre 1er de Serbie, Paris 75008
Activity: (code NAF) Fund Management

| Date | Type | Decision |
|---|---|---|
| Nov. 11, 2006 | Minutes of a General meeting | Liquidation, nomination of a liquidator<br>Dismissal of Auditor<br>File no. 10687 dated Jan. 31, 2007 |
| May 6, 2006 | Minutes of a Directors meeting | Nomination of Directors<br>File no. 42368 dated May 17, 2006 |
| Dec. 12, 2004 | Minutes of a General meeting | Modification of by-laws<br>Change of name<br>Previous name: Plantagenet Partners SA<br>File number 6628 dated Jan. 28, 2005 |

-------------------------------------------------------------------