# Extract KBIS

Registry of corporations in commerce
dated: September 2, 1998
registry number: R.C.B. 420 021 768
Extract dated: May 11, 2000

**Information relative to the Person**

name: Plantagenet Partners SA

form: anonymous company, capital of 1.800,000 French Francs

address: 39, avenue Pierre 1er de Serbie, Paris 75008

constitution: Filed on Sept. 2, 1998, number 015076, with the clerk of the court of Paris.

publication: Journal La Gazette du Palais, on September 2, 1998.

**Administration**

President and Chairman, Mr. Lemal, Ollivier
    born: Sept. 17, 1955 in Paris, France
    nationality: French
    137, rue Tahere, Saint Cloud, 92210

Director: Mr. Anderson ,Carl Derek
    born: May 14, 1941 in California, USA
    nationality: USA
    20 Kite Hill Lane, Mill Valley, California, 94941, USA

Director: Mr. Zappettini, John Joseph
    born: December 9, 1962 in California, USA
    nationality: USA
    2 Maple Avenue, Atherton, 91027 USA

Director: Mr. Bucaille, Marc
    born: May 20, 1942 in Neuilly, Franee
    nationality: French
    2, avenue du Colonel Bonnet, Paris 75016