1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA, ESQ. (SBN 212225)**
   **BIRNBERG & ASSOCIATES**
3  **703 Market Street, Suite 600**
   **San Francisco, CA 94103**
4  **Telephone: (415) 398-1040**
   **Facsimile: (415) 398-2001**

**Attorneys for Plaintiffs**
**JOHN GIDDING, PIVOTAL, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL, INC.** ) | Case No. C-7-04755-JW |
| ) | |
| Plaintiffs, ) | [PROPOSED] |
| ) | ORDER DENYING MOTION |
| v. ) | FOR ENTRY OF JUDGMENT |
| ) | |
| **DEREK ANDERSON, et al.,** ) | |
| ) | Date: October 24, 2008 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Place: Courtroom 2, 17th Floor. |
| _____ ) | |

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

ORDER DENYING MOTION FOR ENTRY OF JUDGMENT
Case No. C-7-04755-JW

-1-

Defendant Marie-Claude Simon's Motion For Entry of Judgment came on regularly for hearing on the above captioned date and time. After appearances of the respective counsel for the parties, and consideration of the pleadings and oral argument, the Court finds as follows:

Pursuant to FRCP 54(b), entry of judgment for lack of personal jurisdiction in favor of Marie Claude Simon does not adjudicate fewer than all the claims or the rights and liabilities of fewer than all the parties and does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities. As such, the court could not make this determination and enter judgment until discovery is over.

The Motion for Entry of Judgment is denied without prejudice.

SO ORDERED

By: _____
Jeffrey S. White
United States District Court Judge
Northern District of California.

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ORDER DENYING MOTION FOR ENTRY OF JUDGMENT**
Case No. C-7-04755-JW

-2-