IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | No. C 07-04755 JSW |
| Plaintiffs, | |
| v. | **ORDER GRANTING MARIE CLAUDE SIMON'S MOTION FOR ENTRY OF FINAL JUDGMENT** |
| DEREK ANDERSON, et al., | |
| Defendants. | |

Now before the Court for consideration is the Motion for Entry of Final Judgment filed, pursuant to Federal Rule of Civil Procedure 54(b), by Marie Claude Simon ("Simon"). Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for October 17, 2008 is VACATED and Simon's motion is GRANTED.

On May 22, 2008, the Court granted Simon's motion to dismiss for lack of personal jurisdiction and dismissed all claims that had been asserted against her. Because Simon is not the only defendant, that order did not fully resolve this matter. Simon now moves the Court to enter a final judgment in her favor. Rule 54(b) provides, in pertinent part, that "when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all claims or parties ... if the court expressly determines that there is not just reason for delay."

In this case, the Court's Order granting Simon's motion for to dismiss for lack of personal jurisdiction resolved all claims against her. Plaintiffs' primary argument in opposition to the motion is, in essence, an argument that the Court should reconsider its Order granting the motion to dismiss. That the Court shall not do. Accordingly, the Court concludes that there is no just reason for delay, and shall enter a separate, partial, judgment in this case in favor of Simon and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2