IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | No. C 07-04755 JSW |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DEREK ANDERSON, et al., | |
| Defendants. | |

Pursuant to the Court's Order, dated May 22, 2008, granting Defendant Marie Claude Simon's motion to dismiss for lack of personal jurisdiction, and pursuant to the Court's Order of this date granting Simon's motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b), and there being no just reason for delay, JUDGMENT IS HEREBY ENTERED in favor of Simon and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE