IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | No. C 07-04755 JSW |
| Plaintiffs, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR BILL OF COSTS AND OBJECTIONS THERETO** |
| DEREK ANDERSON, et al., | |
| Defendants. | |

On June 5, 2008, Defendant Marie Claude Simon filed a motion for bill of costs and simultaneously filed her bill of costs. On June 15, 2008, Plaintiffs filed their opposition to the motion. On June 23, 2008, Simon filed a reply. On July 3, 2008, the Clerk sent a letter to Simon advising her that her bill of costs could not be taxed because judgment had not yet been entered. On August 1, 2008, Simon filed a motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). On September 10, 2008, the Court granted that motion and entered judgment. By this Order, if Simon still seeks costs, the Court hereby directs her to resubmit her bill of costs within the time required under N.D. Civ. L.R. 54-1. No motion is necessary. If Plaintiffs have objections to the renewed bill of costs, they may filed their objections within the time frame required by N.D. Civ. L.R. 54-2.

//

//

//

1    The motion filed on June 5, 2008, is DENIED WITHOUT PREJUDICE, as are
2 Plaintiffs' objections to that motion.
3    **IT IS SO ORDERED.**
4 Dated:   September 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE