IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING and PIVOTAL, INC., | |
| Plaintiffs, | No. C 07-04755 JSW |
| v. | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| DEREK ANDERSON, et al., | |
| Defendants. | |

Now before the Court is the motion for leave to file a motion for reconsideration filed by Plaintiffs John Gidding and Pivotal, Inc. ("Plaintiffs"). Plaintiffs request reconsideration of the Court order issued on August 27, 2008, denying in part and granting in part Defendants' motion to dismiss ("Order"). Having carefully reviewed Plaintiffs' papers and considered the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiffs' motion for leave to file a motion for reconsideration.

A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of the order. Civ. L.R. 7-9(b)(1)-(3). In addition, the moving party may not reargue any

1  written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

2  Plaintiffs move for reconsideration for the Court to consider the relevant releasing language in the Settlement and Release Agreement ("Release") that a number of Plantagenet Defendants signed with Plaintiff in September 2001. The Order found that Plaintiffs had failed to state a claim pursuant to the Racketeer and Corrupt Organizations Act for failure to allege fraudulent conduct or proximate injury. To the extent the language of the Release tends to demonstrate that some of the Plantagenet Defendants who were not signatories engaged in relevant fraudulent conduct that was the proximate cause of an injury that Plaintiffs actually suffered, Plaintiffs are permitted to allege such facts in their amended complaint, if they are supported by the record. Accordingly, Plaintiffs' motion for leave to file a motion for reconsideration is DENIED.

In the final paragraph of the motion for leave to file a motion for reconsideration, Plaintiffs request an additional 15 days to file their Third Amended Complaint. Plaintiffs' request is DENIED.

**IT IS SO ORDERED.**

Dated: September 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2