MATTHEW F. QUINT, ESQ.
California Bar No. 54369
WILSON & QUINT LLP
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile: 415.398.1608
Email: mfquint@aol.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL INC.** | CASE NO. C-07-4755 JSW |
| **Plaintiffs,** | PLAINTIFFS' AND PLANTAGENET DEFENDANTS' STIPULATION EXTENDING TIME FOR PLANTAGENET DEFENDANTS TO FILE RESPONSIVE PLEADING |
| vs. | |
| **DEREK ANDERSON, et al.,** | |
| **Defendants.** | |

NOW COME Plaintiffs JOHN GIDDING and PIVOTAL, INC. (Plaintiffs) and the PLANTAGENET DEFENDANTS (Defendants) and hereby stipulate to extend the Plantagenet Defendants' time in which to file a responsive pleading to Plaintiffs' Third Amended Complaint.

This stipulation is entered into with reference to the following facts:

This Court's Order Granting Motion to Dismiss (doc. 115) states that, "Should Plaintiffs elect to file a third amended complaint, they shall do so by no later than September 29, 2008 and any response from defendants shall be filed no later than twenty days thereafter."

Plaintiffs filed a third amended complaint on September 29, 2008. On that same date, Defendants' counsel, Matthew F. Quint, underwent prostate surgery at John Muir Medical Center in Walnut Creek. Mr. Quint is still recuperating from that surgery.

1

As a result of Mr. Quint's recent surgery, Defendants have requested and Plaintiffs have agreed to stipulate that Defendants be granted an additional ten days, to October 30, 2008, to respond to Plaintiffs' Third Amended Complaint.

**SO STIPULATED.**

DATED: October 4, 2008.    BIRNBERG & ASSOCIATES

By: _____
Cory A. Birnberg
Attorneys for Plaintiffs

DATED: October 3, 2008.    WILSON & QUINT LLP

By: _____
Matthew F. Quint
Attorneys for Plantagenet Defendants

### Order

Based on the foregoing stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that any response by Plantagenet Defendants to Plaintiffs' third amended complaint shall be filed no later than October 30, 2008.

Dated: October 6, 2008

_____
Jeffrey S. White
United States District Court Judge
Northern District of California

---

PLAINTIFFS' AND PLANTAGENET DEFENDANTS' STIPULATION EXTENDING TIME FOR PLANTAGENET DEFENDANTS TO FILE RESPONSIVE PLEADING