IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING and PIVOTAL, INC.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.

_____/

No. C 07-04755 JSW

**ORDER SETTING BRIEFING SCHEDULE ON SIMON'S MOTION FOR REVIEW OF TAXATION OF COSTS**

This matter is currently set for a hearing on December 19, 2008 on Marie Claude Simon's motion for review of clerk's taxation of costs. The Court HEREBY ORDERS that an opposition to that motion shall be filed by no later than October 24, 2008 and a reply brief shall be filed by no later than October 31, 2008. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 10, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE