**BIRNBERG & ASSOCIATES**
**CORY A. BIRNBERG (SBN 105468)**
**BIRNBERG & ASSOCIATES**
**1083 Mission Street, Third Floor**
**San Francisco, CA 94103y**
**Telephone: (415) 398-1040**
**Facsimile: (415) 398-2001**

**Attorneys for Plaintiffs**
**JOHN GIDDING, PIVOTAL, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN GIDDING, PIVOTAL, INC.** ) | Case No. C-7-04755-JSW |
| ) | |
| Plaintiffs, ) | **PLAINTIFFS' AND** |
| ) | **PLANTAGENET DEFENDANTS'** |
| v. ) | **STIPULATION TO MODIFY** |
| ) | **BRIEFING SCHEDULE OF** |
| **DEREK ANDERSON, et al.,** ) | **PIVOTAL PLAINTIFFS'** |
| ) | **OPPOSITION TO MOTION TO** |
| Defendants. ) | **DISMISS AND ORDER THEREON** |
| ) | |
| _____ ) | |

NOW COME Plaintiffs JOHN GIDDING and PIVOTAL, INC. (Plaintiffs) and the PLANTAGENET DEFENDANTS (Defendants) and hereby stipulate to continue the briefing schedule for Defendants' Motion to Dismiss. Plaintiffs have requested an extension of the briefing schedule due to the natural delays and organizational difficulties associated with counsel's recent office relocation. Plaintiff notes that it had only one week to do the opposition (while defendant had almost a month to do the motion) and Defendant had two weeks to reply. The opposition is due during our move. We did not have computers

1
STIPULATION TO MODIFY BRIEFING SCHEDULE OF PLANTAGENET DEFENDANTS' MOTION TO DISMISS
Case No. C-7-04755-JSW

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

and phones for a few days. The parties agree that Plaintiffs' opposition brief shall be due on November 14, 2008 and Plantagenet Defendants' response, if any, shall be due on December 5, 2008. The court's order of June 23, 2008 indicated that the parties by agreement may modify the briefing schedule.

Defendant enters into this stipulation upon the stipulation for additional time, and it is presented at Plaintiffs' request and is conditioned on Defendants receiving the additional time set forth in the stipulation.

**SO STIPULATED**

.

                                      BIRNBERG & ASSOCIATES

Dated: 31 October 2008                 By: _/s/ Cory A. Birnberg____
                                                     Cory A. Birnberg
                                                     Attorneys for Plaintiffs

                                      WILSON & QUINT, LLP

Dated: 31 October 2008                 By: _/s/ Matthew Quint____
                                                       Matthew F. Quint
                                                   Attorneys for Defendants Plantagenet

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1
STIPULATION TO MODIFY BRIEFING SCHEDULE OF PLANTAGENET DEFENDANTS' MOTION TO DISMISS
Case No. C-7-04755-JSW

**Order**

Based upon the foregoing stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing schedule set forth in the court's order of October 29, 2008 is hereby modified and the Plaintiffs opposition is now due on November 14th and Defendant's reply, if any, is due on December 5th.

Dated: November 4, 2008

By: _____
Jeffrey S. White
United States District Court Judge
Northern District of California

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1
STIPULATION TO MODIFY BRIEFING SCHEDULE OF PLANTAGENET DEFENDANTS' MOTION TO DISMISS
Case No. C-7-04755-JSW