IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEREK ANDERSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04755 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO BE RELIEVED AS COUNSEL AND CONTINUING HEARING ON MOTION TO DISMISS** |

This matter is set for a hearing on February 13, 2009 on Plaintiffs' counsel motion to be relieved as counsel. The Court HEREBY ORDERS that an opposition to the motion, if any, shall be filed by no later than January 20, 2009 and a reply brief shall be filed by no later than January 27, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

///

///

///

///

In addition, the hearing on the pending motion to dismiss the third amended complaint is CONTINUED from January 16, 2009 at 9:00 a.m. to February 13, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 5, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE