1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING and PIVOTAL, INC.,

      Plaintiffs,

  v.

DEREK ANDERSON, et al.,

      Defendants.

_____/

No. C 07-04755 JSW

**ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO PAY TAXATION OF COSTS**

On November 24, 2008, this Court issued an order assessing costs against Plaintiffs recoverable by defendant Marie-Claude Simon in the amount of $7,762.19. The Court further ordered that Plaintiffs pay these assessed costs by no later than December 22, 2008 with a proof of such payment filed with the Court by no later than December 24, 2008. From the record in this case and the recent status report submission by defendant Simon, it is clear that such payment has not been made and proof of such payment has not been filed with the Court.

The Court therefore issues this Order to Show Cause why Plaintiffs should not be held in contempt for failure to comply with this Court's order. Plaintiffs shall file a written response to this Order by no later than January 30, 2009. Failure to comply with this Order shall result in

sanctions.

**IT IS SO ORDERED.**

Dated:    January 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2