John P. Kreis (State Bar No. 103737)
JOHN P. KREIS, PC
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071-3471
Tel:213.613.1049
Fax:213.330.0258
Email:jkreis@attglobal.net

Attorney for Defendant
Ollivier Lemal

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEREK ANDERSON, et al, <br><br> Defendants. | Case No.: C-07-4755 JSW <br><br> **PLAINTIFFS' AND DEFENDANT OLLIVIER LEMAL'S STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT AND ORDER THEREON** |

NOW COME Plaintiffs JOHN GIDDING and PIVOTAL, INC. (Plaintiffs) and the Defendant Ollivier Lemal (Defendant) and hereby stipulate to extend the Defendant's time in which to file a responsive pleading to Plaintiffs' Third Amended Complaint.

This stipulation is entered into with reference to the following facts:

Plaintiffs filed a third amended complaint on September 29, 2008.

Plaintiffs contend they caused Lemal to be served in France on or about January 22, 2009.

Defendant has requested and Plaintiffs have agreed to stipulate that the deadline for Lemal to respond to the third amended complaint shall be extended through and including March 13, 2009.

---

PLAINTIFFS' AND DEFENDANT OLLIVIER LEMAL'S STIPULATION EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT
- 1

SO STIPULATED.

Date: February 9, 2009

Birnberg & Associates

By: _____
Cory A. Birnberg
Attorney for Plaintiffs


Date: February 9, 2009

**JOHN P. KREIS, PC**

_____
John P. Kreis
Counsel for Defendant

### Order

Based upon the foregoing stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that any response Ollivier Lemal to Plaintiffs' Third Amended Complaint shall be filed no later than March 13, 2009.

Date: February 10, 2009

_____
Jeffrey S. White
United States District Court Judge
Northern District of California

---

PLAINTIFFS' AND DEFENDANT OLLIVIER LEMAL'S STIPULATION EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT
- 2 -