LAW OFFICES OF KIRK B. FREEMAN
KIRK B. FREEMAN Bar No. 99685
MATTHEW A. MALLET Bar No. 203393
LAW OFFICES OF KIRK B. FREEMAN
214 Grant Avenue, Suite 301
San Francisco, California 94108
Telephone: (415) 398-1082
Fax: (415) 391-1285
Email: kirk@KBFLaw.com

Attorneys for Plaintiffs
JOHN GIDDING & PIVOTAL, INC.

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC; | Case No. C-7-04755-JW |
| Plaintiffs, | [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL |
| vs. | |
| DEREK ANDERSON, an individual, JOHN ZAPPETTINI, an individual OLIVIER LEMAN, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported Delaware corporation, PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Caymen Island corporation, PLANTAGENET CAPITAL FUND II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation, PLANTAGENENT PARTNERS SA, a purported French corporation, SERGE HAUCHART, an individual, ACEA CHATEAU LA LAGUNE, a purported | |

- 1 -

ORDER APPROVING SUBSTITUTION OF COUNSEL

| | |
|---|---|
| 1 | French corporation, and DOES 1 through ) |
| 2 | 11, inclusive ) |
| 3 | Defendants. ) |
| 4 | ) |

The substitution of counsel filed by plaintiffs John Gidding and Pivotal, Inc. substituting the Law Offices of Kirk B. Freeman in place of Birnberg & Associates is HEREBY APPROVED.

IT IS SO ORDERED.

Dated: February 17, 2009

_____
The Honorable Jeffrey S. White
United States District Court Judge

- 2 -

ORDER APPROVING SUBSTITUTION OF COUNSEL