IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING, et al.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.

_____/

No. C 07-04755 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

This matter is set for a hearing on February 27, 2009 on the pending motion to dismiss the third amended complaint. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for February 27, 2009 is HEREBY VACATED.

Plaintiffs' counsel motion to be relieved as counsel has been rendered moot by the filing of a substitution of counsel.

**IT IS SO ORDERED.**

Dated: February 25, 2009

                                                              JEFFREY S. WHITE  
                                                              UNITED STATES DISTRICT JUDGE

**United States District Court**  
For the Northern District of California