IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEREK ANDERSON, et al.,<br><br>    Defendants.<br>_____ / | No. C 07-04755 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON LEMAL'S MOTION TO DISMISS** |

This matter is currently set for a hearing on May 15, 2009 on Defendant Ollivier Lemal's motion to dismiss. The Court HEREBY ORDERS that an opposition to that motion shall be filed by no later than March 27, 2009 and a reply brief shall be filed by no later than April 3, 2009. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.

If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE