IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | |
| Plaintiffs, | No. C 07-04755 JSW |
| v. | |
| DEREK ANDERSON, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTIONS FOR SANCTIONS** |
| Defendants. | |

This matter has been set for a hearing on May 15, 2009 on the Plantagenet Defendants' motions for sanctions. The Court HEREBY ORDERS that oppositions to the motions shall be filed no later than April 17, 2009 and replies shall be filed no later than April 24, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE