1    BIRNBERG & ASSOCIATES
     CORY A. BIRNBERG (SBN 105468)
2    BIRNBERG & ASSOCIATES
     1083 Mission Street, Third Floor
3    San Francisco, CA 94103
     Telephone: (415) 398-1040
4    Facsimile: (415) 398-2001

5    Former Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11   JOHN GIDDING, PIVOTAL, INC.        )   Case No. C-7-04755-JW
                                        )
12        Plaintiffs,                   )
                                        )
13   v.                                 )   STIPULATION TO AMEND
                                        )   BRIEFING SCHEDULE RE:
14   DEREK ANDERSON, et al.,            )   DEFENDANTS' MOTION FOR
                                        )   RULE 11 SANCTIONS
15        Defendants.                   )     AND ORDER THEREON
                                        )   Date: May 15, 2009
16                                      )   Time: 9:00 a.m.
                                        )   Place: Ctrm 2, 17th Floor
17   _____ )

18

19        Cory A. Birnberg and Birnberg & Associates (hereinafter collectively referred to as

20   "Birnberg"), former attorneys for Plaintiffs, and the PLANTAGENET DEFENDANTS

21   (hereinafter referred to as "Defendants") hereby stipulate to amend the briefing schedule for

22   Defendants' pending Motion for Rule 11 Sanctions. Birnberg's Opposition shall now be filed

23   no later than April 24, 2009.  Defendants' Reply shall now be filed no later than May 1, 2009.

24   The hearing date will not change and will remain May 15, 2009.

25        This stipulation is entered into with reference to the following facts:

26        1.    Although Birnberg was hand-served with the moving papers on April 3, 2009,

27   Birnberg was not served with the Order Setting Briefing Schedule on Motions for Sanctions.

28

BIRNBERG &
ASSOCIATES
1083 Mission Street
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1    Birnberg is no longer attorney of record for Plaintiffs and therefore does not receive ECF

2    filings.

3        2.    ~~Birnberg's litigation schedule.~~

4        For these reasons and out of professional courtesy, Birnberg, with Plantagenet

5    Defendants' concurrence, request the Court to amend the briefing schedule as noted above.

6    SO STIPULATED.

7    Dated: April 9, 2009                BIRNBERG & ASSOCIATES

8

9                                        By: _____

10                                          Cory A. Birnberg, Esq.
                                            Former Attorneys for Plaintiffs
11
     Dated: April 9 , 2009               WILSON & QUINT LLP
12

13                                       By: _____

14                                          Matthew F. Quint, Esq.
                                            Attorneys for Plantagenet Defendants
15

16                        **ORDER**

17        Based on the foregoing Stipulation and good cause appearing therefore, IT IS

18   HEREBY ORDERED that briefing schedule shall be amended. Birnberg's Opposition shall

19   now be filed no later than April 24, 2009.  Defendants' Reply shall now be filed no later than

20   May 1, 2009. The Hearing date shall remain May 15, 2009.

21

22                                       _____

23   Dated: April 10 , 2009
                                         HONORABLE JEFFREY S. WHITE
24                                         United States District Court Judge

25

26   BIRNBERG &
     ASSOCIATES
     1083 Mission Street
27   Third Floor
     SAN FRANCISCO
     CA. 94103
     TEL (415) 398-1040
28   FAX (415) 398-2001