RONALD E. MALLEN (SBN: 40928)
KARA E. FARMER (SBN: 233373)
rmallen@hinshawlaw.com
kfarmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     415-362-6000
Facsimile:     415-834-9070

Attorneys for Respondents
DAVID J. COHEN,
COHEN & PAIK LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, AN INDIVIDUAL AND PIVOTAL INC., A CALIFORNIA CORPORATION<br><br>Plaintiffs,<br>vs.<br><br>DEREK ANDERSON, ET AL. AND DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | **Case No. C-07-4755 JSW**<br><br>**STIPULATION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE TO RESPOND TO THE PLANTAGENET DEFENDANTS' MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11 AND 28 U.S.C. 1927 AND ORDER THEREON**<br>Honorable Jeffrey S. White |

## I.     STIPULATION

Plaintiffs John Gidding and Pivotal, Inc. (collectively "Plaintiffs"), Responding Parties David J. Cohen and Cohen & Paik, LLP (hereafter collectively referred to as "Cohen") and Cory Birnberg and Birnberg & Associates (collectively "Birnberg"), Cohen and Birnberg being former counsel for Plaintiffs, on the one hand and Moving Parties Derek Anderson ("Anderson"), Plantagenet Capital Management LLC, Plantagenet Capital America LLC, Plantagenet Capital Fund LP, Plantagenet Capital Fund LP II, PLB Holdings SA ("PLB") and Plantagenet Partners SA ("PPSA") (hereafter collectively referred to as the "Plantagenet Defendants"), on the other hand, by and through their counsel, hereby stipulate and agree to continue the hearing date on the Plantagenet Defendants' Motion for Sanctions to June 5, 2009.  Plaintiffs, Cohen, and Birnberg

1

1   and the Plantagenet Defendants further stipulate and agree that any Opposition to said Motion for

2   Sanctions shall be due filed on or before May 5, 2009; and the Plantagenate Defendants' Reply

3   brief shall be filed on or before May 19, 2009.

4       This stipulation is entered into with reference to the following facts:

5       (1)    Cohen and Birnberg received the Plantagenet Defendants' Motion for Sanctions

6   late Friday, April 3, 2009.

7       (2)    Cohen was replaced in this matter by Attorney Birnberg as counsel for Plaintiffs

8   in March of 2008, thus Cohen has not been involved in the *Gidding* case for over a year.

9       (3)    Birnberg's litigation schedule requires the continuance of the hearing and

10  stipulated briefing schedule requested herein, in order to allow adequate time to prepare

11  Birnberg's Opposition.

12      (4)    The interested parties understand the seriousness of the charges made and

13  sanctions requested in the Plantagenet Defendants' Motion for Sanctions.  In order to ensure that

14  the Court is provided with an appropriate and complete response, Cohen has sought outside

15  counsel with expertise in dealing with such matters.

16      (5)    Hinshaw & Culbertson LLP was engaged to represent Cohen late last week.

17  Hinshaw & Culbertson LLP has determined that, in order to appropriately research and respond

18  to the Plantagenet Defendants' Motion for Sanctions on Cohen's behalf, a continuance of the

19  hearing date and the stipulated briefing schedule herein is required.

20      (6)    Counsel for Plaintiffs, Birnberg, Counsel for Cohen and counsel for the

21  Plantagenet Defendants have met and conferred and agreed that the stipulated continuance of the

22  hearing and the requested briefing schedule are appropriate, under the circumstances, in order to

23  allow adequate time for new counsel to get up to speed concerning the *Gidding* action and

24  prepare Oppositions thereto.

25      (7)    Counsel for Cohen is unavailable for hearing of this matter on May 29, 2009.

26      (8)    The continued hearing date and briefing schedule agreed to herein supersedes

27  Birnberg's previously filed stipulation concerning briefing of the Motion for Sanctions.

28      (9)    As of the time of the filing of this stipulation, Cohen's counsel has reviewed

1 | Judge White's calendar and ascertained that Friday, June 5, 2009 is available for continuance of

2 | the hearing.

3 | For the foregoing reasons and out of professional courtesy, Plaintiffs, Birnberg, and

4 | Cohen, with the Plantagenet Defendants' concurrence, requests the Court continue hearing of the

5 | Motion for Sanctions to June 5, 2009, and to set a briefing schedule such that any Opposition is

6 | to be filed on May 5, 2009, and the Plantagenet Defendants' Reply is to be filed on May 19,

7 | 2009.

8 | IT IS SO STIPULATED.

9 | Dated: April 14, 2009    WILSON & QUINT LLP

10

11 | /s/ Matthew F. Quint

12 | MATTHEW F. QUINT
Attorney for the Plantagenet Defendants

13

14 | Dated: April 14, 2009    HINSHAW & CULBERTSON LLP

15

16

17 | /s/ Kara E. Farmer
RONALD E. MALLEN
KARA E. FARMER

18 | Attorneys for David J. Cohen, Cohen & Paik LLP

19 | Dated: April 14, 2009    LAW OFFICE OF KIRK B. FREEMAN

20

21 | /s/ Kirk B. Freeman

22 | KIRK B. FREEMAN
Attorneys for Plaintiffs

23

24 | Dated: April 14, 2009    BIRNBERG & ASSOCIATES

25

26 | /s/ Cory A. Birnberg

27 | CORY A. BIRNBERG
Attorneys for Cory A. Birnberg and Birnberg & Associates

28

3

STIPULATION TO CONTINUE HEARING & SET BRIEFING SCHEDULE RE MOTION FOR SANCTIONS – Case No. C-07-4755 JSW

## II.   ORDER

Based on the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing on the Plantagenet Defendants' Rule 11 Motion for Sanctions shall be continued to June 5, 2009.  Any Opposition thereto shall be filed no later than May 5, 2009. The Plantagenet Defendants' Reply shall be filed no later than May 19, 2009.

IT IS SO ORDERED.

Dated: April 15, 2009

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2981962v1   7048395