**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10   JOHN GIDDING and PIVOTAL, INC.,
11          Plaintiffs,                              No. C 07-04755 JSW
12   v.
13   DEREK ANDERSON, et al.,                         **ORDER RE TAXATION OF COSTS**
14          Defendants.
15
16   _____/
17
18          On November 24, 2008, this Court issued an order assessing costs against Plaintiffs
19   recoverable by defendant Marie-Claude Simon in the amount of $7,762.19.  The Court further
20   ordered that Plaintiffs pay these assessed costs by no later than December 22, 2008 with a proof
21   of such payment filed with the Court by no later than December 24, 2008.  On January 21,
22   2009, this Court issued an order to show cause re contempt for failure to pay taxation of costs.
23   In response, Plaintiffs's submission indicated that a judgment exceeding the costs assessed by
24   this Court cut off the obligation to satisfy this Court's order.  On March 25, 2009, this Court
25   received a further status report from defendant Simon indicating, among other things, that there
26   are material misrepresentations in the record on the outstanding costs and that there was only
27   partial payment of the costs assessed by the Court.
28

**United States District Court**
For the Northern District of California

1   From the record in this case and the status reports submitted by defendant Simon, it is

2   clear that the full payment has not been made and, in any regard, no proof of any payment has

3   been filed with the Court by Plaintiffs.

4   The Court HEREBY ORDERS that Plaintiffs shall respond to the allegations in

5   defendant Simon's status report filed on March 25, 2009 and shall indicate its position on both

6   the payment of outstanding assessed costs as well as a possible further award of attorneys' fees

7   incurred as a result of defendant Simon's multiple attempts to enforce the Court's original order

8   by no later than May 5, 2009.  Defendant Simon may reply, if necessary, by no later than May

9   12, 2009.  Unless resolved by a prior written order, the Court shall hear this matter in

10  conjunction with the pending motions for sanctions filed by the Plantagenet Defendants on June

11  5, 2009 at 9:00 a.m.

12  Failure to comply with this Order shall result in the imposition of sanctions or an order

13  of contempt.

14

15  **IT IS SO ORDERED.**

16  Dated:    April 15, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2