LAW OFFICES OF KIRK B. FREEMAN
KIRK B. FREEMAN Bar No. 99685
MATTHEW A. MALLET Bar No. 203393
LAW OFFICES OF KIRK B. FREEMAN
214 Grant Avenue, Suite 301
San Francisco, California 94108
Telephone: (415) 398-1082
Fax: (415) 391-1285
Email: kirk@KBFLaw.com

Attorneys for Plaintiffs
JOHN GIDDING & PIVOTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIDDING, PIVOTAL, INC; <br><br> Plaintiffs, <br><br> vs. <br><br> DEREK ANDERSON, an individual, JOHN ZAPPETTINI, an individual OLIVIER LEMAN, an individual; PLANTAGENET CAPITAL MANAGEMENT LLC, a purported Delaware corporation, PLANTAGENET CAPITAL AMERICA LLC, a purported Delaware corporation; PLANTAGENET CAPITAL FUND LP, a purported Caymen Island corporation, PLANTAGENET CAPITAL FUND II, a purported Cayman Island corporation, PLB HOLDINGS SA, a purported Luxembourg corporation, PLANTAGENENT PARTNERS SA, a purported French corporation, SERGE HAUCHART, an individual, ACEA CHATEAU LA LAGUNE, a purported | Case No. C-7-04755-JW <br><br> [PROPOSED] ORDER APPROVING WITHDRAWAL OF ATTORNEYS FOR INDIVIDUAL PLAINTIFF ONLY |

|  |  |
|---|---|
| 1 | French corporation, and DOES 1 through |
| 2 | 11, inclusive |
| 3 | Defendants. |
| 4 | ———————————————————— |
| 5 | And related Cross-Actions |
| 6 | ———————————————————— |

The withdrawal of the Law Offices of Kirk B. Freeman as attorneys of record for plaintiffs John Gidding ~~and Pivotal, Inc.~~ is HEREBY APPROVED.

IT IS SO ORDERED.

Dated: April 27, 2009

Pivotal, Inc. is a corporation and may not proceed *pro se*. Therefore, the Law Offices of Kirk B. Freeman shall continue to represent the corporation until such time as the substitute counsel is located or Pivotal, Inc. withdraws from the litigation.

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Court Judge

- 2 -

ORDER APPROVING WITHDRAWAL OF COUNSEL