IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDDING, et al., | |
|     Plaintiffs, | No. C 07-04755 JSW |
| v. | |
| DEREK ANDERSON, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
|     Defendants. | |

This matter has been set for a hearing on June 19, 2009 on the La Lagune Defendant's motions to dismiss. The Court HEREBY ORDERS that opposition to the motion shall be filed no later than May 12, 2009 and replies shall be filed no later than May 19, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 28, 2009

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE