1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOHN GIDDING, an individual and
     PIVOTAL, INC., a California corporation,           No. C 07-04755 JSW

11              Plaintiffs,

12      v.                                              **ORDER TO SHOW CAUSE RE
                                                        MOTION TO WITHDRAW AS
13   DEREK ANDERSON, et. al,                            COUNSEL FOR PLAINTIFF
                                                        PIVOTAL, INC.**
14              Defendants.

15   _____/

16          The Court has received the motion filed by the Law Offices of Kirk B. Freeman to

17   withdraw from representation of Plaintiff Pivotal, Inc.  The Court previously granted the motion

18   to withdraw from representation but only as to the individual plaintiff John Gidding, on the

19   basis that a corporation may not proceed *pro se*.  In this regard, there is no indication from the

20   current motion to withdraw as counsel for the corporation, Pivotal, Inc., that the company has

21   any plans to replace counsel.  Therefore, the Court HEREBY ORDERS PLAINTIFF TO

22   SHOW CAUSE as to why this case should not be dismissed against Pivotal, Inc. for failure to

23   prosecute.  Plaintiff John Gidding is ORDERED to file a written response by no later than June

24   15, 2009.  Failure to file a response shall result in the termination of Plaintiff Pivotal, Inc.

25   Current counsel for Pivotal, Inc. must serve this Order on John Gidding, and proof of such

26   service filed before

27   ///

28   ///

     ///

**United States District Court**
For the Northern District of California

the Court by no later than May 29, 2009.

**IT IS SO ORDERED.**

Dated:  May 26, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2