UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Gidding and Pivotal, Inc., | No. C-07-4755 JSW (WDB) |
| Plaintiffs, | |
| v. | **ORDER SCHEDULING HEARING RE MOTIONS FOR SANCTIONS AND ISSUES RE TAXATION OF COSTS** |
| Derek Anderson, et al | |
| Defendants. | |
| _____/ | |

**On Wednesday, June 17, 2009, at 4:00 p.m.**, this Court will conduct a hearing in connection with Plantagenet Defendants' requests for sanctions against plaintiffs John Gidding and Pivotal, Inc., and plaintiffs' former counsel David J. Cohen and Cory Birnberg. **The parties and Messrs. Cohen and Birnberg MUST APPEAR** on June 17, 2009, at 4:00 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California, 94612.

**On June 17, 2009 at 4:00 p.m.,** the Court also will conduct a hearing with respect to plaintiffs' failure to pay costs taxed by the District Court on November 24, 2008.

IT IS SO ORDERED.

Dated: June 8, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

1