UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Gidding and Pivotal, Inc., | No. C-07-4755 JSW (WDB) |
| Plaintiffs, | |
| v. | ***ORDER TO SHOW CAUSE* RE FAILURE TO PAY COSTS AND ORDER RE MOTIONS FOR SANCTIONS** |
| Derek Anderson, et al | |
| Defendants. | |

On May 26, 2009, the District Court referred the Plantagenet Defendants' Motions for Sanctions and "the outstanding issues regarding the taxation of costs with respect to defendant Marie-Claude Simon" to the undersigned.

The Court ORDERS as follows.

## ORDER TO SHOW CAUSE

1.      **PLAINTIFFS JOHN GIDDING AND PIVOTAL, INC.**, MUST APPEAR **ON WEDNESDAY, JUNE 17, 2009, AT 4:00 P.M.** in Courtroom 4, 1301 Clay Street, Oakland, California, 94612 and **SHOW CAUSE** (1) why they should not be held in CONTEMPT for failure to comply with the District Court's November 24, 2008 Order that plaintiffs pay costs in the amount $7,762.19 to defendant Marie-Claude Simon and (2) why the Court should not award Ms.

1   Simon the amount of attorneys' fees that reasonably were incurred to collect the

2   District Court's award of costs.

3

4                    **ORDERS RE MOTIONS FOR SANCTIONS**

5           2.      The Plantegenet Defendants' requests for relief under Federal Rule of

6   Civil Procedure 11 are DENIED.  In order to initiate the "safe harbor" period,

7   defendants are required to serve a copy of the full motion that will be filed with the

8   Court.  Federal Rule of Civil Procedure 11(c) and Advisory Committee Notes

9   (1993 Amendments).  *See also*, *Truesdell v. So. Cal. Permanente Medical Group*,

10  293 F.3d 1146 (9th Cir. 2002) (contemplating service of "filing-ready" motion);

11  *Barber v. Miller*, 146 F.3d 707 (9th Cir. 1998) (informal warnings not substitute

12  for service of a motion); *Roth v. Green*, 466 F.3d 1179 (10th Cir. 2006) (Rule

13  requires service of the actual motion).  Defendants filed with the Court a motion

14  that includes a memorandum of points and authorities, supporting declarations and

15  exhibits that defendants did not serve at the outset of the safe harbor period.

16          3.      The Court DENIES Mr. Cohen's request for reimbursement of

17  attorneys' fees incurred defending against defendants' Motion for Sanctions.  Mr.

18  Cohen's request does not comply with Local Rule 7-8.[1]

19          4.      Defendants' request for relief based on 28 U.S.C. §1927 is DENIED

20  as to Mr. Cohen.  Section 1927 does not apply to the initial pleading.  *In re Keegan*

21  *Mngmt Co., Sec. Litig.,* 78 F.3d 431 (9th Cir. 1996).  The only document that Mr.

22  Cohen is responsible for is the First Amended Complaint.  Because plaintiffs never

23  served defendants with the original complaint, the FAC constitutes the initiating

24  pleading in this action.

25

26

27          [1]The Court is not impressed, however, with the apparently unjustified expansive way in

28  which defendants initially framed their motion for sanctions against Mr. Cohen.

1    5.    Because 28 U.S.C. §1927 does not apply to conduct by non-attorneys,

2    the Court DENIES defendants' Motion for sanctions to the extent, if any,

3    defendants seek sanctions based on §1927 from plaintiffs.

4

5                                            **HEARING**

6    6.    **On Wednesday, June 17, 2009, at 4:00 p.m.**, this Court will conduct

7    a hearing in connection with (1) the Court's Order to Show Cause re Failure to Pay

8    Costs and (2) Plantagenet Defendants' request for relief based on section 1927 as

9    to plaintiffs' former counsel Cory Birnberg.

10   Because the Court has denied all requests relating to Mr. Cohen, Mr. Cohen

11   is not required to attend the June 17th hearing.

12   IT IS SO ORDERED.

13   Dated: June 9, 2009

14                                                    _____
                                                      WAYNE D. BRAZIL
15                                                    United States Magistrate Judge

16   Copies to: parties,
     JSW, wdb, stats

17

18

19

20

21

22

23

24

25

26

27

28

                                              3