UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Gidding and Pivotal, Inc., | No. C-07-4755 JSW (WDB) |
| Plaintiffs, | |
| v. | **ORDER WITHDRAWING PARAGRAPHS 2-5 OF JUNE 9TH ORDER AND *REPORT AND RECOMMENDATION* RE MOTIONS FOR SANCTIONS** |
| Derek Anderson, et al | |
| Defendants. | |

On June 9th, this Court issued an Order disposing of some of defendants' requests. This Order should have been in the form of a Report and Recommendation. Accordingly, the Court WITHDRAWS paragraphs 2 through 5 of its June 9th Order with respect to Plantagenet Defendants' Motion for Sanctions and RECOMMENDS as follows.

We RECOMMEND that the District Court DENY the Plantegenet Defendants' requests for relief under Federal Rule of Civil Procedure 11. In order to initiate the "safe harbor" period, defendants are required to serve a copy of the full motion that will be filed with the Court. Federal Rule of Civil Procedure 11(c) and Advisory Committee Notes (1993 Amendments). *See also*, *Truesdell v. So. Cal. Permanente Medical Group*, 293 F.3d 1146 (9th Cir. 2002) (contemplating service of "filing-ready" motion); *Barber v. Miller*, 146 F.3d 707 (9th Cir. 1998)

1

(informal warnings not substitute for service of a motion); *Roth v. Green*, 466 F.3d 1179 (10th Cir. 2006) (Rule requires service of the actual motion). Defendants filed with the Court a motion that includes a memorandum of points and authorities, supporting declarations and exhibits that defendants did not serve at the outset of the safe harbor period.

The Court RECOMMENDS that the District Court DENY Mr. Cohen's request for reimbursement of attorneys' fees incurred defending against defendants' Motion for Sanctions. Mr. Cohen's request does not comply with Local Rule 7-8.[1]

The Court RECOMMENDS that the District Court DENY Defendants' request for relief based on 28 U.S.C. §1927 as to Mr. Cohen. Section 1927 does not apply to the initial pleading. *In re Keegan Mngmt Co., Sec. Litig.,* 78 F.3d 431 (9th Cir. 1996). The only document that Mr. Cohen is responsible for is the First Amended Complaint. Because plaintiffs never served defendants with the original complaint, the FAC constitutes the initiating pleading in this action.

The Court RECOMMENDS that the District Court DENY defendants' Motion for sanctions to the extent, if any, defendants seek sanctions based on §1927 from plaintiffs. Section 1927 does not apply to conduct by non-attorneys.

IT IS SO REPORTED AND RECOMMENDED.

Dated: June 12, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: parties,
JSW, wdb, stats

---

[1] The Court is not impressed, however, with the apparently unjustified expansive way in which defendants initially framed their motion for sanctions against Mr. Cohen.