IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING, et al.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.

No. C 07-04755 JSW

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

This matter is set for a hearing on December 4, 2009 on the Plaintiff Pivotal, Inc.'s motion to alter or amend judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 13, 2009 and a reply brief shall be filed by no later than October 20, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 29, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE