1  LAW OFFICES OF KIRK B. FREEMAN
   KIRK B. FREEMAN  Bar No. 99685
2  MATTHEW A. MALLET Bar No. 203393
   214 Grant Avenue, Suite 301
3  San Francisco, California  94108
   Telephone: (415) 398-1082
4  Fax: (415) 391-1285
   Email: kirk@KBFLaw.com
5
   Attorney for Plaintiff
6  PIVOTAL, INC.

7
                      UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  JOHN GIDDING, PIVOTAL, INC.          )    Case No. C-7-04755-JSW
                                         )
12         Plaintiffs,                    )    [PROPOSED] ORDER TO ALTER
                                         )    OR AMEND JUDGMENT
13  vs.                                   )
                                         )
14  DEREK ANDERSON, an individual, JOHN)
    ZAPPETTINI, an individual; OLIVIER)
15  LEMAL, an individual; PLANTAGENET)
    CAPITAL   MANAGEMENT   LLC,   a)
16  purported  Delaware  corporation;)
    PLANTAGENET  CAPITAL  AMERICA)
17  LLC, a purported Delaware corporation;)
    PLANTAGENET CAPITAL FUND LP, a)
18  purported  Cayman  Island  corporation;)
    PLANTAGENET CAPITAL FUND II, a)
19  purported Cayman Island corporation; PLB)
    HOLDINGS SA, a purported Luxembourg)
20  corporation; PLANTAGENET PARTNERS)
    SA, a purported French corporation; SERGE)
21  HAUCHART,  an  individual;  SCEA)
    CHATEAU  LA  LAGUNE, a  purported)
22  French Corporation and DOES 1 through 11,)
    inclusive,                            )
23                                        )
           Defendants.                    )
24  _____)

25

26         The motion of plaintiff Pivotal, Inc. to alter or amend the Judgment entered by this
                                         as unopposed.
27  Court on September 25, 2009 is HEREBY GRANTED.  The text of the Amended Judgment

28

                                         1

1    is attached.        The hearing on this motion, set for December 4, 2009, is HEREBY
                         VACATED.

2         IT IS SO ORDERED.

3

4         October 13, 2009

5    Dated: ~~December ____, 2009~~

6                                                    HONORABLE JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
ORDER TO ALTER OR AMEND JUDGMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JOHN GIDDING, PIVOTAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEREK ANDERSON, *et al.*, <br><br> Defendants. | Case No. C-7-04755-JSW <br><br> **[PROPOSED] AMENDED JUDGMENT** |

Pursuant to the Court's Order, dated August 31, 2009, granting Defendant Marie Claude Simon's motion to find Plaintiffs in contempt and ordering Plaintiffs to pay Ms. Simon $7,762.19 in costs and $8,000 in attorneys fees by no later than September 11, 2009, and Plaintiffs having failed to do so, and there being no just reason for delay, JUDGMENT IS HEREBY ENTERED in favor of Ms. Simon and against Plaintiffs John Gidding and Pivotal, Inc., jointly and severally, in the amount of $15,762.19 (plus legal interest at 0.40% per annum from September 25, 2009).

Dated: ~~December ___, 2009~~

       October 13, 2009

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-1-