IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIDDING and PIVOTAL, INC.,

    Plaintiffs,

v.

DEREK ANDERSON, et al.,

    Defendants.

No. C 07-04755 JSW

**ORDER REQUIRING STATUS REPORT**

This matter is currently set for hearing on a motion to withdraw as counsel on December 4, 2009 for Plaintiff Pivotal, Inc. However, most of the defendants in this matter have been dismissed and Pivotal, Inc. will not be permitted to proceed without counsel. According to the Court's docket, only defendants Derek Anderson, John Zappettini, and Serge Hauchart remain. The Court requires that Plaintiffs and the remaining Defendants submit a status report by no later than November 13, 2009 indicating whether Plaintiffs intend to pursue this matter further as against the remaining defendants and indicating the status of that prosecution, if any.

Should the Court not receive a status report by **November 13, 2009**, this matter will be **dismissed** in its entirety for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 2, 2009

                                        JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE