EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| BARGER & WOLEN LLP<br>Gail Cohen (09310)<br>Ophir Johna (228193)<br>650 California Street, 9th Floor, San Francisco, CA 94108<br>TELEPHONE NO.: (415) 434-2800   FAX NO. (Optional): (415) 434-2533<br>E-MAIL ADDRESS (Optional): ojohna@bargerwolen.com<br>ATTORNEY FOR (Name): Marie-Claude Simon<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S. District Court, Northern District of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: John Gidding; Pivotal, Inc.

DEFENDANT: Derek Anderson; Marie-Claude Simon; et al.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C 07-04755 JSW |
|---|---|---|

1. To the Sheriff or Marshal of the County of: San Francisco
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Ophir Johna is the attorney for
   is the [✓] judgment creditor  [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

   John Gidding
   1080 Haight Street
   San Francisco, CA 94117

   Pivotal, Inc.
   1080 Haight Street
   San Francisco, CA 94117

   [ ] Additional judgment debtors on next page
5. Judgment entered on (date): October 13, 2009
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 15,762.19
12. Costs after judgment (per filed order or memo CCP 685.090) ............. $ 0
13. Subtotal (add 11 and 12) .......... $ 15,762.19
14. Credits ........................... $ 0
15. Subtotal (subtract 14 from 13) ..... $ 15,762.19
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 0
17. Fee for issuance of writ ............. $
18. **Total** (add 15, 16, and 17) ........... $ 15,762.19
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ........ $ 0.17
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) .............. $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): OCT 3 0 2009   Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code § 6103.5
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com